

United States District Court
Southern District of Texas
FILED

AUG 0 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-121 |
| | § | |
| NEOPLAN USA CORP. | § | |
| | § | |

### DEFENDANT NEOPLAN USA CORP.'S FIRST AMENDED
### DISCLOSURE OF INTERESTED PERSONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, NEOPLAN USA CORP., Defendant in the above-styled and numbered cause and pursuant to the Court's Order for Conference and Disclosure of Interested Parties, hereby certifies that the only person association, etc., that are known to this Defendant to be financially interested in the outcome of this litigation are:

1. Plaintiff, Daniel Enguita

2. Plaintiff's counsel, Carlos E. Hernandez, Jr.

3. Defendant, Neoplan USA Corp., a subsidiary of a privately owned corporation, I.A.P. Acquisitions, Inc.

4. Defendant's counsel, Roerig, Oliveira & Fisher, L.L.P.

5. CHUBB Group Insurance Companies

Signed on August 2, 2004.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, LLP**
855 West Price Road, Suite 9
Brownsville, Texas 78550
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

Counsel for Defendant, NEOPLAN USA CORP.

By: _____
JEFFREY D. ROERIG
Federal ID #1503
State Bar #17161700

Ms. ELIZABETH G. NEALLY
Fed. I.D. No. 8044
State Bar No. 14840400

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Defendant Neoplan USA Corp.'s Disclosure of Interested Parties has been mailed, Certified Mail, Return Receipt Requested, to the Counsel of Record, as follows:

Mr. Carlos E. Hernandez, Jr.
THE LAW OFFICES OF CARLOS E. HERNANDEZ, JR., P.C.
101 North Tenth Avenue
Edinburg, TX 78541
*Via CMRRR: 7160 3901 9848 1267 7579*

on this 2nd day of August, 2004.

JEFFREY D. ROERIG
ELIZABETH G. NEALLY