United States District Court
Southern District of Texas
FILED

IN THE UNITED STATES DISTRICT COURT                AUG 1 2 2004
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION                    Michael N. Milby
                                        Clerk of Court

DANIEL ENGUITA                    §        CIVIL ACTION NO. B-04-121
                                  §
vs.                               §
                                  §
Neoplan USA Corporation           §        JURY REQUESTED

NOTICE OF ADDITIONAL COUNSEL
AND DESIGNATION OF LEAD COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT AND OPPOSING COUNSEL:

Please note that additional counsel have been retained to act on behalf of the

Plaintiff in this case, for all matters, including discovery, motions, mediation and trial, as

follows:

> Savannah Robinson
> ATTORNEY IN CHARGE
> FOR PLAINTIFF
> SBN: 17108150
> Fed. ID: 5922
> 1822 Main Street
> Danbury, Texas 77534
> Phone: (979)922-8825
> Fax: (979)922-8857

Savannah Robinson is further designated at attorney in charge for Plaintiff.

Pursuant to Local Rule 83.3, and 83.4, all notices should be forwarded to the above

address.

Respectfully Submitted,

Savannah Robinson
ATTORNEY IN CHARGE
FOR PLAINTIFF
SBN: 17108150
Fed. ID: 5922

1

1822 Main Street
Danbury, Texas 77534
Phone: (979)922-8825
Fax: (979)922-8857

## CERTIFICATE OF SERVICE

I hereby certify that a true, complete and correct copy of the attached and foregoing was this day served by certified mail, return receipt requested, pursuant to the Federal Rules of Civil Procedure, on the following persons, on this the ___11___ day of ___Aug___, 2004.

Jeffy Roerig
Roerig, Oliveira & Fisher
855 West Price Rd., Suite 9
Brownsville, TX 78550
FAX: 956-542-0016


Carlos Hernandez
101 North 10th St.
Edinburg, TX 78539

Savannah Robinson