| UNITED STATES DISTRICT COURT | § | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| DANIEL ENGUITA | § | |
| versus | § | CIVIL ACTION NO. B: 04-121 |
| NEOPLAN USA CORP. | § | |

United States District Court
Southern District of Texas
ENTERED

SEP 21 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# Order Resetting Conference

The initial pre-trial conference set for *September 28, 2004,* has been reset to:

**October 5, 2004 at 9:45 a.m.**

Signed on _September 21_, 2004 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge