IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 1 2004

Michael N. Milby,
Clerk of Court

| | | |
|---|---|---|
| DANIEL ENGUITA | § | |
| VS. | § § § | CIVIL ACTION NO. B-04-121 |
| | § | JURY |
| NEOPLAN USA CORP. | § | |

### DEFENDANT'S NOTICE OF SERVING RULE 26 INITIAL DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW NEOPLAN USA CORP., Defendant herein, and notifies the Court that it served its Initial Disclosures on the Counsel for Plaintiff on this the 1st day of October, 2004.

Respectfully submitted,

ROERIG, OLIVEIRA, & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 (Fax)

BY: _____
JEFFREY D. ROERIG
Federal ID #1503
State Bar #17161700

Ms. Elizabeth G. Neally
Fed. I.D. No. 8044
State Bar No. 14840400

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing been mailed, Certified Mail, Return Receipt Requested, to the Attorneys for Plaintiff, as follows:

Savannah Robinson
**Attorney in Charge**
1822 Main Street
Danbury, TX   77534

Mr. Carlos E. Hernandez, Jr.
THE LAW OFFICES OF CARLOS E. HERNANDEZ, JR., P.C.
101 North Tenth Avenue
Edinburg, TX   78541

on this 1st day of October, 2004.

_____
JEFFREY D. ROERIG