## Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Miro   ☐ Levesque |
| DATE | 10 / 5 / 04 |
| TIME | 9:45 a.m. — 10:01 a.m. |
| CIVIL ACTION | B - 04 - 121 |
| STYLE | **Daniel Enguita** *versus* **Neoplan USA Corp.** |

United States District Court
Southern District of Texas
FILED

OCT 0 5 2004

Michael N. Milby, Clerk of Cou

DOCKET ENTRY

(HGT) ■ Initial Pre-Trial Conference;        (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):   Savannah Robinson

Attorney(s) for Defendant(s):   Jeffrey Roerig

---

**Facts:**

　　Plaintiff, a resident of Spain, worked for defendant for 37 years. During those years, plaintiff incurred a number of injuries to hips, etc. In the later years of his employment, the plaintiff worked at one of two factories run by the defendant as a supervisor of labor. The factory was located in Brownsville. The defendant closed down the factory and all but two employees were terminated, including the plaintiff. Plaintiff alleges various discrimination claims against the defendant. Mainly, plaintiff alleges that the defendant wrongfully fired him and did not offer him a transferee position on the account of his being elderly, Hispanic and disabled. Plaintiff hopes to demonstrate a scheme of systematic discrimination against older Hispanic men. As proof, plaintiff argues that at least three individuals, younger and non-Hispanic, were retained and offered other positions. Defendants argue that all but two individuals were fired initially, and now those two employees have been released. Additionally, the third individual retained was actually a field-employee and was not considered employed by the factory. Therefore, the defendant's legitimate business rationale for firing the plaintiff was a reduction in force. Administrative remedies may no have been taken care of. If defendant can attain the needed documents from the Texas Civil, mediation could occur within 120 days. Furthermore depending on those docs, defendants plan on filing a motion for summary judgment.

　　A scheduling order will be entered.