UNITED STATES DISTRICT COURT ★ SOUTHERN DISTRICT OF TEXAS

DANIEL ENGUITA §

vs. § Civil Action No. B- 04-121

NEOPLAN USA CORP. §

United States District Court
Southern District of Texas
ENTERED
OCT 1 9 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __3-4__ days.   ☐ Bench   ■ Jury

2. New parties must be joined by:   10/29/2004
   *Furnish a copy of this scheduling order to new parties.*

3. Parties to submit to mediation no later than:   2/25/2005
   *(Parties to file a Status Report within one week following mediation)*

4. The plaintiff's experts will be named with a report furnished by:   4/29/2005

5. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

6. Discovery must be completed by:   6/13/2005
   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.

***************************The Court will provide these dates***************************

7. Dispositive Motions will be filed by:   6/27/2005

8. Joint pretrial order is due:   9/14/2005

9. Docket Call and final pretrial conference is set for 1:30 p.m. on:   9/28/2005

10. Jury Selection is set for 9:00 a.m. on:   10/12/2005
    *(The case will remain on standby until tried)*

Signed __October 19__, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge