# ROERIG, OLIVEIRA & FISHER, L.L.P.
## ATTORNEYS AT LAW

| | | |
|---|---|---|
| Jeffrey D. Roerig†♦ | Cameron County Office | Adolph Guerra, Jr.† |
| Rene O. Oliveira | 855 West Price Road - Suite 9 | D. Alan Erwin, Jr. |
| W. Michael Fisher | Brownsville, Texas 78520-8786 | Michael A. Zanca♦ |
| Ricardo Morado | Tel. 956 542-5666    Fax 956 542-0016 | Rosemary Conrad-Sandoval♦ |
| Crisanta Guerra Lozano | | Lucila Alvarado♦ |
| Elizabeth G. Neally | *Hidalgo County Office | Jesus Quezada, Jr. |
| Victor V. Vicinaiz♦† | 506 East Dove | Adrian R. Martinez♦ |
| David G. Oliveira | McAllen, Texas 78504 | Liza M. Vasquez♦ |
| | Tel. 956 631-8049    Fax 956 631-8141 | |
| | | Allena L. Cano♦ |

†Board Certified -
   Personal Injury Trial Law
   Texas Board of Legal Specialization

♦Board Certified -
   Civil Trial Law
   Texas Board of Legal Specialization

November 29, 2004

File No.: 24,321

Ms. Savannah Robinson
Attorney at Law
1822 Main Street
Danbury TX 77534

Mr. Carlos E. Hernandez, Jr.
THE LAW OFFICES OF CARLOS E. HERNANDEZ, JR., P.C.
101 North Tenth Avenue
Edinburg TX 78541

> Re: Cause No. B-04-121
> *Daniel Enguita v. Neoplan USA Corp.*
> U.S. District Court, Southern District at Brownsville, Texas

Dear Counsel:

We are in receipt of your answers to Defendant's First Set of Interrogatories and Defendant's First Set of Requests for Production.

These interrogatories and requests for production were not properly answered. Specifically Interrogatories Nos. 2, 4, 5, 7, 8, 9, 11, 12, 13, 14, and 15. There were no documents supplied with any of the Request for Production. Many of your answers were sarcastic, snide, and unprofessional, including those to Request for Production Nos. 30, 36, 38, and 39.

Further, Plaintiff answers to Interrogatories were not verified as is required by the Federal Rules of Civil Procedure.

Please respond within 10 days of the date of this letter with responses to the interrogatories and request for production or we will be forced to file a motion to compel and seek attorney's fees for the cost.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Thank you for your consideration.

A 

Sincerely,

ROERIG, OLIVEIRA & FISHER, L.L.P.

Elizabeth G. Neally

EGN:lac