IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| DANIEL ENGUITA | § | CIVIL ACTION NO. B-04-121 |
|---|---|---|
| | § | |
| vs. | § | |
| | § | |
| Neoplan USA Corporation | § | JURY REQUESTED |

ORDER DENYING MOTION TO COMPEL

BE IT REMEMBERED, that on the _____ day of _____, 2005, came to be heard the Motion of Defendant to compel more complete answers, and the Court having examined the pleadings and being of the opinion that the Motion should be denied,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is denied. All relief inconsistent with this Order is likewise denied.

SIGNED in Brownsville, Texas, on this the _____ day of _____, 2005.

_____
Hon. Hilda Tagle
JUDGE PRESIDING