IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 1 4 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DANIEL ENGUITA | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action B-04-121 |
| NEOPLAN USA CORP. | § § § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on January 14, 2005, the Court, having considered defendant Neoplan USA Corp.'s Motion to Compel [Dkt. No. 13], hereby **ORDERS** the parties to appear before this Court at 9:30 a.m. on February 3, 2005, to argue the above Motion.

DONE at Brownsville, Texas, this 14th day of January, 2005.

Hilda G. Tagle
United States District Judge

1