United States District Court
Southern District of Texas
FILED

FEB - 1 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § | |
| | § | CIVIL ACTION NO. B-04-121 |
| VS. | § | JURY |
| | § | |
| | § | |
| NEOPLAN USA CORP. | § | |

**DEFENDANT NEOPLAN USA CORP.'S
SUPPLEMENT TO MOTION TO COMPEL PLAINTIFF'S ANSWERS
TO DEFENDANT'S FIRST SET OF INTERROGATORIES
AND DEFENDANT'S FIRST REQUESTS FOR PRODUCTION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Neoplan USA Corp. in the above styled and numbered cause and files this its Supplement to Defendant Neoplan USA Corp.'s Motion to Compel Plaintiff's Answers to Defendant's First Set of Interrogatories and Defendant's First Requests for Production, and in support thereof would respectfully show the Court as follows:

I.

This Supplement to Motion to Compel Plaintiff's Answers to Defendant's First Set of Interrogatories and Defendant's First Requests for Production is being filed to attach the following that were inadvertently omitted from the original Motion to Compel:

1. Defendant's First Requests for Production to Plaintiff, Daniel Enguita, Exhibit "A";

2. Defendant's First set of Interrogatories to Plaintiff Daniel Enguita, Exhibit "B";

3. Plaintiff's Objections/Answers to Defendant's First Request for Interrogatories to Plaintiff, Exhibit "C"; and

4. Plaintiff's Objections/Answers to Defendant's First Request for Production to Plaintiff, Exhibit "D".

**WHEREFORE, PREMISES CONSIDERED**, Defendant requests that the Supplement to Defendant's Motion to Compel Plaintiff's Answers to Defendant's First Set of Interrogatories and Defendant's First Requests for Production be considered; that parties take notice of the Motion and order; that upon hearing of this matter the Court enter an Order compelling Plaintiff to fully and completely answer each and every Interrogatory and Requests for Production.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

By: _____
Elizabeth G. Neally
State Bar No. 14840400
Fed ID No. 8044

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Defendant's Neoplan USA Corp.'s Supplement to Motion to Compel Plaintiff's Answers to Defendants' First Set of Interrogatories and Defendant's First Requests for Production, to counsel of record, via facsimile and first class mail on this ___/___ day of February, 2005.

Carlos E. Hernandez, Jr.
The Law offices of Carlos E. Hernandez, Jr., P.C.
101 North Tenth Avenue
Edinburg, TX 78541

Ms. Savannah Robinson
Attorney at Law
1822 Main Street
Danbury TX 77534

_____
Elizabeth G. Neally