## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **DANIEL ENGUITA** | § | |
| | § | **CIVIL ACTION NO. B-04-121** |
| **VS.** | § | **JURY** |
| | § | |
| **NEOPLAN USA CORP.** | | |

## DEFENDANT'S FIRST REQUESTS FOR PRODUCTION
## TO PLAINTIFF, DANIEL ENGUITA

TO:    DANIEL ENGUITA, Plaintiff, by and through his attorney of record:

Mr. Carlos E. Hernandez, Jr.
THE LAW OFFICES OF CARLOS E. HERNANDEZ, JR., P.C.
101 North Tenth Avenue
Edinburg TX 78541

**COMES NOW** Defendant in the above-styled and numbered cause, and serve their First

Requests for Production to Plaintiff DANIEL ENGUITA, under the provisions of the Texas Rules

of Civil Procedure. Defendant requires that answers to the Interrogatories be filed not later than

30 days after the date of service hereof.

Each item labeled "Request for Production" is a request for production propounded

pursuant to the provisions of Rule 196 of the Texas Rules of Civil Procedure, and Defendant

requires that the Plaintiff respond to each such request within the time stated herein; further,

Defendant specifies that all documents requested to be produced be attached to the answers to such

requests served upon the attorney for Defendant (or that true copies thereof be attached in lieu of

originals) or, in the alternative, produce them at the office of the attorney for Plaintiff for

photocopying, not later than 30 days after the date of service hereof.

EXHIBIT

_A_

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, LLP**
855 West Price Road, Suite 9
Brownsville, Texas 78550
Telephone: (956) 542-5666
Facsimile: (956) 542-0016


By: _____
          Elizabeth G. Neally
          State Bar No. 14840400
          Counsel for Defendant


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing *Defendants' First Requests for Production to Plaintiff DANIEL ENGUITA* has been served upon counsel of record by Certified Mail, Return Receipt Requested, on this ____ day of October, 2004, to wit:

Ms. Savannah Robinson
Attorney at Law
1822 Main Street
Danbury TX 77534

Mr. Carlos E. Hernandez, Jr.
THE LAW OFFICES OF CARLOS E. HERNANDEZ, JR., P.C.
101 North Tenth Avenue
Edinburg TX 78541

_____
          Elizabeth G. Neally

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1**
Please produce any complaints and related documents filed by the Plaintiff with state or federal agencies.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 2:**
Please produce any documents referenced in the Plaintiff's Original Petition.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 3**
Please produce any documents constituting handbooks, benefit descriptions, policy statements, agreements, letters, memoranda, nots or documents received by the Plaintiff from Defendant.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 4:**
Please produce all documents that constitute contracts, agreements or understandings between the Plaintiff and Defendant.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 5:**
Please produce any documents constituting handbooks, benefit descriptions, policy statements, agreements, letters, memoranda, notes or documents received by the Plaintiff from the Defendant.

**RESPONSE:**

<u>REQUEST FOR PRODUCTION NO. 6</u>:
Please produce all letters, memoranda or notes transmitted by the Plaintiff to Defendant.

<u>RESPONSE</u>:


<u>REQUEST FOR PRODUCTION NO. 7</u>:
Please produce all documents evidencing communications, whether oral or written, between Defendant and Plaintiff.

<u>RESPONSE</u>:


<u>REQUEST FOR PRODUCTION NO. 8</u>:
Please produce all diaries, calendars, logs and personal recordings prepared by the Plaintiff from the beginning of his employment with Defendant to the present.

<u>RESPONSE</u>:


<u>REQUEST FOR PRODUCTION NO. 9</u>:
Please produce all diaries, calendars, logs and personal recordings prepared by the Plaintiff from the beginning of his termination of employment with Defendant to the present.

<u>RESPONSE</u>:


<u>REQUEST FOR PRODUCTION NO. 10</u>:
Please produce all resumes prepared by the Plaintiff from the beginning of his employment with the Defendants to the present.

<u>RESPONSE</u>:

REQUEST FOR PRODUCTION NO. 11:
Any and all documents reflecting Plaintiff filed a grievance or complaint with NEOPLAN USA
CORP. pursuant to NEOPLAN USA CORP's policies and procedures regarding the complaints
made in this lawsuit.

RESPONSE:


REQUEST FOR PRODUCTION NO. 12:
Please produce your medical records with regard to your claim for "*severe mental pain and anguish*"
or other evidence exhibiting Plaintiff's claims alleged in paragraph 7.3 pertaining to past and future
mental anguish which you claim in Plaintiff's Original Petition.

RESPONSE:


REQUEST FOR PRODUCTION NO. 13:
Please produce any documents submitted to an administrative agency.

RESPONSE:


REQUEST FOR PRODUCTION NO. 14 :
Please produce any and all documents, correspondence, memoranda or other documents evidencing
claims made in Plaintiff's Original Petition.

RESPONSE:


REQUEST FOR PRODUCTION NO. 15:
Please produce any and all correspondence from Plaintiff evidencing that Plaintiff was terminated
from NEOPLAN USA CORP.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 16:**
Please produce your tax returns or financial statements reflecting the income earned following the termination of Plaintiff's employment with Defendant.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 17:**
Please produce all documents evidencing the Plaintiff's efforts to obtain employment after the termination of his employment with the Defendant.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 18:**
Please produce any resumes, applications, letters, or documents you provided to any potential employer, headhunter or employment agency since your employment with Defendant ended.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 19:**
Please produce any application forms, business cards, post cards, letters or documents you received from any potential employer, headhunter or employment agency since your employment with Defendant ended.

**RESPONSE**

**REQUEST FOR PRODUCTION NO. 20:**
Please produce all rejection letters, letters responding to applications and any other similar documents that you received from any person or entity to whom you have applied for employment since your employment with Defendant ended.

**RESPONSE:**

REQUEST FOR PRODUCTION NO. 21:
Please produce all letters or other similar documents offering you employment that you have received from any person or entity since your employment with Defendant ended.

RESPONSE:


REQUEST FOR PRODUCTION NO. 22:
Please produce all documents evidencing that Plaintiff exhausted his administrative remedies.

RESPONSE:


REQUEST FOR PRODUCTION NO. 23:
Please produce any and all evidence that Defendant acted in the nature of extreme and outrageous conduct, was intentional and reckless whose purpose was to cause the infliction of emotional distress of severe nature to Plaintiff.

RESPONSE:


REQUEST FOR PRODUCTION NO. 24:
Please produce any and all evidence that Defendant acted in a civil conspiracy or conspired to illegally commit such acts to cause injury to Plaintiff.

RESPONSE:


REQUEST FOR PRODUCTION NO. 25:
Please produce any and all evidence that Plaintiff was sexually harassed.

RESPONSE:

<u>REQUEST FOR PRODUCTION NO. 26</u>:
Please produce any and all attorney records evidencing attorney fees incurred in the prosecution of this claim.

<u>RESPONSE</u>:


<u>REQUEST FOR PRODUCTION NO. 27</u>:
Please provide copies of all documents which you intend to produce as exhibits at the trial of this cause.

<u>RESPONSE</u>:


<u>REQUEST FOR PRODUCTION NO. 28</u>:
Please produce any and all documents that Plaintiff has filed with the EEOC and the Texas Commission on Human Rights or any other State agency regarding your complaints.

<u>RESPONSE</u>:


<u>REQUEST FOR PRODUCTION NO. 29</u>:
Any and all photographs, videotapes or other pictoral evidence which are relevant to the subject matter of the present proceeding.

<u>RESPONSE</u>:


<u>REQUEST FOR PRODUCTION NO. 30</u>:
Please produce evidence that Plaintiff was to be a witness in his husband's EEOC claim or that Defendant knew Plaintiff would be a witness.

<u>RESPONSE</u>:

REQUEST FOR PRODUCTION NO. 31:
Please produce any and all evidence that Plaintiff sought medical treatment and incurred medical expenses as a result of Plaintiff's claims.

RESPONSE:


REQUEST FOR PRODUCTION NO. 32:
Please produce any and all evidence that Defendants acted in a civil conspiracy or conspired to illegally commit such acts to cause injury to Plaintiff.

RESPONSE:


REQUEST FOR PRODUCTION NO. 33:
Please produce all documents or evidence that Plaintiff has received psychiatric treatment, counseling or therapy in the last ten (10) years.

RESPONSE:


REQUEST FOR PRODUCTION NO. 34:
Please produce all petitions or complaints ever filed on your behalf (other than this lawsuit) alleging that you sustained any bodily injuries, mental anguish or personal injuries.

RESPONSE:


REQUEST FOR PRODUCTION NO. 35:
Please produce all petitions or lawsuits ever filed on your behalf (other than this lawsuit) alleging that an employer or its employees, officers, directors, supervisors, agents, customers or shareholders discriminated against you in any way, harassed you in any way, or mistreated you in any way.

RESPONSE:

REQUEST FOR PRODUCTION NO. 36:
Please produce any and all evidence of harassment by other employees.

RESPONSE:


REQUEST FOR PRODUCTION NO. 37:
Please produce any and all evidence of your compensatory damages and injuries along with any exemplary damages as alleged in Plaintiff's Original Petition.

RESPONSE:


REQUEST FOR PRODUCTION NO. 38:
Please produce any documents or computer discs reflecting that the NEOPLAN USA CORP. committed harassment against Plaintiff or any other person.

RESPONSE:


REQUEST FOR PRODUCTION NO. 39:
Please produce all evidence, documents, computer discs, reflecting any adverse employment action taken against Plaintiff.

RESPONSE:


REQUEST FOR PRODUCTION NO. 40:
Please provide any tangible evidence supporting the date, place or person to whom you first made a complaint of harassment by NEOPLAN USA CORP.

RESPONSE:

**REQUEST FOR PRODUCTION NO. 41:**
Please produce all documents you received from the Texas Workforce Commission regarding your employment with and/or separation from Defendant.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 42:**
Please produce all letters, statements, press releases or other documents you provided to any newspaper, radio, television or other media entity regarding your employment with or separation from Defendant.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 43:**
Please provide all forms, applications, questionnaires, complaints, filings or other documents you completed or provided to the Texas Commission on Human Rights or Equal Employment Opportunity Commission regarding your employment with or separation from Defendant.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 44:**
Please produce all personnel files and personnel records concerning your employment with each employer you were employed by during the last fifteen (15) years to the present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 45:**
Please produce every written complaint you filed with any person or entity in the last fifteen (15) years against any of your employers, supervisors or co-employees.

**RESPONSE:**

REQUEST FOR PRODUCTION NO. 46:
Please produce any and all evidence supporting any of the claims and allegations made in Plaintiff's
Original Petition.

RESPONSE:


REQUEST FOR PRODUCTION NO. 47:
Please produce any and all evidence of sexual harassment against other employees at NEOPLAN
USA CORP. that Plaintiff may introduce at trial.

RESPONSE:


REQUEST FOR PRODUCTION NO. 48:
Please produce any and all documents that Plaintiff has in his possession or will rely on that
procedures were violated in terminating Plaintiff.

RESPONSE:


REQUEST FOR PRODUCTION NO. 49:
Please produce a copy of Plaintiff's employment contract, if any.

RESPONSE:


REQUEST FOR PRODUCTION NO. 50:
Please produce an executed medical authorization form enclosed herewith.

RESPONSE:


REQUEST FOR PRODUCTION NO. 51:
Please produce an executed form 4506 (Federal Income Tax) original signature please.

RESPONSE:

REQUEST FOR PRODUCTION NO. 52:
Please produce an executed personnel records authorization attached hereto for your convenience.

RESPONSE:


REQUEST FOR PRODUCTION NO. 53:
Please produce your social security card or a photocopy of same.

RESPONSE:


REQUEST FOR PRODUCTION NO. 54:
Please produce your driver's license or a photocopy of same.

RESPONSE:


REQUEST FOR PRODUCTION NO. 55:
Please produce every written complaint you filed with any person or entity in the last fifteen (15) years against any of your employers, supervisors or co-employees.

RESPONSE:


REQUEST FOR PRODUCTION NO. 56:
Please provide a copy of the letter(s) where you have requested to file a grievance.

RESPONSE:


REQUEST FOR PRODUCTION NO. 57:
Please produce any and all evidence of your actual and compensatory losses and damages as alleged in Plaintiff's Original Petition.

RESPONSE:

REQUEST FOR PRODUCTION NO. 58:

Please provide all documents evidencing Plaintiff timely filed a claim with either the TCHR or EEOC.

RESPONSE:

## PERSONNEL RECORDS AUTHORIZATION

TO:

You, and any and all divisions or subsidiaries of your company and any officer or employee of your company, or any of its divisions or subsidiaries, are hereby authorized, directed and requested by me to make a full disclosure of any and all records or information pertaining to my employment, work assignments, performance evaluations, and resignation or termination during my employment with your company, or any of its divisions or subsidiaries, including any records pertaining to claims, medical treatment or hospitalizations for any on-the-job injuries, disciplinary proceedings, or other work related matters during the course of my employment with your company, or any of its divisions or subsidiaries.

By this authorization, I hereby request that a photostatic or other copies of any and all such records be made for the Law Office of ROERIG, OLIVEIRA & FISHER, L.L.P.

A photostatic copy of this authorization shall be considered as effective and valid as the original.

DATED:_____

_____
Daniel Enguita

_____
Social Security Number

WITNESS:_____

## AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

PATIENT NAME:_____

SOCIAL SECURITY NO.:_____     D.O.B.:_____

I AUTHORIZE _____
to disclose information relating to the above named individual's health. You are authorized to disclose all health information and records relative to the above individual's physical condition including history and physical reports, discharge summaries, problem lists, medication list, allergy list, immunization record, laboratory results, radiology results including x-rays and imaging reports, pathology reports, EKG reports, consultation reports and any records contained in my file.

You are hereby authorized and directed by me to release or disclose this information to the law office of **ROERIG, OLIVEIRA & FISHER, L.L.P.** This medical authorization is for use in the investigation, evaluation and defense of Civil Action No. B-04-121 *Daniel Enguita v. Neoplan USA Corp.*; presently pending in the U.S. District Court for the Southern District of Texas, Brownsville Division.

I understand that the information in my medical record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), of human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

I understand I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department/Medical Records Department. I understand the revocation will not apply to information that has already been released in response to this authorization. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire one hundred eighty (180) days after the date indicated below.

I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed, as provided in C.F.R. 164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules.

A copy of this authorization will have the same validity as the original.

_____          _____
Signature of Patient or Legal Representative        Date

_____          _____
Relationship to Patient                             Date

_____          _____
Witness                                             Date

## TEXAS WORKFORCE COMMISSION

## AUTHORIZATION TO RELEASE RECORDS

STATE OF TEXAS

COUNTY OF CAMERON

I, Daniel Enguita, hereby authorizes The Texas Workforce Commission and any and all divisions or subsidiaries, officers or employees of the Texas Workforce Commission, to make a full disclosure of any and all records or information pertaining to me, including but not limited to any records pertaining to claims, log of employment applications, documentation of interviews by the Texas Workforce Commission, unemployment compensation benefits and/or financial aid/assistance.

By this authorization, I hereby request that a photostatic or other copies of any and all such records be made for the Law Office of ROERIG, OLIVEIRA & FISHER, L.L.P.

A photostatic copy of this authorization shall be considered as effective and valid as the original.

DATED:_____

_____
Daniel Enguita

_____
Social Security Number

_____
Date of Birth

**SUBSCRIBED AND SWORN TO BEFORE ME** by Affiant, Daniel Enguita, to which witness my hand and seal of office on this the _____ day of _____, 2004.

_____
NOTARY PUBLIC, STATE OF TEXAS