IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § | |
| | § | CIVIL ACTION NO. B-04-121 |
| VS. | § | JURY |
| | § | |
| NEOPLAN USA CORP. | | |

### DEFENDANT'S FIRST SET OF INTERROGATORIES
### TO PLAINTIFF DANIEL ENGUITA

TO:   DANIEL ENGUITA, Plaintiff, by and through his attorney of record:

Mr. Carlos E. Hernandez, Jr.
THE LAW OFFICES OF CARLOS E. HERNANDEZ, JR., P.C.
101 North Tenth Avenue
Edinburg TX 78541

**COMES NOW** Defendant in the above-styled and numbered cause, and serve their First Set of Interrogatories to Plaintiff DANIEL ENGUITA, under the provisions of the Texas Rules of Civil Procedure. Defendant requires that answers to the Interrogatories be filed not later than 30 days after the date of service hereof.

Each item labeled "Interrogatories" is an interrogatory propounded pursuant to the provisions of Rule 197, Texas Rules of Civil Procedure, and Defendant requires that the Plaintiff, or some person competent to testify on his behalf, submit answers to the same in writing and under oath within the time required.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, LLP**
855 West Price Road, Suite 9
Brownsville, Texas 78550
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

By: _____
Elizabeth G. Neally
State Bar No. 14840400
Counsel for Defendants

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing *Defendants' First Set of Interrogatories to Plaintiff DANIEL ENGUITA* has been served upon counsel of record by Certified Mail, Return Receipt Requested, on this ___7___ day of October 2004, to wit:

Ms. Savannah Robinson
Attorney at Law
1822 Main Street
Danbury TX 77534

Mr. Carlos E. Hernandez, Jr.
THE LAW OFFICES OF CARLOS E. HERNANDEZ, JR., P.C.
101 North Tenth Avenue
Edinburg, TX 78541

_____
Elizabeth G. Neally

## INTERROGATORIES

INTERROGATORY NO. 1:
Please identify yourself fully by stating your full name together with all aliases you have gone by, your date and place of birth, social security number, Texas driver's license number, residence address and telephone and facsimile number.

ANSWER:


INTERROGATORY NO. 2:
State your educational background, along with the names of schools attended, dates of attendance, and degrees received.

ANSWER:


INTERROGATORY NO. 3:
Please itemize all amounts claimed for lost wages.

ANSWER:


INTERROGATORY NO. 4:
Please state the names and addresses of each person or organization by whom or with which you have been employed for the time period from 1992 until the trial of this matter, and with respect to each, state:
- the beginning and ending dates of each employment,
- the nature of your work and duties,
- your supervisor's name,
- your ending salary for each employment, and
- the reason for leaving (i.e. terminated ,resigned etc.), and if you were terminated, give the reasoning behind each termination.

If you have been self-employed, indicate the name and nature of your business and your earnings while self-employed.

ANSWER:

INTERROGATORY NO. 5:
Please describe all efforts made by Plaintiff to mitigate his damages since your termination including any places that you have applied for a job, the position applied for, and the date you applied.

ANSWER:


INTERROGATORY NO. 6:
Have you ever been arrested, indicted, convicted, or given a military discharge other than honorable for the attempt or commission of a felony or any crime of moral turpitude? If so, please give full details as to each occurrence, disciplinary action taken, including incarceration or sentence imposed, if any.

ANSWER:


INTERROGATORY NO. 7:
Please identify the names of all medical providers, psychiatrists, clergy, counselors, therapists, who have provided medical/psychiatric treatment to you in the last ten [10] years included, but not limited to any claim of "*past and future mental anguish*" as stated in of Plaintiff's Original Petition.

ANSWER:


INTERROGATORY NO. 8:
Please state any facts supporting Plaintiff's claim that Plaintiff was retaliated and discriminated against because he was an injured older Hispanic employee as alleged in Plaintiff's Original Petition.

ANSWER:


INTERROGATORY NO. 9:
Please state any and all facts supporting Plaintiff's claim that Defendant's actions constituted intentional infliction of emotional distress..

ANSWER:


INTERROGATORY NO. 10:
Please state the names and addresses of all witnesses who observed any acts of harassment against Plaintiff.

ANSWER:

INTERROGATORY NO. 11:
If you have ever made, discussed, filed, or threatened to make or file any demand letters, claims, and/or lawsuits (other than this lawsuit) alleging libel, slander, defamation, retaliation, any type of employment discrimination (whether sex, race, age, disability, religion or otherwise), sexual harassment, mental anguish, personal injuries, impaired work capacity, lost earning capacity, past or future lost wages, worker's compensation claims, bodily injuries, wrongful discharge, workers' compensation retaliation, unlawful discharge for whistle blowing or refusing to perform an illegal act, assault, battery, or invasion of privacy by an employer or its employees, agents, customers, supervisors, shareholders, officers or directors, then with respect to each claim or lawsuit please identify each person, corporation, or other entity against whom a claim and/or lawsuit was made, discussed, threatened, or filed.

ANSWER:


INTERROGATORY NO. 12:
Please describe each element of the damages you are seeking in this lawsuit, describing in detail your calculations, the basis of those damages calculations, and the amounts in dollars and cents that you are seeking to recover in this lawsuit.

> *NOTE: This Interrogatory includes all elements of damages you have allegedly suffered as a result of your employment with or separation from Defendant, or for which you have pled in this lawsuit, including, but not limited to, back wages, future lost wages, mental anguish, medical bills, doctor's bills, lost benefits, prescriptions, liquidated damages, reasonable attorneys' fees, medical expenses, court costs, and punitive damages.*

ANSWER:


INTERROGATORY NO. 13:
Please identify all contracts or any written documents or oral statements which you claim were entered into between Plaintiff and Defendant.

ANSWER:


INTERROGATORY NO. 14:
Regarding every person, company and/or entity to whom you have applied for employment since the date your employment with Defendant ended, state the name of the entity or person, the date you applied, to whom you applied, the nature of the application (phone, letter, interview, etc.), and the position for which you applied.

ANSWER:

INTERROGATORY NO. 15:

Since the date your employment with Defendant ended, if you have received any income, compensation, government benefits, salary, wages, tips, gifts, health insurance payments, early retirement benefits, social security benefits, unemployment compensation payments, workers' compensation payments, disability benefits, or benefits or remuneration of any kind whatsoever, identify each source of such income or benefits and state the total amount of income or benefits received.

ANSWER:

| | |
|---|---|
| THE STATE OF TEXAS | : |
| | :    **AFFIDAVIT** |
| COUNTY OF NUECES | : |

BEFORE ME, the undersigned authority, on this day personally appeared Daniel Enguita and after being duly sworn, deposes and says:

"My name is Daniel Enguita, and I am over the age of eighteen years, and I have personal knowledge of, and I am competent and authorized to testify to the facts set forth herein; I have read the foregoing interrogatories and the answers thereto are true and correct."

_____
Daniel Enguita

SUBSCRIBED AND SWORN TO BEFORE ME by the said Daniel Enguita, affiant, to which witness my hand and seal of office on this the _____ day of _____, 2004.

_____
NOTARY PUBLIC, STATE OF TEXAS