IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § | CIVIL ACTION NO. B-04-121 |
| | § | |
| vs. | § | |
| | § | |
| | § | |
| Neoplan USA Corporation | § | JURY REQUESTED |

### PLAINTIFF'S OBJECTIONS/ANSWERS TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION TO PLAINTIFF

To:   Neoplan USA Corporation, by and through its attorney of record: Elizabeth G. Neally, Roerig, Oliveira & Fisher, 855 West Price Road, Suite 9, Brownsville, Texas 78550

COMES NOW, Daniel Enguita, Plaintiff herein, and by and through her attorney of record, and pursuant to the Texas Rules of Civil Procedure, files the attached Plaintiff's Objections/Answers to Defendant's First Set of Request for Production, as follows:

OBJECTIONS/ANSWERS TO PRODUCTION

**REQUEST FOR PRODUCTION NO. 1**
Please produce any complaints and related documents filed by the Plaintiff with state or federal agencies.

**ANSWER:**
Please see documentation previously provided or in your posession.

**REQUEST FOR PRODUCTION NO. 2**
Please produce any documents referenced in the Plaintiff's Original Petition.

**ANSWER:**
Please see documentation previously provided or in your posession.

**REQUEST FOR PRODUCTION NO. 3**
Please produce any documents constituting handbooks, benefit descriptions, policy statements, agreements, letters, memoranda, notes or documents received by the Plaintiff from Defendant.

**ANSWER:**
Please see documentation previously provided or in your posession.

**REQUEST FOR PRODUCTION NO. 4**



EXHIBIT D

RECEIVED NOV 16 2004

Please produce all documents that constitute contracts, agreements or understandings between the Plaintiff and Defendant.

**ANSWER:**
Please see documentation in your posession.

**REQUEST FOR PRODUCTION NO. 5**
Please produce any documents constituting handbooks, benefit descriptions, policy statements, agreements, letters, memoranda, notes or documents received by the Plaintiff from the Defendant.

**ANSWER:**
Object as being duplicative and harassing. Subject to the objection, please see response to production no. 3.

**REQUEST FOR PRODUCTION NO. 6**
Please produce all letters, memoranda or notes transmitted by the Plaintiff to Defendant.

**ANSWER:**
Object as being duplicative and harassing. Subject to the objection, please see response to production no. 3.

**REQUEST FOR PRODUCTION NO. 7**
Please produce all documents evidencing communications, whether oral or written, between Defendant and Plaintiff.

**ANSWER:**
Please see documentation previously provided or in your posession.

**REQUEST FOR PRODUCTION NO. 8**
Please produce all diaries, calendars, logs and personal recordings prepared by the Plaintiff from the beginning of his employment with Defendant to the present.

**ANSWER:**
Object as being overbroad, irrelevent, and not calculated to lead to the discovery of admissible evidence. Subject to the objection, none.

**REQUEST FOR PRODUCTION NO. 9**
Please produce all diaries, calendars, logs and personal recordings prepared by the Plaintiff from the beginning of his termination of employment with Defendant to the present.

**ANSWER**
Object as being duplicative and harassing. Subject to the objection, please see response to production no. 8.

**REQUEST FOR PRODUCTION NO. 10**

Please produce all resumes prepared by the Plaintiff from the beginning of his employment with the Defendants to the present.

**ANSWER:**
Object as being irrelevent. Defendant has been Plaintiff's employer for 35 years and has his entire work history and all resumees in its files.

**REQUEST FOR PRODUCTION NO. 11**
Any and all documents reflecting Plaintiff filed a grievance or complaint with NEOPLAN USA CORP. pursuant to NEOPLAN USA CORP's policies and procedures regarding the complaints made in this lawsuit.

**ANSWER:**
To my knowledge, NEOPLAN has no such grievance procedures.

**REQUEST FOR PRODUCTION NO. 12**
Please produce your medical records with regard to your claim for *"severe mental pain and anguish"* or other evidence exhibiting Plaintiff's claims alleged in paragraph 7.3 pertaining to past and future mental anguish which you claim in Plaintiff's Original Petition.

**ANSWER:**
None.

**REQUEST FOR PRODUCTION NO. 13**
Please produce any documents submitted to an administrative agency.

**ANSWER:**
Please see documentation previously provided or in your posession.

**REQUEST FOR PRODUCTION NO. 14**
Please produce any and all documents, correspondence, memoranda or other documents evidencing claims made in Plaintiff's Original Petition.

**ANSWER:**
Please see documentation previously provided or in your posession.

**REQUEST FOR PRODUCTION NO. 15**
Please produce any and all correspondence from Plaintiff evidencing that Plaintiff was terminated from NEOPLAN USA CORP.

**ANSWER:**
Please documentation in your posession.

**REQUEST FOR PRODUCTION NO. 16**
Please produce your tax returns or financial statements reflecting the income earned following termination of Plaintiff's employment with Defendant.

3

**ANSWER:**
Not in possession. Plaintiff will agree to sign an authorization allowing you to procure such documents from the IRS.

**REQUEST FOR PRODUCTION NO. 17**
Please produce all documents the Plaintiff's efforts to obtain employment after the termination of his employment with the Defendant.

**ANSWER:**
None

**REQUEST FOR PRODUCTION NO. 18**
Please produce any resumes, applications, letters or documents you provided to any potential employer, headhunter or employment agency since your employment with Defendant ended.

**ANSWER:**
None

**REQUEST FOR PRODUCTION NO. 19**
Please produce any application forms, business cards, post cards, letters or documents you received from any potential employer, headhunter or employment agency since your employment with Defendant ended.

**ANSWER:**
None

**REQUEST FOR PRODUCTION NO. 20**
Please produce all rejection letters, letters responding to applications and any other similar documents that you received from any person or entity to whom you have applied for employment since your employment with Defendant ended.

**ANSWER:**
None

**REQUEST FOR PRODUCTION NO. 21**
Please produce all letters or other similar documents offering you employment that you have received from any person or entity since your employment with Defendant ended.

**ANSWER:**
None

**REQUEST FOR PRODUCTION NO. 22**
Please produce all documents evidencing that Plaintiff exhausted his administrative remedies.

**ANSWER:**

Equally available to all parties at the Texas Workforce Commission.

### REQUEST FOR PRODUCTION NO. 23
Please produce any and all evidence that Defendant acted in the nature of extreme and outrageous conduct, was intentional and reckless whose purpose was to cause the infliction of emotional distress of severe nature to Plaintiff.

### ANSWER:
Please see Plaintiff's Original Petition. In addition please see documentation previous provided or in your posession.

### REQUEST FOR PRODUCTION NO. 24
Please produce any and all evidence that Defendant acted in a civil conspiracy or conspired to illegally commit such acts to cause injury to Plaintiff.

### ANSWER:
Please see Plaintiff's Original Petition. In addition please see documentation previous provided or in your posession.

### REQUEST FOR PRODUCTION NO. 25
Please produce any and all evidence that Plaintiff was sexually harassed.

### ANSWER:
Not applicable.

### REQUEST FOR PRODUCTION NO. 26
Please produce any and all attorney records evidencing attorney fees incurred in the prosecution of this claim.

### ANSWER:
Object as being attorney client priviledged. Subject to the objection, please see attorney's fee affidavit of Savannah Robinson.

### REQUEST FOR PRODUCTION NO. 27
Please provide copies of all documents which you intend to produce as exhibits at the trial of this cause.

### ANSWER:
Object as necessarily invading the attorney client and attorney work product privilege. Subjec to the objection: No determination has been made of what will be used at trial. Please documentation previously provided or in your posession.

### REQUEST FOR PRODUCTION NO. 28
Please produce any and all documents that Plaintiff has filed with the EEOC and the Texas Commission on Human Rights or any other State agency regarding your complaints.

5

**ANSWER:**
Equally available to all parties at the Texas Workforce Commission. Please see documentation previously provided or in your posession.

**REQUEST FOR PRODUCTION NO. 29**
Any and all photographs, videotapes or other pictorial evidence which are relevant to the subject matter of the present proceeding.

**ANSWER:**
None

**REQUEST FOR PRODUCTION NO. 30**
Please produce evidence that Plaintiff was to be a witness in his husband's EEOC claim or that Defendant knew Plaintiff would be a witness.

**ANSWER:**
What????
You are clearly not reading the Plaintiff's petition in this case.

**REQUEST FOR PRODUCTION NO. 31**
Please produce any and all evidence that Plaintiff sought medical treatment and incurred medical expenses as a result of Plaintiff's claims.

**ANSWER:**
None. Plaintiff has so much medical that is related to his workers' comp claim. If that is what you are referring to, we do not read this question to mean such. Ask again.

**REQUEST FOR PRODUCTION NO. 32**
Please produce any and all evidence that Defendants acted in a civil conspiracy or conspired to illegally commit such acts to cause injury to Plaintiff.

**ANSWER:**
Please see documents in your possession.

**REQUEST FOR PRODUCTION NO. 33**
Please produce all documents or evidence that Plaintiff has received psychiatric treatment, counseling or therapy in the last ten (10) years.

**ANSWER:**
Object as being outside the permissible scope of discovery, overbroad and irrelevant. Subject to the objection, none.

**REQUEST FOR PRODUCTION NO. 34**
Please produce all petitions or complaints ever filed on your behalf (other than this lawsuit) alleging that you sustained any bodily injuries, mental anguish or personal unjuries.

6

**ANSWER:**
Are you referring to the workers comp claim? If so, the documents are equally availabe to all parties from the medical care providers, and more easily obtainable by you from your workers comp insurance carrier.

**REQUEST FOR PRODUCTION NO. 35**
Please produce all petitions or lawsuits ever filed on your behalf (other than this lawsuit) alleging that an employer or its employees, officers, directors, supervisors, agents, customers or shareholders discriminated against you in any way, harassed you in any way, or mistreated you in any way.

**ANSWER:**
Objection, irrelevant, beyond the scope of permissible discovery, overly broad, invades the reasonable expectation of privacy of plaintiff and persons who are not parties to this suit.

**REQUEST FOR PRODUCTION NO. 36**
Please produce any and all evidence of harassment by other employees.

**ANSWER:**
What??? Have you read this petition?

**REQUEST FOR PRODUCTION NO. 37**
Please produce any and all evidence of your compensatory damages and injuries along with any exemplary damages as alleged in Plaintiff's Original Petition.

**ANSWER:**
Please see Plaintiff's Responses to Rule 26 Disclosures.

**REQUEST FOR PRODUCTION NO. 38**
Please produce any documents or computer discs reflecting that the NEOPLAN USA CORP. committed harassment against Plaintiff or any other person.

**ANSWER:**
What?? You really ought to look at the pleadings.

**REQUEST FOR PRODUCTION NO. 39**
Please produce all evidence, documents computer discs, reflecting any adverse employment action taken against Plaintiff.

**ANSWER:**
What??? Plaiontiff has never employed anyone? Are you talking about the wrongful termination of plaintiff? If so, then the request is overbroad, cumulative of other requests, and a prohibited "fishing expedition"

**REQUEST FOR PRODUCTION NO. 40**

7

Please provide any tangible supporting the date, place or person to whom you first made a complaint of harassment by NEOPLAN USA CORP.

**ANSWER:**
You've lost your mind. This is not a sexual harrassment suit.

**REQUEST FOR PRODUCTION NO. 41**
Please produce all documents you received from the Texas Workforce Commission regarding your employment with and/or separation from Defendant.

**ANSWER:**
Please see documentation previously provided or in your posession. Records of the Texas Workforce Commission are equally available to all parties.

**REQUEST FOR PRODUCTION NO. 42**
Please produce all letters, statements, press releases or other documents you provided to any newspaper, radio, television or other media entity regarding your employment with or separation from Defendant.

**ANSWER:**
None.

**REQUEST FOR PRODUCTION NO. 43**
Please provide all forms, applications, questionnaires, complaints, filings or other documents you completed or provided to the Texas Commission on Human Rights or Equal Employment Opportunity Commission regarding your employment with or separation from Defendant.

**ANSWER:**
Object as being cumulative and duplicative. Harrassing, annoying and a wasted effort.

**REQUEST FOR PRODUCTION NO. 44**
Please produce all personnel files and personnel records concerning your employment with each employer you were employed by during the last fifteen (15) years to the present.

**ANSWER:**
Please see documentation in your posession.

**REQUEST FOR PRODUCTION NO. 45**
Please produce every written complaint you filed with any person or entity in the last fifteen (15) years against any of your employers, supervisors or co-employees.

**ANSWER:**
Please see documentation in your posession.

**REQUEST FOR PRODUCTION NO. 46**

8

Please produce any and all evidence supporting any of the claims and allegations made in Plaintiff's Original Petition.

**ANSWER:**
Please see documentation previously provided or in your posession.

**REQUEST FOR PRODUCTION NO. 47**
Please produce any and all evidence of sexual harassment against other employees at NEOPLAN USA CORP. that Plaintiff may introduce at trial.

**ANSWER:**
None.

**REQUEST FOR PRODUCTION NO. 48**
Please produce any and all documents that Plaintiff has in his possession or will rely on that procedures were violated in terminating Plaintiff.

**ANSWER:**
Please see documentation previously provided or in your posession.

**REQUEST FOR PRODUCTION NO. 49**
Please produce a copy of Plaintiff's employment contract, if any.

**ANSWER:**
Object as being attorney- client priviledged. Subject to the objection, please see documentation previously provided or in your posession.

**REQUEST FOR PRODUCTION NO. 50**
Please produce an executed medical authorization form enclosed herewith.

**ANSWER:**
Object as being beyond the permissible scope of discovery. Will supplement.

**REQUEST FOR PRODUCTION NO. 51**
Please produce an executed form 4506 (Federal Income Tax) original signature please.

**ANSWER:**
Object as being beyond the permissible scope of discovery.

**REQUEST FOR PRODUCTION NO. 52**
Please produce an executed personnel records authorization attached hereto for your convenience.

**ANSWER:**

9

Case 1:04-cv-00121   Document 16-5   Filed in TXSD on 02/01/2005   Page 10 of 11

Object as being beyond the permissible scope of discovery.

**REQUEST FOR PRODUCTION NO. 53**
Please produce your social security card or a photocopy of same.

**ANSWER:**
Object as being beyond the permissible scope of discovery. Irrelevant.

**REQUEST FOR PRODUCTION NO. 54**
Please produce your driver's license or a photocopy of same.

**ANSWER:**
Object as being beyond the permissible scope of discovery. Irrelevant.

**REQUEST FOR PRODUCTION NO. 55**
Please produce every written complaint you filed with any person or entity in the last fifteen (15) years against any of your employers, supervisors, or co-employees.

**ANSWER:**
Please see documentation in your posession.

**REQUEST FOR PRODUCTION NO. 56**
Please provide a copy of the letter(s) where you have requested to file a grievance.

**ANSWER:**
Will supplement. Client is unavailable.

**REQUEST FOR PRODUCTION NO. 57**
Please produce any and all evidence of your actual and compensatory losses and damages as alleged in Plaintiff's Original Petition.

**ANSWER:**
Please see documentation previously provided or in your posession. In addition, will supplement. Client is unavailable.

**REQUEST FOR PRODUCTION NO. 58**
Please provide all documents evidencing Plaintiff timely filed a claim with either the TCHR or EEOC.

**ANSWER:**
Please see documentation previously provided or in your posession.

10

Respectfully Submitted,
LAW OFFICE OF SAVANNAH ROBINSON

_____
Savannah Robinson
SBN: 17108150
Fed. ID: 3922
1822 Main Street
Danbury, Texas 77534
(979) 922-8825
FAX: 979-922-8857

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that a true, complete and correct copy of the attached and foregoing was this day served, pursuant to the Federal Rules of Civil Procedure, on the following persons, on the 12th day of Nov._____, 2004

**Jeffery Roerig**
**Roerig, Oliveira & Fisher**
**855 West Price Road, Ste 9**
**Brownsville, Texas 78550**

_____
Savannah Robinson