## Civil (In-Chambers) Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Kovacevic    ☐ Levesque |
| DATE | 2 — 3 — 05 |
| TIME | 10:00 a.m. — 10:15 a.m. |
| CIVIL ACTION | B — 04 — 121 |
| STYLE | **DANIEL ENGUITA** *versus* **NEOPLAN USA CORP.** |



United States District Court
Southern District of Texas
FILED

FEB 0 3 2005

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■ In-Chambers Conference held.        (Court Reporter: Heather Hall-not used)

Attorney for Plaintiff:    Savannah L. Robinson, Esq.

Attorney for Defendant: Elizabeth G. Neally, Esq.

■ Comments & Notes

1. The Court was to hear and decide the defendant's motion to compel discovery from the plaintiff. Specifically, the defendant claimed that the plaintiff's responses to requests for production and interrogatories were unacceptable. In response, the plaintiff mainly averred that the requests and interrogatories were beyond the scope of discovery. Before the hearing, the parties notified the Court that the issue underlying the defendant's motion had been worked out and, therefore, the motion to be heard was moot. Consequently, the Court cancelled the hearing.

2. Defendant's Motion to Compel Discovery (Dkt# 13) is *Moot.*