UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**ADR MEMORANDUM TO CLERK OF COURT**
(To be submitted in duplicate
if case settles before ADR *or* within
10 days after completion of ADR.)

United States District Court
Southern District of Texas
FILED

FEB 17 2005

Michael N. Milby
Clerk of Court

DANIEL ENGUITA
                                Plaintiff(s)
V.

NEOPLAN USA CORPORATION
                                Defendant(s)

DIVISION   BROWNSVILLE
CIVIL ACTION NO. B-04-121

ADR METHOD:   Mediation   X      Arbitration   ___
              Mini-trial  ___    Summary Jury Trial   ___

TYPE OF CASE:   Employment Discrimination

1. Please check one of the following:
   The case referred to ADR settled ___ did not settle  X

2. My total fee and expenses were: $ 1,000.00.
   (If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant to order of the Court or agreement of the parties.)

   _____
   _____

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

   Daniel Enguita, Plaintiff
   Ms. Savannah Robinson, Attorney
   LAW OFFICE OF SAVANNAH ROBINSON
   1822 Main
   Danbury, Texas 77534
   (979) 922-8825 - telephone
   (979) 922-8857 - telefax

   Neoplan USA Corporation, Defendant
   Mr. Jeffrey Roerig, Attorney
   ROERIG, OLIVEIRA & FISHER
   855 West Price Road, Ste. 9
   Brownsville, Texas 78550
   (956) 631-8049 - telephone
   (956) 631-8141 - telefax

ADR PROVIDER

Date: 02/15/05

Name:       Alfred T. Denham
Signature:  /s/ Alfred T. Denham

SDTX-ADR-5/(Rev. 6-15-93)