09/01/2004 01:00 FAX 9563800771    LAWOFC    ⌀002

632 Hwy 290 East, Suite 250
Austin, Texas 78723
P.O. Box 13006
Austin, Texas 78711-3006
www.tchr.state.tx.us



(512) 437-3450
(512) 437-3478 Fax
(888) 452-4778 Toll Free
(512) 371-7473 TTY
(800) 735-2989 Texas Relay

## TEXAS COMMISSION ON HUMAN RIGHTS

May 15, 2003

DISMISSAL/REFFERAL NOTICE



RECEIVED
JUN 16 2003
BY:_____

Mr. Daniel Enquita
912 Grey Fox Circle
Brownsville, TX 78520

REFERENCE: Neoplan USA Corporation

Dear Mr. Enquita:

The Texas Commission on Human Rights has received and carefully reviewed your recent inquiry concerning possible employment discrimination against you by your employer. This is to inform you that the Commission will be unable to draft a charge on your behalf for the reason(s) indicated below:

( )    More than thirty days (30) have elapsed since a draft complaint was mailed to you. To date, the Commission is not in receipt of your signed, notarized complaint.

                                            For J.D. Powell, Executive Director
                                            Texas Commission on Human Rights

DATE: MAY 1 5 2003                          BY: _____
                                                   Supervisor

cc: Respondent

*"Texas Commission on Human Rights is an Equal Opportunity Employer"*



IN08

Exh D    03

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § | |
| | § | CIVIL ACTION NO. B-04-121 |
| VS. | § | JURY |
| | § | |
| NEOPLAN USA CORP. | § | |

### AFFIDAVIT OF PAT ROBINETTE

1. "My name is Pat Robinette. I am the Human Resource Director for Neoplan USA Corp. I am over the age of 18 years of age, I am of sound mind and I suffer no legal or other disability that would incapacitate me in any way from making this affidavit, and I am competent to testify as to the facts stated herein. Further, I give this affidavit voluntarily and without reservation. I have personal knowledge of the facts stated herein.

2. "Further, I was the Human Resource Director during 2002 and 2003 when the attached correspondence was sent. A letter was sent to Mr. Enguita from Neoplan's president, John Russell, dated April 24, 2002 indicating to him that his last date of employment would be June 24, 2002. See exhibit D-1 attached.

3. "As of April 24, 2002 Mr. Enguita was aware that he was to be unemployed after that date.

4. "Also, attached is a form indicating a declaration by Mr. Enguita concerning his 'resignation from employment or cessation if on activity abroad.' I verify that this declaration was prepared by Daniel Enguita and signed by me on February 14, 2003. In this document, Mr. Enguita indicated 'I hereby declare that my employment remuneration ended on 24/6/02.' See exhibit D-2 attached.

5. "These said documents are kept in the regular course of business, at the office of the undersigned. I certify that the attached documents are true, exact, complete, and unaltered photocopies held in my custody as the Director of Human Resources for Neoplan USA Corp."

Further affiant sayeth not.

_____
Pat Robinette

Exh. E

STATE OF COLORADO          *
COUNTY OF PROWERS          *

  SWORN TO AND SUBSCRIBED before me by Pat Robinette, Human Resource Director for Neoplan USA on this the 8th day of February, 2005.



_____
NOTARY PUBLIC

My Commission Expires 01/19/2006

Office of the President

# NEOPLAN
## USA CORPORATIO[N]

700 Gottlob Auwaerter Drive
Lamar, Colorado 81052
719/336-3256

April 24, 2002

Daniel Enguita-Lazaro
912 Grey Fox Circle
Brownsville, TX 78520

RE: Notice of Temporary Shut-down

Dear Daniel:

It is with regret that we inform you that Neoplan USA Corporation's entire plant located at 2045 Les Mauldin Blvd., Brownsville, Texas 78521, will be idled as of June 24, 2002. Your last day of work will be June 24, 2002. There are no applicable bumping rights.

It is our hope that this plant can be re-opened in 12 to 18 months, depending on business conditions. However, there is no guarantee that this will happen.

We want to thank you for your efforts during your employment. We know that this action affects you personally, and we truly regret that. We have arranged for a severance benefit for you. Please contact HR Director, Pat Robinette, 719-336-3256, ext. 210 for further assistance.

Sincerely,

NEOPLAN USA CORPORATION

*John Russell*

John Russell
President

Exh E-1

01

Zuständiger deutscher Versicherungsträger
Competent German ... insurance agency

Deutsche Versicherungsnummer: **Z310094419039**  German Insurance Number

BKZ (nur BfA): **VJ6JT**  BKZ (BfA only)

| Erklärung über die Aufgabe der Beschäftigung oder Tätigkeit im Ausland | Declaration concerning resignation from employment or cessation of an activity abroad |

Personalien des Versicherten / Information about the worker

| | | | |
|---|---|---|---|
| Name | ENGUITA - LAZARO | Last name | ENGUITA-LAZARO |
| Vorname | DANIEL | First name | DANIEL |
| Geburtsname | | Name at birth | |

Erklärung des Rentenantragstellers oder Rentenberechtigten / Declaration by the applicant or beneficiary

1. Hiermit erkläre ich, dass ich
   - meine Beschäftigung gegen Entgelt — nein ☐ / ja ☐ — my employment for remuneration
   - meine selbständige Erwerbstätigkeit — nein ☐ / ja ☐ — my self employment
   - aufgegeben habe ☒ — ended ☒
   - aufgeben werde ☐ — will end
   - am  day/month/year **24 06 02**   on (date) **24/6/02**

2. Bei Beschäftigten
   Name und Anschrift des letzten Arbeitgebers:
   NEOPLAN U.S.A. CORP
   700 G. AUWAERTER DRIVE
   LAMAR, CO 81052
   U.S.A.

   For an employed person
   Name and address of last employer:
   NEOPLAN

   Die auf der Rückseite dieser Erklärung befindliche Bestätigung ist durch den Arbeitgeber auszufüllen.
   The section on the reverse side of this declaration must be completed by the employer.

3. Bei Selbständigen
   Eine amtliche Abbestätigung
   - ist beigefügt ☐ — is enclosed
   - wird nachgereicht ☐ — will be submitted later

   For a self-employed person
   An official notification of cessation of activity

4. Ich beabsichtige weiterhin eine
   Beschäftigung auszuüben — nein ☒ / ja ☐ — I intend to continue my employment
   selbständige Erwerbstätigkeit auszuüben — nein ☐ / ja ☐ — self-employment;

   und zwar in der Zeit vom / bis — for the period from/to
   mit einem voraussichtlichen Bruttoverdienst / Bruttoeinkommen von — Betrag / Amount — with monthly gross earnings/gross income from employment or self-employment of

Exh E-2
000012

bitte wenden
please turn over

Alle Fragen genau beantworten  
Zutreffendes ankreuzen ☒  
Bitte Beweismittel beifügen

all questions accurately  
mark everything applicable with ☒  
Please submit all required proofs

X DANIEL ENGUITA

| # | German | Response | English |
|---|---|---|---|
| 45 | Wurde für die letzte Beschäftigung ein Arbeitsentgelt für Zeiten gezahlt, in denen die Beschäftigung tatsächlich nicht ausgeübt wurde (z. B. Lohnfortzahlung bei Krankheit)? Falls „ja" ist anzugeben: – Art der Zahlung/Grund der Zahlung – der Zeitraum, für den die Zahlung erfolgt ist (Bescheinigung des Arbeitgebers über Dauer und Höhe der Zahlung ist beizufügen) | ☐ nein / ☒ ja  DISABILITY FOR SURGERY  FEBRUARY 14 2002 THRU MAY 1st, 2002 | During that last period of employment, was any payment received for a period of time when no work was actually performed (e.g. sick leave payments)? If "yes", indicate: – The type and reason for payment – The period for which payment was made (An employer's statement describing the duration and amount of payment is required) |
| 46 | Ärztliche Behandlung  a) Lag in der letzten Zeit eine ärztliche Behandlung vor? Falls „ja" ist anzugeben: – wegen welcher Leiden – Beginn und Ende der Behandlung – Name und Anschrift des Arztes | ☐ nein / ☒ ja  SPINAL STENOSIS  MAY 2001  MADOVAN DISHAROOI 942 WILD ROSE LN. BROWNSVILLE, TEXAS 78520 U.S.A. | Medical treatment  a) Have you been under medical treatment recently? If "yes", indicate: – Type of illness – Dates of treatment – Name and full address of physician |
| | b) Wurde der Rentenbewerber in den letzten 3 Jahren in einer Krankenanstalt stationär behandelt? Falls „ja" ist anzugeben: – wegen welcher Leiden – Beginn und Ende der Behandlung – Name und Anschrift der Krankenanstalt(en) | ☐ nein / ☒ ja  SPINAL STENOSIS SURGERY  14/2/2002 – 28/2/2  VALLEY REGIONAL MEDICAL HOSPITAL 100A ALTON GLOOR, BROWNSVILLE TX 78526 U.S.A. | b) Have you been treated as an in-patient in a hospital in the last 3 years? If "yes", indicate: – Type of illness – Dates of treatment – Name and full address of hospital(s) |
| 47 | Ist die Erwerbsminderung durch andere Personen, einen Unfall oder eine Berufskrankheit verursacht worden? Falls „ja" sind anzugeben: – die Ursache – Tag des Unfalls | ☒ nein / ☐ ja | Was the reduction in earnings capacity caused by other persons, by an accident, or by an occupational disease? If "yes", state: – The cause – The date of accident |
| | Falls der Unfall durch andere Personen verursacht worden ist, sind Name und Anschrift des Schädigers anzugeben | | If the disabling accident was caused by other persons, give the name and address of the responsible person(s): |
| | Wurden Schadenersatzansprüche geltend gemacht? Falls „ja" – gegen wen? | ☐ nein / ☐ ja | Have you filed a claim for compensation of damages? If "yes", indicate: Against whom? |

Falls der Versicherte nicht zugleich Rente aus der U.S. Sozialversicherung beantragt, bitte nach Möglichkeit ein Attest des behandelnden Arztes oder vorhandene

A statement from the treating physician or other medical evidence should be submitted unless the worker is also applying for disability benefits from the U.S. Social Security

000013

| | | | |
|---|---|---|---|
| 5 | Ich verpflichte mich, dem zuständigen Rentenversicherungsträger unverzüglich mitzuteilen, wenn ich beabsichtige, eine Beschäftigung gegen Entgelt oder eine Erwerbstätigkeit aufzunehmen, oder wenn mir bekannt ist, dass diese der in Ziff. 4 angegebenen Umfang überschreiten wird. | | I obligate myself to immediately notify the competent German pension insurance agency if I intend to begin employment for remuneration or become self-employed, or if I know that I will work beyond the dates or exceed the amounts indicated in number 4. |
| 6 | Ort, Datum | | Place, date |
| 7 | Unterschrift | | Signature |

**Bescheinigung des Arbeitgebers** — **Certification by the employer**

| | | | |
|---|---|---|---|
| 1 | Name und Vorname des Arbeitnehmers | DANIEL ENGUITA-LAZARO | Enter full name of employee<br>Daniel Enguita-Lazaro |
| 2 | Ende der Beschäftigung am<br>Änderung der Beschäftigung zum | day / month / year | The initial employment relationship<br>— ended on: June 24, 2002<br>— changed on: |

Bitte beantworten Sie die folgenden Fragen, damit wir entscheiden können, ob der Arbeitnehmer in den Ruhestand getreten ist oder ob eine Änderung in der Art der Beschäftigung, in der Arbeitszeit oder in der Höhe des Arbeitsentgelts erfolgt ist.

Please answer the following questions so that we may determine if the employee has been retired or if there has been a change in the type or frequency of work or the amount of remuneration.

| | | | |
|---|---|---|---|
| 3 | Wurde im Anschluss an das bisherige Arbeitsverhältnis ein neuer Arbeitsvertrag geschlossen oder wurde vereinbart, dass der Genannte weiterarbeitet? | [X] nein / [ ] ja<br>no / yes | Has a new employment contract been negotiated or an agreement been made so that the employee continues to work? |
| 4 | Falls Frage 3 mit »ja« beantwortet wurde:<br>Das neue Arbeitsverhältnis ist<br>a) befristet auf die Zeit vom / bis<br>b) unbefristet. | [ ] | If question 3 was answered "yes":<br>a) If the new employment relationship is limited to a specific length of time, give dates (from/to)<br>b) Is the new employment for an unlimited period of time? |
| 5 | Unterscheidet sich das neue Arbeitsverhältnis inhaltlich von dem bisherigen Arbeitsverhältnis? | [ ] nein / [ ] ja<br>no / yes | Is the new employment different from the previous employment? |
| 6 | Falls Frage 5 mit »ja« beantwortet wurde:<br><br>Wodurch unterscheidet sich das neue Arbeitsverhältnis inhaltlich von dem bisherigen Arbeitsverhältnis? Hier sind Angaben zur Arbeitszeit, zur Höhe des Arbeitsentgelts und zur Art der neuen Beschäftigung zu machen. | | If question 5 was answered "yes":<br><br>Explain how the new period of employment differs from the previous period of employment.<br>(Give information regarding differences in working hours, remuneration, and type of work) |
| 7 | Ort, Datum | | Place, date<br><br>February 14, 2003 |
| 8 | Unterschrift und Firmenstempel | | Signature and stamp of employer<br>*Pat Robinette* (signature)<br>Pat Robinette<br>Neoplan USA Corporation |

000014