IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **DANIEL ENGUITA** | § | |
| | § | **CIVIL ACTION NO. B-04-121** |
| **VS.** | § | **JURY** |
| | § | |
| **NEOPLAN USA CORP.** | § | |

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

On this day came on to be considered Defendant's Motion for Summary Judgment, and

the Court, after reviewing the file and hearing the argument of counsel, is of the opinion that said

Defendant's Motion for Summary Judgment should be GRANTED and is as to all respects final.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Defendant's

Motion for Summary Judgment is hereby GRANTED;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims

against the Defendant be dismissed with court costs to be borne by the party incurring same.

**SIGNED** this _____ day of _____, 2005.

_____
PRESIDING JUDGE

Copy to:

Savannah Robinson, Attorney at Law, 1822 Main Street, Danbury, Texas 77534
Carlos E. Hernandez, Jr., The Law Office of Carlos E. Hernandez, Jr., P.C., 101 North Tenth Avenue, Edinburg, TX 78541
Elizabeth G. Neally, Roerig, Oliveira & Fisher, 855 West Price Road, Suite 9, Brownsville, Texas 78520