IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § | |
| | § | CIVIL ACTION NO. B-04-121 |
| VS. | § | JURY |
| | § | |
| NEOPLAN USA CORP. | § | |

### ORDER SETTING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Neoplan USA Corp.'s Motion for Summary Judgment having been presented before this court, and the court is of the opinion that said motion should be heard.

**IT IS THEREFORE ORDERED**, Defendant's Motion for Summary Judgment is hereby set for hearing on the ____ day of _____, 2005 at _____ ___.m.

**SIGNED** this _____ day of _____, 2005.

_____
PRESIDING JUDGE

Copy to:

Savannah Robinson, Attorney at Law, 1822 Main Street, Danbury, Texas 77534
Carlos E. Hernandez, Jr., The Law Office of Carlos E. Hernandez, Jr., P.C., 101 North Tenth Avenue, Edinburg, TX 78541
Elizabeth G. Neally, Roerig, Oliveira & Fisher, 855 West Price Road, Suite 9, Brownsville, Texas 78520