*TWC File*

JAN-27-2003 MON 12:58 PM DAVID GARCIA'S OFFICE        FAX NO. 956 383 1129                P. 02



### The Law Office of
# CARLOS E. HERNANDEZ, JR. P.C.
*Attorney and Counselor at Law*
carlos.hernandezjr@worldnet.att.net

---

101 N. 10th Edinburg, Texas 78539   Telephone 956.380.0001   Facsimile 956.380.0771

January 27, 2003

**SENT VIA FAX (512) 437-3478 and**
**CMRRR 7002 1000 0004 8587 8167**
J. D. Powell
Director of Enforcement
Texas Commission on Human Rights
P.O. Box 13493
Austin, Texas 78711

**RE:**  *TCHR/Local Commission Complaint No:* _____
    *EEOC Charge No:* _____
    *Charging Party:*                    **Daniel Enquita**
    *Respondent:*                        **Neoplan USA Corp.**

Dear Director of Enforcement:

    Please be advised that I represent Daniel Enquita in the above referenced charge. Please see to it that this charge is also filed with the Equal Employment Opportunity Commission.

    I request that you keep us informed of the progress of the investigation. Please notify us in advance of any consultation with Daniel Enquita.

    We would also appreciate a telephone call prior to any recommendation or determination that may be made by the commission in regards to the charge. I may be reached at (956) 380-0001.

    Your assistance in this matter is greatly appreciated.

                                Very truly yours,

                                Carlos E. Hernandez, Jr.          **EXHIBIT 1**

CEH:bo

Enclosure
cc:   Daniel Enquita

05

```
                    956 383 1129
JAN-27-2003 MON 12:58 PM DAVID GARCIA'S OFFICE      FAX NO. 956 383 1129           P. 01
```



## The Law Office of
## CARLOS E. HERNANDEZ, JR. P.C.
*Attorney and Counselor at Law*
carlos.hernandezjr@sbcglobal.net

101 N. 10th Edinburg, Texas 78539   Telephone 956.380.0001   Facsimile 956.380.1771

### FACSIMILE COVER SHEET

**IMPORTANT:** This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive the communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the United States Postal Service. Thank you.

Date: **1-27-03**

Please deliver the following pages to:

Name: **J. D. POWELL**

Facsimile No. **(512) 437-3478**

From: *Carlos E. Hernandez, Jr.*

RE: **ENQUITA v. NEOPLAN USA Corp.**

Total Number of Pages **6** (including cover Sheet)

Sent by: *Bo Bennett*                                  Time Sent: _____

MESSAGE:

IF YOU DO NOT RECEIVE ALL PAGES PLEASE CONTACT OUR OFFICE

JAN-27-2003 MON 12:59 PM DAVID GARCIA'S OFFICE        FAX NO. 956 383 1128        P. 03

DATE RECEIVED BY TCHR

## INTAKE QUESTIONNAIRE

PLEASE COMPLETE THE REQUESTED INFORMATION. If returning by mail: Texas Commission on Human Rights, P.O. Box 13006, Austin, Texas 78711.

**NOTE: FAILURE TO PROVIDE COMPLETE INFORMATION MAY RESULT IN DELAYED PROCESSING OF YOUR COMPLAINT.**

**COMPLAINANT:**
Name: David Enquita
Address: 912 Grey Fox Circle
City: Brownsville, Tx   Zip: 78520
Home Phone # (956) 504-9229
Work Phone # (956) ___
SSN #: 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

**EMPLOYER**
Company Name: Neoplan USA Corp.
Street address where you actually worked:
2045 Les ___ Mauldin Blvd
City: Brownsville, Tx   Zip: 78520
Phone #:(956) 542-9793   County: Cameron
Total Number of Employees: 715

**EMERGENCY CONTACT:**
Name: Carlos E. Hernandez, Jr.
Address: 101 North 10th St
City: Edinburg, Tx   Zip: 78539

**EMPLOYER'S PERSONNEL DIRECTOR/OFFICER:**
Name: Juan Mirchan
Title: Supervisor of New Projects
Phone # (if different): (956) 547-9797

DATE YOU WERE HIRED BY THE EMPLOYER: February 1992

LAST POSITION TITLE YOU HELD: Coordination of New Projects - Production Manager

DATE OF THE LAST INCIDENT OF DISCRIMINATION: September 2002 - Termination

I. The discrimination you suffered was because of your: [Circle ONLY the basis you are filing under. (Example: Race Black or White; Sex: Female or Male; Age: 47 years (Date of Birth 10/30/52) Disability: back impairment

(Race) Spanish   Color ___   (National Origin) Spanish   Sex ___
Religion ___   (Disability) - Spinal Stenosis Surgery Hip & Back   (Age) (Date of Birth) 11-10-41

II. Check ONLY the appropriate type of personnel action taken against you by employer:

___ Demotion (D1)               ✓ Discharge (D2)              ✓ Layoff (L1)
___ Maternity (M1)              ✓ Wages (W1)                  ___ Sexual Harassment (S4)
✓ Discipline (D3)               ✓ Promotion (P3)              ✓ Terms & Conditions (T2)
___ Training (T4)               ___ Suspension (S5)           ✓ Hiring (H2)
✓ Harassment (H1)               ✓ Retaliation (OR)            ✓ Other (O1)

(updated July 2001)

97

JAN-27-2003 MON 12:59 PM DAVID GARCIA'S OFFICE    FAX NO. 956 383 1129    P. 04

**INTAKE QUESTIONNAIRE**
Page Two

Please answer the following questions briefly. (If you need more space, please use reverse side of form).

A. Provide the date of each and every action, the full name and position title of each person involved, and the action taken against you.

   Allegation # 1: Date _On or about Sept 1, 2002_    Action: _Terminated._
   Explanation: _On or about Sept. 1, 2002 I was terminated by management of New Plan USA Corporation._

   Allegation # 2: Date _____    Action: _____
   Explanation: _____

   Allegation # 3: Date _____    Action: _____
   Explanation: _____

B. Provide the reasons the employer gave you for each action taken against you.

   Allegation # 1: _None given_

   Allegation # 2: _____

   Allegation # 3: _____

C. What did your race, color, national origin, religion, sex, age, or disability, have to do with the action taken against you?

   Allegation # 1: _I was terminated by the corporation due to my age._

   Allegation # 2: _____

   Allegation # 3: _____

D. Provide the full name(s) of other employees in a same or similar position to you that were treated differently by the employer under similar conditions. (Example: John Smith - Black or White)

   _Other employees were allowed to relocate to other parts of the country. I was not given the same alternatives or options. The Caucasian or Anglo employees were treated differently than I was. (ie - Dorothy Elliott,_

98

JAN-27-2003 MON 12:58 PM DAVID GARCIA'S OFFICE        FAX NO. 956 383 1129              P. 05

INTAKE QUESTIONNAIRE
Page Three

IV. **RETALIATION:** If you complained to management in opposition of unlawful discriminatory practices, testified as a witness in a discrimination complaint, aided another employee in the preparation of a discrimination complaint, filed a charge and/or assisted in an employment discrimination investigation, and the employer took retaliatory action against you, provide the following:

Date(s) you participated in any of the above protected activity (ies):
*Same as Above*

Full name and position title of the person(s) you complained to: (Example: John Smith, Supervisor, Black)

Date(s) and description(s) of retaliatory action taken against you:
*Same as Above*

V. If you have retained an attorney to represent you during the investigation, please have him/her provide our office with a letter of representation.

Attached is letter of representation from attorney Carlos E. Hernandez, Jr. of The Law Offices of Carlos E. Hernandez, Jr., P. C., 101 North 10th, Edinburg, Texas 78539 (telephone 956/380-0011, facsimile 956/380-0771).

VI. Please indicate if you have previously filed any complaint with any of the agencies listed below:

_____ Texas Commission on Human Rights (TCHR)
_____ Equal Employment Opportunity Commission (EEOC)
_____ National Labor Relations Board (NLRB)
_____ Office of Federal Contract Compliance Program (OFCCP)
_____ Other Agency (Give Name) _____

If so, identify the date(s) of filing: _____

Charge Number: _____

Indicate what resolution(s) was reached: _____

Signature _David Enguita_         Date _01-27-03_

99

JAN-27-2003 MON 12:59 PM DAVID GARCIA'S OFFICE     FAX NO. 956 383 1129         P. 06

**ADDITIONAL INFORMATION**
(Not part of Official Complaint)

A. **SETTLEMENT/RESOLUTION**

What is the minimum remedy that you are willing to accept as a settlement or resolution should this develop into an official complaint?

Job_____✓_____   Back Pay_____✓_____   Benefits_____✓_____

Explain:_____A reasonable settlement or a jury trial by my peers._____

B. **COMPLAINANT'S WITNESS INFORMATION**: Are there people who witnessed first-hand the action taken against you? If so, please complete the information requested below.

* * *

Name of Witness:_____

Home Address:_____

City_____ State_____ Zip_____

Home Phone # (956) _____

Specific information he/she can provide:_____
_____

* * *

Name of Witness:_____

Home Address:_____

City_____ State_____ Zip_____

Home Phone # (956) _____

Specific information he/she can provide:_____
_____

* * *

Name of Witness:_____

Home Address:_____

City_____ State_____ Zip_____

Home Phone # (956) _____

Specific information he/she can provide:_____

100