6330 Hwy 290 East, Suite 250
Austin, Texas 78723
P.O. Box 13006
Austin, Texas 78711-3006
www.tchr.state.tx.us



(512) 437-3450
(512) 437-3478 Fax
(888) 452-4778 Toll Free
(512) 371-7473 TTY
(800) 735-2989 Texas Relay

## TEXAS COMMISSION ON HUMAN RIGHTS

01/29/2003

Neoplan USA Corporation
2045 Las Mauldin Blvd.
Brownsville, TX 78520

RE: <u>Daniel Enquita</u>     VS. <u>Neoplan USA Corporation</u>

Dear Sir/Madam

In accordance with Section 21.201(d) of the Texas Labor Code and 40 Texas Administrative Code Section 327.1(i), you are on notice that the commission has received a tendered document that constitutes an initial complaint by the above referenced complainant. The Commission may be unable to perfect this complaint until after 180 days from the date of the alleged act of discrimination. In accordance with Section 21.201(e) and (f) of the Texas Labor Code and 40 Texas Administrative Code Section 327.1(g), the perfected complaint will be amended to relate back to the date that the initial complaint was received by the Commission.

This tendered document shall not be docketed or an investigation initiated until a perfected complaint is received by the Commission. No action is necessary until the perfected complaint is served on the respondent.

Pursuant to the Texas Commission on Human Rights Act, as amended, it is an unlawful employment practice to retaliate or discriminate against a person who has opposed a discriminatory practice or who has made or filed a complaint, testified, assisted or participated in any manner in an investigation, proceeding or hearing under this Act.

If the complainant identified above has filed the same complaint with the U.S. Equal Employment Opportunity Commission, please notify the Texas Commission on Human Rights' office by phone at 512/437-3450 or by mail.

Sincerely,

*Vickie Covington*
Vickie Covington /VVC    4876
Acting Director Of Enforcement.

**EXHIBIT 2**