EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
INTAKE RECORD

```
-------------------------------------------------------------------
CHARGE NUMBER: 1A30395-S                    EEOC NUMBER: 31CA300832
-------------------------------------------------------------------
CHARGING PARTY INFORMATION:
     Enquita, Daniel (Mr)          SOC SEC #:              GENDER: M
     912 Grey Fox Circle           BIRTHDATE: 04101941     RACE : W
     Brownsville, TX 78520         COUNTY   : Cameron      ORIGIN: H
(H)  (956) 504-9229                JOB TITLE: Production Manager
(W)                                EXCLUDE CP NAME FROM 131/131a:
-------------------------------------------------------------------
RESPONDENT INFORMATION:
     Neoplan USA Corporation       R TYPE   : E
     2045 Las Mauldin Blvd.        R COUNTY : 061
     Brownsville, TX 78520         SMSA CODE: 1240
                                   SIC CODE : 632
     (956) 547-9797                FUNCTION :
SUPERVISOR NAME :                  EEO ID#  :
SUPERVISOR TITLE:                  # EMPLOY : Cat A (15-100)
-------------------------------------------------------------------
RECEIVED DATE: 012903    RCVD OFFICE: 31C     INTAKE STAFF: EMC
THIS OFF DATE: 072503    ACCT OFFICE: 31C     INTAKE UNIT : 1
OV, FIRST  : 090102      DEFF OFFICE: 360     INQUIRY DATE: 012703
OV, LAST   : 090102                           INTAKE OFF  : 36
-------------------------------------------------------------------
STATUTE: TAD             PROC TYPE: O         FEDERAL XFER: C
BASIS : NO OA T3 Z2      CONT. ACT: N         FEDERAL CODE: EE
ISSUES : A3 D2 E1 O1 R6 T2   SOURCE  : A      COMM. TYPE : M
-------------------------------------------------------------------
RESPONDENT CONTACT INFORMATION:       CHARGING PARTY CONTACT INFORMATION:
     Neoplan USA Corporation              Hernandez, Carlos (Att)
     2045 Las Mauldin Blvd.               101 N. 10th
     Brownsville, TX 78520                Edinburg, TX 78539
     Phone: (956) 547-9797                Phone: (956) 380-0001
-------------------------------------------------------------------
ACTION CODE:
     B4 DATE:          OFFICE:      BY:    TO :     RSN:
     B5 DATE:          OFFICE:      BY:    TO :     RSN:
     B6 DATE:          OFFICE:      BY:    CAT:     CT1:        NEP:
     G1 DATE: 031303   OFFICE: 31C  BY: I1 STF: EMC
     A0 DATE:          OFFICE:      BY:    TO :     RSN:
-------------------------------------------------------------------
DATA COMPLETE: Y
DATE UPLOADED:
-------------------------------------------------------------------
COMMENTS:
```

**EXHIBIT 3**