EEOC FORM 131-A (5/01)

## U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| Human Resources Director<br>NEOPLAN USA CORPORATION<br>2045 Las Mauldin Blvd.<br>Brownsville, TX 78520<br><br>RECEIVED<br>AUG 1 8 2003<br>TCHR | **PERSON FILING CHARGE**<br>**Daniel Enquita**<br><br>THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br><br>EEOC CHARGE NO.<br>31C-2003-00832<br><br>FEPA CHARGE NO.<br>1A30395-S |

### NOTICE OF CHARGE OF DISCRIMINATION IN JURISDICTIONS WHERE A FEP AGENCY WILL INITIALLY PROCESS
(See the enclosed for additional information)

THIS IS NOTICE THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER

[X] Title VII of the Civil Rights Act    [X] The Americans with Disabilities Act

[X] The Age Discrimination in Employment Act    [ ] The Equal Pay Act

HAS BEEN RECEIVED BY

[ ] The EEOC and sent for initial processing to _____
                                                                        (FEP Agency)

[X] The _____Texas Commission On Human Rights_____ and sent to EEOC for dual filing purposes.
                        (FEP Agency)

While EEOC has jurisdiction (upon expiration of any deferral requirement if this is a Title VII or ADA charge) to investigate this charge, EEOC may suspend its investigation and await the issuance of the Agency's final findings and orders. These findings and orders will be given weight by EEOC in making its own determination as to whether reasonable cause exists to believe that discrimination has occurred.

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency will be considered by EEOC when it reviews the Agency's final findings and orders. In many cases EEOC will take no further action, thereby avoiding the necessity of an investigation by both the Agency and EEOC. This likelihood is increased by your active cooperation with the Agency.

As a party to the charge, you may request that EEOC review the final findings and orders of the above-named Agency. For such a request to be honored, you must notify EEOC in writing within 15 days of your receipt of the Agency's final decision and order. If the Agency terminates its proceedings without issuing a final finding and order, you will be contacted further by EEOC. Regardless of whether the Agency or EEOC processes the charge, the Recordkeeping and Non-Retaliation provisions of the statutes as explained in the enclosed information sheet apply.

For further correspondence on this matter, please use the charge number(s) shown above.

Enclosure(s): Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN  [X] AGE  [X] DISABILITY  [ ] RETALIATION  [ ] OTHER

See enclosed copy of charge of discrimination.

**EXHIBIT 5**

5

| Date | Typed Name/Title of Authorized EEOC Official | Signature |
|---|---|---|
| | | |

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| [X] FEPA | 1A30395-S |
| [ ] EEOC | 31CA30083 |

Texas Commission On Human Rights _____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Daniel Enquita | (956) 504-9229 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 912 Grey Fox Circle, Brownsville, TX 78520 | | 04/10/1941 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Neoplan USA Corporation | Cat A (15-100) | (956) 547-9797 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 2045 Las Mauldin Blvd., Brownsville, TX 78520 | | 061 |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN
[X] RETALIATION  [X] AGE  [X] DISABILITY  [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 09/01/2002  LATEST 09/01/2002
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):
Original Received 1/27/03

I. During my employment, I was subjected to exclusion and different terms and conditions of employment.

On/about 9/1/02, I was discharged from my position as Production Manager.

II. No reason given.

III. I believe that I have been discriminated against, in violation of Title VII of the Civil Rights Act of 1964, as amended, the Texas Commission on Human Rights Act, as amended, the Americans with Disabilities Act, the Age Discrimination in Employment Act of 1967, as amended, based on my National Origin, Spanish, my age, 52, (DOB: 4/10/41) and my disability, Back Impairment. *Spinal stenosis - Surgery hip & back*

I am aware that employees Dorothy Elliot, Ivan Rogers & Robert Taton (Caucasion) were allowed to relocate to other parts of the country. I was not given the same options.

112

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

X 7-22-3  X Daniel Enquita

SIGNATURE OF COMPLAINANT
Daniel Enquita
SUBSCRIBED AND SWORN TO

YOLANDA H. GONZALEZ