IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § | CIVIL ACTION NO. B-04-121 |
| | § | |
| vs. | § | |
| | § | |
| Neoplan USA Corporation | § | JURY REQUESTED |

PLAINTIFFS' FOURTH SUPPLEMENTAL RULE 26 INITIAL DISCLOSURES

To: Neoplan USA Corporation, by and through its attorney of record: as shown on the certificate of service attached hereto.

COMES NOW, Daniel Enguita, Plaintiff herein, and serve his Fourth

Supplemental Initial Disclosures pursuant to Rule 26 of the Federal Rules of Civil

Procedure as follows:

(A)    The name, address and telephone number of each individual likely to have

discoverable information and the subjects of the information:

FACTS CONCERNING TERMINATION:
   Daniel Enguita, Calle Mayor, No. 1, Alconchel de Ariza 4Daniel Enguita, Calle Mayor, No. 1, Alconchel de Ariza 42269, Zaragoza, Espana. 34-975-327307.
   Savannah Robinson, Attorney at Law, 1810 Main Street, Danbury, Texas 77534, (979)922-8825.
   Carlos Hernandez, Atty, 101 N. 10th St., Edinburg, Texas 78539, (956)383-0742.

   Other former employees of Defendant:
      Robert Tatum
      Juan Malchan
      Patricia Robina-Hernrov
      Dorothy Elliott
      Ivan Rogers
      Defendant:
   Juan Malchan, former supervisor.

   Texas Commission on Human Rights, J.D. Powell, Raymond Hamm, Esther Costabile, 6330 Hwy 290 East, Suite 250, Austin, TX 78723.

FACTS CONCERNING DISABILITY:
   Dr. Madhaven Pisharodi, 942 Wild Rose Ln, Brownsville, TX. (956)541-6725

- 1 -

RECEIVED MAR 9 2005

Dr. Richard Stocke, Colorado Springs, CO.

(B) Description of documents and tangible things in the possession, custody or control of Plaintiffs and Defendants:

Previously provided copies, which may be of the following categories:
advertising of Neoplan buses.
evaluations of Plaintiff.
correspondence with the Texas Workforce Commission on Human Rights.
November 4,2003 from the Texas Commission on Human rights to Mr. Enguitas.
Bank Account statement from August 14,2002 through September 13,2002.
Please see photocopy of driver's license of Plaintiff.
Please see attached Tax Statements for 2002.
Please see attached Tax Statements for 2003.
Please see attached file from the Texas Workforce Commission.
Please see attached Explanation of Benefits from Anthem Life Insurance Benefits

(C) Computation of damages claimed by Plaintiffs: Plaintiffs have not yet calculated damages. The general categories are lost wages, back pay, lost benefits including health and dental insurance expenses, lost future benefits, lost future opportunity wages, and equitable relief. Attorneys fees will be 40% at trial, 50% in the event of any appeal. Intangible damages, such as personal suffering and mental anguish, will be left to the discretion of the jury.

(D) Any applicable insurance agreements. Plaintiff has no insurance for business interruption.

Respectfully Submitted,

*[signature]*
Savannah Robinson
ATTORNEY IN CHARGE
FOR PLAINTIFF
SBN: 17108150
Fed. ID: 5922
1822 Main Street
Danbury, Texas 77534
Phone: (979)922-8825
Fax: (979)922-8857

## CERTIFICATE OF SERVICE

I hereby certify that a true, complete and correct copy of the attached and foregoing was this day served by certified mail, return receipt requested, pursuant to the Federal Rules of Civil Procedure, on the following persons, on this the __7__ day of __May__, 2005.

Jeffrey Roerig
Roerig, Oliveira & Fisher
855 West Price Rd., Suite 9
Brownsville, TX 78550
FAX: 956-542-0016

*Savannah Robinson*