# EXHIBIT 1

## ROERIG, OLIVEIRA & FISHER, L.L.P.
### ATTORNEYS AT LAW

Jeffrey D. Roerig†◆
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz◆†
David G. Oliveira

Cameron County Office
855 West Price Road – Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666    Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049    Fax 956 631-8141

Adolph Guerra, Jr.†
D. Alan Erwin, Jr.
Michael A. Zanca*
Rosemary Conrad-Sandoval*
Lucila Alvarado*
Jesus Quezada, Jr.
Adrian R. Martinez*
Liza M. Vasquez*

Allena L. Cano*

†Board Certified –
Personal Injury Trial Law
Texas Board of Legal Specialization

◆Board Certified –
Civil Trial Law
Texas Board of Legal Specialization

APR 2 7 2005

April 25, 2005

File No.:    24,321

Ms. Savannah Robinson
Attorney at Law
1822 Main Street
Danbury TX 77534

Mr. Carlos E. Hernandez, Jr.
THE LAW OFFICES OF CARLOS E.
    HERNANDEZ, JR., P.C.
101 North Tenth Avenue
Edinburg TX 78541

    Re:    Cause No. B-04-121
             *Daniel Enguita v. Neoplan USA Corp.*
             U.S. District Court, Southern District at Brownsville, Texas

Dear Ms. Robinson and Mr. Hernandez:

    We would like to take the deposition of your client Daniel Enguita in our offices or in the offices of Carlos Hernandez, Jr. Please advise dates when you are available during the month of May, 2005. The sooner the better since our deadline for discovery is fast approaching.

    If I do not hear from you by April 29, 2005, we will notice the deposition at our convenience.

    I am available for deposition May 3 and 5, 2005. I am also available on May 9, 11, or 12, 2005. We are not in agreement to doing this deposition by telephone. Please advise when your client will be in the Valley for his deposition.

    Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Thank you for your consideration.

## ROERIG, OLIVEIRA & FISHER, L.L.P.

Ms. Savannah Robinson
Mr. Carlos Hernandez, Jr.
April 25, 2005
Page 2

          Sincerely,

         ROERIG, OLIVEIRA & FISHER, L.L.P.

          Elizabeth G. Neally

EGN/lac