# EXHIBIT 2

**LAW OFFICE OF SAVANNAH ROBINSON**
1822 Main
Danbury, TX 77534
(979) 922-8825
Fax: (979) 922-8857

www.savannahrobinson.com
e-mail: savannahrobinson@aol.com

26 April, 2005

Jeffy Roerig
Roerig, Oliveira & Fisher
855 West Price Rd., Suite 9
Brownsville, TX 78550
FAX: 956-542-0016

Re: Enguita v. Neoplan USA
      Cause No. B-04-121

Dear Mr. Roerig;

This is in response to your letter of April 25, 2005, received by fax.

I assume you have no objection to my client appearing by telephone? There is a time difference, but I recall from our mediation that our morning is his afternoon - so an early deposition should not be a problem.

If you have any questions, please do not hesitate to call me.

The discovery deadline is June 13, 2005. I would also like to depose someone from your client's personnel/human resources department who would be knowledgeable about the closing of the plant, and placement of employees who had formerly worked at the plant. Would you identify the witness and give us a time when he could be deposed. I will be willing to travel to colorado to attend.

Sincerely,

Savannah Robinson

cc: Carlos Hernandez
FAX: (956) 380-0771

**HP Officejet V Series V40**
**Personal Printer/Fax/Copier/Scanner**

Log for

Apr 26 2005 9:21AM

---

Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Apr 26 | 9:20AM | Fax Sent | 19565420016 | 0:37 | 1 | OK |

---