# EXHIBIT 3

**COPY**

# ROERIG, OLIVEIRA & FISHER, L.L.P.
### ATTORNEYS AT LAW

Jeffrey D. Roerig*
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz*†
David G. Oliveira

Cameron County Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666   Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049   Fax 956 631-8141

Adolph Guerra, Jr.†
D. Alan Erwin, Jr.
Michael A. Zanca°
Rosemary Conrad-Sandoval°
Lucila Alvarado°
Jesus Quezada, Jr.
Adrian R. Martinez°
Liza M. Vasquez°

†Board Certified -
   Personal Injury Trial Law
   Texas Board of Legal Specialization
°Board Certified -
   Civil Trial Law
   Texas Board of Legal Specialization

April 26, 2005

24,321
File No.:

Ms. Savannah Robinson
Attorney at Law
1822 Main Street
Danbury TX 77534

Re:  Cause No. B-04-121
     *Daniel Enguita v. Neoplan USA Corp.*
     U.S. District Court, Southern District at Brownsville, Texas

Dear Ms. Robinson:

Thank you for your response to Mr. Roerig regarding the deposition of your client. As I advised in my earlier correspondence, we do have a problem with your client appearing by telephone.

Please advise within the time frame indicated in my April 25, 2005 fax your available dates for him to appear in person in the Valley for his deposition.

At this point, the person with knowledge is Pat Robinette, the Human Resource director. We are checking on her availability during the month of May.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Thank you for your consideration.

Sincerely,

ROERIG, OLIVEIRA & FISHER, L.L.P.

Elizabeth G. Neally

EGN:lac

## ROERIG, OLIVEIRA & FISHER, L.L.P.
### ATTORNEYS AT LAW

Jeffrey D. Roerig†
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaix*†
David G. Oliveira

Cameron County Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666   Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049   Fax 956 631-8141

Adolph Guerra, Jr.†
D. Alan Erwin, Jr.
Michael A. Zanca*
Rosemary Conrad-Sandoval*
Lucilla Alvarado*
Jesus Quezada, Jr.
Adrian R. Martinez*
Liza M. Vasquez*

†Board Certified -
Personal Injury Trial Law
Texas Board of Legal Specialization

*Board Certified -
Civil Trial Law
Texas Board of Legal Specialization

# FACSIMILE

File No.: 24321
EGN

IMPORTANT: This message is intended only for the use of the individual which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivery this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive the communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the United States Postal Service. Thank you.

## PLEASE DELIVER THE FOLLOWING PAGES TO:

**NAME:** Ms. Savannah Robinson     **FAX #:** (979) 922-8857

**FROM:** Elizabeth G. Neally

**RE:** Cause No. B-04-121
Daniel Enguita v. Neoplan USA Corp.
U.S. District Court, Southern District of Texas, Brownsville Division

**Date:** April 26, 2005     Total Number of Pages (including this one): 2

---

## MESSAGE:

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (956) 542-5666.