# EXHIBIT 4

LAW OFFICE OF SAVANNAH ROBINSON
1822 Main
Danbury, TX 77534
(979) 922-8825
Fax: (979) 922-8857

www.savannahrobinson.com
e-mail: savannahrobinson@aol.com

27 April, 2005

Jeffy Roerig
Roerig, Oliveira & Fisher
855 West Price Rd., Suite 9
Brownsville, TX 78550
FAX: 956-542-0016

Re: Enguita v. Neoplan USA
    Cause No. B-04-121

Dear Mr. Roerig;

This is in response to your letter of April 26th, received by fax.

We will not produce Mr. Enguitas in person unless the Court rules against my motion for protective order.

If you have any questions, please do not hesitate to call me.

Sincerely,

Savannah Robinson

cc: Carlos Hernandez
FAX: (956) 380-0771

**HP Officejet V Series V40**  
**Personal Printer/Fax/Copier/Scanner**

**Log** for

Apr 27 2005 3:11PM

**Last Transaction**

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Apr 27 | 3:10PM | Fax Sent | 19565420016 | 0:30 | 1 | OK |