# EXHIBIT 5

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
ATTORNEYS AT LAW

MAY 0 2 2005
BY:

| | | |
|---|---|---|
| Jeffrey D. Roerig✦ | Cameron County Office | Adolph Guerra, Jr.† |
| Rene O. Oliveira | 855 West Price Road - Suite 9 | D. Alan Erwin, Jr. |
| W. Michael Fisher | Brownsville, Texas 78520-8786 | Michael A. Zanca* |
| Ricardo Morado | Tel. 956 542-5666   Fax 956 542-0016 | Rosemary Conrad-Sandoval* |
| Crisanta Guerra Lozano | | Lucila Alvarado* |
| Elizabeth G. Neally | *Hidalgo County Office | Jesus Quezada, Jr. |
| Victor V. Vicinaiz*† | 506 East Dove | Adrian R. Martinez* |
| David G. Oliveira | McAllen, Texas 78504 | Liza M. Vasquez* |
| | Tel. 956 631-8049   Fax 956 631-8141 | |

†Board Certified -
   Personal Injury Trial Law
   Texas Board of Legal Specialization

✦Board Certified -
   Civil Trial Law
   Texas Board of Legal Specialization

April 29, 2005

File No.: 24,321

Ms. Savannah Robinson
Attorney at Law
1822 Main Street
Danbury TX 77534

Mr. Carlos E. Hernandez, Jr.
THE LAW OFFICES OF CARLOS
E. HERNANDEZ, JR., P.C.
101 North Tenth Avenue
Edinburg TX 78541

      Re:    Cause No. B-04-121
              *Daniel Enguita v. Neoplan USA Corp.*
              U.S. District Court, Southern District at Brownsville, Texas

Dear Counsel:

Enclosed in the above referenced matter is a Notice of Deposition of Daniel Enguita.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Thank you for your consideration.

                            Sincerely,

                            ROERIG, OLIVEIRA & FISHER, L.L.P.

                            Jeffrey D. Roerig

JDR/lac
enc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § | |
| | § | CIVIL ACTION NO. B-04-121 |
| VS. | § | JURY |
| | § | |
| NEOPLAN USA CORP. | § | |

## NOTICE OF DEPOSITION
## OF DANIEL ENGUITA

TO:  Daniel Enguita, Plaintiff, by and through his attorneys of record:

Ms. Savannah Robinson
Attorney at Law
1822 Main
Danbury, Texas 78534

Mr. Carlos E. Hernandez, Jr.
Law Offices of Carlos E. Hernandez, Jr., P.C.
101 North 10th Street
McAllen, Texas 78504

PLEASE TAKE NOTICE that commencing at 9:00 a.m. on Friday, May 6, 2005, and continuing thereafter from day to day until completed, Neoplan USA Corp. its employees, agents and all those acting in concert or at its discretion, Defendant in the above-styled and numbered cause, will take the oral deposition of Daniel Enguita at the Law Offices of Carlos E. Hernandez, Jr., P.C., 101 North 10th Street, McAllen, Texas 78504, Phone: (956) 386-0900, before a duly authorized court reporter from Hill & Romero.

Pursuant to the Texas Rules of Civil Procedure, you are further advised that this deposition may be recorded on videotape, in addition to the usual stenographic recording.

    You are invited to attend and cross-examine the witness.

               Respectfully submitted,

                **ROERIG, OLIVEIRA & FISHER, L.L.P.**
                855 West Price Road, Suite 9
                Brownsville, Texas 78520
                (956) 542-5666
                (956) 542-0016 - Fax

                Attorneys for Defendant, Neoplan USA Corp.

                By: _/s/ Elizabeth G. Neally_
                    Elizabeth G. Neally
                    State Bar No. 14840400
                    Federal ID No. 8044

                Jeffrey D. Roerig
                State Bar No. 17161700
                Federal ID No. 1503

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served on all parties pursuant to Texas Rules of Civil Procedure, on this the ____ day of April, 2005, as follows:

Ms. Savannah Robinson
Attorney at Law
1822 Main
Danbury, Texas 78534

Mr. Carlos E, Hernandez, Jr.
Law Offices of Carlos E. Hernandez, Jr., P.C.
101 North 10th Street
McAllen, Texas 78504

_____
Elizabeth G. Neally
Jeffrey D. Roerig