IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § | CIVIL ACTION NO. B-04-121 |
| | § | |
| vs. | § | |
| | § | |
| Neoplan USA Corporation | § | JURY REQUESTED |

EMERGENCY PROTECTIVE ORDER

BE IT REMEMBERED, that on the _____ day of _____, 2005, came to be heard the Motion of Plaintiff for emergency protective order concerning the deposition of Plaintiff, and the Court having examined the pleadings and being of the opinion that the Motion should be granted,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is granted, the deposition as noticed is quashed, and the Defendant shall take the deposition of plaintiff at a time and place to be agreed, by telephonic communication.

SIGNED in Brownsville, Texas, on this the _____ day of _____, 2005.

_____
Hon. Hilda Tagle
JUDGE PRESIDING