IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DANIEL ENGUITA § § Plaintiff, § § v. § NEOPLAN USA CORP. § § Defendant. § | Civil Action B-04-121 |

### ORDER

BE IT REMEMBERED that on May 5, 2005, the Court, considered plaintiff's "Emergency Motion for Protective Order." Dkt. No. 22. Subsequent to plaintiff's motion, the defendant withdrew its Notice of Deposition. See Dkt. No. 23. Therefore, the plaintiff's motion is **MOOT**.

DONE at Brownsville, Texas, this 5th day of May, 2005.

_Hilda Tagle_
_____
Hilda G. Tagle
United States District Judge

1