**ORIGINAL**

United States District Court
Southern District of Texas
FILED

MAY 0 6 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-121 |
| | § | JURY |
| NEOPLAN USA CORP. | § | |

**DEFENDANT NEOPLAN USA CORP.'S REPLY TO PLAINTIFF'S MOTION FOR EMERGENCY PROTECTIVE ORDER AND WITHDRAWAL OF DEPOSITION NOTICE OF PLAINTIFF**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Neoplan USA Corp. in the above styled and numbered cause and files this its Defendant Neoplan USA Corp.'s Reply to Defendant's Motion for Protective Order and Withdrawal of Deposition Notice of Plaintiff, and in support thereof would respectfully show the Court as follows:

I.

Defendant would show that the Emergency Protective Order is no longer necessary as Defendant has already notified Plaintiff that it is withdrawing its Notice of the Deposition of Plaintiff set for May 6, 2005, by the attached correspondence, which was faxed to Ms. Robinson on May 3, 2005. The undersigned counsel spoke with Plaintiff's office today to try to agree to a date to reschedule Plaintiff's deposition. There is a tentative agreement for his deposition to take place on June 1, 2005, subject to Ms. Robinson's approval.

Defendant would further show that, as evidenced by the exhibits to Plaintiff's motion, had

the Plaintiff's counsel given Defendant dates when her client was available, Defendant would have worked with her to select a mutually agreeably date.

At this time, it is believed that counsel will be able to reach an agreement as to the date of the deposition, provided that Plaintiff appears in person for his deposition in the county where he filed suit.

**WHEREFORE, PREMISES CONSIDERED,** Defendant requests that Plaintiff's Emergency Motion for Protective Order be dismissed as Moot and for such other and further relief as is just and equitable.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

By: _____
Elizabeth G. Neally
State Bar No. 14840400
Fed ID No. 8044

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Defendant's Reply to Plaintiff's Emergency Motion for Protective Order and Withdrawal of Notice of Plaintiff's Deposition, to counsel of record, via fax and certified mail, return receipt requested, on this 4th day of May, 2005.

Carlos E. Hernandez, Jr.
The Law offices of Carlos E. Hernandez, Jr., P.C.
101 North Tenth Avenue
Edinburg, TX 78541

Ms. Savannah Robinson
Attorney at Law
1822 Main Street
Danbury TX 77534



DEFENDANT'S REPLY TO PLAINTIFF'S MOTION FOR EMERGENCY PROTECTIVE ORDER AND WITHDRAWAL OF NOTICE OF PLAINTIFF'S DEPOSITION-PAGE 3

# ROERIG, OLIVEIRA & FISHER, L.L.P.
## ATTORNEYS AT LAW

Jeffrey D. Roerig†
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisenda Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz*†
David G. Oliveira

Cameron County Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666   Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049   Fax 956 631-8147

Adolph Guerra, Jr.†
D. Alan Erwin, Jr.
Michael A. Zanca*
Rosemary Conrad-Sandoval*
Lucille Alvarado*
Jesus Quezada, Jr.
Adrian R. Martinez*
Liza M. Vasquez*

Allena L. Cano*

†Board Certified -
Personal Injury Trial Law
Texas Board of Legal Specialization
*Board Certified -
Civil Trial Law
Texas Board of Legal Specialization

May 3, 2005

File No.:   24,321

Ms. Savannah Robinson
Attorney at Law
1822 Main Street
Danbury TX 77534

  Re: Cause No. B-04-121
    *Daniel Enguita v. Neoplan USA Corp.*
    U.S. District Court, Southern District at Brownsville, Texas

Dear Ms. Robinson:

  We have repeatedly tried to determine a date for the deposition of your client. Only after you did not respond to our two letters requesting dates did I pick a date. Instead of responding to us with a date certain when your client would be present and available for his deposition in the Rio Grande Valley you replied with an Emergency Motion for Protective Order. As we had previously advised you on several occasions, we are not willing to either go to Spain to take his deposition or to have him appear by telephone. It is simply too arduous of a burden for my defendant.

  We realize from your emergency stay that May 6th is not a suitable deposition date. Our client is available for her deposition on June 1st and we suggest that we take your client's deposition on either June 2nd or June 3rd. If those dates are not agreeable, please call us and we will work with you to determine a better date. I can be reached at (956) 631-8049.

  If we do not receive a date from you by May 5, 2005, we will have no choice but to file a Motion to Compel and be forced to request sanctions including attorneys fees.

  Should you have any questions regarding this matter, please do not hesitate to contact the undersigned.

Ms. Savannah Robinson
Page 2

                           Sincerely,

                           ROERIG, OLIVEIRA & FISHER, L.L.P.

                           Elizabeth G. Neally

BGN/vb

MAY. 4.2005 5:13PM ROERIG OLIVEIRA FISH NO.091 P.8/10

## ROERIG, OLIVEIRA & FISHER, L.L.P.
### ATTORNEYS AT LAW

Jeffrey D. Roerig†
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz*†
David G. Oliveira

Cameron County Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666   Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049   Fax 956 631-8141

Adolph Guerra, Jr.†
D. Alan Erwin, Jr.
Michael A. Zanca*
Rosemary Conrad-Sandoval
Lucilla Alvarado*
Jesus Quezada, Jr.
Adrian R. Martinez*
Lisa M. Vasquez*

†Board Certified -
Personal Injury Trial Law
Texas Board of Legal Specialization

*Board Certified -
Civil Trial Law
Texas Board of Legal Specialization

### FACSIMILE COVER SHEET

File No.:

DATE: 5-3-05

FROM: Elizabeth Neally

TIME: _____

NUMBER OF PAGES: 3
(including cover page)

PLEASE DELIVER TO:
Ms. Savannah Robinson

FAX NUMBER:
979 922-8857

RE: _____

MESSAGE: _____

SENT BY: Andrea Plata

IMPORTANT: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU RECEIVE THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS

MAY. 4.2005  5:14PM   ROERIG OLIVEIRA FISH                     NO.091   P.9/10

P. 1

\* \* \* COMMUNICATION RESULT REPORT ( MAY. 3.2005  1:43PM ) \* \* \*

TTI   ROERIG OLIVEIRA FISHER

| FILE MODE | OPTION | ADDRESS (GROUP) | RESULT | PAGE |
|---|---|---|---|---|
| 244 MEMORY TX | | 19799228857 | OK | P. 3/3 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL           E-2) BUSY
E-3) NO ANSWER                      E-4) NO FACSIMILE CONNECTION

# ROERIG, OLIVEIRA & FISHER, L.L.P.
## ATTORNEYS AT LAW

Jeffrey D. Roerig                    Cameron County Office                    Adolph Guerra, Jr.
Rene O. Oliveira                     855 West Price Road - Suite 9            D. Alan Erwin, Jr.
W. Michael Fisher                    Brownsville, Texas 78520-8786            Michael A. Zanca
Ricardo Morado                       Tel. 956 542-5666   Fax 956 542-0016     Rosemary Conrad-Sandoval
Crisanta Guerra Lozano                                                        Luella Alvarado
Elizabeth G. Neally                  *Hidalgo County Office                   Jesus Quesada, Jr.
Victor V. Vicinaiz                   506 East Dove                            Adrian R. Martinez
David G. Oliveira                    , McAllen, Texas 78504                   Lisa M. Vasquez
                                     Tel. 956 631-8049   Fax 956 631-8143

*Board Certified -
Personal Injury Trial Law
Texas Board of Legal Specialization

*Board Certified -
Civil Trial Law
Texas Board of Legal Specialization

## FACSIMILE COVER SHEET                                File No.:

DATE: ___5-3-05___               TIME: _____

FROM: __Elizabeth Neally__       NUMBER OF PAGES: __3__
                                      (including cover page)

PLEASE DELIVER TO:               FAX NUMBER: