IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § | |
| | § | CIVIL ACTION NO. B-04-121 |
| VS. | § | JURY |
| | § | |
| NEOPLAN USA CORP. | § | |

## ORDER DISMISSING PLAINTIFF'S EMERGENCY MOTION FOR PROTECTIVE ORDER AS MOOT

Plaintiff's Emergency Motion for Protective Order has been considered by the Court and based on Defendant Neoplan USA Corp.'s Reply to Plaintiff's Motion for Emergency Protective Order and Withdrawal of Deposition Notice of Plaintiff, Plaintiff's Emergency Motion for Protective Order is now moot.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Emergency Protective Order is hereby moot.

Signed this _____ day of May, 2005.

_____
Judge Presiding