# LAW OFFICE OF SAVANNAH ROBINSON
**1822 Main**
**Danbury, TX 77534**
**(979) 922-8825**
**Fax: (979) 922-8857**

www.savannahrobinson.com
e-mail: savannahrobinson@aol.com

27 April, 2005

Jeffy Roerig
Roerig, Oliveira & Fisher
855 West Price Rd., Suite 9
Brownsville, TX 78550
FAX: 956-542-0016

Re: Enguita v. Neoplan USA
    Cause No. B-04-121

Dear Mr. Roerig;

This is in response to your letter of April 26th, received by fax.

We will not produce Mr. Enguitas in person unless the Court rules against my motion for protective order.

If you have any questions, please do not hesitate to call me.

Sincerely,

Savannah Robinson

cc: Carlos Hernandez
FAX: (956) 380-0771

**HP Officejet V Series V40**
**Personal Printer/Fax/Copier/Scanner**

Log for

Apr 27 2005 3:11PM

Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Apr 27 | 3:10PM | Fax Sent | 19565420016 | 0:30 | 1 | OK |

## ROERIG, OLIVEIRA & FISHER, L.L.P.
### ATTORNEYS AT LAW

Jeffrey D. Roerig*
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz*†
David G. Oliveira

Cameron County Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666   Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-6049   Fax 956 631-8141

Adolph Guerra, Jr.†
D. Alan Erwin, Jr.
Michael A. Zanca*
Rosemary Conrad-Sandoval*
Lucila Alvarado*
Jesus Quesada, Jr.
Adrian R. Martinez*
Liza M. Vasquez*

†Board Certified -
   Personal Injury Trial Law
   Texas Board of Legal Specialization

◊Board Certified -
   Civil Trial Law
   Texas Board of Legal Specialization

April 26, 2005

File No.:    24,321

Ms. Savannah Robinson
Attorney at Law
1822 Main Street
Danbury TX 77534

Re:    Cause No. B-04-121
       *Daniel Enguita v. Neoplan USA Corp.*
       U.S. District Court, Southern District at Brownsville, Texas

Dear Ms. Robinson:

Thank you for your response to Mr. Roerig regarding the deposition of your client. As I advised in my earlier correspondence, we do have a problem with your client appearing by telephone.

Please advise within the time frame indicated in my April 25, 2005 fax your available dates for him to appear in person in the Valley for his deposition.

At this point, the person with knowledge is Pat Robinette, the Human Resource director. We are checking on her availability during the month of May.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Thank you for your consideration.

Sincerely,

ROERIG, OLIVEIRA & FISHER, L.L.P.

Elizabeth G. Neally

BGN:lac

## ROERIG, OLIVEIRA & FISHER, L.L.P.
### ATTORNEYS AT LAW

Jeffrey D. Roerig*
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaix*†
David G. Oliveira

Cameron County Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8785
Tel. 956 542-5666    Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049    Fax 956 631-8141

Adolph Guerra, Jr.†
D. Alan Erwin, Jr.
Michael A. Zanca*
Rosemary Conrad-Sandoval*
Lucila Alvarado*
Jesus Quezada, Jr.
Adrian R. Martinez*
Liza M. Vasquez*

†Board Certified -
Personal Injury Trial Law
Texas Board of Legal Specialization

*Board Certified -
Civil Trial Law
Texas Board of Legal Specialization

# FACSIMILE

File No.:  24321
EGN

IMPORTANT: This message is intended only for the use of the individual which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivery this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive the communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the United States Postal Service. Thank you.

## PLEASE DELIVER THE FOLLOWING PAGES TO:

NAME:    Ms. Savannah Robinson        FAX #: (979) 922-8857

FROM:    Elizabeth G. Neally

RE:      Cause No. B-04-121
         Daniel Enguita v. Neoplan USA Corp.
         U.S. District Court, Southern District of Texas. Brownsville Division

Date:    April 26, 2005        Total Number of Pages (Including this one):____2____

MESSAGE:

**IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (956) 542-5666.**

**LAW OFFICE OF SAVANNAH ROBINSON**
1822 Main
Danbury, TX 77534
(979) 922-8825
Fax: (979) 922-8857

www.savannahrobinson.com
e-mail: savannahrobinson@aol.com

26 April, 2005

Jeffy Roerig
Roerig, Oliveira & Fisher
855 West Price Rd., Suite 9
Brownsville, TX 78550
FAX: 956-542-0016

Re: Enguita v. Neoplan USA
    Cause No. B-04-121

Dear Mr. Roerig;

This is in response to your letter of April 25, 2005, received by fax.

I assume you have no objection to my client appearing by telephone? There is a time difference, but I recall from our mediation that our morning is his afternoon - so an early deposition should not be a problem.

If you have any questions, please do not hesitate to call me.

The discovery deadline is June 13, 2005. I would also like to depose someone from your client's personnel/human resources department who would be knowledgeable about the closing of the plant, and placement of employees who had formerly worked at the plant. Would you identify the witness and give us a time when he could be deposed. I will be willing to travel to colorado to attend.

Sincerely,

Savannah Robinson

cc: Carlos Hernandez
FAX: (956) 380-0771

**HP Officejet V Series V40**
**Personal Printer/Fax/Copier/Scanner**

Log for

Apr 26 2005 9:21AM

Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Apr 26 | 9:20AM | Fax Sent | 19565420016 | 0:37 | 1 | OK |

COPY

APR 2 7 2005

ROERIG, OLIVEIRA & FISHER, L.L.P.
ATTORNEYS AT LAW

Jeffrey D. Roerig†•
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz•†
David G. Oliveira

†Board Certified -
    Personal Injury Trial Law
    Texas Board of Legal Specialization

•Board Certified -
    Civil Trial Law
    Texas Board of Legal Specialization

Cameron County Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666    Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049    Fax 956 631-8141

Adolph Guerra, Jr.†
D. Alan Erwin, Jr.
Michael A. Zanca*
Rosemary Conrad-Sandoval*
Lucila Alvarado*
Jesus Quezada, Jr.
Adrian R. Martinez*
Liza M. Vasquez*
———
Allena L. Cano*

April 25, 2005

File No.:    24,321

Ms. Savannah Robinson
Attorney at Law
1822 Main Street
Danbury TX 77534

Mr. Carlos E. Hernandez, Jr.
THE LAW OFFICES OF CARLOS E.
    HERNANDEZ, JR., P.C.
101 North Tenth Avenue
Edinburg TX 78541

Re:    Cause No.  B-04-121
       *Daniel Enguita v. Neoplan USA Corp.*
       U.S. District Court, Southern District at Brownsville, Texas

Dear Ms. Robinson and Mr. Hernandez:

    We would like to take the deposition of your client Daniel Enguita in our offices or in the offices of Carlos Hernandez, Jr.  Please advise dates when you are available during the month of May, 2005.  The sooner the better since our deadline for discovery is fast approaching.

    If I do not hear from you by April 29, 2005, we will notice the deposition at our convenience.

    I am available for deposition May 3 and 5, 2005.  I am also available on May 9, 11, or 12, 2005.  We are not in agreement to doing this deposition by telephone.  Please advise when your client will be in the Valley for his deposition.

    Should you have any questions regarding this matter, please do not hesitate to contact the undersigned.  Thank you for your consideration.

**ROERIG, OLIVEIRA & FISHER, L.L.P.**

Ms. Savannah Robinson
Mr. Carlos Hernandez, Jr.
April 25, 2005
Page 2

Sincerely,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**

Elizabeth G. Neally

EGN/lac