**LAW OFFICE OF SAVANNAH ROBINSON**
1822 Main
Danbury, TX 77534
(979) 922-8825
Fax: (979) 922-8857

www.savannahrobinson.com
e-mail: savannahrobinson@aol.com

10 May, 2005

Jeffy Roerig
Roerig, Oliveira & Fisher
855 West Price Rd., Suite 9
Brownsville, TX 78550
FAX: 956-542-0016

Re: Enguita v. Neoplan USA
    Cause No. B-04-121

Dear Mr. Roerig;

    This is in response to your letter of May 9th, received by fax, and the amended notice of deposition. Although the documents is dated on the 9th - our power and phones were out until nearly noon today because of a severe storm.

    I think you may have misunderstood whomever it was that you spoke with at my office. We have no "Jane" here. Jamie Warren handles a lot of my scheduling. She is absent from the office today due to illness.

    I am somewhat available on the 1st, and the depo for Ms. Robinette is fine. But I am coming from Graham, Texas (about six hours drive north of Dallas) and doubt that I can be available before 1:00 - the time that Ms. Robinette has been scheduled.

    We will not produce Mr. Enguitas in person unless the Court rules against my motion for protective order. Do I need to file one?

    It is going to cost around $7500 to bring Mr. Enguitas over here, not including hotels. (See attached). I am concerned that that expenditure is going to make this case impossible to settle, and would rather save the money until it is clear that we can't settle - for trial. I appreciate your need to ask questions and get answers - but I don't think the expenditure is wise, or has any benefit when we can do it by phone or email.

    Mr. Enguitas appeared at the first mediation, where you said you didn't have enough information. That communication, altho truncated by the lack of authority, was satisfactory. I was able to keep him fully informed, and he ws able to respond to your offers.

    Further, since doing a telephonic deposition adds only about $300 to the courtreporter's fee - not $7500 - the benefit of having him in person is outweighed by the cost and inconvenience.

    As you know, he is not in good health. In fact, I'm waiting on a doctor's note - we may have to upgrade him to first class so he can stretch out some more.

1

    Will you either file a motion to compel, to require me to bring him here, or amend your notice to permit him to appear by telephone or email?

    If you have any questions, please do not hesitate to call me.

                      Sincerely,

                       Savannah Robinson

encl.
cc: Carlos Hernandez
FAX: (956) 380-0771

  

Welcome, **Savannah** Sign in/Sign out        My Itineraries | My Account | Customer Support

| Summary | |
|---|---|
| 2 Tickets / Roundtrip | |
| BCN Barcelona to | |
| HRL Harlingen | |
| Leave: | Mon 30-May |
| Return: | Thu 2-Jun |
| 2 adults | $6,972.00 |
| Taxes & Fees | $190.20 |
| Booking Fee | $10.00 |
| Total | $7,172.20 |

**QUESTIONS?**
- Can I use a credit card with a billing address outside the U.S.?
- Is it safe to buy online?
- Need help with this page?
- Other FAQs

We found a better price for your selected flights! The price decreased from $3,678.10 to $3,586.10

## Total price for this trip: $7,172.20
Average price per passenger: $3,586.10

I have a coupon.   What's a coupon?

### 1 Review the flight details

**Notice: Change of aircraft required**

#### Mon May-30-2005

| | | | |
|---|---|---|---|
| **Barcelona** (BCN) Depart 7:00 am Terminal B | to **Madrid** (MAD) Arrive 8:15 am Terminal 2 | 300 mi (483 km) Duration: 1hr 15mn | **Continental Airlines** Flight: **9586** Operated by: AIR EUROPA -- UX2152 |

Economy/Coach Class, Boeing 737-800

| | | | |
|---|---|---|---|
| **Madrid** (MAD) Depart 11:25 am Terminal 1 | to **Newark** (EWR) Arrive 1:20 pm Terminal C | Duration: 7hr 55mn | **Continental Airlines** Flight: **63** |

Economy/Coach Class, Lunch, Boeing 777

| | | | |
|---|---|---|---|
| **Newark** (EWR) Depart 3:10 pm Terminal C | to **Houston** (IAH) Arrive 6:03 pm Terminal C | Duration: 3hr 53mn | **Continental Airlines** Flight: **63** |

Economy/Coach Class, Snack, Boeing 767-200, 70% on time

| | | | |
|---|---|---|---|
| **Houston** (IAH) Depart 9:10 pm Terminal B | to **Harlingen** (HRL) Arrive 10:20 pm | 291 mi (468 km) Duration: 1hr 10mn | **Continental Airlines** Flight: **2603** Operated by: EXPRESSJET AIRLINES INC DBA CO EXPRESS |

Economy/Coach Class, Embraer EMB-145

Total distance: 5594 mi (9003 km)        Total duration: 14hr 13mn (22hr 20mn with connections)

#### Thu Jun-2-2005

| | | | |
|---|---|---|---|
| **Harlingen** (HRL) Depart 4:30 pm | to **Houston** (IAH) Arrive 5:42 pm Terminal B | 291 mi (468 km) Duration: 1hr 12mn | **Continental Airlines** Flight: **2633** Operated by: EXPRESSJET AIRLINES INC DBA CO EXPRESS |

Economy/Coach Class, Embraer EMB-145

| | | | |
|---|---|---|---|
| **Houston** (IAH) Depart 6:40 pm Terminal E | to **Paris** (CDG) Arrive 11:05 am **+1 day** Terminal 2A | 5024 mi (8085 km) Duration: 9hr 25mn | **Continental Airlines** Flight: **10** |

Economy/Coach Class, Dinner, Boeing 777

| | | | |
|---|---|---|---|
| **Paris** (CDG) | to **Barcelona** (BCN) | 523 mi | **AirEuropa** |
| Depart 12:55 pm | Arrive 2:40 pm | (842 km) | Flight: **3488** |
| Terminal 2F | Terminal A | Duration: 1hr 45mn | Operated by: AIR FRANCE -- AF1648 |

**Economy/Coach Class.** Airbus A320

Total distance: 5838 mi (9395 km)        Total duration: 12hr 22mn (15hr 10mn with connections)

***Tip:* Flight terminals may change.** Please confirm the terminal with the airline before leaving for the airport.

---

**Add a rental car to this trip**

⦿ No thanks, I don't need a rental car.

○ Yes, I would like to see available rental cars next.

---

## 2 Review the rules and restrictions

- Please note that the most restrictive set of rules applies to your entire itinerary.
- **Barcelona, Spain (BCN-Barcelona International Airport)** to **Houston, TX (HOU-All Airports)** (and return)
  Ticket changes may incur penalties and/or increased fares.
- **Houston, TX (HOU-All Airports)** to **Harlingen, TX (HRL-Valley Intl.)** (and return)
  Ticket is nonrefundable. A fee of $100.00 will be charged for itinerary changes after the ticket is issued.
- In addition to any penalties imposed by the airline, a processing fee of up to $30.00 **per ticket** will be charged by Expedia for any changes you make to the flights in this itinerary. This fee is waived for changes made online.  [i] More info
- Tickets are nontransferable and name changes are not allowed.
- This price includes a nonrefundable $10.00 booking fee.
- Please read important information regarding airline liability limitations.
- Read an overview of all the rules and restrictions applicable to this fare.
- Read the complete penalty rules for changes and cancellations applicable to this fare.

☐ **I have read and accept the rules and restrictions.** (please check the box to continue)

## 3 Select a booking option

**Fares are not guaranteed until purchased.**

→ **Choose and continue to more options.**

→ **Reserve until midnight tomorrow.**
When you reserve, we'll hold your seat until midnight Pacific Time tomorrow. Your fare could go up any time before you pay for this ticket. We recommend you complete your purchase now.

→ **Save this information in an itinerary.**
Seats are not reserved and fare is not guaranteed.

→ **Cancel and go to home page.**

**HP Officejet V Series V40**  
**Personal Printer/Fax/Copier/Scanner**

Log for

May 10 2005 3:22PM

## Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| May 10 | 3:20PM | Fax Sent | 19565420016 | 2:25 | 4 | OK |

## ROERIG, OLIVEIRA & FISHER, L.L.P.
### ATTORNEYS AT LAW

Jeffrey D. Roerig*
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz*†
David G. Oliveira

Cameron County Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666   Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049   Fax 956 631-8141

Adolph Guerra, Jr.†
D. Alan Erwin, Jr.
Michael A. Zanca°
Rosemary Conrad-Sandoval°
Lucille Alvarado°
Jesus Quesada, Jr.
Adrian R. Martinez°
Lisa M. Vasquez°

*Board Certified -
Personal Injury Trial Law
Texas Board of Legal Specialization

°Board Certified -
Civil Trial Law
Texas Board of Legal Specialization

May 9, 2005

File No.:
24,321

Ms. Savannah Robinson
Attorney at Law
1822 Main Street
Danbury TX 77534

Mr. Carlos E. Hernandez, Jr.
The Law Offices of Carlos E. Hernandez, Jr.
101 North Tenth Avenue
Edinburg TX 78541

Re: Cause No. B-04-121
*Daniel Enguita v. Neoplan USA Corp.*
U.S. District Court, Southern District at Brownsville, Texas

Dear Counsel:

This will confirm my conversation with Jane of Savannah Robinson's office in which she confirmed that Daniel Enguita will be available for his deposition on June 1, 2005. This deposition will take place at 9:00 a.m. at our Brownsville office.

This will also confirm that Ms. Pat Robinette will be available for her deposition at 1:00 p.m. on June 1, 2005 at our Brownsville office.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Thank you for your consideration.

Sincerely,

ROERIG, OLIVEIRA & FISHER, L.L.P.

Jeffrey D. Roerig

BGN/lac

# ROERIG, OLIVEIRA & FISHER, L.L.P.
## ATTORNEYS AT LAW

Jeffrey R. Roerig
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisenta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz*†
David G. Oliveira

**Cameron County Office**
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666  Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049  Fax 956 631-8141

Adolph Guerra, Jr.†
D. Alan Erwin, Jr.
Michael A. Zanca*
Rosemary Conrad-Sandoval*
Lucila Alvarado*
Jesus Quezada, Jr.
Adrian R. Martinez*
Liza M. Vasquez*

Allena L. Cano*

†Board Certified -
 Personal Injury Trial Law
 Texas Board of Legal Specialization

*Board Certified -
 Civil Trial Law
 Texas Board of Legal Specialization

File No.:

## FAX COVER SHEET

***

**Important:** This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive the communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the United States Postal Service. Thank you!

***

Please deliver the following pages to:

**Name:** Savannah Robinson    Carlos Hernandez, Jr.

**Telecopy Number(s):** 979-922-8857.    380-0771

**From:** Elizabeth Neally

**Re:** Enquita v NeoPlan.

**Total Number of Pages (including Cover Sheet):** _____

**Date:** 5-10-05

**Sent by:** _[signature]_    **Time Sent:** _____ M.

**MESSAGE:**

**IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (956) 542-5666.**

## ROERIG, OLIVEIRA & FISHER, L.L.P.
### ATTORNEYS AT LAW

Jeffrey D. Roerig†\*
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisenta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz\*†
David G. Oliveira

Cameron County Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666   Fax 956 542-0016

\*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049   Fax 956 631-8141

Adolph Guerra, Jr.†
D. Alan Erwin, Jr.
Michael A. Zanca\*
Rosemary Conrad-Sandoval\*
Lucila Alvarado\*
Jesus Quezada, Jr.
Adrian R. Martinez\*
Lisa M. Vasquez\*

Allena L. Cano\*

\*Board Certified -
 Personal Injury Trial Law
 Texas Board of Legal Specialization

†Board Certified -
 Civil Trial Law
 Texas Board of Legal Specialization

May 3, 2005

File No.:   24,321

Ms. Savannah Robinson
Attorney at Law
1822 Main Street
Danbury TX 77534

    Re:    Cause No. B-04-121
            *Daniel Engulta v. Neoplan USA Corp.*
            U.S. District Court, Southern District at Brownsville, Texas

Dear Ms. Robinson:

      We have repeatedly tried to determine a date for the deposition of your client. Only after you did not respond to our two letters requesting dates did I pick a date. Instead of responding to us with a date certain when your client would be present and available for his deposition in the Rio Grande Valley you replied with an Emergency Motion for Protective Order. As we had previously advised you on several occasions, we are not willing to either go to Spain to take his deposition or to have him appear by telephone. It is simply too arduous of a burden for my defendant.

      We realize from your emergency stay that May 6th is not a suitable deposition date. Our client is available for her deposition on June 1st and we suggest that we take your client's deposition on either June 2nd or June 3rd. If those dates are not agreeable, please call us and we will work with you to determine a better date. I can be reached at (956) 631-8049.

      If we do not receive a date from you by May 5, 2005, we will have no choice but to file a Motion to Compel and be forced to request sanctions including attorneys fees.

      Should you have any questions regarding this matter, please do not hesitate to contact the undersigned.

Ms. Savannah Robinson
Page 2

Sincerely,

ROERIG, OLIVEIRA & FISHER, L.L.P.

Elizabeth G. Neally

BGN/vb

# ROERIG, OLIVEIRA & FISHER, L.L.P.
## ATTORNEYS AT LAW

Jeffrey D. Roerig+
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz*†
David G. Oliveira

Cameron County Office
855 West Price Road · Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666  Fax 956 542-0016

"Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049  Fax 956 621-8141

Adolph Guerra, Jr.†
D. Alan Erwin, Jr.
Michael A. Zanca*
Rosemary Conrad-Sandoval*
Lucila Alvarado*
Jesus Quesada, Jr.
Adrian R. Martinez*
Lisa M. Vasquez*

†Board Certified ·
Personal Injury Trial Law
Texas Board of Legal Specialization

*Board Certified ·
Civil Trial Law
Texas Board of Legal Specialization

## FACSIMILE COVER SHEET

File No.:

DATE: 5-3-05
TIME:
FROM: Elizabeth Neally
NUMBER OF PAGES: 3
(including cover page)

PLEASE DELIVER TO:
Ms. Savannah Robinson

FAX NUMBER:
979 922-8857

RE:

MESSAGE:

SENT BY: Andrea Plata

IMPORTANT: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU RECEIVE THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE UNITED STATES POSTAL SERVICE.

# ROERIG, OLIVEIRA & FISHER, L.L.P.
## ATTORNEYS AT LAW

Jeffrey D. Roerig
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz
David G. Oliveira

Cameron County Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666   Fax 956 542-0016

Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049   Fax 956 631-8141

Adolph Guerra, Jr.
D. Alan Erwin, Jr.
Michael A. Zanca
Rosemary Conrad-Sandoval
Lucila Alvarado
Jesus Quezada, Jr.
Adrian R. Martinez
Lisa M. Vasquez

Board Certified -
Personal Injury Trial Law
Texas Board of Legal Specialization

Board Certified -
Civil Trial Law
Texas Board of Legal Specialization

May 3, 2005

File No.: 24,321

Ms. Savannah Robinson
Attorney at Law
1822 Main Street
Danbury TX 77534

Mr. Carlos E. Hernandez, Jr.
THE LAW OFFICES OF CARLOS E.
  HERNANDEZ, JR., P.C.
101 North Tenth Avenue
Edinburg TX 78541

Re:   Cause No. B-04-121
      *Daniel Enevita v. Neoplan USA Corp.*
      U.S. District Court, Southern District at Brownsville, Texas

Dear Ms. Robinson and Mr. Hernandez:

Please be advised that Pat Robinette is available for her deposition on Wednesday June 1st in our Brownsville office. I anticipate that you will prepare a deposition notice, so we can let her know as soon as possible. If that date is not acceptable please notify me or we can discuss this further at the deposition of your client scheduled for this Friday.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Thank you for your consideration.

## ROERIG, OLIVEIRA & FISHER, L.L.P.

Ms. Savannah Robinson
Mr. Carlos Hernandez, Jr.
May 3, 2005
Page 2

                                                Sincerely,

                                        ROERIG, OLIVEIRA & FISHER, L.L.P.

                                                Elizabeth G. Neally

EGN/lac
cc: Bob Albery

## ROERIG, OLIVEIRA & FISHER, L.L.P.
### ATTORNEYS AT LAW

Jeffrey D. Roerig*
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Losano
Elizabeth G. Neally
Victor V. Vicinaiz*†
David G. Oliveira

Cameron County Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666   Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049   Fax 956 631-9141

Adolph Guerra, Jr.*
D. Alan Erwin, Jr.
Michael A. Zanca*
Rosemary Conrad-Sandoval*
Luella Alvarado*
Jesus Quezada, Jr.
Adrian R. Martinez*
Liza M. Vasquez*

*Board Certified –
Personal Injury Trial Law
Texas Board of Legal Specialization

*Board Certified –
Civil Trial Law
Texas Board of Legal Specialization

# FACSIMILE

File No. 24321
EGN

**IMPORTANT:** This message is intended only for the use of the individual which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivery this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive the communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the United States Postal Service. Thank you.

## PLEASE DELIVER THE FOLLOWING PAGES TO:

**NAME:** Ms. Savannah Robinson  
Mr. Carlos E. Hernandez, Jr.

**FAX #:** (979) 922-8857  
(956) 380-0771

**FROM:** Elizabeth G. Neally

**RE:** Cause No. B-04-121  
<u>Daniel Enzuita v. Neoplan USA Corp.</u>  
U.S. District Court, Southern District of Texas, Brownsville Division

**Date:** May 4, 2005          **Total Number of Pages (including this one):** 3

---

**MESSAGE:**


IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (956) 542-5666.