Return-Path: <tangolvrs@hotmail.com>
Received: from rly-yg04.mx.aol.com (rly-yg04.mail.aol.com [172.18.180.82]) by air-yg01.mail.aol.com
(vx) with ESMTP id MAILINYG14-2844284bfd1276; Fri, 13 May 2005 10:55:16 -0400 Received: from
hotmail.com (bay23-f20.bay23.hotmail.com [64.4.22.70]) by rly-yg04.mx.aol.com (vx) with ESMTP id
MAILRELAYINYG44-2844284bfd1276; Fri, 13 May 2005 10:55:14 -0400 Received: from mail pickup
service by hotmail.com with Microsoft SMTPSVC; Fri, 13 May 2005 07:11:15 -0700 Message-ID:
<BAY23-F20E64552F49700EE953EB3A7120@phx.gbl> Received: from 81.42.62.218 by
by23fd.bay23.hotmail.msn.com with HTTP; Fri, 13 May 2005 14:11:14 GMT X-Originating-IP:
[81.42.62.218] X-Originating-Email: [tangolvrs@hotmail.com] X-Sender: tangolvrs@hotmail.com From:
"MonicaGalimberti Galimberti de Enguita" <tangolvrs@hotmail.com> To: SavannahRobinson@aol.com
Subject: Information Date: Fri, 13 May 2005 14:11:14 +0000 Mime-Version: 1.0 Content-Type: text/html;
format=flowed X-OriginalArrivalTime: 13 May 2005 14:11:15.0233 (UTC)
FILETIME=[9FDF9110:01C557C5] X-AOL-IP: 64.4.22.70 X-Mailer: Unknown (No Version) <html><div
style="background-color:'><DIV class=RTE>

Savannah: today I called the American Consulate. I have (the earliest) an appointment for request a visa on
January 7, and the consulate will take about 10 days to approve, therefore we cannot meet  for the
deposition. I calculate that will be possible, if we have to fly to USA, end of June. Besides you will have to
tell me ASAP if we have to go, because to ask for the visa we have to show our flight tickets to the
American Consulate. And if we purchase the ticket we have to hurry because will start the "high summer
season".</DIV> <DIV class=RTE>HOPE WE DON'T HAVE TO GO</DIV> <DIV
class=RTE>mONICA</DIV></div></html>