IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **DANIEL ENGUITA** | § | |
| | § | **CIVIL ACTION NO. B-04-121** |
| **VS.** | § | **JURY** |
| | § | |
| **NEOPLAN USA CORP.** | § | |

## AMENDED NOTICE OF DEPOSITION
## OF DANIEL ENGUITA

TO:   Daniel Enguita, Plaintiff, by and through his attorneys of record:

Ms. Savannah Robinson
Attorney at Law
1822 Main
Danbury, Texas 78534

Mr. Carlos E. Hernandez, Jr.
Law Offices of Carlos E. Hernandez, Jr., P.C.
101 North 10th Street
McAllen, Texas 78504

PLEASE TAKE NOTICE that commencing at 9:00 a.m. on Wednesday, June 1, 2005, and continuing thereafter from day to day until completed, Neoplan USA Corp. its employees, agents and all those acting in concert or at its discretion, Defendant in the above-styled and numbered cause, will take the oral deposition of Daniel Enguita at the Law Office of Roerig, Oliveira & Fisher, L.L.P., 855 West Price Road, Suite 9, Brownsville, Texas 78520, Phone: (956) 542-5666, before a duly authorized court reporter from Hill & Romero.

Pursuant to the Texas Rules of Civil Procedure, you are further advised that this deposition may be recorded on videotape, in addition to the usual stenographic recording.

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing instrument has been served on all parties pursuant to Texas Rules of Civil Procedure, on this the _10_ day of May, 2005, as follows:

Ms. Savannah Robinson
Attorney at Law
1822 Main
Danbury, Texas 78534

Mr. Carlos E. Hernandez, Jr.
Law Offices of Carlos E. Hernandez, Jr., P.C.
101 North 10th Street
McAllen, Texas 78504

 

Elizabeth G. Neally
Jeffrey D. Roerig