IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| DANIEL ENGUITA | § | CIVIL ACTION NO. B-04-121 |
|---|---|---|
| | § | |
| vs. | § | |
| | § | |
| Neoplan USA Corporation | § | JURY REQUESTED |

ORDER FOR TELEPHONIC DEPPSITION

BE IT REMEMBERED, that on the _____ day of _____, 2005, came to be heard the Motion of Plaintiff for protective order concerning the deposition of Plaintiff, and the Court having examined the pleadings and being of the opinion that the Motion should be granted,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is granted, the deposition shall be taken by telephonic means.

SIGNED in Brownsville, Texas, on this the _____ day of _____, 2005.

_____
Hon. Hilda Tagle
JUDGE PRESIDING