IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **DANIEL ENGUITA** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action B-04-121 |
| | § | |
| **NEOPLAN USA CORP.** | § | |
| | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on May 23, 2005, the Court considered plaintiff Daniel Enguita's "Motion for Protective Order." Dkt. No. 25. The Court hereby **ORDERS** the parties to appear before this Court at 11:00 a.m. on May 26, 2005, to argue the above Motion.

DONE at Brownsville, Texas, this 23rd day of May, 2005.

_____
Hilda G. Tagle
United States District Judge