Home > **Select Departing Flight**

CHECK FLIGHTS   **CHOOSE FLIGHTS**   FLIGHT DETAILS   TRAVELER INFORMATION   COMPLETE PURCHASE   CONFIRMATION

# Select Departing Flight

Reservations for U.S.
Reservations for Other

---

**Your Search by Price:**

**Round Trip**

Depart: **Madrid, Spain (MAD)**    Date: **Fri., Jun. 10, 2005**    Time: **Anytime**
Arrive: **Brownsville, TX (BRO)**

> Modify search

 **OUR LOWEST FARES**

**With Stops**
from
**$1,069.75**


SPECIAL OFFER
Buy Fast. Feel Secure.
**Enjoy No Payments for 90 Days**
☑ **BillMe Later**
See details at checkout.

---

Select Your Departing Flight for Fri., Jun. 10, 2005:

| Price | Departing | Arriving | Travel Time | OnePass Miles | |
|---|---|---|---|---|---|
| **Flights with stops from $1,069.75** | | | | | |
| **LOWEST FARE** From **$1,069.75** Round Trip/ Person $2,139.50 Total Price ▓▓▓ | Depart: **11:25 a.m.** Madrid, Spain (MAD) | Arrive: **6:04 p.m.** Houston, TX (IAH - Intercontinental) | Flight Time: 13 hr 39 mn | OnePass Miles/ Elite Qualification: 5,006/100% | Flight: CO Aircraft: B Fare Class: Lun Meals: Lun View Seats |
| | **1 Stop.** Time on the ground in New York/Newark, NJ (EWR) is 1 hour 50 minutes. **Change Planes.** Equi New York/Newark, NJ (EWR) to a Boeing 767-200. | | | | |
| | **Change Planes.** Connect time in Houston, TX (IAH - Intercontinental) is 3 hours 6 minutes. | | | | |
| | Depart: **9:10 p.m.** Houston, TX (IAH - Intercontinental) | Arrive: **10:25 p.m.** Brownsville, TX (BRO) | Flight Time: 1 hr 15 mn  Travel Time: **18 hr 0 mn** | OnePass Miles/ Elite Qualification: 500/100%  Total Miles: **5,506** | Flight: CO Aircraft: E Fare Class: Meals: No View Seats |
| From **$1,072.75** Round Trip/ Person $2,145.50 Total Price ▓▓▓ | Continental flight 2377 operated by ExpressJet Airlines, Inc. dba Continental Express. | | | | |
| | Depart: **11:25 a.m.** Madrid, Spain (MAD) | Arrive: **1:20 p.m.** New York/Newark, NJ (EWR) | Flight Time: 7 hr 55 mn | OnePass Miles/ Elite Qualification: 3,607/100% | Flight: CO Aircraft: B Fare Class: Meals: Lun View Seats |
| | **Change Planes.** Connect time in New York/Newark, NJ (EWR) is 3 hours 30 minutes. | | | | |
| | Depart: **4:50 p.m.** New York/Newark, NJ (EWR) | Arrive: **7:43 p.m.** Houston, TX (IAH - Intercontinental) | Flight Time: 3 hr 53 mn | OnePass Miles/ Elite Qualification: 1,415/100% | Flight: CO Aircraft: B Fare Class: Meals: Sna No Specia View Seats |
| | **Change Planes.** Connect time in Houston, TX (IAH - Intercontinental) is 1 hour 27 minutes. | | | | |

EXHIBIT

/

| | | | | |
|---|---|---|---|---|
| | **Depart:** 9:10 p.m. Houston, TX (IAH - Intercontinental) | **Arrive:** 10:25 p.m. Brownsville, TX (BRO) | Flight Time: **1 hr 15 mn**  Travel Time: **18 hr 0 mn** | OnePass Miles/ Elite Qualification: 500/100%  Total Miles: **5,522** | Flight: CO₂ Aircraft: Er Fare Class: Meals: Nor View Seats |

Continental flight 2377 operated by ExpressJet Airlines, Inc. dba Continental Express.

**From**
**$1,072.75**
Round Trip/
Person
$2,145.50

Total Price

| | **Depart:** 11:25 a.m. Madrid, Spain (MAD) | **Arrive:** 1:20 p.m. New York/Newark, NJ (EWR) | Flight Time: 7 hr 55 mn | OnePass Miles/ Elite Qualification: 3,607/100% | Flight: CO₆ Aircraft: B₆ Fare Class: Meals: Lun View Seats |

**Change Planes.** Connect time in New York/Newark, NJ (EWR) is 2 hours 20 minutes.

| **Depart:** 3:40 p.m. New York/Newark, NJ (EWR) | **Arrive:** 8:08 p.m. Houston, TX (IAH - Intercontinental) | Flight Time: 5 hr 28 mn | OnePass Miles/ Elite Qualification: 1,415/100% | Flight: CO₂ Aircraft: Er Fare Class: Meals: Sna **No Specia** View Seats |

**1 Stop.** Time on the ground in Fayetteville/NW Arkansas, AR (XNA) is 28 minutes.

**Change Planes.** Connect time in Houston, TX (IAH - Intercontinental) is 1 hour 2 minutes.

| **Depart:** 9:10 p.m. Houston, TX (IAH - Intercontinental) | **Arrive:** 10:25 p.m. Brownsville, TX (BRO) | Flight Time: **1 hr 15 mn**  Travel Time: **18 hr 0 mn** | OnePass Miles/ Elite Qualification: 500/100%  Total Miles: **5,522** | Flight: CO₂ Aircraft: Er Fare Class: Meals: Nor View Seats |

Continental flight 2701 operated by ExpressJet Airlines, Inc. dba Continental Express.
Continental flight 2377 operated by ExpressJet Airlines, Inc. dba Continental Express.

**From**
**$1,077.25**
Round Trip/
Person
$2,154.50

Total Price

| | **Depart:** 11:25 a.m. Madrid, Spain (MAD) | **Arrive:** 1:20 p.m. New York/Newark, NJ (EWR) | Flight Time: 7 hr 55 mn | OnePass Miles/ Elite Qualification: 3,607/100% | Flight: CO₆ Aircraft: B₆ Fare Class: Meals: Lun View Seats |

**Change Planes.** Connect time in New York/Newark, NJ (EWR) is 1 hour 10 minutes.

| **Depart:** 2:30 p.m. New York/Newark, NJ (EWR) | **Arrive:** 4:10 p.m. Cleveland, OH (CLE) | Flight Time: 1 hr 40 mn | OnePass Miles/ Elite Qualification: 500/100% | Flight: CO₃ Aircraft: B₆ Fare Class: Meals: Nor View Seats |

**Change Planes.** Connect time in Cleveland, OH (CLE) is 1 hour 35 minutes.

| **Depart:** 5:45 p.m. Cleveland, OH (CLE) | **Arrive:** 7:37 p.m. Houston, TX (IAH - Intercontinental) | Flight Time: 2 hr 52 mn | OnePass Miles/ Elite Qualification: 1,091/100% | Flight: CO₁ Aircraft: B₆ Fare Class: Meals: Sna **No Specia** View Seats |

**Change Planes.** Connect time in Houston, TX (IAH - Intercontinental) is 1 hour 33 minutes.

| **Depart:** 9:10 p.m. Houston, TX (IAH - Intercontinental) | **Arrive:** 10:25 p.m. Brownsville, TX (BRO) | Flight Time: **1 hr 15 mn**  Travel Time: **18 hr 0 mn** | OnePass Miles/ Elite Qualification: 500/100%  Total Miles: | Flight: CO₂ Aircraft: Er Fare Class: Meals: Nor View Seats |

**5,698**

**From**

**$1,219.25**
Round Trip/
Person
$2,438.50

Total Price

Continental flight 2377 operated by ExpressJet Airlines, Inc. dba Continental Express.

| Depart: | Arrive: | Flight Time: | OnePass Miles/ | Flight: CO
| **11:25 a.m.** | **1:20 p.m.** | 7 hr 55 mn | Elite Qualification: | Aircraft: B
| Madrid, Spain (MAD) | New York/Newark, NJ | | 3,607/100% | Fare Class:
| | (EWR) | | | Meals: Lun
| | | | | View Seats

**Change Planes.** Connect time in New York/Newark, NJ (EWR) is 2 hours 15 minutes.

| Depart: | Arrive: | Flight Time: | OnePass Miles/ | Flight: CO
| **3:35 p.m.** | **4:54 p.m.** | 1 hr 19 mn | Elite Qualification: | Aircraft: E
| New York/Newark, NJ | Baltimore, MD (BWI) | | 500/100% | Fare Class:
| (EWR) | | | | Meals: Nor
| | | | | View Seats

**Change Planes.** Connect time in Baltimore, MD (BWI) is 1 hour 1 minute.

| Depart: | Arrive: | Flight Time: | OnePass Miles/ | Flight: CO
| **5:55 p.m.** | **8:10 p.m.** | 3 hr 15 mn | Elite Qualification: | Aircraft: B
| Baltimore, MD (BWI) | Houston, TX (IAH – | | 1,235/100% | Fare Class:
| | Intercontinental) | | | Meals: $na
| | | | | **No Specia**
| | | | | View Seats

**Change Planes.** Connect time in Houston, TX (IAH - Intercontinental) is 60 minutes.

| Depart: | Arrive: | Flight Time: | OnePass Miles/ | Flight: CO
| **9:10 p.m.** | **10:25 p.m.** | 1 hr 15 mn | Elite Qualification: | Aircraft: E
| Houston, TX (IAH – | Brownsville, TX (BRO) | | 500/100% | Fare Class:
| Intercontinental) | | | | Meals: Nor
| | | Travel Time: | | View Seats
| | | **18 hr 0 mn** | Total Miles: |
| | | | **5,842** |

**From**

**$1,505.75**
Round Trip/
Person
$3,011.50

Total Price

Continental flight 2602 operated by ExpressJet Airlines, Inc. dba Continental Express.
Continental flight 2377 operated by ExpressJet Airlines, Inc. dba Continental Express.

| Depart: | Arrive: | Flight Time: | OnePass Miles/ | Flight: CO
| **11:25 a.m.** | **1:20 p.m.** | 7 hr 55 mn | Elite Qualification: | Aircraft: B
| Madrid, Spain (MAD) | New York/Newark, NJ | | 3,607/100% | Fare Class:
| | (EWR) | | | Meals: Lun
| | | | | View Seats

**Change Planes.** Connect time in New York/Newark, NJ (EWR) is 60 minutes.

| Depart: | Arrive: | Flight Time: | OnePass Miles/ | Flight: CO
| **2:20 p.m.** | **4:07 p.m.** | 1 hr 47 mn | Elite Qualification: | Aircraft: E
| New York/Newark, NJ | Charlotte, NC (CLT) | | 528/100% | Fare Class:
| (EWR) | | | | Meals: Nor
| | | | | View Seats

**Change Planes.** Connect time in Charlotte, NC (CLT) is 1 hour 48 minutes.

| Depart: | Arrive: | Flight Time: | OnePass Miles/ | Flight: CO
| **5:55 p.m.** | **7:37 p.m.** | 2 hr 42 mn | Elite Qualification: | Aircraft: E
| Charlotte, NC (CLT) | Houston, TX (IAH – | | 913/100% | Fare Class:
| | Intercontinental) | | | Meals: $na
| | | | | **No Specia**
| | | | | View Seats

**Change Planes.** Connect time in Houston, TX (IAH - Intercontinental) is 1 hour 33 minutes.

| Depart: | Arrive: | Flight Time: | OnePass Miles/ | Flight: CO
| **9:10 p.m.** | **10:25 p.m.** | 1 hr 15 mn | Elite Qualification: | Aircraft: E
| Houston, TX (IAH – | Brownsville, TX (BRO) | | 500/100% | Fare Class:
| Intercontinental) | | | | Meals: Nor
| | | Travel Time: | | View Seats
| | | **18 hr 0 mn** | Total Miles: |
| | | | **5,548** |

# ROERIG, OLIVEIRA & FISHER, L.L.P.
## ATTORNEYS AT LAW

Jeffrey D. Roerig++
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisanta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaiz++
David G. Oliveira

Cameron County Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666    Fax 956 542-0016

*Hidalgo County Office
506 East Dove
McAllen, Texas 78504
Tel. 956 631-8049    Fax 956 631-8141

Adolph Guerra, Jr.+
D. Alan Erwin, Jr.
Michael A. Zanca*
Rosemary Conrad-Sandoval*
Lucila Alvarado*
Jesus Quezada, Jr.
Adrian R. Martinez*
Liza M. Vasquez*

+Board Certified -
    Personal Injury Trial Law
    Texas Board of Legal Specialization
•Board Certified -
    Civil Trial Law
    Texas Board of Legal Specialization

May 11, 2005

File No.:    24,321

Ms. Savannah Robinson
Attorney at Law
1822 Main Street
Danbury TX 77534

Mr. Carlos E. Hernandez, Jr.
THE LAW OFFICES OF CARLOS E.
    HERNANDEZ, JR., P.C.
101 North Tenth Avenue
Edinburg TX 78541

> Re:    Cause No. B-04-121
>        *Daniel Enguita v. Neoplan USA Corp.*
>        U.S. District Court, Southern District at Brownsville, Texas

Dear Ms. Robinson and Mr. Hernandez:

We are in receipt of your letter dated May 11, 2005. As we previously advised on numerous occasions we will not agree to take your client's deposition by telephone. We only filed the deposition notice after several phone calls with your office and after your assistant, Jamie, called and advised me that June 1st was fine for us to notice of deposition for Mr. Enguita.

Please take the necessary procedures that you deem appropriate with the Court if you will not be producing Mr. Enguita on that date. If you would like us to reschedule his deposition for a more convenient time, as I have continually advised, we will be happy to work with you to find a mutually convenient date when Mr. Enguita can be present in Brownsville.

I know that I flew to and from Brownsville to Madrid last year for less than $750. Therefore, we can work with you to try to find a date when the airfare would not be so costly. I looked at schedules and it appeared that flying Continental from Madrid to Brownsville on June 10 and returning on June 15 is only $1,040. We are available the 13th or 14th for his deposition. See the attached schedule.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Thank you for your consideration.



EXHIBIT
2

## ROERIG, OLIVEIRA & FISHER, L.L.P.

Ms. Savannah Robinson
Mr. Carlos Hernandez, Jr.
May 11, 2005
Page 2

Sincerely,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**

Elizabeth G. Neally

EGN/lac
attachment

# FACSIMILE

<u>24321</u>
<u>EGN</u>

IMPORTANT: This message is intended only for the use of the individual which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivery this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you receive the communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the United States Postal Service.  Thank you.

## PLEASE DELIVER THE FOLLOWING PAGES TO:

NAME:     Ms. Savannah Robinson          FAX #: (979) 922-8857
          Mr. Carlos E. Hernandez, Jr.            (956) 380-0771

FROM:     Elizabeth G. Neally

RE:       Cause No. B-04-121
          _Daniel Enguita v. Neoplan USA Corp._
          U.S. District Court, Southern District of Texas. Brownsville Division

Date:     <u>May 11, 2005</u>          Total Number of Pages (Including this one): 6

---

MESSAGE:

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (956) 542-5666.

* * * COMMUNICATION RESULT REPORT ( MAY.11.20 10:04AM ) * * *

TTI   ROERIG OLIVEIRA FISHER

| FILE | MODE | OPTION | ADDRESS (GROUP) | RESULT | PAGE |
|------|------|--------|-----------------|--------|------|
| 602 | MEMORY TX | | 19799228857 | OK | P. 6/6 |
| | | | 3800771 | OK | P. 6/6 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL          E-2) BUSY
E-3) NO ANSWER                     E-4) NO FACSIMILE CONNECTION

# FACSIMILE

24321
EGN

IMPORTANT: This message is intended only for the use of the individual which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivery this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive the communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the United States Postal Service. Thank you.

## PLEASE DELIVER THE FOLLOWING PAGES TO:

NAME:    Ms. Savannah Robinson          FAX #: (979) 922-8857
         Mr. Carlos E. Hernandez, Jr.          (956) 380-0771

FROM:    Elizabeth G. Neally