IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § | |
| | § | CIVIL ACTION NO. B-04-121 |
| VS. | § | JURY |
| | § | |
| NEOPLAN USA CORP. | § | |

ORDER DISMISSING PLAINTIFF'S
MOTION FOR PROTECTIVE ORDER

Plaintiff's Motion for Protective Order has been considered by the Court and based on Defendant Neoplan USA Corp.'s Reply to Plaintiff's Motion Protective Order, Plaintiff's Motion for Protective Order is dismissed and Plaintiff is ordered to appear in Brownsville, Texas for his deposition at a date and time mutually agreeable to the parties.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Protective Order is hereby dismissed.

IT IS FURTHER ORDERED that Plaintiff shall appear in Brownsville, Texas for his deposition at a date and time mutually agreeable to the parties.

Signed this ____ day of May, 2005.

_____
Judge Presiding

Copies to:
Savannah Robinson, Attorney at Law, 1822 Main Street, Danbury, Texas 77534
Carlos E. Hernandez, Jr., The Law Offices of Carlos E. Hernandez, Jr., P.C., 101 North Tenth Ave., Edinburg, Texas 78541
Elizabeth G. Neally, Roerig, Oliveira & Fisher, L.L.P., 855 West Price Road, Suite 9, Brownsville, Texas 78520