IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § | CIVIL ACTION NO. B-04-121 |
| | § | |
| vs. | § | |
| | § | |
| Neoplan USA Corporation | § | JURY REQUESTED |

PLAINTIFF'S RESPONSE TO DEFENDANT'S REPLY TO MOTION FOR PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT;

COMES NOW, Daniel Enguitas, Plaintiff herein, and makes this his response to the Defendant's Reply to his motion for Protective Order, and would show as follows:

I.

1. Defendant makes an equitable argument based ont he filing of suit in Cameron County. However, the Defendant owned and operated a plant in Cameron County, employed the Plaintiff in Cameron county, and knew at the time that he was employed that Plaintiff was a native of Spain. One of the terms of his employment was a round trip ticket to anywhere in the world every year. So there is no surprise to the Defendant that this Plaintiff would return to his homeland when he was faced with the hardship of termination.

II.

2. Defendant contends that it is confused over the procedure. Frankly, given counsel's extensive experience this is unlikely. However, confusion over the

1

details, which can be worked out, is no reason to cause the Plaintiff to spend over $4,000 in unnecessary travel.

3.  Further, Mr. Enguita's doctor does not believe that Mr. Enguitas should travel. (Exhibit 1).  Moreover, as shown, Mr. Enguitas cannot obtain a visa to travel into the USA in less than ten days, which would not make him available for June 1st.

4.  FED R CIV PRO 28(b) is clear enough. Paragraph 3 allows counsel to be in the USA, in the same room if desired, with the witness and a court reporter in Spain.  The Court reporter can determine the identity of the witness, make a copy of his papers, and tender pre-designated exhibits to the witness as counsel may wish. See: *In re Anschuetz & Co., GmbH*, 838 F.2d 1362, 10 Fed.R.Serv.3d 1296 (5th Cir. 1988).  We could probably find a hotel conference room and have fax available for "last minute" exhibits and so on.

5.  Plaintiffs agree to a deposition on June 1st ONLY if he can appear by telephone.  Previously a foreshortened mediation was held by email.  This was adequate because of "instant messaging" that kept Mr. Enguitas informed of the arguments of counsel, offers and exchanges.  We also forwarded to him a photo of the proceeding - to give him a feel for the situation. Thus, the history of the case supports the availability of technology to bridge the trans-Atlantic gap and make him available, literally from overseas.

III.

6.      Defendant contend that the travel is not as expensive, and provides the same fare information that was previously attached to their correspondence which is attached to the Plaintiff's motion. However, the cheaper flights have more stops, and take longer, which is adverse to his health. The more expensive flights are nearly direct flights. There is less flight time, fewer stops, and less of a risk to his health. Also, the flight cost, while significant, is the tip of the iceberg. In addition there will be hotels, transportation, meals and so on. Thus, the cost is a significant hardship without an overriding need for the purpose of securing his deposition.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the Court enter its Order directing the parties to conserve resources and obtain this deposition telephonically.

Respectfully Submitted,

___/s/ Savannah Robinson_____
Savannah Robinson
ATTORNEY IN CHARGE
FOR PLAINTIFF
SBN: 17108150
Fed. ID: 5922
1822 Main
Danbury, TX 77534
(979) 922-8825
fax: 979-922-8857

ATTACHMENTS
Exhibit 1 - Doctor's information
Exhibit 2 - photo of mediation

## CERTIFICATE OF SERVICE

I hereby certify that a true, complete and correct copy of the attached and foregoing was this day served by certified mail, return receipt requested, pursuant

to the Federal Rules of Civil Procedure, on the following persons, on this the 25th day of _May___, 2005.

Jeffy Roerig
Roerig, Oliveira & Fisher
855 West Price Rd., Suite 9
Brownsville, TX 78550
FAX: 956-542-0016

_____/s/ Savannah Robinson_____
Savannah Robinson

4