Centro de Salud de Ariza
C/La Paz s/n
50220 Ariza (ZA)

Javier Martin de San Baldomero, Medico de Alconchel de Ariza (C.Salud de Ariza) Nº de Colegiado 9938, Zaragoza.

INFORME:

Daniel Enguita Lazaro, con D.N.I 17.410.501F, vecino de Alconchel de Ariza, presenta un proceso vertiginoso desde hace 15 días, en tratamiento por el Especialista de O.R.L del Hospital de Calatayud, por lo que durante unos 50-60 días se le recomienda reposo y no viajar.

Atentamente le saluda.

Ariza, 17 de Mayo de 2005.

Fdo.:JAVIER MARTÍN DE SAN BALDOMERO



Caja de Ahorros
y Monte de Piedad
de Zaragoza,
Aragón y Rioja

*Fecha*:   18-05-2005
*Nº de pags. (incluida la portada)*:

PARA:

| | |
|---|---|
| **NOMBRE:** | SAVANNAH ROBINSON |
| **DPTO:** | 1822 MAIN SANBURY -TEXAS 77534   U.S.A. |
| **EMPRESA:** | |
| **Nº FAX:** | 001 979 9228857 |

DE:

| | |
|---|---|
| **NOMBRE:** | DANIEL ENGUITA LAZARO |
| **DPTO:** | ALCONCHEL DE ARIZA -ZARAGOZA-ESPAÑA |
| **Nº FAX:** | |
| **Nº TELEFONO:** | |

**COMENTARIOS:**