IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 3 2005

Michael N. Milby
Clerk of Court

DANIEL ENGUITA                    §
                                  §         CIVIL ACTION NO. B-04-121
VS.                               §                  JURY
                                  §
NEOPLAN USA CORP.                 §

## AGREED MOTION TO EXTEND DEADLINES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Parties in the above-styled and numbered cause and files and serves this its Motion to Extend Deadlines, and would show the Court the following:

I.

1. The Scheduling Order was filed October 19, 2004, setting out the deadlines for the above-styled and numbered cause.

2. The deposition of Plaintiff Daniel Enguita has been rescheduled several times and is presently scheduled for June 16, 2005 in Spain to be conducted by teleconference per the Court's order.

3.    The present deadline for discovery is June 13, 2005 and Dispositive Motions are to be filed by June 27, 2005. Defendant needs to have the final deposition transcript of Mr. Enguita before it can prepare a summary judgment. And, Plaintiff wishes to depose our corporate representative. Therefore, additional time is requested for both these deadlines.

4.    Defendant respectfully requests this court to allow an extension of ninety (90) days on each of the deadlines set out on the Scheduling Order.