IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DANIEL ENGUITA                    §
                                  §     CIVIL ACTION NO. B-04-121
VS.                               §            JURY
                                  §
NEOPLAN USA CORP.                 §

## AMENDED SCHEDULING ORDER

1. Trial: Estimated time to try: 3-4 days                                            Jury Trial

2. New parties must be joined by:                                                    10/29/2004
   *Furnish a copy of this scheduling order to new parties*

3. Parties to submit to mediation no later than:                                     2/25/2005
   *(Parties to file a Status Report within one week following mediation)*

4. The plaintiff's experts will be named with a report furnished by:                 2/25/2005

5. The defendant's experts must be named with a report furnished by:                 4/29/2005
   within 30 days of the deposition of the plaintiff's expert.

6. Discovery must be completed by:                                                   9/10/2005
   *Counsel may agree to continue discovery beyond the deadline, but will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

**********************The Court will provide these dates**********************

7. Dispositive Motions will be filed by:                                             9/24/2005

8. Joint pretrial order is due:                                                      _____

9. Docket Call and final pretrial conference is set for 1:30 p.m. on:                _____

10. Jury Selection is set for 9:00 a.m. on:                                          _____
    *(This case will remain on standby until tried)*

   SIGNED FOR ENTRY this _____ day of _____, 2005.


                                              _____
                                              Hilda G. Tagle
                                              United States District Judge