United States District Court
Southern District of Texas
ENTERED

JUL 0 7 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA,<br>    Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-04-121 |
| NEOPLAN USA CORP.,<br>    Defendant. | § § § | |

### ORDER

BE IT REMEMBERED that on July 6, 2005, the Court **GRANTED** the parties' "Agreed Motion to Extend Deadlines." Dkt. No. 30. A modified scheduling order shall follow.

DONE at Brownsville, Texas, this 6 day of July, 2005.

Hilda G. Tagle
United States District Judge

1