United States District Court
Southern District of Texas
ENTERED

JUL 0 7 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |

DANIEL ENGUITA §

vs. § Civil Action No. B-04-121

NEOPLAN USA CORP. §

## AMENDED
## SCHEDULING ORDER

1. Trial: Estimated time to try: __3-4__ days.   ☐ Bench   ■ Jury

2. Discovery must be completed by:   9/12/2005
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

3. Dispositive Motions will be filed by:   9/26/2005

4. Joint pretrial order is due:   12/20/2005

5. Docket Call and final pretrial conference is set for 1:30 p.m. on:   1/5/2006

6. Jury Selection is set for 9:00 a.m. on:   1/10/2006
   *(The case will remain on standby until tried)*

All other deadlines in the Scheduling Order of October 19, 2004 remain in effect.

Signed _____, 2005, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge