IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § | CIVIL ACTION NO. B-04-121 |
| | § | |
| vs. | § | |
| | § | |
| Neoplan USA Corporation | § | JURY REQUESTED |

## NOTICE AND REQUEST FOR APPROVAL OF DEPOSITION PLANS

TO THE HONORABLE JUDGE OF SAID COURT:

I.

1. Pursuant to the Court's Order of May 25, 2005 (Docket Entry No. 29), the parties have conferred on arrangements for the deposition by telephonic communication of Daniel Enguitas.

2. Defendant has provided exhibits, which were emailed and a hard copy mailed to Mr. Enguitas.

3. Current plans are for the deposition to occur with Mr. Enguitas and a videographer in a hotel in Madrid. The hotel has fax capabilities, so any last minute exhibits can be faxed over. All counsel and the court reporter will be in the offices of Roerig, Olivera and Fisher, Brownsville branch, which has a speaker phone so that all three groups can hear the same thing at the same time.

4. This differs from the original plan revealed in pleadings at the Defendant's request.

5. The depo is noticed for July 27th, at 8:00 am (CST), whch is 2 pm in Spain. (Exhibit 1).

6. The court reporter and videographer are/were selected by Defendant. (Exhibit 2)

7.     The phone call has been scheduled through AT&T by counsel for Plaintiff.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests the Court's approval of said plans.

                                  Respectfully Submitted,

                                  ___/s/ Savannah Robinson_____
                                  Savannah Robinson
                                  ATTORNEY IN CHARGE
                                  FOR PLAINTIFF
                                  SBN: 17108150
                                  Fed. ID: 5922
                                  1822 Main
                                  Danbury, TX 77534
                                  (979) 922-8825
                                  fax: 979-922-8857

                                ATTACHMENTS

Exhibit 1 - Notice of deposition
Exhibit 2 - July 18, 2005 correspondence concerning court reporter and vid.

                                CERTIFICATE OF SERVICE

     I hereby certify that a true, complete and correct copy of the attached and foregoing was this day served by certified mail, return receipt requested, pursuant to the Federal Rules of Civil Procedure, on the following persons, on this the 19th day of _July___, 2005.

Elizabeth Neally
Jeffy Roerig
Roerig, Oliveira & Fisher
855 West Price Rd., Suite 9
Brownsville, TX 78550
FAX: 956-542-0016

                                _____/s/ Savannah Robinson_____
                                Savannah Robinson