

RECEIVED
JUN 2 7 2005
BY:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| DANIEL ENGUITA | § | CIVIL ACTION NO. B-04-121 |
| | § | JURY |
| VS. | § | |
| | § | |
| NEOPLAN USA CORP. | § | |

## THIRD AMENDED NOTICE OF
## DEPOSITION OF DANIEL ENGUITA

TO:    Daniel Enguita, Plaintiff, by and through his attorneys of record:

Ms. Savannah Robinson
Attorney at Law
1822 Main
Danbury, Texas 78534

Mr. Carlos E. Hernandez, Jr.
Law Offices of Carlos E. Hernandez, Jr., P.C.
101 North 10th Street
McAllen, Texas 78504

PLEASE TAKE NOTICE that commencing at 8:00 a.m. on Wednesday, July 27, 2005, and

continuing thereafter from day to day until completed, Neoplan USA Corp. its employees, agents

and all those acting in concert or at its discretion, Defendant in the above-styled and numbered cause,

will take the oral video taped deposition of Daniel Enguita. The deposition will take place at the law

office of Roerig, Oliveira & Fisher, L.L.P., 10225 North Tenth St., McAllen, Texas 78504. By

agreement of the parties, the deposition will be taken telephonically before a duly authorized court

reporter in English with a videographer present in Spain with Mr. Daniel Enguita. The court

reporters and a translator will be present with the attorneys. Per the attached order of the Court in

this action, Plaintiff will pay for the accommodations where Plaintiff is located during his deposition

NOTICE OF DEPOSITION OF DANIEL ENGUITA - PAGE 1
Neoplan\Depo Not - Enguita

and will pay for the cost of the telephonic call.

"The cost of the telephonic deposition shall be the responsibility of Plaintiff. Further, it is the deposed party's responsibility to make arrangements to be sworn by an individual who is authorized to administer oaths in the country where the deposed party will be during the deposition. *Normande*, 2002 WL 59427, at *2; <u>see also</u> Fed.R.Civ.Pro. Rule 28(b). The plaintiff will further be required to provide the Court a proposal demonstrating compliance with Rule 28(b) prior to the deposition. *Advani*, 2000 WL 1568255 at *3."

Pursuant to the Federal Rules of Civil Procedure, you are further advised that this deposition will be recorded on videotape, in addition to the usual stenographic recording. At least three (3) days prior to the deposition, Defendant will provide exhibits for the deposition. Plaintiff is expected to provide the exhibits to Mr. Enguita prior to the start of his deposition. The telephone number for the defense counsel for the conference call shall be (956) 631-8049

You are invited to attend and cross-examine the witness.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 West Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 - Fax

Attorneys for Defendant, Neoplan USA Corp.

By: _____

~~Elizabeth G. Neally~~
State Bar No. 14840400
Federal ID No. 8044

Jeffrey D. Roerig
State Bar No. 17161700
Federal ID No. 1503

THIRD AMENDED NOTICE OF DEPOSITION OF JUDGE OLIVIA RAMIREZ - PAGE 2
Neoplan\Depo Not 3rd Amended

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served on all parties pursuant to Texas Rules of Civil Procedure, on this the 29 day of June, 2005, as follows:

Ms. Savannah Robinson
Attorney at Law
1822 Main
Danbury, Texas 78534

Mr. Carlos E, Hernandez, Jr.
Law Offices of Carlos E. Hernandez, Jr., P.C.
101 North 10th Street
McAllen, Texas 78504

Elizabeth G. Neally
Jeffrey D. Roerig

THIRD AMENDED NOTICE OF DEPOSITION OF JUDGE OLIVIA RAMIREZ  - PAGE 3
Neoplan\Depo Not 3rd Amended