# ROERIG, OLIVEIRA & FISHER, L.L.P.
## ATTORNEYS AT LAW

Jeffrey D. Roerig*
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisenta Guerra Losano
Elizabeth G. Neally
Victor V. Vicinaix*†
David G. Oliveira

*Board Certified -
  Personal Injury Trial Law
  Texas Board of Legal Specialization

†Board Certified -
  Civil Trial Law
  Texas Board of Legal Specialization

Cameron County Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8786
Tel. 956 542-5666   Fax 956 542-0016

*Hidalgo County Office
505 East Dove
McAllen, Texas 78504
Tel. 956 681-5049   Fax 956 681-2141

Adolph Guerra, Jr.†
D. Alan Erwin, Jr.
Michael A. Zanca*
Rosemary Conrad-Sandoval*
Lucila Alvarado*
Jesus Quezada, Jr.
Adrian R. Martinez*
Lisa M. Vasquez*

File No.: 

24,321

July 18, 2005

Ms. Savannah Robinson
Attorney at Law
1822 Main Street
Danbury TX 77534

Mr. Carlos E. Hernandez, Jr.
THE LAW OFFICES OF CARLOS E.
  HERNANDEZ, JR., P.C.
101 North Tenth Avenue
Edinburg TX 78541

Re:   Cause No. B-04-121
      *Daniel Engulta v. Neoplan USA Corp.*
      U.S. District Court, Southern District at Brownsville, Texas

Dear Ms. Robinson and Mr. Hernandez:

We are in receipt of your letter dated July 15, 2005 requesting information on the arrangements for the July 27, 2005 deposition.

Hill & Romero will be the court reporters for the deposition. Their telephone number is: (956) 287-8898 and their address is 10225 North Tenth Street, McAllen, TX 78504. The translator that will be present is George N. De Villiers. His telephone number is: (956) 686-6160 and the address is PO Box 4434, McAllen, TX 78504

At the present time we are working on locating a videographer in Spain. As soon as we have secured one we will forward that information to you.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Thank you for your consideration.

## ROERIG, OLIVEIRA & FISHER, L.L.P.

Ms. Savannah Robinson
Mr. Carlos Hernandez, Jr.
July 18, 2005
Page 2

Sincerely,

ROERIG, OLIVEIRA & FISHER, L.L.P.

Elizabeth G. Neally

EGN/ao

# ROERIG, OLIVEIRA & FISHER, L.L.P.
## ATTORNEYS AT LAW

Jeffrey D. Roerig†
Rene O. Oliveira
W. Michael Fisher
Ricardo Morado
Crisenta Guerra Lozano
Elizabeth G. Neally
Victor V. Vicinaix*†
David G. Oliveira

Cameron County Office
855 West Price Road - Suite 9
Brownsville, Texas 78520-8785
Tel. 956 542-5666    Fax 956 542-0016

*Hidalgo County Office
509 East Dove
McAllen, Texas 78504
Tel. 956 631-8049    Fax 956 631-8141

Adolph Guerra, Jr.*†
D. Alan Erwin, Jr.
Michael A. Zanca*
Rosemary Conrad-Sandoval*
Lucila Alvarado*
Jesus Quezada, Jr.
Adrian R. Martinez*
Liza M. Vasquez*

*Board Certified -
Personal Injury Trial Law
Texas Board of Legal Specialization

*Board Certified -
Civil Trial Law
Texas Board of Legal Specialization

# FACSIMILE

File No.: 24321
EGN

IMPORTANT: This message is intended only for the use of the individual which is is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivery this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive the communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the United States Postal Service. Thank you.

## PLEASE DELIVER THE FOLLOWING PAGES TO:

NAME:   Ms. Savannah Robinson        FAX #: (979) 922-8857
        Mr. Carlos E. Hernandez, Jr.          (956) 380-0771

FROM:   Elizabeth G. Neally

RE:     Cause No. B-04-121
        Daniel Enguita v. Neoplan USA Corp.
        U.S. District Court, Southern District of Texas, Brownsville Division

Date:   July 19, 2005        Total Number of Pages (including this one): 3

## MESSAGE:

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (956) 542-5666.