IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § | CIVIL ACTION NO. B-04-121 |
| | § | |
| vs. | § | |
| | § | |
| Neoplan USA Corporation | § | JURY REQUESTED |

UNOPPOSED MOTION FOR LEAVE TO FILE
FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Daniel Enguita, and makes this his opposed Motion for Leave to
file First Amended Complaint, and would show as follows:

I.

1.    The deadline for dispositive and non-dispositive motions has not passed.

2.    The Court has recently ruled on motion for summary judgment, and as a result
Plaintiff seeks to clarify his allegations.

3.    A copy of the proposed Frist Amended Complaint is attached hereto.

II.

4.    Counsel have conferred. Defendant is not opposed to the filing of this First
Amended Complaint.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request that leave be
granted to file the Plaintiff's First Amended Complaint.

Respectfully Submitted,

__/s/ Savannah Robinson___
Savannah Robinson

1

ATTORNEY IN CHARGE
SBN: 17108150
Fed. ID: 3922
1822 Main
Danbury, TX 78534
(979) 922-8825
FAX: 979-922-8857

ATTACHMENTS

1 - Plaintiff's First Amended Complaint

CERTIFICATE OF SERVICE

I hereby certify that a true, complete and correct copy of the attached and foregoing was this day served, pursuant to the Texas Rules of Civil Procedure, on the following persons, on this the _11th__ day of __August__, 2005.

Elizabeth G. Neally
Jeff Roerig
Roerig, Oliveira & Fisher
855 West Price Road, Ste 9
Brownsville, TX 78550
Via fax 956-542-0016

__/s/ Savannah Robinson_____
Savannah Robinson

2