IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| DANIEL ENGUITA | § | CIVIL ACTION NO. B-04-121 |
|---|---|---|
| | § | |
| vs. | § | |
| | § | |
| Neoplan USA Corporation | § | JURY REQUESTED |

ORDER GRANTING LEAVE TO FILE
PLAINTIFF'S FIRST AMENDED COMPLAINT

BE IT REMEMBERED, that on the _____ day of _____, 2005, came to be heard the Unopposed Motion of Plaintiffs for leave to file their motion to file Plaintiff's First Amended Complaint, and the Court having examined the pleadings and being of the opinion that the Motion should be granted,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that leave is hereby granted, and the Clerk shall file such motion in the Court's file.

SIGNED in McAllen, Texas, on this the _____ day of _____, 2005.

_____
Hon. Hilda Tagle
JUDGE PRESIDING