United States District Court
Southern District of Texas
ENTERED

AUG 1 2 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| DANIEL ENGUITA | § | CIVIL ACTION NO. B-04-121 |
|---|---|---|
| | § | |
| vs. | § | |
| | § | |
| Neoplan USA Corporation | § | JURY REQUESTED |

ORDER GRANTING LEAVE TO FILE
PLAINTIFF'S FIRST AMENDED COMPLAINT

BE IT REMEMBERED, that on the 12 day of August, 2005, came to be heard the Unopposed Motion of Plaintiffs for leave to file their motion to file Plaintiff's First Amended Complaint, and the Court having examined the pleadings and being of the opinion that the Motion should be granted,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that leave is hereby granted, and the Clerk shall file such motion in the Court's file.

SIGNED in McAllen, Texas, on this the 12 day of August, 2005.

_____
Hon. Hilda Tagle
JUDGE PRESIDING