United States District Court
Southern District of Texas
FILED

SEP 2 0 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § § | |
| VS. | § | CIVIL ACTION NO. B-04-121 |
| | § | JURY |
| NEOPLAN USA CORP. | § § | |

## AGREED MOTION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW,** the Defendant Neoplan USA Corp. in the above-styled and numbered cause and files and serves this its first Agreed Motion to Extend Deadlines for Dispositive Motions, and would show the Court the following:

### I.

1. The present deadline for discovery was September 12, 2005, Dispositive Motions are to be filed by September 26, 2005, the Joint Pretrial Order is due December 20, 2005, Docket call and Final Pretrial Conference is set for 1:30 p.m. on January 5, 2006 and Jury Selection is set for 9:00 a.m. on January 10, 2006.

2. The deposition of Plaintiff Daniel Enguita was taken on July 27, 2005. The video deposition DVD's were not received from Spain until September 12, 2005 and even then the copy could not be opened. Defendant and Plaintiff have discussed possibly settling the case and counsel for Defendant has conferred with the Plaintiff in this case. However, due to the financial condition of Neoplan USA Corp., Neoplan USA Corp can not negotiate settlement at this time.

3. Defendant respectfully requests this court to allow an extension until November 15, 2005 for dispositive motions to be filed. All other deadlines contained in the Courts Scheduling Order shall remain the same.

4. This Motion is not made for purposes of delay, but so that justice may be done.

**WHEREFORE, PREMISES CONSIDERED,** the parties request this court to extend the deadline to November 15, 2005 to allow dispositive motions to be filed and grant such other and further relief as may be just and equitable.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, LLP**
10225 North Tenth Street
McAllen, Texas 78504
Telephone: (956) 631-8049
Fascimile: (956) 631-8141
Counsel for Defendant,

Attorney for Neoplan USA Corp.

By: _____
Elizabeth G. Neally
State Bar No. 14840400
Federal ID No. 8044

Jeffrey D. Roerig
State Bar No. 17161700
Federal ID No. 1503

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing **MOTION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS** has been served via Certified Mail, Return Receipt Requested as follows:

Ms. Savannah Robinson
Attorney at Law
1822 Main
Danbury, Texas 78534

Mr. Carlos Hernandez
101 North 10th Street
McAllen, Texas 78504

on this 20 day of September, 2005

ELIZABETH G. NEALLY

## CERTIFICATE OF CONSULTATION

I verify that I conferred with Ms. Robinson via email advising her of my intent to file this Motion to Extend Deadline for Dispositive Motions. I, hereby certify that I received an email message from Savannah Robinson on the 16th day of September, 2005, wherein Ms. Robinson agrees to the filing of this Motion to Extend Deadline for Dispositive Motions.

Elizabeth G. Neally