IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § | |
| | § | CIVIL ACTION NO. B-04-121 |
| VS. | § | JURY |
| | § | |
| NEOPLAN USA CORP. | § | |

## AMENDED SCHEDULING ORDER

1. Trial: Estimated time to try: 3-4 days.                                          Jury Trial

2. Discovery must be completed by:                                          September 12, 2005
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*The Court will provide these dates\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

3. Dispositive Motions will be filed by:                                          November 15, 2005

4. Joint pretrial order is due:                                          December 20, 2005

5. Docket Call and final pretrial conference is set for 1:30 p.m. on:          January 5, 2006

6. Jury Selection is set for 9:00 a.m. on:                                          January 10, 2006
   *(This case will remain on standby until tried)*

   SIGNED FOR ENTRY this _____ day of _____, 2005.

                                                              _____
                                                              Hilda G. Tagle
                                                              United States District Judge

cc:   Savannah Robinson - Fax (979) 922-8857
      Elizabeth G. Neally - Fax (956) 631-8141