IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § | CIVIL ACTION NO. B-04-121 |
| | § | |
| vs. | § | |
| | § | |
| Neoplan USA Corporation | § | JURY REQUESTED |

PLAINTIFF'S NOTICE OF EMERGENCY CONTACT

TO THE HONORABLE JUDGE OF SAID COURT;

COMES NOW, Jose and Martha Salinas, Plaintiffs herein, and make this their Notice for Emergency Contact, and would show as follows:

I.

1. Due to Hurricane Rita, expected to make landfall on the upper Texas coast on Saturday, September 24, 2005, the office of Savannah Robinson have been closed. The office will not reopen until power is restored.

2. Emergency contact may be obtained by email at savannahrobinson@aol.com, or via cellphone: 210-850-8430. No faxes are currently in operation. Mail has been suspended.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the Court and opposing counsel take note of these alternative methods to contact Plaintiff's counsel.

Respectfully submitted,

1

LAW OFFICE OF SAVANNAH ROBINSON

__/s/ Savannah Robinson_____
Savannah Robinson
ATTORNEY IN CHARGE FOR PLAINTIFF
State Bar No: 17108150
1822 Main Street
Danbury, Texas  77534
(979) 922-8825
(979) 922-8857 Facsimile

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached and foregoing has been served by certified mail, return receipt requested, pursuant to Federal Rules of Civil Procedure, on the following persons, on this 23rd day of September, 2005.

Elizabeth G. Neally
Roerig, Oliveira & Fisher
855 West Price Road, Ste 9
Brownsville, TX 78550

*Via fax 956-542-0016*

_____/s/ Savannah Robinson_____
Savannah Robinson