IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § | |
| | § | CIVIL ACTION NO. B-04-121 |
| VS. | § | JURY |
| | § | |
| NEOPLAN USA CORP. | § | |

### AFFIDAVIT OF PAT ROBINETTE

1. "My name is Pat Robinette. I am the Human Resources Director for Neoplan USA Corp. I was employed in this position with Neoplan USA Corp. in 2002. I am over the age of 18 years of age, I am of sound mind and I suffer no legal or other disability that would incapacitate me in any way from making this affidavit, and I am competent to testify as to the facts stated herein. Further, I give this affidavit voluntarily and without reservation. I have personal knowledge of the facts stated herein.

2. "In 2001 and 2002 a decision was made by Neoplan to close the Brownsville plant for financial reasons. In the summer of 2002 the plant was closed. To date it has not been re-opened and there are no plans to re-open. Since that time other plants and employees have been laid off for economic reasons. As a result of the closure, 143 employees lost their jobs including Mr. Enguita.

3. "Daniel Enguita was notified of the plant closure in Brownsville, Texas on or about April 24, 2002. Plaintiff's last day of work was June 24, 2002. The plant closed on or about June 24, 2002. See Exhibit A, attached hereto.

4. "At the time of the closing of the Brownsville plant there were no similar positions of a supervisory position available for Mr. Enguita. Mr. Enguita could have remained with the company had he chosen a reduction in salary and title as a field representative. This position was offered to Mr. Enguita This job would have involved extensive travel. Mr. Enguita rejected this position.

5. "Bob Tatum was employed at the Brownsville plant. After the closure of the plant he was kept on as a field representative at a lower rate of pay and traveled to various other plants. I further testify in 2002 at the time of the closure, Mr. Bob Tatum was 48 years old. His date of birth is July 20, 1953. Mr. Enguita was offered the same type of position as Mr. Tatum.

6. "Mr. Enguita was not treated any differently than any other employee at the Brownsville plant. He was not discriminated against because of national origin, disability or age.
    "Further affiant sayeth not."

_____
Pat Robinette

EXHIBIT 3

STATE OF COLORADO
COUNTY OF PROWERS

SWORN TO AND SUBSCRIBED before me by Pat Robinette, Human Resources Director for Neoplan USA on this the 26th day of September, 2005.

*[Notary seal: MARY ALICE HENRY, NOTARY PUBLIC, STATE OF COLORADO, My Commission Expires 01/19/2006]*

NOTARY PUBLIC