Office of the President



USA CORPORATI

700 Gottlob Auwaerter Drive
Lamar, Colorado 81052
719/336-3256

April 24, 2002

Daniel Enguita-Lazaro
912 Grey Fox Circle
Brownsville, TX 78520

RE: Notice of Temporary Shut-down

Dear Daniel:

It is with regret that we inform you that Neoplan USA Corporation's entire plant located at 2045 Les Mauldin Blvd., Brownsville, Texas 78521, will be idled as of June 24, 2002. Your last day of work will be June 24, 2002. There are no applicable bumping rights.

It is our hope that this plant can be re-opened in 12 to 18 months, depending on business conditions. However, there is no guarantee that this will happen.

We want to thank you for your efforts during your employment. We know that this action affects you personally, and we truly regret that. We have arranged for a severance benefit for you. Please contact HR Director, Pat Robinette, 719-336-3256, ext. 210 for further assistance.

Sincerely,

NEOPLAN USA CORPORATION

John Russell
President

EXHIBIT
3A