IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § | CIVIL ACTION NO. B-04-121 |
| | § | |
| vs. | § | |
| | § | |
| Neoplan USA Corporation | § | JURY REQUESTED |

### PLAINTIFF'S FIRST SUPPLEMENTAL OBJECTIONS/ANSWERS TO DEFENDANTS' FIRST REQUEST FOR INTERROGATORIES TO PLAINTIFF

To:

COMES NOW, Daniel Enguita, Plaintiff herein, and by and through his attorney of record, and pursuant to the Texas Rules of Civil Procedure, files the attached Plaintiff's First Supplemental Objections/Answers to Defendant's First Set of Request for Interrogatories, as follows:

### OBJECTIONS/ANSWERS TO INTERROGATORIES

**REQUEST FOR INTERROGATORY NO. 1**
Please identify yourself fully by stating your full name together with all aliases you have gone by, your date and place of birth, social security, Texas Driver's liscense number, residence address and telephone number and fascimile number.

**ANSWER:**
Object as being beyond the permissible scope of discovery. Subject to the objection and without waiving same, as follows:

| | |
|---|---|
| Full Name: | Daniel Enguita (no aliases) |
| Address: | Calle Mayor, No.1 |
| | Alconchel de Ariza 4Daniel Enguita |
| | Calle Mayor, No1 |
| | Alconchel de Ariza 42269 |
| | Zaragoza, Epana. |
| Tel: | 34-975-327307 |

No fax number.
Place of Birth: Spain

**REQUEST FOR INTERROGATORY NO. 2**
State your educational background, along with the names of schools attended, dates of attendance, and degrees received.

EXHIBIT 4

RECEIVED
FEB 1 1 2005

**ANSWER:**
High school in Spain. Industrial Certification from high school. Began working with Neoplan Stuttgart, and received training with his employers, including Defendant and Neoplan Stuttgart..

**REQUEST FOR INTERROGATORY NO. 3**
Please itemize all amounts claimed for lost wages.

**ANSWER:**
Please see Plaintiff's Rule 26 Initial Disclosures, with all supplements. All categories of damage are listed. Plaintiff will supplement when additional information is available.

**REQUEST FOR INTERROGATORY NO. 4**
Please state the names and addresses of each person or organization by who or with which you have employed for the time period from 1992 until trial of this matter, and with respect to each, state:
- The beginning and ending dates of each employment;
- The nature of your work and duties;
- Your supervisor's name;
- Your ending salary for each employment; and
- The reason for leaving (i.e. terminated, resigned, etc.), and if you were terminated give the reasoning behind each termination.

If you have been self-employed, indicate the name and nature of the business and your earnings while self-employed.

**ANSWER:**
Neoplan USA Corporation
Date of Employment: February 1982
Date of Termination: June 24, 2002
Supervisor: Juan Malchan
Yearly Salary estimated at $65,000.00 per year
Terminated

**REQUEST FOR INTERROGATORY NO. 5**
Please describe all efforts made by Plaintiff to mitigate his damages since your termination including any places that you have applied for a job, the position applied to, and the date you applied.

**ANSWER:**
Mr. Enguitas has been unable to seek work because of his disability. To reduce his financial strain he returned to Spain.

**REQUEST FOR INTERROGATORY NO. 6**
Have you ever been arrested, indicted, convicted, or given a military discharge other than honorable for the attempt or commission of a felony or any crime of moral turpitude? If so, please give full details as to each occurrence, disciplinary action taken, including incarceration or sentence imposed, if any.

**ANSWER:**
Object as being outside the permissible scope of discovery. Subject to the objection, no.

**REQUEST FOR INTERROGATORY NO. 7**
Please identify the names of all medical providers, pshchiatrists, clergy, counselors, therapists, who have provided medical/psychiatric treatment to you in the last (10) years including, but limited to any claim of *"past and future mental anguish"* as stated in Plaintiff's Original Petition.

**ANSWER:**
All health care providers are listed in Plaintiff's Rule 26 Initial Disclosures, with all supplements. No psychiatric treatment has been sought.

**REQUEST FOR INTERROGATORY NO. 8**
Please state any facts supporting Plaintiff's claim that Plaintiff was retailiated and discriminated against because he was an injured older hispanic employee as alleged in Plaintiff's Original Petition.

**ANSWER:**
Please see Plaintiff's Original Petition. Plaintiff believes he was let go because he was disabled, making accomodating his physical needs more difficult than comparable employees, and because he was older.

**REQUEST FOR INTERROGATORY NO. 9**
Please state any and all facts supporting Plaintiff's claim that Defendant's actions constituted intentional infliction of emotional distress.

**ANSWER**
Please see Plaintiff's Original Petition. Plaintiff believes he was betrayed. Betrayal causes severe emotional distress.

**REQUEST FOR INTERROGATORY NO. 10**
Please state the name, addresses of all witnesses who observed any acts of harassment against Plaintiff.

**ANSWER:**
Please see Plaintiff's Rule 26 Initial Disclosures, with all supplements. All known persons with knowledg of relevant facts are listed.

**REQUEST FOR INTERROGATORY NO. 11**
If you have ever made, discussed, filed or threatened to make or file any demand letters, claims and/or lawsuits (other than this lawsuit) alleging libel, slander, defemation, retaliation, any type of employment discrimination (wether sex, race, age, disability, religion or otherwise), sexual harassment, mental anguish, personal injuries, imapired work capacity, lost earning capacity, past or future lost wages, worker's compensation claims, bodily injuries, wrongful discharge, workers compensation retaliation, unlawful discarge for whistle blowing or refusing to perform

3

an illegal act, assualt, battery or invasion of privacy by an employer, or its employees, agents, customers, supervisors, shareholders, officers or directors, then with espect to each claim or lawsuit please identify each person, corporation, or entity against wom a claim and/or lawsuit was made, discussed, threatened or filed.

**ANSWER:**
Object as being overbroad. Subject to the objection, Plaintiff has sought, through a FOIA request records from TCHR and will provide them when received. Mr. Enguitas was on medical leave from February 2002 to May 2002, and you or your insurance carrier should have records of those claims for compensation.

**REQUEST FOR INTERROGATORY NO. 12**
Please describe each element of the damages you are seeking in this lawsuit, describing in detail your calculations, the basis of those damage calcualtions, and the amounts in dollars and cents that you are seeking to recover in this lawsuit.
   *Note: This Interrogatory inclused all elements of damages you have allegedly sufferred as a result if your employment with or separation from defendant, or for which you have pled in this lawsuit, including, but not limited to, back wages, future lost wages, mental anguish, medical bills, doctor's bills, lost benefits, prescriptions, liquidated damages, reasonable attorneys' fees, medical expenses, court costs and punitive damages.*

**ANSWER:**
Please see Plaintiff's Rule 26 Initial Disclosures, with all supplements. All categories of damages are listed. Plaintiff will supplement regurlarly as more information becomes available..

**REQUEST FOR INTERROGATORY NO. 13**
Please identify all contracts or any written documents or oral statements which you claim were entered into between Plaintiff and Defendant.

**ANSWER:**
There was no known written contract. However, there was an oral agreement, as shown by the performance of the agreement by Defendant prior to Plaintiff's termination which consisted of a salary, benefits, and a round trip ticket for the family once a year.

**REQUEST FOR INTERROGATORY NO. 14**
Regarding every person, company and/or entity to whom you have applied for employment since the date of your employment with Defendant ended, state the name of the entity or person, the date you applied, to whom you applied, the nature of the application (phone letter, interview, etc.), and the position for which you applied.

**ANSWER:**
Plaintiff has been unable to seek employment because of his disability.

**REQUEST FOR INTERROGATORY NO. 15**

Since the date of your employment with Defendant ended, if you have received any income, compensation, government benefits, salary, wage, tips, gifts, health insurance payments, early retirement benefits, social security benefits, unemployment with Defendant

**ANSWER:**
Employment with Defendant ended on June 24, 2002. Plaintiff has received unemployment insurance benefits. There was a settlement with Neoplan Stuttgart - but it is unclear whether this relates to income, or is some sort of pension plan.

Respectfully Submitted,
LAW OFFICE OF SAVANNAH ROBINSON

Savannah Robinson
SBN: 17108150
Fed. ID: 3922
1822 Main Street
Danbury, Texas 77534
(979) 922-8825
FAX: 979-922-8857

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that a true, complete and correct copy of the attached and foregoing was this day served, pursuant to the Federal Rules of Civil Procedure, on the following persons, on the ___ day of _____, 2005.

Jeffrey Roerig
Roerig, Oliveira & Fisher
855 West Price Road, Ste 9
Brownsville, TX 78550

Savannah Robinson

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § | CIVIL ACTION NO. B-04-121 |
| | § | |
| vs. | § | |
| | § | |
| Neoplan USA Corporation | § | JURY REQUESTED |

### PLAINTIFF'S OBJECTIONS/ANSWERS TO DEFENDANTS' FIRST REQUEST FOR INTERROGATORIES TO PLAINTIFF

To:

COMES NOW, Daniel Enguita, Plaintiff herein, and by and through her attorney of record, and pursuant to the Texas Rules of Civil Procedure, files the attached Plaintiff's Objections/Answers to Defendant's First Set of Request for Interrogatories, as follows:

### OBJECTIONS/ANSWERS TO INTERROGATORIES

### REQUEST FOR INTERROGATORY NO. 1
Please identify yourself fully by stating your full name together with all aliases you have gone by, your date and place of birth, social security, Texas Driver's liscense number, residence address and telephone number and fascimile number.

### ANSWER:
Object as being beyond the permissible scope of discovery, irrelevant. Subject to the objection and without waiving same, as follows:
Full Name:   Daniel Enguita
Address:   Calle Mayor, No.1
   Alconchel de Ariza 4Daniel Enguita
   Calle Mayor, No1
   Alconchel de Ariza 42269
   Zaragoza, Epana.
Tel:   34-975-327307
Place of Birth: Spain

### REQUEST FOR INTERROGATORY NO. 2
State your educational background, along with the names of schools attended, dates of attendance, and degrees received.

### ANSWER:
Object as being beyond the permissible scope of discovery. Subject to the objection and without waiving same, as follows: Defendant was the employer of Plaintiff for 35 years and has his entire resumee in its files.

RECEIVED NOV 16 2004

### REQUEST FOR INTERROGATORY NO. 3
Please itemize all amounts claimed for lost wages.

### ANSWER:
Please see Plaintiff's responses to Rule 26 Initial Disclosures.

### REQUEST FOR INTERROGATORY NO. 4
Please state the names and addresses of each person or organization by who or with which you have employed for the time period from 1992 until trial of this matter, and with respect to each, state:
- The beginning and ending dates of each employment;
- The nature of your work and duties;
- Your supervisor's name;
- Your ending salary for each employment; and
- The reason for leaving (i.e. terminated, resigned, etc.), and if you were terminated give the reasoning behind each termination.

If you have been self- employed, indicate the name and nature of the business and your earnings while self-employed.

### ANSWER:
Neoplan USA Corporation
Date of Employment: February 1982
Date of Termination: June 24, 2002
Supervisor: Juan Malchan
Yearly Salary estimated at $65,000.00 per year
Wrongfully Terminated

### REQUEST FOR INTERROGATORY NO. 5
Please describe all efforts made by Plaintiff to mitigate his damages since your termination including any places that you have applied for a job, the position applied to, and the date you applied.

### ANSWER:
Because of disability, no equivalent work has been available. Moved to Spain to reduce cost of living. Applied for unemployment both here and in Germany.

### REQUEST FOR INTERROGATORY NO. 6
Have you ever been arrested, indicted, convicted, or given a military discharge other than honorable for the attempt or commission of a felony or any crime of moral turpitude? If so, please give full details as to each occurrence, disciplinary action taken, including incarceration or sentence inposed, if any.

### ANSWER:
Object as being outside the permissible scope of discovery, irrelevant. Subject to the objection, no.

2

### REQUEST FOR INTERROGATORY NO. 7
Please identify the names of all medical providers, pshchiatrists, clergy, counselors, therapists, who have provided medical/psychiatric treatment to you in the last (10) years including, but limited to any claim of *"past and future mental anguish"* as stated in Plaintiff's Original Petition.

### ANSWER:
Please see Plaintiff's responses to Rule 26 Initial Disclosures.

### REQUEST FOR INTERROGATORY NO. 8
Please state any facts supporting Plaintiff's claim that Plaintiff was retailiated and discriminated against because he was an injured older hispanic employee as alleged in Plaintiff's Original Petition.

### ANSWER:
Please see Plaintiff's Original Petition.

### REQUEST FOR INTERROGATORY NO. 9
Please state any and all facts supporting Plaintiff's claim that Defendant's actions constituted intentional infliction of emotional distress.

### ANSWER
Please see Plaintiff's Original Petition.

### REQUEST FOR INTERROGATORY NO. 10
Please state the name, addresses of all witnesses who observed any acts of harassment against Plaintiff.

### ANSWER:
Please see Plaintiff's responses to Rule 26 Initial Disclosures.

### REQUEST FOR INTERROGATORY NO. 11
If you have ever made, discussed, filed or threatened to make or file any demand letters, claims and/or lawsuits (other than this lawsuit) alleging libel, slander, defemation, retaliation, any type of employment discrimination (wether sex, race, age, disability, religion or otherwise), sexual harassment, mental anguish, personal injuries, imapired work capacity, lost earning capacity, past or future lost wages, worker's compensation claims, bodily injuries, wrongful discharge, workers compensation retaliation, unlawful discarge for whistle blowing or refusing to perform an illegal act, assualt, battery or invasion of privacy by an employer, or its employees, agents, customers, supervisors, shareholders, officers or directors, then with espect to each claim or lawsuit please identify each person, corporation, or entity against wom a claim and/or lawsuit was made, discussed, threatened or filed.

### ANSWER:
Object as being overbroad, irrelevant, beyond the scope of discovery. Subject to the objection, not applicable.

3

### REQUEST FOR INTERROGATORY NO. 12
Please describe each element of the damages you are seeking in this lawsuit, describing in detail your calculations, the basis of those damage calcualtions, and the amounts in dollars and cents that you are seeking to recover in this lawsuit.

*Note: This Interrogatory inclused all elements of damages you have allegedly sufferred as a result if your employment with or separation from defendant, or for which you have pled in this lawsuit, including, but not limited to, back wages, future lost wages, mental anguish, medical bills, doctor's bills, lost benefits, prescriptions, liquidated damages, reasonable attorneys' fees, medical expenses, court costs and punitive damages.*

### ANSWER:
Please see Plaintiff's responses to Rule 26 Initial Disclosures.

### REQUEST FOR INTERROGATORY NO. 13
Please identify all contracts or any written documents or oral statements which you claim were entered into between Plaintiff and Defendant.

### ANSWER:
Plaintiff was employed at an established wage rate, with established benefits, and provided a round trip ticket for he and his family to anywhere in the world annually.

### REQUEST FOR INTERROGATORY NO. 14
Regarding every person, company and/or entity to whom you have applied for employment since the date of your employment with Defendant ended, state the name of the entity or person, the date you applied, to whom you applied, the nature of the application (phone letter, interview, etc.), and the position for which you applied.

### ANSWER:
not applicable.

### REQUEST FOR INTERROGATORY NO. 15
Since the date of your employment with Defendant ended, if you have received any income, compensation, government benefits, salary, wage, tips, gifts, health insurance payments, early retirement benefits, social security benefits, unemployment with Defendant

### ANSWER:
Employment with Defendant ended on June 24, 2002. Plaintiff has received unemployment insurance benefits.

*[signature]*
Respectfully Submitted,
Savannah Robinson
ATTORNEY FOR PLAINTIFF
SBN: 17108150
Fed. ID: 3922
1822 Main Street

4

Danbury, Texas 77534
(979) 922-8825
FAX: 979-922-8857

## CERTIFICATE OF SERVICE

I hereby certify that a true, complete and correct copy of the attached and foregoing was this day served, pursuant to the Federal Rules of Civil Procedure, on the following persons, on the 12th day of NOV., 2004

**Jeffery Roerig**
**Roerig, Oliveira & Fisher**
**855 West Price Road, Ste 9**
**Brownsville, Texas 78550**

Savannah Robinson

5

## VERIFICATION

THE STATE OF TEXAS        §
                          §
THE COUNTY OF HIDALGO     §

BEFORE ME, The Undersigned Authority, on this day personally appeared Daniel Enguita, a person known to me, who after being by me duly sworn deposed and said:

"My name is Daniel Enguita. I am one of the Plaintiffs in this case. I am over the age of twenty-one and otherwise competent to make this verification.

I have reviewed the answers to discovery and they are true to the best of my knowledge and belief."

_____
Daniel Enguita

SWORN TO AND SUBSCRIBED before me the undersigned authority on this 3 day of December, 2004.

_____
NOTARY PUBLIC
IN AND FOR THE STATE OF TEXAS

TRICIA D. POLK
Notary Public, State of Texas
My Commission Expires
January 24, 2006