IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **DANIEL ENGUITA** | § § | **CIVIL ACTION NO. B-04-121** |
| **VS.** | § § | **JURY** |
| **NEOPLAN USA CORP.** | § § | |

ORDER GRANTING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On the _____ day of _____, 2005, came on to be considered Defendant's Motion for Summary Judgment, and it appearing to the Court after reviewing the file, is of the opinion that said Motion should be **GRANTED**;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the above-styled and numbered cause be dismissed with prejudice.

**SIGNED FOR ENTRY** this _____ day of _____, 2005.

_____
JUDGE PRESIDING

Copies to:

Ms. Savannah Robinson, Attorney at Law, 1822 Main, Danbury, Texas 78534
Mr. Carlos E, Hernandez, Jr. , Law Offices of Carlos E. Hernandez, Jr., P.C.
101 North 10th Street , McAllen, Texas 78504
Ms. Elizabeth Neally, Roerig, Oliveira & Fisher, L.L.P., 10225 North 10th, McAllen, Texas 78504