IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **DANIEL ENGUITA** | § | |
| | § | **CIVIL ACTION NO. B-04-121** |
| VS. | § | **JURY** |
| | § | |
| **NEOPLAN USA CORP.** | § | |

## ORDER SETTING HEARING ON
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant's Motion for Summary Judgment is set to be heard by this Court on the

_____ day of _____, 2005 at _____ \_\_.m.


_____
Judge Presiding


Copies to:

Ms. Savannah Robinson, Attorney at Law, 1822 Main, Danbury, Texas 78534
Mr. Carlos E, Hernandez, Jr. , Law Offices of Carlos E. Hernandez, Jr., P.C.
101 North 10th Street , McAllen, Texas 78504
Ms. Elizabeth Neally, Roerig, Oliveira & Fisher, L.L.P., 10225 North 10th, McAllen, Texas 78504