# SEALED RECORD

DESCRIPTION OF CONTENTS: Exhibit 2

SEALED BY ORDER OF THE COURT

CASE NO. B-04-121
INSTRUMENT NO. 42