BROWNSVILLE PERSONNEL                                6/24/02

| | FEMALE | MALE |
|---|---|---|
| Office Manager | 1 | |
| HR Manager | 1 | |
| Safety Compliance Manager | | 1 |
| Material Handler | | 3 |
| Buyer | 1 | 1 |
| QA Inspector | 1 | 1 |
| Engineering Manager | | 1 |
| Engineer | | 2 |
| Drafter | 1 | |
| Field Service Representative | | 1 |
| Plant Manager | | 1 |
| Special Project Manager | | 1 |
| Production Supervisor | | 1 |
| Maintenance Supervisor | | 1 |
| Skeleton Welder/Assembler | | 27 |
| Axle Installer/Assembler | | 4 |
| Airline Assembler | 2 | 11 |
| Engine A/C Installer | | 9 |
| Sheet Metal Installer | 2 | 12 |
| Painter | | 12 |
| Electrical Assembler/Installer | 3 | 16 |
| Final Finish Installer | 2 | 17 |
| Final Finish Support | | 3 |
| Maintenance | | 2 |
| Janitor | 1 | 1 |



T00000