IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § | CIVIL ACTION NO. B-04-121 |
| | § | |
| vs. | § | |
| | § | |
| Neoplan USA Corporation | § | JURY REQUESTED |

STATEMENT pursuant to 28 USCA §1746

THE STATE OF TEXAS  §
THE COUNTY OF HIDALGO §

BEFORE ME, The Undersigned Authority, on this day personally appeared Daniel Enguitas, the undersigned, who, after being duly sworn, deposed and stated on his oath the following:

1. "My name is Daniel Enguitas. I an over the age of eighteen (18), of sound mind, and I understand the taking of an oath. I have personal knowledge of every statement made in this statement, all of which statements are true and correct. I am fully competent and authorized to testify as to the matters stated herein.

2. I am the plaintiff in the above styled, attached and referenced litigation.

3. I was over the age of forty at the time that my employment was terminated with Neoplan USA. Although I had serious physical problems, spinal stenosis, back surgery, and knee problems, my job performance was not affected I was capable and was in fact performing my job immediately before I was terminated. I was not offered any other positions.

4. However, Mr. Tatom, a younger employee, was provided a transfer. Mr. Tatom did not have the same seniority as I did with Neoplan, and was principally

involved in rehabilitation of old buses, not construction of new buses. As a result, I was better qualified for any position in the organization because of my superior knowledge of the construction of buses and facilities owned by Neoplan. I have spinal stenosis, which has required surgery. As a result, I am not mobile as I would like to be. However I could and did perform my job. I was able, capable and qualified for my position in June of 2002. I could have performed and did perform my job in June of 2002.

5. On April 24, 2002, all employees received written notice of the plant being temporarily closed. However, some employees were offered work elsewhere. Two such employees were Viola Goodwin and Mr. Tatum. Mr. Tatum took the job offered. Neither had the same seniority and qualifications as I did. Mr. Tatum had not worked in new bus manufacturing. Ms. Goodwin had not worked as many years with the company, or had worked in as many different manufacturing plants as me.

6. When the plant in Brownsville was closed, there were other jobs available in the company that I could perform, such as field representative, and other positions. I believed, because of my long service and my conversations with managment, that the company was seeking positions in the company, either in their Colorado plant or elsewhere, that I could fill. Because the company chose to retain younger employees, and employees who did not have a history of disability, I believe that my age and history of disability were motivating factors in their decision to not offer me a position.

7. I declare under penalty of perjury that the foregoing is true and correct and that I have provided this declaration voluntarily.

8. Further affiant sayeth not.

*Daniel Enguitas*
Daniel Enguitas

SIGNED AND SWORN Before me on this the 6th day of October, 2005.

*Cynthia I. Delgado*
Notary Public

CYNTHIA I. DELGADO
Notary Public, State of Texas
My Commission Expires
February 25, 2009