# SEALED RECORD

DESCRIPTION OF CONTENTS: Doc. #43 - Exhibit L

SEALED BY ORDER OF THE COURT
AND MAY NOT BE OPENED UNLESS

CASE NO. B-04-cv-121
INSTRUMENT NO. _____