# SEALED RECORD

DESCRIPTION OF CONTENTS: Doc #43- Exhibit P

**SEALED BY ORDER OF THE COURT AND MAY NOT BE OPENED UNLESS**

CASE NO. B-04-cv-121
INSTRUMENT NO. _____