IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 12 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DANIEL ENGUITA | § § | |
| v. | § § § | CIVIL ACTION NO. B-04-121 |
| NEOPLAN USA CORPORATION | § | |

## ORDER

BE IT REMEMBERED that on October 12, 2005, the Court **ORDERED** the Court Clerk to seal Doc. No. 43, Exhibits L-1, N, O, P, and Q and the Deposition of Daniel Enguita. Dkt. No. 43, parts 2, 4–8.

Furthermore, the Court **ORDERS** the Plaintiff to submit redacted versions of each of these exhibits and the deposition, in accordance with this Court's General Order No. 2004-11, by October 19, 2005, at 5:00 p.m. Plaintiff may obtain a copy of this standing order from the clerk's office.

The Court also **ORDERS** the Plaintiff to submit a notarized, English translation of Document 43, part 9 and a legible version of Document 43, Exhibit O (part 6).

DONE at Brownsville, Texas, this 12th day of October, 2005.

Hilda G. Tagle
United States District Judge