IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § | CIVIL ACTION NO. B-04-121 |
| | § | |
| vs. | § | |
| | § | |
| Neoplan USA Corporation | § | JURY REQUESTED |

NOTICE OF PARTIAL COMPLIANCE WITH ORDER

TO THE HONORABLE JUDGE OF SAID COURT;

COMES NOW, Daniel Enguita, Plaintiff herein, and notifies the parties and the Court that the Court's Order, and General Order No. 2004-11, have been complied with as follows:

Attached hereto are the redacted deposition of Daniel Enguita, and Exhibits to the Deposition L-1, N, O, P and Q.

The Doctor's note has been forwarded to a certified interpreter and will be filed as Ordered upon receipt.

Respectfully Submitted,

_/s/ Savannah Robinson___
Savannah Robinson
ATTORNEY IN CHARGE
FOR PLAINTIFF
SBN: 17108150
Fed. ID: 5922
1822 Main
Danbury, TX 77534
(979) 922-8825
fax: 979-922-8857

EXHIBITS

Exhibit 1 - Deposition of Daniel Enguitas, with exhibits L-1, N, O, P, Q

CERTIFICATE OF SERVICE

      I hereby certify that a true, complete and correct copy of the attached and foregoing was this day served by certified mail, return receipt requested, pursuant to the Federal Rules of Civil Procedure, on the following persons, on this the _13__ day of __October_, 2005.

Elizabeth Neally
Jeffy Roerig
Roerig, Oliveira & Fisher
855 West Price Rd., Suite 9
Brownsville, TX 78550
FAX: 956-542-0016

                                         __/s/ Savannah Robinson_____
                                         Savannah Robinson