1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

DANIEL ENGUITA     ) (
            ) ( CIVIL ACTION NO. B-04-121
VS.          ) (    JURY
            ) (
NEOPLAN USA CORP.    ) (

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORAL AND VIDEOTAPED DEPOSITION OF

DANIEL ENGUITA

JULY 27, 2005

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORAL AND VIDEOTAPED DEPOSITION OF DANIEL ENGUITA, produced as a witness at the instance of the DEFENDANT, and duly sworn, was taken in the above-styled and numbered cause on the 27TH of JULY, 2005, from 8:46 A.M. to 11:14 A.M., via telephone, before JOHN W. FELLOWS, CSR in and for the State of Texas, reported by machine shorthand, at the offices of ROERIG, OLIVEIRA & FISHER, L.L.P., 10225 North Tenth Street, McAllen, Hidalgo County, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

COPY

2

```
 1              A P P E A R A N C E S

 2   APPEARING FOR THE PLAINTIFF:

 3   MS. SAVANNAH ROBINSON
     Attorney at Law
 4   1822 Main
     Danbury, Texas   78534
 5
     APPEARING FOR THE DEFENDANT:
 6
     MS. ELIZABETH NEALLY
 7   Roerig, Oliveira & Fisher, L.L.P.
     10225 North Tenth Street
 8   McAllen, Texas   78504

 9

10   ALSO PRESENT:

11   MR. JUAN ROKU, VIDEOGRAPHER (via telephone)

12   MR. GEORGE DE VILLIERS, INTERPRETER

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                      INDEX

 2                                              PAGE

 3    Appearances   . . . . . . . . . . . . . .   2

 4    DANIEL ENGUITA

 5       Examination by Ms. Neally . . . . . . .   5

 6    Signature and Changes   . . . . . . . . .  69

 7    Reporter's Certificate . . . . . . . . . .  70

 8

 9

10                      EXHIBITS

11    NO.          DESCRIPTION                  PAGE

12    A            Intake Questionnaire           5

13    B            Charge of Discrimination       5

14    C            Letter dated April 24, 2002    5

15    D            Insurance Form                 5

16    E            W-2 2000                       5

17    F-1          W-2 2001                       5

18    F-2          W-2 2002                       5

19    G            Employee Handbook              5

20    H            Income Tax 2001                5

21    H            Income Tax 2002                5

22    H            Income Tax 2003                5

23    I-1          Posted payroll Transactions    5

24    J            Brownsville Personnel          5

25    J-1          Texas Commission on Human Rights  5
```

1    EXHIBITS/CONTINUED:

2    NO.          DESCRIPTION                        PAGE

3    K            Letter dated April 24, 2002          5

4    L-1          Employer's First Report of Injury    5

5    M-1          Letter dated February 2, 1994        5

6    N            Notice of Employee's Return to       5
                  Work
7
     O            Statement of Insured                 5
8
     P            Letter dated February 17, 2003       5
9
     Q            Letter dated January 14, 2003        5
10
     R            Promissory Note                      5
11
     S            Dismissal/Referral Notice            5
12
     T            Plaintiffs' Fifth Supplemental       5
13                Rule 26 Initial Disclosures

14

15

16

17

18

19

20

21

22

23

24

25

|   |   |
|---|---|
|  | 1 |  (Exhibits A - T were marked). |
|  | 2 |  DANIEL ENGUITA, |
|  | 3 | Having been first duly sworn, then testified through the |
|  | 4 | duly sworn interpreter as follows: |
|  | 5 |  EXAMINATION |
|  | 6 | BY MS. NEALLY: |
|  | 7 |  Q.    Mr. Enguita, my name is Elizabeth Neally. |
| 00:00:04 | 8 | I'm the attorney for Neoplan; do you understand that? |
| 00:00:10 | 9 | Do you understand me, or do we need to use the |
| 00:00:12 | 10 | interpreter? |
| 00:00:16 | 11 |  A.    (Interpreter)  Just one at a time.  That's |
| 00:00:22 | 12 | all. |
| 00:00:24 | 13 |  Q.    Okay.  Would you prefer to be in |
| 00:00:24 | 14 | English -- this to be in English or in Spanish, sir? |
| 00:00:28 | 15 |  A.    (Witness)  Spanish speaker. |
| 00:00:30 | 16 |  Q.    Okay.  All right.  Mr. Enguita, my name is |
| 00:00:34 | 17 | Elizabeth Neally.  I'm the attorney for Neoplan; do |
| 00:00:36 | 18 | you understand that? |
| 00:00:40 | 19 |  A.    I understand.  Yes. |
| 00:00:48 | 20 |  Q.    Okay.  Have you ever given a deposition |
| 00:00:50 | 21 | before? |
| 00:00:50 | 22 |  A.    Never. |
| 00:00:58 | 23 |  Q.    Okay.  You understand -- |
| 00:01:00 | 24 |  A.    Never had any problems. |
| 00:01:00 | 25 |  Q.    You understand that even though that you are |

| | | |
|---|---|---|
| 00:01:04 | 1 | in Madrid, this is -- your testimony is the same as if |
| 00:01:06 | 2 | you were here in McAllen? |
| 00:01:12 | 3 | A.    Yes, sir -- yes, ma'am. |
| 00:01:24 | 4 | Q.    Okay.  If I don't understand -- I mean, if |
| 00:01:28 | 5 | you don't understand a question, you need to tell me |
| 00:01:28 | 6 | so that we can try to rephrase it.  Otherwise, I'm |
| 00:01:40 | 7 | going to assume -- I'm sorry? |
| 00:01:42 | 8 | A.    Yes. |
| 00:01:42 | 9 | Q.    Otherwise, I'm going to assume that you're |
| 00:01:44 | 10 | understanding all my questions, okay? |
| 00:01:46 | 11 | A.    All right. |
| 00:01:54 | 12 | Q.    Are you taking any medication today that |
| 00:01:58 | 13 | would impair your ability to answer my questions? |
| 00:02:00 | 14 | A.    The medications I take are others.  I don't |
| 00:02:16 | 15 | think I have any problems with them. |
| 00:02:18 | 16 | Q.    What type of medications are you taking |
| 00:02:20 | 17 | today, sir? |
| 00:02:20 | 18 | A.    Altrose for the pain in the legs.  For pain |
| 00:02:38 | 19 | in the legs and the hip. |
| 00:02:40 | 20 | Q.    Any other types of medication, sir? |
| 00:02:42 | 21 | A.    No, nothing else. |
| 00:02:48 | 22 | Q.    Okay.  Sir, what's your date of birth? |
| 00:02:50 | 23 | A.    ███████████ |
| 00:03:00 | 24 | Q.    Sir, what's your -- I'm sorry? |
| 00:03:02 | 25 | A.    (Spanish). |

Hill & Romero
Certified Court Reporters

| | | |
|---|---|---|
| 00:03:10 | 1 | Q.     Okay, sir.  And what's your Social Security |
| 00:03:12 | 2 | number? |
| 00:03:12 | 3 | A.     That, I don't remember.  If you give me a |
| 00:03:22 | 4 | moment, because I don't have it. |
| 00:03:24 | 5 | Q.     Okay.  Where do you live? |
| 00:03:30 | 6 | THE INTERPRETER:  He wanted a moment. |
| 00:03:30 | 7 | MS. NEALLY:  Oh, okay. |
| 00:03:32 | 8 | Q.     (By Ms. Neally)  Are you getting your Social |
| 00:03:34 | 9 | Security number? |
| 00:03:34 | 10 | A.     Yes, I can get it. |
| 00:03:40 | 11 | Q.     Okay. |
| 00:03:46 | 12 | MS. ROBINSON:  I think it's in the |
| 00:03:48 | 13 | records. |
| 00:03:48 | 14 | MS. NEALLY:  Huh? |
| 00:03:50 | 15 | MS. ROBINSON:  I think it's in the |
| 00:03:50 | 16 | records. |
| 00:03:50 | 17 | MS. NEALLY:  I was trying to get some |
| 00:03:52 | 18 | way to identify himself.  But he if he doesn't have it |
| 00:03:56 | 19 | handy, I was going to move on. |
| 00:03:58 | 20 | A.     I have it.  I have it.  ████████ |
| 00:04:12 | 21 | Q.     (By Ms. Neally)  And where do you live right |
| 00:04:14 | 22 | now, sir? |
| 00:04:14 | 23 | A.     I live in a town of Alconchel De Arita. |
| 00:04:26 | 24 | Q.     How far is that from Madrid, sir? |
| 00:04:28 | 25 | A.     Two hours. |

| | | |
|---|---|---|
| 00:04:32 | 1 | Q.     How long have you lived at that -- in that |
| 00:04:34 | 2 | city at that address? |
| 00:04:36 | 3 | A.     I was born there. |
| 00:04:50 | 4 | Q.     Okay.  Do you still live in the same place |
| 00:04:54 | 5 | that you were born?  The same address? |
| 00:04:56 | 6 | A.     Exactly.  Well, the house is another one. |
| 00:05:04 | 7 | Q.     Okay. |
| 00:05:06 | 8 | A.     And the street. |
| 00:05:06 | 9 | Q.     Okay.  What's the street that you live on |
| 00:05:08 | 10 | right now? |
| 00:05:10 | 11 | A.     Calle Mayor. |
| 00:05:16 | 12 | Q.     Okay. |
| 00:05:16 | 13 | A.     Number 1. |
| 00:05:16 | 14 | Q.     And how long have you lived at Number One |
| 00:05:20 | 15 | Calle de Mayor? |
| 00:05:22 | 16 | A.     Two years.  Ever since I left the U.S. |
| 00:05:32 | 17 | Q.     And when did you leave the U.S.? |
| 00:05:34 | 18 | A.     September.  And I don't remember.  I don't |
| 00:05:44 | 19 | remember. |
| 00:05:44 | 20 | Q.     In September 2002? |
| 00:05:46 | 21 | A.     Exactly.  That's when they sent me home. |
| 00:05:54 | 22 | Q.     Okay.  Who lives with you at the -- at the |
| 00:05:58 | 23 | address on Mayor? |
| 00:06:00 | 24 | A.     My wife. |
| 00:06:06 | 25 | Q.     Anyone else? |

| | | |
|---|---|---|
| 00:06:08 | 1 | A.    Well, my daughter just came, and she's with |
| 00:06:14 | 2 | me, too. |
| 00:06:14 | 3 | Q.    Okay.  Does your wife work? |
| 00:06:18 | 4 | A.    No. |
| 00:06:22 | 5 | Q.    Has she ever worked? |
| 00:06:34 | 6 | MS. NEALLY:  She worked for Neoplan. |
| 00:06:34 | 7 | A.    She worked for Neoplan. |
| 00:06:36 | 8 | Q.    (By Ms. Neally)  When did she work for |
| 00:06:38 | 9 | Neoplan? |
| 00:06:38 | 10 | A.    How long ago? |
| 00:06:44 | 11 | Q.    Yes, sir. |
| 00:06:46 | 12 | A.    How many years has it been?  Ten years? |
| 00:06:58 | 13 | Eight years?  I don't remember for sure. |
| 00:07:00 | 14 | Q.    Okay. |
| 00:07:00 | 15 | A.    Let's just say eight years or so. |
| 00:07:04 | 16 | Q.    Are you working right now? |
| 00:07:06 | 17 | A.    No, I don't. |
| 00:07:10 | 18 | Q.    When was the last time you worked?  Two |
| 00:07:12 | 19 | years ago when -- when you left the United States? |
| 00:07:14 | 20 | A.    Yes.  When they kicked me out, and I didn't |
| 00:07:26 | 21 | work any more. |
| 00:07:28 | 22 | MS. NEALLY:  Objection, responsiveness |
| 00:07:28 | 23 | of the answer. |
| 00:07:28 | 24 | Q.    (By Ms. Neally)  Have you tried to get a job |
| 00:07:34 | 25 | since leaving the United States? |

| | | |
|---|---|---|
| 00:07:34 | 1 | A.    Yes.   In the United States and in Germany, |
| 00:07:48 | 2 | also.  But since they closed down in Germany, they |
| 00:07:50 | 3 | didn't want me anymore, so they didn't give me work |
| 00:07:52 | 4 | anymore. |
| 00:07:52 | 5 | Q.    Okay.  Sir, I understand -- |
| 00:07:54 | 6 | A.    Because they changed the company, you see. |
| 00:07:58 | 7 | MS. NEALLY:  Object to the |
| 00:07:58 | 8 | responsiveness of the answer. |
| 00:08:00 | 9 | Q.    (By Ms. Neally)  Sir, my question was, have |
| 00:08:02 | 10 | you tried to find a job since leaving the United |
| 00:08:04 | 11 | States? |
| 00:08:04 | 12 | A.    Yes, of course.  But I can't find one. |
| 00:08:16 | 13 | Q.    When was -- where have you tried to find a |
| 00:08:18 | 14 | job at? |
| 00:08:18 | 15 | A.    Here in Spain. |
| 00:08:24 | 16 | Q.    With what companies? |
| 00:08:26 | 17 | A.    And -- and Argentina. |
| 00:08:30 | 18 | Q.    With what companies, sir? |
| 00:08:32 | 19 | A.    The company's Neobus. |
| 00:08:38 | 20 | Q.    Okay.  Other than with Neoplan or Neobus, |
| 00:08:42 | 21 | who else have you tried to get a job with? |
| 00:08:44 | 22 | A.    Here in the town I live at now, but they |
| 00:09:04 | 23 | don't give me any job.  I've been trying to do any |
| 00:09:06 | 24 | type of work, but there's nothing for me to do. |
| 00:09:08 | 25 | Q.    Where have you applied, sir?  For what kind |

| | | |
|---|---|---|
| 00:09:12 | 1 | of jobs? |
| 00:09:12 | 2 | A.    I can do anything. |
| 00:09:20 | 3 | MS. NEALLY:  Object to the |
| 00:09:22 | 4 | responsiveness of the answer. |
| 00:09:24 | 5 | Q.    (By Ms. Neally)  Name the companies that |
| 00:09:26 | 6 | you've tried to get a job at.  I'm interested in |
| 00:09:36 | 7 | specifics here, sir, not just generalities. |
| 00:09:40 | 8 | A.    Well, in Spain, that doesn't work.  The town |
| 00:09:48 | 9 | I live in, there is no companies. |
| 00:09:50 | 10 | Q.    So you don't have the names of any employers |
| 00:09:52 | 11 | or people that you've tried to work -- work for? |
| 00:09:56 | 12 | A.    No.  Because over here, there's no |
| 00:10:12 | 13 | companies.  Nothing.  There's people who own land |
| 00:10:14 | 14 | and... |
| 00:10:16 | 15 | Q.    Do you have any evidence to support your |
| 00:10:18 | 16 | claims that you've tried to seek jobs? |
| 00:10:20 | 17 | A.    I can try it in writing and send it to you |
| 00:10:34 | 18 | if it's needed, and then send it to you. |
| 00:10:36 | 19 | Q.    No, I'm not asking you to create anything, |
| 00:10:38 | 20 | sir.  I'm asking you if you have any documents to |
| 00:10:42 | 21 | support your claims that you've tried to get jobs |
| 00:10:44 | 22 | elsewhere? |
| 00:10:44 | 23 | A.    Well, in Spain, that doesn't work.  You just |
| 00:11:02 | 24 | go to a place, ask for a job, there isn't any, they |
| 00:11:06 | 25 | don't give you any.  That's it. |

| | | |
|---|---|---|
| 00:11:06 | 1 | Q.    So you have no document, correct, sir? |
| 00:11:08 | 2 | A.    No.  None. |
| 00:11:12 | 3 | Q.    You have none, correct? |
| 00:11:14 | 4 | A.    None. |
| 00:11:16 | 5 | Q.    Okay.  Did you receive a settlement from |
| 00:11:24 | 6 | Neoplan in Germany? |
| 00:11:26 | 7 | MS. ROBINSON:  Object to the question |
| 00:11:26 | 8 | as being irrelevant. |
| 00:11:44 | 9 | A.    What do you mean?  I don't understand. |
| 00:11:46 | 10 | Q.    (By Ms. Neally)  Did you file a claim in |
| 00:11:48 | 11 | Germany with Neoplan -- |
| 00:11:50 | 12 | MS. ROBINSON:  Object -- |
| 00:11:52 | 13 | Q.    (By Ms. Neally)  -- or one of its |
| 00:11:52 | 14 | subsidiaries? |
| 00:11:52 | 15 | MS. ROBINSON:  Object.  Irrelevant. |
| 00:11:56 | 16 | Violates the Collateral Source Rule. |
| 00:12:02 | 17 | A.    The German company gave me money, too. |
| 00:12:14 | 18 | Q.    (By Ms. Neally)  What did they give you |
| 00:12:16 | 19 | money for? |
| 00:12:18 | 20 | MS. ROBINSON:  Objection -- I'm sorry. |
| 00:12:18 | 21 | I need to interpose an objection.  Objection. |
| 00:12:22 | 22 | Irrelevant.  Violates the Collateral Source Rule. |
| 00:12:26 | 23 | A.    Well, I went with my problems to all the |
| 00:12:46 | 24 | plants that Neoplan has in Africa and other places. |
| 00:12:50 | 25 | And when I talked to this one person, I was helped, |

| | | |
|---|---|---|
| 00:12:52 | 1 | because of my good work and experience that I put into |
| 00:12:56 | 2 | the company. |
| 00:12:58 | 3 | Q.    (By Ms. Neally)  Okay.  What -- how were you |
| 00:12:58 | 4 | helped? |
| 00:13:00 | 5 | MS. ROBINSON:  Object -- I need to |
| 00:13:02 | 6 | interpose an objection.  Irrelevant.  Collateral |
| 00:13:04 | 7 | Source Rule. |
| 00:13:08 | 8 | A.    Because they appreciated me a lot, and they |
| 00:13:18 | 9 | found out that Neoplan is -- |
| 00:13:22 | 10 | MS. NEALLY:  Sir, I'm going to object |
| 00:13:24 | 11 | to the responsiveness of the answer.  What? |
| 00:13:30 | 12 | Q.    (By Ms. Neally)  I'm just asking you how you |
| 00:13:32 | 13 | were helped, not why you were helped. |
| 00:13:34 | 14 | MS. ROBINSON:  Objection.  Irrelevant. |
| 00:13:36 | 15 | Collateral Source Rule. |
| 00:13:36 | 16 | Q.    (By Ms. Neally)  You said they paid you -- |
| 00:13:44 | 17 | A.    The family. |
| 00:13:46 | 18 | Q.    Okay.  And how did they help the family? |
| 00:13:46 | 19 | Did they pay them money or what? |
| 00:13:48 | 20 | MS. ROBINSON:  Same objection. |
| 00:13:50 | 21 | A.    My family gave me money so I could live |
| 00:14:02 | 22 | until I settled in town. |
| 00:14:04 | 23 | Q.    (By Ms. Neally)  No.  I'm not talking about |
| 00:14:04 | 24 | your family.  I'm talking about the German equivalent |
| 00:14:08 | 25 | of Neoplan? |

| | | |
|---|---|---|
| 00:14:10 | 1 | MS. ROBINSON:  Same objection. |
| 00:14:16 | 2 | Q.    (By Ms. Neally)  How did they help you? |
| 00:14:16 | 3 | They paid you money? |
| 00:14:18 | 4 | MS. ROBINSON:  Same objection. |
| 00:14:20 | 5 | A.    No.  No. |
| 00:14:24 | 6 | Q.    (By Ms. Neally)  They didn't pay -- |
| 00:14:26 | 7 | A.    You're asking -- I was given money, because |
| 00:14:32 | 8 | I was a good person. |
| 00:14:34 | 9 | Q.    How much money did they give you, sir? |
| 00:14:36 | 10 | MS. ROBINSON:  Same objection. |
| 00:14:38 | 11 | A.    Eighty. |
| 00:14:44 | 12 | Q.    (By Ms. Neally)  Eighty what?  Eighty -- |
| 00:14:50 | 13 | A.    80,000 Euros. |
| 00:14:56 | 14 | MS. ROBINSON:  Euro dollars. |
| 00:14:56 | 15 | MS. NEALLY:  Euros. |
| 00:14:58 | 16 | Q.    (By Ms. Neally)  80,000 Euro dollars; is |
| 00:15:04 | 17 | that correct? |
| 00:15:04 | 18 | MS. ROBINSON:  Objection.  Same |
| 00:15:04 | 19 | objection. |
| 00:15:06 | 20 | Q.    (By Ms. Neally)  And when did they give you |
| 00:15:06 | 21 | this money? |
| 00:15:08 | 22 | MS. ROBINSON:  Same objection. |
| 00:15:10 | 23 | A.    As soon as I got to Spain. |
| 00:15:14 | 24 | Q.    (By Ms. Neally)  In September of 2002? |
| 00:15:16 | 25 | MS. ROBINSON:  Same objection. |

| | | |
|---|---|---|
| 00:15:18 | 1 | A.    Well, the date, I don't remember. |
| 00:15:26 | 2 | Q.    (By Ms. Neally)  Some time in 2002; is that |
| 00:15:28 | 3 | correct? |
| 00:15:28 | 4 | MS. ROBINSON:  Same objection. |
| 00:15:30 | 5 | A.    2002? |
| 00:15:36 | 6 | Q.    (By Ms. Neally)  Yes.  Some time in 2002; |
| 00:15:38 | 7 | isn't that what -- you said as soon as you got to |
| 00:15:40 | 8 | Spain, correct? |
| 00:15:46 | 9 | A.    2003 or so. |
| 00:15:48 | 10 | Q.    Okay.  Do you have any documents regarding |
| 00:15:52 | 11 | this? |
| 00:15:52 | 12 | MS. ROBINSON:  Objection.  Irrelevant. |
| 00:15:56 | 13 | Collateral Source Rule. |
| 00:15:58 | 14 | A.    No.  At the bank maybe I have something. |
| 00:16:06 | 15 | Q.    (By Ms. Neally)  Do you receive a pension? |
| 00:16:20 | 16 | A.    Yes. |
| 00:16:20 | 17 | Q.    From where? |
| 00:16:24 | 18 | A.    From -- from the U.S. and from Germany and |
| 00:16:30 | 19 | Spain. |
| 00:16:30 | 20 | Q.    And what is your pension per either year or |
| 00:16:34 | 21 | month? |
| 00:16:38 | 22 | A.    From the U.S., ██████████████.  Euros. |
| 00:16:52 | 23 | Q.    Okay.  How about from Germany? |
| 00:16:54 | 24 | MS. ROBINSON:  Objection.  Irrelevant. |
| 00:16:56 | 25 | The Collateral Source Rule. |

| | | |
|---|---|---|
| 00:16:58 | 1 | A.　██████████　around there. |
| 00:17:02 | 2 | Q.　(By Ms. Neally)　And how about from Spain? |
| 00:17:04 | 3 | 　　　　MS. ROBINSON:　Objection.　Irrelevant. |
| 00:17:06 | 4 | Collateral Source Rule. |
| 00:17:08 | 5 | A.　From Spain, ██████████.　Ha.　Ha. |
| 00:17:12 | 6 | Q.　(By Ms. Neally)　Is that from -- is that a |
| 00:17:14 | 7 | month or -- or per year? |
| 00:17:20 | 8 | A.　That's per month. |
| 00:17:20 | 9 | Q.　Okay.　And did you receive unemployment |
| 00:17:24 | 10 | after you left Neoplan? |
| 00:17:34 | 11 | A.　Well, no.　Well, I was helped as soon as I |
| 00:17:44 | 12 | was let go, without any work, by the family help me |
| 00:17:54 | 13 | (sic), and they've been doing that even up to date. |
| 00:17:58 | 14 | Q.　Sir, no.　My question was, from the Texas |
| 00:18:00 | 15 | Workforce Commission, did you receive -- or from any |
| 00:18:02 | 16 | Workforce Commission in the United States, did you |
| 00:18:04 | 17 | receive unemployment benefits after the plant closed? |
| 00:18:14 | 18 | A.　No. |
| 00:18:16 | 19 | Q.　When did you first find out that the plant |
| 00:18:20 | 20 | in Brownsville was going to close? |
| 00:18:22 | 21 | A.　Well, that's a whole history.　They sent a |
| 00:18:34 | 22 | memo to Texas.　Then we work for a year.　They told me |
| 00:18:48 | 23 | then that -- that it was going to close, and the other |
| 00:18:54 | 24 | employees were sent to Colorado, but I was not. |
| 00:18:56 | 25 | 　　　　MS. NEALLY:　Object to responsiveness |

17

| | | |
|---|---|---|
| 00:18:58 | 1 | of the answer. |
| 00:18:58 | 2 | Q.    (By Ms. Neally)  Sir, it's going to be a lot |
| 00:19:00 | 3 | quicker if you just kind of answer the question I'm |
| 00:19:02 | 4 | asking you instead of telling me all the information |
| 00:19:06 | 5 | you want me to be told.  Let's back up a little bit. |
| 00:19:18 | 6 | What's your education?  Did you go to a university? |
| 00:19:26 | 7 | A.    No. |
| 00:19:28 | 8 | Q.    Okay.  What was the last year of school that |
| 00:19:32 | 9 | you attended? |
| 00:19:32 | 10 | A.    I don't remember. |
| 00:19:38 | 11 | Q.    You don't remember what school you attended? |
| 00:19:42 | 12 | A.    No.  It was my town, and it's a very small |
| 00:19:48 | 13 | town. |
| 00:19:50 | 14 | Q.    Okay.  What was the first job you held after |
| 00:19:52 | 15 | you quit going to school? |
| 00:19:54 | 16 | A.    I set up a whole industry in my own town. |
| 00:20:06 | 17 | Q.    I like that.  What was the industry? |
| 00:20:14 | 18 | A.    Agricultural. |
| 00:20:16 | 19 | Q.    Okay.  And how long did you do that? |
| 00:20:22 | 20 | A.    Fifteen years. |
| 00:20:28 | 21 | Q.    Okay.  After the 15 years, where did you go |
| 00:20:30 | 22 | to work? |
| 00:20:32 | 23 | A.    To Germany. |
| 00:20:38 | 24 | Q.    Okay.  How old were you when you quit going |
| 00:20:42 | 25 | to school? |

| | | |
|---|---|---|
| 00:20:44 | 1 | A.     Nineteen. |
| 00:21:00 | 2 | Q.     Okay.  So you were 34 when you went to |
| 00:21:08 | 3 | Germany, more or less, right? |
| 00:21:10 | 4 | A.     No. |
| 00:21:28 | 5 | Q.     That's why I love interpreted depositions on |
| 00:21:30 | 6 | video.  No?  Then what year was it when you went to |
| 00:21:34 | 7 | Germany? |
| 00:21:36 | 8 | A.     Well, I don't remember. |
| 00:21:42 | 9 | Q.     Well, that's what I'm trying to figure out |
| 00:21:44 | 10 | here, sir, because it's not me that's filed a lawsuit. |
| 00:21:46 | 11 | And so what I'm trying to do is, to establish what |
| 00:21:48 | 12 | year or how old or some point of reference when you |
| 00:21:52 | 13 | went to Germany.  So can you help me out here?  Can |
| 00:22:06 | 14 | you -- how old were you or what year was it when you |
| 00:22:08 | 15 | first went to Germany to go to work? |
| 00:22:10 | 16 | A.     Twenty, 22. |
| 00:22:26 | 17 | Q.     You were 20 or 22 when you went to Germany? |
| 00:22:34 | 18 | A.     Yes. |
| 00:22:36 | 19 | Q.     Okay.  Didn't you just tell the interpreter |
| 00:22:38 | 20 | a few minutes ago that you started an industry in |
| 00:22:40 | 21 | your -- your hometown that you worked at for 15 years? |
| 00:22:48 | 22 | A.     Well, I set it up.  I left it in my |
| 00:23:06 | 23 | brother's hands.  I took off. |
| 00:23:06 | 24 | Q.     Okay.  All right.  So 20 or 22 you went to |
| 00:23:10 | 25 | Germany.  What was the first job you held? |

| Time | Line | |
|---|---|---|
| 00:23:12 | 1 | A.     Welding. |
| 00:23:24 | 2 | Q.     Okay.  When did you first start working for |
| 00:23:28 | 3 | Neoplan? |
| 00:23:30 | 4 | A.     I don't remember.  It's been 45 years.  I |
| 00:23:42 | 5 | worked 45 years for Neoplan. |
| 00:23:44 | 6 | Q.     Okay.  Now, you didn't work for the same |
| 00:23:46 | 7 | part of Neoplan the entire time, correct? |
| 00:23:48 | 8 | A.     Yes.  All the time. |
| 00:23:56 | 9 | Q.     No.  Because they're not owned by the same |
| 00:24:00 | 10 | people, right? |
| 00:24:08 | 11 | A.     I do not understand. |
| 00:24:10 | 12 | Q.     Well, you -- you know, from the information |
| 00:24:12 | 13 | that I've been provided, Neoplan U.S.A. is separate |
| 00:24:16 | 14 | and apart from the Neoplan Germany? |
| 00:24:18 | 15 | A.     Well, now it is.  Before, no. |
| 00:24:30 | 16 | Q.     Okay.  How long has it been separated? |
| 00:24:34 | 17 | A.     Four or five years or so. |
| 00:24:48 | 18 | Q.     Okay.  When you first started working for |
| 00:24:52 | 19 | Neoplan 45 years ago, what did you do for them? |
| 00:24:56 | 20 | A.     Me?  Welding chassis. |
| 00:25:08 | 21 | Q.     Okay.  When did you first get transferred to |
| 00:25:10 | 22 | another country? |
| 00:25:12 | 23 | A.     Ten years in Germany, and then I was sent to |
| 00:25:28 | 24 | Africa.  I'm not sure about the years. |
| 00:25:30 | 25 | Q.     Okay.  How long were you in Africa? |

|          |    |                                                           |
|----------|----|-----------------------------------------------------------|
| 00:25:32 | 1  | A.    In Ghana, six years.                                |
| 00:25:40 | 2  | Q.    Okay.  Then where did you get transferred?          |
| 00:25:42 | 3  | A.    To the United States.                               |
| 00:25:46 | 4  | Q.    Okay.  So how long were you -- when did you         |
| 00:25:50 | 5  | first come to the United States?                          |
| 00:25:50 | 6  | A.    I don't know, but I spent 22 -- 22 years            |
| 00:26:10 | 7  | there since --                                            |
| 00:26:12 | 8  | Q.    So since about 1983?                                |
| 00:26:14 | 9  | A.    Yes.  Around there.                                 |
| 00:26:18 | 10 | Q.    Okay.  And where did you first go when you          |
| 00:26:22 | 11 | came to the United States?                                |
| 00:26:22 | 12 | A.    To Colorado.                                        |
| 00:26:28 | 13 | Q.    Okay.  And how long were you in Colorado?           |
| 00:26:30 | 14 | A.    Twenty years.                                       |
| 00:26:40 | 15 | Q.    Okay.  How long were you in Brownsville?            |
| 00:26:42 | 16 | A.    In Brownsville, a year-and-a-half.                  |
| 00:26:50 | 17 | Q.    Were -- were you anywhere else in the United        |
| 00:26:54 | 18 | States?  Any other -- pardon?                             |
| 00:26:58 | 19 | A.    In Philadelphia where I helped them to set          |
| 00:27:08 | 20 | up another plant for Neoplan.                             |
| 00:27:10 | 21 | Q.    How long were you in Philadelphia?                  |
| 00:27:12 | 22 | A.    Six months or so, just to set it up and make        |
| 00:27:22 | 23 | sure production started up.                               |
| 00:27:24 | 24 | Q.    Okay.  Anywhere else besides Colorado,              |
| 00:27:26 | 25 | Brownsville, and Philadelphia?                            |

| | | |
|---|---|---|
| 00:27:28 | 1 | A.    I was in California, also. |
| 00:27:46 | 2 | Q.    For how long? |
| 00:27:48 | 3 | A.    Six months. |
| 00:27:52 | 4 | Q.    Where did you own property in the United |
| 00:27:56 | 5 | States? |
| 00:27:56 | 6 | A.    In Colorado. |
| 00:28:06 | 7 | Q.    Okay.  Did you buy a house, or did Neoplan |
| 00:28:12 | 8 | buy a house for you? |
| 00:28:14 | 9 | A.    Yes.  No.  I bought it. |
| 00:28:20 | 10 | Q.    And they just lent you the money for the |
| 00:28:22 | 11 | house? |
| 00:28:24 | 12 | A.    No.  My boss told me to buy on my own so |
| 00:28:38 | 13 | that in the future I could sell it. |
| 00:28:40 | 14 | Q.    Okay.  Do you still own the house? |
| 00:28:42 | 15 | A.    No.  I had to sell it. |
| 00:28:48 | 16 | Q.    When did you sell it? |
| 00:28:50 | 17 | A.    Well, the one in Colorado, it's been about |
| 00:29:00 | 18 | five -- five, six years.  Five. |
| 00:29:04 | 19 | Q.    Okay.  Did you own any property in |
| 00:29:08 | 20 | Brownsville? |
| 00:29:08 | 21 | A.    Of course.  I had to buy another house in |
| 00:29:16 | 22 | Brownsville. |
| 00:29:16 | 23 | Q.    Okay.  Do you still own that house? |
| 00:29:18 | 24 | A.    No.  No.  I sold it. |
| 00:29:30 | 25 | Q.    When did you sell it? |

| | | |
|---|---|---|
| 00:29:30 | 1 | A.    Couple of years. |
| 00:29:38 | 2 | Q.    Did you sell it before you moved to Spain? |
| 00:29:42 | 3 | A.    Of course. |
| 00:29:46 | 4 | Q.    So you sold it in the Summer of 2002? |
| 00:29:50 | 5 | A.    Yes. |
| 00:29:56 | 6 | Q.    Did you make any money off of it when you |
| 00:29:58 | 7 | sold it? |
| 00:30:00 | 8 | A.    I lost money. |
| 00:30:08 | 9 | Q.    How much did you lose? |
| 00:30:08 | 10 | A.    Oh, 30, 40,000 dollars. |
| 00:30:18 | 11 | Q.    Do you have any documents to support that? |
| 00:30:20 | 12 | A.    No.  Because all -- when I sold it, all the |
| 00:30:34 | 13 | papers I gave it to -- to the person who bought the |
| 00:30:40 | 14 | house from me. |
| 00:30:42 | 15 | Q.    Okay.  So you don't have any documents to |
| 00:30:44 | 16 | support that you lost money when you sold the house? |
| 00:30:50 | 17 | A.    No. |
| 00:30:54 | 18 | MS. NEALLY:  Did he say "no"? |
| 00:30:56 | 19 | THE INTERPRETER:  No. |
| 00:30:56 | 20 | Q.    (By Ms. Neally)  That's correct? |
| 00:31:00 | 21 | A.    Yes. |
| 00:31:00 | 22 | Q.    Any other properties that you owned in the |
| 00:31:08 | 23 | United States? |
| 00:31:08 | 24 | A.    No. |
| 0:31:14 | 25 | Q.    Okay.  When you first came to the United |

00:31:16  1    States, what was your position with Neoplan?

00:31:18  2        A.    Production Manager.

00:31:28  3        Q.    And is that the position you held throughout

00:31:32  4    your employment at Neoplan in the United States?

00:31:34  5        A.    No.  Later on, I changed from Production

00:31:52  6    to...

00:31:52  7        Q.    To what?

00:31:54  8        A.    For example, when I left Production, so I

00:32:08  9    would go to everywhere in the many different places in

00:32:10  10   the world to start up Neoplan plants.

00:32:14  11       Q.    No.  I'm talking about in the United States,

00:32:16  12   sir.  When you were in the United States --

00:32:24  13       A.    In the United States, I was in Production

00:32:28  14   Management, and the Coordinator of New -- New

00:32:34  15   Projects.

00:32:34  16       Q.    Okay.  And those were the two positions you

00:32:42  17   held, correct?

00:32:42  18       A.    Yes.

00:32:46  19       Q.    Okay.  Other than the plant in California,

00:32:50  20   Philadelphia, Brownsville, where else did you go and

00:32:56  21   open and -- and -- and do -- coordinate new projects?

00:33:00  22       A.    In Colorado.

00:33:10  23       Q.    Okay.  How long had the Brownsville plant

00:33:16  24   been open before you went down there?

00:33:22  25       A.    A year-and-a-half we opened it.

| | | | |
|---|---|---|---|
| 00:33:30 | 1 | Q. | You opened it yourself? |
| 00:33:32 | 2 | A. | Yes. |
| 00:33:36 | 3 | Q. | The entire plant closed, right? |
| 00:33:38 | 4 | A. | Everything. |
| 00:33:44 | 5 | Q. | Okay.  And it's never reopened, correct? |
| 00:33:46 | 6 | A. | No. |
| 00:33:50 | 7 | Q. | Okay.  How many people were employed there? |
| 00:33:54 | 8 | A. | We started with 80 or 90 workers. |
| 00:34:12 | 9 | Q. | Okay.  And when you closed, how many |
| 00:34:14 | 10 | | employees did you have? |
| 00:34:14 | 11 | A. | Well, the same.  There were no others. |
| 00:34:22 | 12 | Q. | How many people stayed on with Neoplan after |
| 00:34:28 | 13 | | the plant closed in Brownsville that you know for a |
| 00:34:38 | 14 | | fact? |
| 00:34:46 | 15 | A. | One. |
| 00:34:48 | 16 | Q. | Who is the one that you know that stayed on? |
| 00:34:50 | 17 | A. | One by the name of -- |
| 00:35:04 | 18 | Q. | I'm sorry?  Say it again? |
| 00:35:10 | 19 | A. | Bob -- |
| 00:35:16 | 20 | Q. | Hold on.  Hold on.  I got some names.  Bob |
| 00:35:18 | 21 | | Tatum? |
| 00:35:20 | 22 | A. | Yes. |
| 00:35:22 | 23 | Q. | What was his position? |
| 00:35:24 | 24 | A. | Production Manager, also. |
| 0:35:30 | 25 | Q. | What was the position that he went to after |

| | | |
|---|---|---|
| 00:35:36 | 1 | he left? |
| 00:35:36 | 2 | A.    I don't know. |
| 00:35:42 | 3 | Q.    Do you know how old Mr. Tatum was?  Was he |
| 00:35:54 | 4 | over 40? |
| 00:35:56 | 5 | A.    45, 50, around there. |
| 00:36:04 | 6 | Q.    Okay.  Sir, have you ever filed a worker's |
| 00:36:08 | 7 | compensation claim while you were employed at Neoplan? |
| 00:36:12 | 8 | A.    Never. |
| 00:36:24 | 9 | Q.    Okay.  How is your health right now, sir? |
| 00:36:32 | 10 | Are you still disabled? |
| 00:36:36 | 11 | A.    Well, more or less, I would say. |
| 00:36:40 | 12 | Q.    Okay.  What are your disabilities that you |
| 00:36:40 | 13 | have right now? |
| 00:36:42 | 14 | A.    What's wrong with me?  Arthrosis, and the |
| 00:37:00 | 15 | feet. |
| 00:37:02 | 16 | Q.    What's wrong with your feet, sir? |
| 00:37:04 | 17 | A.    They get swollen and they hurt a lot and I |
| 00:37:10 | 18 | can't walk. |
| 00:37:12 | 19 | Q.    Do you have to use a wheelchair? |
| 00:37:12 | 20 | A.    No, not yet. |
| 00:37:18 | 21 | Q.    Okay.  And -- and then when you said |
| 00:37:20 | 22 | arthrosis, you mean arthritis? |
| 00:37:22 | 23 | A.    Whatever you call it in English. |
| 00:37:30 | 24 | Q.    Okay. |
| 00:37:32 | 25 | MS. ROBINSON:  Spinal stenosis. |

| | | |
|---|---|---|
| 00:37:34 | 1 | MS. NEALLY:  Right. |
| 00:37:34 | 2 | Q.    (By Ms. Neally)  Did you ever make any |
| 00:37:38 | 3 | requests for accommodation to Neoplan? |
| 00:37:40 | 4 | A.    No.  There was no need for that. |
| 00:37:50 | 5 | Q.    Your problems that you have with your |
| 00:38:06 | 6 | arthritis, is that with your back and your hip? |
| 00:38:10 | 7 | A.    Yes. |
| 00:38:14 | 8 | Q.    Okay.  You were provided with -- let me |
| 00:38:24 | 9 | do this first.  You're aware -- you're aware that |
| 00:38:30 | 10 | your -- your attorney has filed a lawsuit on your |
| 00:38:32 | 11 | behalf, correct? |
| 00:38:34 | 12 | A.    Yes.  One moment, please.  Five minutes. |
| 00:38:48 | 13 | THE INTERPRETER:  He needs five |
| 00:38:50 | 14 | minutes.  Okay.  He's ready. |
| 00:38:54 | 15 | A.    Can you repeat the question? |
| 00:38:56 | 16 | Q.    (By Ms. Neally)  Okay.  You're aware that |
| 00:38:58 | 17 | your attorney filed a lawsuit on your behalf, correct? |
| 00:39:00 | 18 | A.    Yes. |
| 00:39:06 | 19 | Q.    Do you recall responding to some |
| 00:39:10 | 20 | interrogatories? |
| 00:39:12 | 21 | A.    No.  No. |
| 00:39:20 | 22 | Q.    Okay.  Do you recall telling your attorney |
| 00:39:24 | 23 | that you have been unable to seek work because of your |
| 00:39:28 | 24 | disabilities? |
| 0:39:28 | 25 | A.    Well, I don't remember. |

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 00:39:38 | 1  | Q.    Okay.  You were earning ████ dollars a                |
| 00:39:42 | 2  | year at -- at Neoplan when you left; is that right?         |
| 00:39:46 | 3  | A.    Yes.                                                   |
| 00:39:52 | 4  | Q.    Okay.  You have sought no psychiatric                  |
| 00:39:58 | 5  | treatment as a result of your claims in this case; is       |
| 00:40:02 | 6  | that right?                                                  |
| 00:40:02 | 7  | A.    I do not understand that.                             |
| 00:40:14 | 8  | Q.    As a result of this -- of your -- of                   |
| 00:40:18 | 9  | your -- the plant closing, your leaving, you have not        |
| 00:40:22 | 10 | sought any type of treatment for mental anguish or           |
| 00:40:26 | 11 | mental problems, correct?                                   |
| 00:40:28 | 12 | A.    No.                                                    |
| 00:40:42 | 13 | Q.    That's not correct?  You have sought it?              |
| 00:40:44 | 14 | A.    No.  No.  No.  I haven't looked for any of            |
| 00:40:52 | 15 | that.                                                        |
| 00:40:52 | 16 | Q.    Okay.  You haven't seen any therapist, any            |
| 00:40:54 | 17 | counselors or psychiatrist, psychologist?                   |
| 00:40:58 | 18 | A.    Correct.                                               |
| 00:41:06 | 19 | Q.    Okay.  You had no contract with Neoplan,              |
| 00:41:16 | 20 | correct?  No -- no contract with Neoplan U.S.A.,            |
| 00:41:22 | 21 | correct?                                                     |
| 00:41:22 | 22 | A.    Correct.                                               |
| 00:41:26 | 23 | Q.    In fact, they quit paying for your                    |
| 00:41:30 | 24 | round-trip ticket to go see your family, correct?          |
| 0:41:34  | 25 | THE INTERPRETER:  Would you repeat                          |

| | | |
|---|---|---|
| 00:41:34 | 1 | that for my benefit? |
| 00:41:36 | 2 | MS. NEALLY:  Quit paying for the |
| 00:41:36 | 3 | round-trip ticket to go see your family. |
| 00:41:38 | 4 | THE INTERPRETER:  The company, right? |
| 00:41:40 | 5 | MS. NEALLY:  Right. |
| 00:41:40 | 6 | A.    Yes. |
| 00:41:48 | 7 | Q.    (By Ms. Neally)  In your answers, |
| 00:41:52 | 8 | you indicate that you did receive insurance |
| 00:41:56 | 9 | benefits -- unemployment insurance benefits; is |
| 00:41:58 | 10 | that correct? |
| 00:41:58 | 11 | A.    I think so. |
| 00:42:12 | 12 | Q.    Okay.  Neoplan Stuttgart is who you received |
| 00:42:18 | 13 | the ▬▬▬▬ from, right? |
| 00:42:18 | 14 | MS. ROBINSON:  Objection, irrelevant. |
| 00:42:22 | 15 | Collateral Source Rule. |
| 00:42:28 | 16 | A.    Yes. |
| 00:42:28 | 17 | Q.    (By Ms. Neally)  Now, were you still |
| 00:42:30 | 18 | employed by them while you were still employed with |
| 00:42:32 | 19 | Neoplan U.S.A.? |
| 00:42:36 | 20 | A.    No.  No. |
| 00:42:42 | 21 | Q.    Okay.  Now, I'm going to talk to you a |
| 00:42:44 | 22 | little bit about the -- the Petition that's been |
| 00:42:46 | 23 | filed on your behalf, sir.  What other |
| 00:43:08 | 24 | individuals -- you're -- you're claiming that you |
| 0:43:10 | 25 | were discriminated against, correct? |

00:43:12   1      A.     Yes, ma'am.

00:43:18   2      Q.     And what were you -- why were you -- do you

00:43:20   3    believe that you were discriminated against?

00:43:24   4      A.     Perhaps because I was a Spaniard. I don't

00:43:44   5    know. I handled the entire company, you see.

00:43:50   6             THE INTERPRETER: We're not getting

00:43:50   7    everything. The phone is not -- is cutting in and

00:43:54   8    out.

00:43:54   9      Q.     (By Ms. Neally) Sir, in the nature of the

00:43:56   10    speaker phone, you got to be real careful that you

00:43:58   11    answer very clearly. And, I'm sorry, but we're not

00:44:00   12    getting everything that you're saying. You think it

00:44:02   13    was because you were Spanish?

00:44:16   14      A.     Well, I would say.

00:44:28   15      Q.     What other -- what other employees were

00:44:30   16    there at Neoplan U.S.A. who were of Spanish descent

00:44:34   17    like you?

00:44:36   18      A.     None.

00:44:42   19      Q.     Okay. So you don't know of anyone else at

00:44:46   20    Neoplan who was of Spanish descent who was treated the

00:44:48   21    same way you were, correct?

00:44:50   22      A.     Correct.

00:44:58   23      Q.     Okay. How about you -- you also had a

00:45:02   24    disability, correct? You -- you had spinal stenosis,

0:45:06   25    correct?

| | | |
|---|---|---|
| 00:45:06 | 1 | A.    Yes. |
| 00:45:14 | 2 | Q.    Do you know anyone else who was -- who had |
| 00:45:16 | 3 | that same condition besides you? |
| 00:45:18 | 4 | A.    Well, no. |
| 00:45:24 | 5 | Q.    Besides yourself, do you know anyone else |
| 00:45:26 | 6 | that was -- that you believed was discriminated |
| 00:45:28 | 7 | against because they had spinal stenosis or some other |
| 00:45:32 | 8 | type of disability? |
| 00:45:34 | 9 | A.    Well, no.  I don't know. |
| 00:45:46 | 10 | Q.    You've also claimed that you were |
| 00:45:50 | 11 | discriminated against because of your age.  Do you |
| 00:45:54 | 12 | know anybody else who was discriminated against |
| 00:45:54 | 13 | because of their age? |
| 00:45:56 | 14 | A.    No.  I don't believe so. |
| 00:46:10 | 15 | Q.    Okay.  You have no evidence that the -- this |
| 00:46:16 | 16 | mistreatment that you're claiming that was received by |
| 00:46:18 | 17 | you was part of a pattern and practice engaged in by |
| 00:46:22 | 18 | the Defendant towards the Plaintiff and others |
| 00:46:22 | 19 | similarly situated, correct? |
| 00:46:26 | 20 |          THE INTERPRETER:  Let me see that. |
| 00:46:32 | 21 |          MS. NEALLY:  No evidence of |
| 00:46:32 | 22 | mistreatment. |
| 00:46:50 | 23 | A.    No. |
| 00:46:50 | 24 | Q.    (By Ms. Neally)  That's correct, right? |
| 0:46:52 | 25 | A.    Yes. |

| | | |
|---|---|---|
| 00:46:56 | 1 | Q. You're not aware of any unwritten plan or |
| 00:47:02 | 2 | scheme by the Defendants to discriminate against |
| 00:47:04 | 3 | injured, older Hispanic employees, are you? |
| 00:47:08 | 4 | A. No. |
| 00:47:24 | 5 | Q. Did you ever file any type of discrimination |
| 00:47:36 | 6 | claim with your employer while you were still -- or |
| 00:47:38 | 7 | with -- yeah. With your employer while you were still |
| 00:47:40 | 8 | employed by them? |
| 00:47:42 | 9 | A. No. |
| 00:47:50 | 10 | Q. And you didn't file anything with the EEOC |
| 00:47:54 | 11 | or the TCHR -- I'm sorry. The Equal Employment |
| 00:47:58 | 12 | Opportunity Commission or the Texas Commission on |
| 00:47:58 | 13 | Human Rights -- while you were still employed by |
| 00:48:00 | 14 | Neoplan, correct? |
| 00:48:02 | 15 | A. No. |
| 00:48:20 | 16 | Q. That's correct, right? |
| 00:48:22 | 17 | A. Yes. |
| 00:48:26 | 18 | Q. Did you ever oppose a |
| 00:48:42 | 19 | discriminary -- discriminatory practice with your |
| 00:48:44 | 20 | employer while you were still employed? |
| 00:48:48 | 21 | A. No. |
| 00:48:58 | 22 | Q. Did you ever make or file a charge with your |
| 00:49:00 | 23 | employer while you were still employed by them? |
| 00:49:02 | 24 | A. No. |
| 0:49:10 | 25 | Q. Did you ever testify, assist, participate in |

| | | |
|---|---|---|
| 00:49:14 | 1 | any manner in an investigation, proceeding or hearing |
| 00:49:16 | 2 | regarding discrimination while you were still |
| 00:49:18 | 3 | employed? |
| 00:49:18 | 4 | A.    No.   No.   Never. |
| 00:49:32 | 5 | Q.    What was your last day of employment with |
| 00:49:50 | 6 | Neoplan U.S.A.?  And what I really mean is, what was |
| 00:49:58 | 7 | your -- the last day that you actually worked at |
| 00:50:00 | 8 | Neoplan U.S.A.? |
| 00:50:00 | 9 | A.    I was out by September. |
| 00:50:12 | 10 | Q.    Well, I know you were out by September.  But |
| 00:50:14 | 11 | that's not -- at that point, you were only receiving |
| 00:50:18 | 12 | vacation pay, correct?  Your -- your last day of |
| 00:50:26 | 13 | employment was actually June 24th, 2002, correct? |
| 00:50:30 | 14 | A.    Well, precisely, precisely, I don't know |
| 00:50:42 | 15 | that. |
| 00:50:42 | 16 | Q.    So you don't know the exact date, right? |
| 00:50:44 | 17 | A.    No.   Precisely, I don't. |
| 00:50:50 | 18 | Q.    But by September 2002, you'd already moved |
| 00:50:58 | 19 | to Spain, right? |
| 00:51:00 | 20 | A.    2002, 2003, around there. |
| 00:51:20 | 21 | Q.    You don't even know when you moved to |
| 00:51:22 | 22 | the -- back to Spain? |
| 00:51:22 | 23 | A.    Not the day. |
| 00:51:28 | 24 | Q.    What work do you think was available that |
| 0:51:30 | 25 | you still could've done at Neoplan U.S.A.? |

| | |
|---|---|
| 00:51:34 | 1 |
| 00:51:44 | 2 |
| 00:51:50 | 3 |
| 00:51:50 | 4 |
| 00:51:54 | 5 |
| 00:51:56 | 6 |
| 00:51:58 | 7 |
| 00:52:00 | 8 |
| 00:52:08 | 9 |
| 00:52:12 | 10 |
| 00:52:14 | 11 |
| 00:52:14 | 12 |
| 00:52:20 | 13 |
| 00:52:22 | 14 |
| 00:52:24 | 15 |
| 00:52:32 | 16 |
| 00:52:38 | 17 |
| 00:52:40 | 18 |
| 00:52:42 | 19 |
| 00:52:50 | 20 |
| 00:53:14 | 21 |
| 00:53:18 | 22 |
| 00:53:22 | 23 |
| 00:53:24 | 24 |
| 0:53:46 | 25 |

A.    Everything.

Q.    Okay.  You transferred from Colorado to Brownsville, right?

A.    Yes.

Q.    And when you moved to Brownsville, you thought it was a permanent thing, because you went and bought a house, right?

A.    I was forced to buy it.

Q.    Well, you -- but you did.  You went and you moved over to Brownsville, and you bought a house, right?

A.    Yes.  I bought it.

Q.    Did they hire somebody to fill the slot that you'd been doing in Colorado?

A.    I don't know.

Q.    So you don't know what the situation was over at -- in Colorado, because you were no longer there, right?

A.    Yes.  I was not there anymore.

Q.    Okay.  What extreme and outrageous -- outrageous conduct was committed intentionally or recklessly to cause you emotional distress?

A.    Well, I don't know.

Q.    Well, you're the only one that would know

| | |
|---|---|
| 00:53:50 | 1 |

that, sir.  Can you think of anything that was done by
Neoplan U.S.A. to you that was -- that was -- that you
regard as extreme or outrageous conduct committed
intentionally or recklessly to cause you emotional
distress?

    A.    Somebody in the company?

    Q.    Right.  Conducted by somebody in the
company.  Besides the fact that you weren't kept on by
Neoplan U.S.A. when they closed down the Brownsville
plant, can you think of any other conduct that was
done by anybody else in the company that you regard as
extreme and outrageous that was done intentionally to
cause you emotional distress?

    A.    Well, I don't know.

    Q.    So you don't know of any, right?

    A.    No.

    Q.    What mental or physical pain and suffering
can you tell us about that you had after the plant
closed at Neoplan in Brownsville?

    A.    Well, they left me -- well, they left me for
dead.

            MS. NEALLY:  Object to the
responsiveness of the answer.

    Q.    (By Ms. Neally)  I just want to know how did
that manifest with you?  What was the mental or

00:55:58  1    physical pain that you had?  I understand you were

00:56:02  2    upset, okay?  But how else did it exhibit itself?

00:56:06  3        A.    Well, just the arthritis or arthrosis, you

00:56:26  4    see.  And perhaps other things.

00:56:28  5        Q.    Okay.  But the arthritis, you're not blaming

00:56:30  6    on Neoplan, sir, are you?  You already had that,

00:56:36  7    right?

00:56:38  8        A.    No.  No.  Three years, four years, but not

00:56:46  9    as much as now.

00:56:46 10        Q.    Okay.  So you're blaming your arthritis on

00:56:50 11    Neoplan; is that right?

00:56:50 12        A.    No.  It's because I was working.

00:57:04 13        Q.    I'm sorry?

00:57:10 14        A.    I don't think that Neoplan is at fault for

00:57:16 15    that, you see.

00:57:16 16        Q.    Okay.  All right.  But I'm just trying to

00:57:20 17    see what you are blaming on Neoplan, sir.

00:57:20 18        A.    That they fired me.

00:57:34 19        Q.    Anything else?

00:57:38 20        A.    No.

00:57:38 21        Q.    Okay.  Your lost income is ███████ dollars;

00:57:42 22    is that right?

00:57:42 23        A.    Correct.

00:57:50 24        Q.    And then did you have any retirement

0:57:52 25    benefits?

| | | |
|---|---|---|
| 00:57:54 | 1 | A.    No.  Now, I do. |
| 00:58:04 | 2 | Q.    Okay.  What about fringe benefits?  Did you |
| 00:58:06 | 3 | have any fringe benefits that you're claiming you |
| 00:58:10 | 4 | lost? |
| 00:58:10 | 5 | A.    No. |
| 00:58:14 | 6 | Q.    Did you get health -- health insurance? |
| 00:58:20 | 7 | A.    Yes.  Insurance, yes. |
| 00:58:30 | 8 | Q.    Anything else that you can think of? |
| 00:58:34 | 9 | A.    No. |
| 00:58:38 | 10 | Q.    How much longer did you plan on working with |
| 00:58:40 | 11 | Neoplan U.S.A.? |
| 00:58:42 | 12 | A.    Up to 65 years of age. |
| 00:58:54 | 13 | Q.    Okay.  How -- |
| 00:58:54 | 14 | A.    And then -- |
| 00:58:56 | 15 | Q.    How -- |
| 00:58:56 | 16 | A.    -- with the family, also. |
| 00:58:58 | 17 | Q.    What do you mean "with the family"?  Then |
| 00:59:02 | 18 | you were going to go work with your family? |
| 00:59:02 | 19 | A.    With the family of Neoplan. |
| 00:59:10 | 20 | Q.    Okay.  Pardon? |
| 00:59:14 | 21 | A.    To help.  Helping. |
| 00:59:18 | 22 | Q.    Okay.  You had missed how much work in 2002 |
| 00:59:24 | 23 | because of your arthritis?  You were out from what? |
| 00:59:34 | 24 | February till May? |
| 0:59:34 | 25 | A.    Oh, yes. |

| | | |
|---|---|---|
| 00:59:42 | 1 | Q.    Okay.  And then there was another year, I |
| 00:59:46 | 2 | think it was 1999, where you were also out for awhile. |
| 00:59:48 | 3 | Why was that? |
| 00:59:50 | 4 | A.    An operation. |
| 00:59:56 | 5 | Q.    What kind of an operation, sir? |
| 00:59:58 | 6 | A.    What do you call it?  On the hip.  At the |
| 01:00:16 | 7 | hip.  The hip. |
| 01:00:18 | 8 | Q.    You had to have a hip operation, sir? |
| 01:00:20 | 9 | A.    Yes. |
| 01:00:24 | 10 | Q.    Okay.  And then what was the operation you |
| 01:00:28 | 11 | had in 2002? |
| 01:00:30 | 12 | A.    The hip. |
| 01:00:36 | 13 | Q.    Is this the same hip or different hips? |
| 01:00:40 | 14 | A.    No.  The other one. |
| 01:00:44 | 15 | Q.    So have you had both hips replaced? |
| 01:00:48 | 16 | A.    Both.  Yes. |
| 01:00:54 | 17 | Q.    I'm sorry, sir.  That must be very painful, |
| 01:00:58 | 18 | right? |
| 01:01:02 | 19 | A.    Yes.  Quite a bit. |
| 01:01:04 | 20 | Q.    Have you ever been treated for depression? |
| 01:01:06 | 21 | A.    No. |
| 01:01:12 | 22 | Q.    Okay.  This is -- you're going to want to |
| 01:01:16 | 23 | look at that.  What acts of spite or ill will or |
| 01:01:18 | 24 | maliciousness or -- or fraudulent intent by the |
| 01:01:22 | 25 | Defendant are you aware of against you? |

| | | |
|---|---|---|
| 01:01:24 | 1 | A.   I don't know. |
| 01:01:54 | 2 | Q.   You don't know of any, right? |
| 01:01:56 | 3 | A.   No. |
| 01:02:02 | 4 | Q.   That's correct? |
| 01:02:06 | 5 | A.   Yes.  I believe so. |
| 01:02:08 | 6 | Q.   What documents did you look at to prepare |
| 01:02:16 | 7 | for your deposition today?  And I don't want to know |
| 01:02:26 | 8 | about correspondence from your attorney.  I want to |
| 01:02:28 | 9 | know about documents. |
| 01:02:42 | 10 | A.   Quite a bit of them, but I don't know. |
| 01:02:44 | 11 | Q.   Are those the exhibits that I sent over? |
| 01:02:46 | 12 | A.   Yes. |
| 01:02:50 | 13 | Q.   Okay.  Well, we'll go over those in a few |
| 01:02:54 | 14 | minutes.  But anything besides those exhibits? |
| 01:02:56 | 15 | A.   No. |
| 01:03:02 | 16 | Q.   I'm sorry, but who is present with you |
| 01:03:04 | 17 | today?  Is it your wife? |
| 01:03:04 | 18 | A.   Yes.  My wife is here.  Yes. |
| 01:03:16 | 19 | Q.   Who else? |
| 01:03:16 | 20 | A.   Two young men, and one young lady, whom I |
| 01:03:26 | 21 | don't know.  And he's taping me. |
| 01:03:28 | 22 | Q.   Okay.  I'm talking about who you brought |
| 01:03:30 | 23 | with you, sir. |
| 01:03:30 | 24 | A.   My wife only. |
| 1:03:36 | 25 | Q.   Okay.  You are aware -- you said earlier |

| | | |
|---|---|---|
| 01:03:40 | 1 | that you're aware of only one person from the -- out |
| 01:03:44 | 2 | of the 80 people at the Brownsville plant who Neoplan |
| 01:03:46 | 3 | kept on; is that right?  And that's Bob Tatum; is that |
| 01:04:02 | 4 | right? |
| 01:04:02 | 5 | A.    Yes.  That -- that's it. |
| 01:04:06 | 6 | Q.    You don't know of anybody else that -- I'm |
| 01:04:10 | 7 | sorry.  Do you know of anyone else that Neoplan kept |
| 01:04:12 | 8 | on? |
| 01:04:12 | 9 | A.    I think so, but I -- I don't know anyone. |
| 01:04:24 | 10 | Q.    I'm going to name some people and see if you |
| 01:04:34 | 11 | know where they're working.  These are people that |
| 01:04:42 | 12 | you've identified in your responses to discovery. |
| 01:04:50 | 13 | Juan Malchan.  Do you know -- do you know who he is? |
| 01:04:56 | 14 | A.    I think so. |
| 01:05:02 | 15 | Q.    Who is he? |
| 01:05:02 | 16 | A.    He's my attorney. |
| 01:05:12 | 17 | Q.    In Colorado?  Pardon? |
| 01:05:18 | 18 | A.    I don't know.  I don't remember the name of |
| 01:05:24 | 19 | that person either. |
| 01:05:24 | 20 | Q.    Okay.  Patricia Robina.  Is it -- Pat |
| 01:05:44 | 21 | Robinette, I don't know.  I'm trying to -- |
| 01:05:50 | 22 | A.    Colorado. |
| 01:05:50 | 23 | Q.    Okay.  Dorothy Elliott? |
| 01:05:52 | 24 | A.    Dorothy, also. |
| '1:05:56 | 25 | Q.    Is also in Colorado? |

| | | |
|---|---|---|
| 01:05:58 | 1 | A.     Well, not anymore, I don't believe.  I don't |
| 01:06:04 | 2 | think so. |
| 01:06:04 | 3 | Q.     Why -- you don't think that she works for |
| 01:06:08 | 4 | the plant -- for the Neoplan anymore? |
| 01:06:08 | 5 | A.     I don't believe so. |
| 01:06:14 | 6 | Q.     Ivan Rogers. |
| 01:06:18 | 7 | A.     Yes. |
| 01:06:20 | 8 | Q.     Where does he work? |
| 01:06:22 | 9 | A.     Now, in Colorado. |
| 01:06:28 | 10 | Q.     And -- and you don't know who Juan Malchan |
| 01:06:32 | 11 | is? |
| 01:06:32 | 12 | A.     Malchan, no. |
| 01:06:46 | 13 | Q.     Okay.  Were any of these people working with |
| 01:06:48 | 14 | you in the Brownsville plant? |
| 01:06:50 | 15 | A.     I believe so.  I just don't remember. |
| 01:06:58 | 16 | Q.     You don't remember?  As we sit here today, |
| 01:07:02 | 17 | you can't testify that any of these people were |
| 01:07:04 | 18 | working with you and they stayed on with Neoplan |
| 01:07:06 | 19 | U.S.A. except for Mr. Tatum, correct? |
| 01:07:10 | 20 | A.     I believe that they kept on. |
| 01:07:26 | 21 | Q.     But -- well, Patricia Robinette never worked |
| 01:07:28 | 22 | in Brownsville; would you agree with that? |
| 01:07:34 | 23 | A.     No.  She always worked in Colorado. |
| 01:07:42 | 24 | Q.     Okay.  Dorothy Elliott you don't remember, |
| 1:07:44 | 25 | right? |

01:07:44  1      A.    Yes.  But she doesn't work anymore.

01:07:54  2      Q.    Okay.  And you said you don't know who Juan

01:08:04  3  Malchan is.  And Ivan Rogers, who is Ivan Rogers?

01:08:20  4  What?  I'm sorry, what?

01:08:24  5      A.    I remember some names, but I don't remember

01:08:28  6  very well anymore.

01:08:30  7      Q.    Okay.  Are you taking any medicine that's

01:08:32  8  keeping you from remembering?

01:08:34  9      A.    No.

01:08:38  10      Q.    Okay.  Sir, I need to take a really quick

01:08:46  11  break.  I'll be back in about five minutes.  So if you

01:08:50  12  want to go to the rest room or something right now,

01:08:50  13  now would be a good time.  But we're going -- we're

01:09:04  14  going to keep the line open, because we don't want to

01:09:06  15  lose you, okay?

01:09:14  16      A.    All right.

01:09:16  17            (Recess).

01:25:04  18      Q.    (By Ms. Neally)  Okay.  Mr. Enguita, can you

01:25:08  19  please get the documents that your attorney sent to

01:25:10  20  you that are labeled on the bottom starting with

01:25:12  21  Exhibit A?

01:25:30  22      A.    One moment.  One moment.

01:26:02  23            MS. NEALLY:  Did he have them?

01:26:02  24            THE INTERPRETER:  He's got them.

01:26:04  25      A.    I got them right here.

| | | |
|---|---|---|
| 01:26:04 | 1 | Q.    (By Ms. Neally)  Okay.  Okay.  On Exhibit A, |
| 01:26:12 | 2 | and if you'll turn to page three -- first of all, do |
| 01:26:16 | 3 | you recognize this document, this Exhibit A?  Starting |
| 01:26:22 | 4 | on A-3, it's an Intake Questionnaire.  This is |
| 01:26:34 | 5 | something that's sent to the EEOC or the Texas |
| 01:26:36 | 6 | Commission of Human Rights.  Is this your writing? |
| 01:26:50 | 7 | A.    No. |
| 01:27:10 | 8 | Q.    That's not your writing? |
| 01:27:12 | 9 | A.    No. |
| 01:27:16 | 10 | Q.    Is the information on it correct? |
| 01:27:18 | 11 | A.    The information, yes. |
| 01:27:24 | 12 | Q.    Okay.  You were first hired by Neoplan in |
| 01:27:28 | 13 | February 1982, right? |
| 01:27:36 | 14 | A.    True. |
| 01:27:38 | 15 | Q.    Okay.  And then Neoplan U.S.A., you said |
| 01:27:42 | 16 | that just came into existence in about 2000; is that |
| 01:27:52 | 17 | right?  More or less? |
| 01:27:56 | 18 | A.    I think so. |
| 01:27:56 | 19 | Q.    Okay.  Do you see on the section that says, |
| 01:28:06 | 20 | Employer?  It says, Number of employees, 715.  Is |
| 01:28:20 | 21 | that -- that's the total for all of Neoplan U.S.A.; is |
| 01:28:36 | 22 | that right?  Yes?  Or is that the total for the |
| 01:28:40 | 23 | Brownsville plant? |
| 01:28:40 | 24 | A.    No.  Colorado. |
| 01:28:48 | 25 | Q.    Okay.  Because in Brownsville, you said |

| | |
|---|---|
| 01:28:50 | 1 |

there were only 80, right?

01:28:52  2     A.   Yes.  (Spanish) or around there.

01:29:00  3     Q.   Okay.  And on the next page, number four,

01:29:12  4 you indicated that you were terminated, correct?

01:29:18  5 Okay.  And you were -- you were advised that the plant

01:29:18  6 closed in -- in April of 2002, that January (sic) 24th

01:29:24  7 was going to be your last day, right?

01:29:26  8     A.   Yes.

01:29:34  9     Q.   Okay.  And on "B," it says, Provide the

01:29:36  10 reasons the employer gave you for each action taken

01:29:40  11 against you.  And you wrote, None Given, right?  Or

01:29:44  12 you or your attorney, or whoever, wrote this, None

01:29:46  13 Given, right?

01:29:48  14     A.   Yes.

01:30:06  15     Q.   You were told that the plant closed, right?

01:30:10  16     A.   Yes.

01:30:14  17     Q.   What conversations did you have with anybody

01:30:18  18 at Neoplan about the plant closing and about your not

01:30:24  19 staying on with the company?

01:30:26  20     A.   No.  With no one.

01:30:42  21     Q.   You didn't talk to anybody about the letter

01:30:44  22 that you got in April telling you that the plant was

01:30:46  23 going to close?

01:30:46  24     A.   No.

1:30:56  25     Q.   You didn't talk to anyone in -- you know,

| | | |
|---|---|---|
| 01:30:58 | 1 | about June 24th being your last day of work? |
| 01:31:02 | 2 | A.    Well, no. |
| 01:31:16 | 3 | Q.    Did anyone tell you that you weren't going |
| 01:31:18 | 4 | to be kept on, because you were Spanish? |
| 01:31:22 | 5 | A.    No.  Exactly, precisely as that, no. |
| 01:31:34 | 6 | Q.    Well, what did they tell you? |
| 01:31:36 | 7 | A.    The president and the other one, they just |
| 01:31:44 | 8 | fired me and that's it. |
| 01:31:46 | 9 | Q.    Who is the president and the other one? |
| 01:31:48 | 10 | A.    The one in personnel, Robinette. |
| 01:32:00 | 11 | Q.    What's the president's name?  Pardon? |
| 01:32:06 | 12 | A.    Annemarie Hinowith (sic). |
| 01:32:12 | 13 | Q.    Can you spell that?  Pardon? |
| 01:32:22 | 14 | A.    Chenowith.  Chenoweth. |
| 01:32:26 | 15 | Q.    I don't know.  I'm sorry, but we're not |
| 01:32:28 | 16 | understanding the name you're giving to this man or |
| 01:32:32 | 17 | woman.  Is it a man or woman? |
| 01:32:34 | 18 | A.    A woman. |
| 01:32:36 | 19 | Q.    And what's -- what's the president's name? |
| 01:32:48 | 20 | Que? |
| 01:32:48 | 21 | A.    One moment.  She was the president.  The |
| 01:32:54 | 22 | female president. |
| 01:32:54 | 23 | Q.    And -- and, I'm sorry, can you say her name |
| 01:32:56 | 24 | again very slowly? |
| 1:33:04 | 25 | A.    Annemarie. |

| 01:33:06 | 1 | Q. Okay. Okay. And when did you -- |
| 01:33:12 | 2 | A. Henowith. Genowith. |
| 01:33:14 | 3 | Q. Oh, that's what you had over here. It's |
| 01:33:26 | 4 | Anna Chenoweth? |
| 01:33:34 | 5 | A. Yes. |
| 01:33:34 | 6 | Q. Okay. And when you spoke to the president |
| 01:33:36 | 7 | and -- and the Human Resources lady, Pat Robinette, |
| 01:33:42 | 8 | when was that? Was that before June 24th, 2003? |
| 01:33:46 | 9 | A. Well, exactly, I don't know when. |
| 01:34:04 | 10 | Q. And what do you remember them telling you |
| 01:34:06 | 11 | exactly? |
| 01:34:06 | 12 | A. That the company was closing, and that I was |
| 01:34:16 | 13 | left without a job. |
| 01:34:18 | 14 | Q. Okay. Did they offer you any other |
| 01:34:20 | 15 | positions with the company? |
| 01:34:20 | 16 | A. No. No. I wanted to go back to Colorado, |
| 01:34:28 | 17 | but no, they gave me nothing. |
| 01:34:30 | 18 | Q. How about to go and work at other plants? |
| 01:34:32 | 19 | Did you talk to them about that? |
| 01:34:34 | 20 | A. For Neoplan, yes. |
| 01:34:42 | 21 | Q. Okay. Did they offer you a traveling |
| 01:34:44 | 22 | position, where you have to travel from plant to |
| 01:34:48 | 23 | plant? |
| 01:34:48 | 24 | A. No. Nothing. |
| '1:34:54 | 25 | Q. Okay. And did they tell you that you |

| | | |
|---|---|---|
| 01:35:02 | 1 | weren't going to be offered a position because of your |
| 01:35:04 | 2 | age? |
| 01:35:04 | 3 | A.    No.   Why? |
| 01:35:14 | 4 | Q.    They didn't give you any reasons, correct? |
| 01:35:16 | 5 | A.    No. |
| 01:35:18 | 6 | Q.    How do you know that Robert Tatum kept a job |
| 01:35:36 | 7 | with Neoplan? |
| 01:35:38 | 8 | A.    Because he told me that he was being |
| 01:35:52 | 9 | transferred to Colorado. |
| 01:35:54 | 10 | Q.    And when did he tell you this? |
| 01:36:00 | 11 | A.    When the company closed, he told me that he |
| 01:36:08 | 12 | was leaving for Colorado. |
| 01:36:08 | 13 | Q.    But that's the only person that told you |
| 01:36:10 | 14 | this, correct? |
| 01:36:10 | 15 | A.    Yes.   That is. |
| 01:36:18 | 16 | Q.    Okay.   I'd like you to turn to what's been |
| 01:36:28 | 17 | marked as Exhibit B. |
| 01:36:36 | 18 | A.    Yes. |
| 01:36:42 | 19 | Q.    Okay.   This is a document that you |
| 01:36:44 | 20 | signed -- I think it's cut off, but I think it wasn't |
| 01:36:48 | 21 | signed until July of 2003, right? |
| 01:36:50 | 22 | A.    Yes. |
| 01:37:00 | 23 | Q.    Okay.   And you indicate in here that Dorothy |
| 01:37:08 | 24 | Elliott, Ivan Rogers, and Robert Taton (sic) were |
| 1:37:12 | 25 | allowed to relocate to other parts of the country, |

| | | |
|---|---|---|
| 01:37:16 | 1 | right? |
| 01:37:16 | 2 | A.    Of course. |
| 01:37:28 | 3 | Q.    But you don't remember who Dorothy Elliott |
| 01:37:30 | 4 | or Ivan Rogers are, right? |
| 01:37:34 | 5 | A.    No.  No.  I don't. |
| 01:37:38 | 6 | Q.    You also claim that you were retaliated in |
| 01:37:42 | 7 | this.  Do you see in the boxes where you checked Age, |
| 01:37:46 | 8 | Disability, National Origin for causes of |
| 01:37:48 | 9 | discrimination? |
| 01:37:50 | 10 | A.    Yes.  Yes.  I see it. |
| 01:38:28 | 11 | Q.    Okay.  What were you |
| 01:38:30 | 12 | retaliated -- how -- how were you retaliated |
| 01:38:32 | 13 | against?  Can you explain why that -- that box |
| 01:38:38 | 14 | is checked? |
| 01:38:38 | 15 | A.    Yes.  I marked it down.  I don't remember |
| 01:38:56 | 16 | anymore. |
| 01:38:58 | 17 | Q.    Okay.  Let's look at what's been marked as |
| 01:39:16 | 18 | Exhibit C. |
| 01:39:42 | 19 | A.    Yes.  Got it.  Yes. |
| 01:39:46 | 20 | Q.    This is a letter dated April 24th, 2002 from |
| 01:39:52 | 21 | Neoplan U.S.A. President John Russell, correct? |
| 01:39:54 | 22 | A.    Yes. |
| 01:40:06 | 23 | Q.    Do you remember when you received this |
| 01:40:08 | 24 | document? |
| :40:08 | 25 | A.    Well, yes. |

01:40:14   1      Q.     And that was some time in April of 2002?

01:40:16   2      A.     Yes.

01:40:20   3      Q.     And it indicates that your last day of work

01:40:24   4   was to be June 24th, 2002?  Right?  That was your

01:40:32   5   first notice that the entire plant in Brownsville was

01:40:34   6   closing, and your last day of work would be June 24th,

01:40:36   7   2002, right?

01:40:38   8      A.     Correct.

01:40:48   9      Q.     Do you recall what the severance benefit was

01:40:52   10  for you that's referenced in the last paragraph?

01:40:56   11     A.     No.

01:41:18   12     Q.     Okay.  This indicates the president was John

01:41:24   13  Russell, and you indicated that it was a woman.  Did

01:41:30   14  you ever talk to Mr. Russell about this?

01:41:32   15     A.     The president is not this person, but

01:41:54   16  Hillary.

01:41:56   17             MS. ROBINSON:  Annemarie.

01:41:58   18             THE INTERPRETER:  Annemarie.  Thank

01:41:58   19  you.

01:41:58   20     Q.     (By Ms. Neally)  Okay.

01:42:00   21     A.     Annemarie was the president.

01:42:02   22     Q.     Okay.  Did Annemarie become the president

01:42:04   23  after Mr. Russell?

01:42:06   24     A.     No.  No.  Before.

01:42:16   25     Q.     Okay.  So, first, it was Annemarie, then it

| | | |
|---|---|---|
| 01:42:18 | 1 | was John Russell, right? |
| 01:42:20 | 2 | A. Correct. |
| 01:42:24 | 3 | Q. Did you ever talk to John Russell about the |
| 01:42:26 | 4 | plant closing and then you losing your job? |
| 01:42:30 | 5 | A. No. |
| 01:42:36 | 6 | Q. Okay. Let's look at Exhibit D. And before |
| 01:42:46 | 7 | we start on this document, let me just ask you one |
| 01:42:48 | 8 | quick question before I forget. Have you ever talked |
| 01:42:56 | 9 | to anyone -- any of the employees at Neoplan that |
| 01:42:58 | 10 | claimed that they were discriminated against by |
| 01:43:10 | 11 | Neoplan? |
| 01:43:14 | 12 | A. No. |
| 01:43:14 | 13 | Q. Okay. What -- what is Exhibit D? Is this |
| 01:43:18 | 14 | in your writing? |
| 01:43:20 | 15 | A. My wife's. |
| 01:43:34 | 16 | Q. Oh, your wife wrote this; is that right? |
| 01:43:40 | 17 | A. Well, my secretary, the one who had handled |
| 01:43:46 | 18 | the paper. |
| 01:43:46 | 19 | Q. Okay. Is the information contained, |
| 01:43:50 | 20 | correct? |
| 01:43:52 | 21 | A. Yes. |
| 01:43:56 | 22 | Q. And why was this prepared? |
| 01:44:00 | 23 | What -- what -- what's the purpose of this document? |
| 01:44:02 | 24 | A. Well, I don't know. |
| 1:44:16 | 25 | Q. (Spanish). |

| | | |
|---|---|---|
| 01:44:18 | 1 | A.    In Bacar (ph), Germany. |
| 01:44:20 | 2 | Q.    I'm sorry? |
| 01:44:22 | 3 | A.    Bacar, Germany. |
| 01:44:24 | 4 | Q.    The document was prepared for the |
| 01:44:26 | 5 | company -- the company in Germany; is that right? |
| 01:44:28 | 6 | A.    No.  Social Security. |
| 01:44:38 | 7 | Q.    Oh, okay. |
| 01:44:40 | 8 | A.    But it did -- |
| 01:44:44 | 9 | Q.    Okay.  You indicate, though, on this |
| 01:44:46 | 10 | document, page D-1, I hereby declare that my -- that |
| 01:44:52 | 11 | my employment for remuneration ended on June 24th, |
| 01:44:56 | 12 | 2002, correct? |
| 01:44:58 | 13 | THE INTERPRETER:  Where you reading |
| 01:45:00 | 14 | at? |
| 01:45:00 | 15 | MS. NEALLY:  I'm sorry. |
| 01:45:26 | 16 | A.    Yes. |
| 01:45:26 | 17 | Q.    (By Ms. Neally)  And then in that last box |
| 01:45:28 | 18 | you say, I intend to continue my employment, you |
| 01:45:32 | 19 | checked "no"; right? |
| 01:45:34 | 20 | A.    Yes. |
| 01:45:42 | 21 | Q.    Okay.  And -- and then on page two, on the |
| 01:45:54 | 22 | first box, you indicate that, During the last period |
| 01:46:02 | 23 | of employment, was any payment received for a period |
| 01:46:04 | 24 | of time when no work was actually performed?  And you |
| 01:46:06 | 25 | put, "yes."  You had disability for insurance from |

| | | |
|---|---|---|
| 01:46:10 | 1 | February 2002 through May 1st, 2002; is that right? |
| 01:46:14 | 2 | A.    Yes. |
| 01:46:40 | 3 | Q.    Okay.  Now, if I could ask you to look at |
| 01:46:46 | 4 | Exhibit E.  This -- this was your earnings in 2000 |
| 01:47:06 | 5 | from Neoplan U.S.A. you earned ▮▮▮ dollars and ▮▮ |
| 01:47:16 | 6 | cents; is that right? |
| 01:47:16 | 7 | A.    Yes. |
| 01:47:24 | 8 | Q.    Okay.  And then in 2001, looking at |
| 01:47:28 | 9 | F-1 -- Exhibit F-1, this shows that in 2001 you earned |
| 01:47:40 | 10 | ▮▮▮ dollars and ▮▮ cents; is that right?  By this |
| 01:47:54 | 11 | time, you're living in Brownsville, right?  Pardon? |
| 01:48:02 | 12 | Yes? |
| J1:48:02 | 13 | A.    Yes.  Yes. |
| 01:48:04 | 14 | Q.    Why were you earning less in 2001 than you |
| 01:48:06 | 15 | were in 2002 -- than in 2000?  I'm sorry. |
| 01:48:10 | 16 | A.    I don't know. |
| 01:48:16 | 17 | Q.    Okay.  And then F-2 is your earnings for |
| 01:48:24 | 18 | 2002, right?  You earned ▮▮▮ and ▮▮ cents? |
| 01:48:36 | 19 | A.    Yes.  Correct. |
| 01:48:40 | 20 | Q.    Okay.  Looking at Exhibit G, have you seen |
| 01:48:54 | 21 | this document before? |
| 01:48:54 | 22 | A.    Yes. |
| 01:49:00 | 23 | Q.    Did you have a copy of -- did you have a |
| 01:49:02 | 24 | copy? |
| 1:49:02 | 25 | A.    Yes.  Yes, I do have a copy. |

| | | |
|---|---|---|
| 01:49:08 | 1 | Q.    You're aware that Neoplan has a policy not |
| 01:49:12 | 2 | to discriminate against people based on their age, |
| 01:49:18 | 3 | national origin, because they have a disability? |
| 01:49:32 | 4 | THE INTERPRETER:  Origin and what |
| 01:49:32 | 5 | else? |
| 01:49:32 | 6 | MS. NEALLY:  Disability.  National |
| 01:49:36 | 7 | origin, age, disability. |
| 01:49:40 | 8 | A.    Yes. |
| 01:49:42 | 9 | Q.    (By Ms. Neally)  What evidence do you have |
| 01:49:46 | 10 | that you were discriminated because of your age, your |
| 01:49:50 | 11 | disability or your national origin?  Pardon?  You're |
| 01:50:14 | 12 | going to have to say that again. |
| 01:50:16 | 13 | A.    Two times. |
| 01:50:22 | 14 | Q.    Two times.  What do you mean? |
| 01:50:24 | 15 | A.    How come they fired me, and then the other |
| 01:50:32 | 16 | ones are taken to Colorado? |
| 01:50:34 | 17 | Q.    Okay.  And that's -- the only evidence that |
| 01:50:36 | 18 | you have is, that -- that one other employee, and |
| 01:50:40 | 19 | perhaps some other ones, were allowed to continue |
| 01:50:42 | 20 | working with Neoplan and you weren't; is that right? |
| 01:50:46 | 21 | A.    Correct. |
| 01:50:56 | 22 | Q.    You're not aware of any other evidence? |
| 01:50:58 | 23 | A.    No. |
| 01:51:02 | 24 | Q.    Okay.  And are you -- are you claiming that |
| 01:51:20 | 25 | they closed the -- the Brownsville plant just so they |

| 01:51:22 | 1 | could discriminate against you? |
| 01:51:24 | 2 | A.   No. |
| 01:51:32 | 3 | Q.   Okay.   Okay.   Let me ask you to turn to |
| 01:52:02 | 4 | Exhibit H.   Are these true and correct copies of your |
| 01:52:16 | 5 | income tax returns for 2002 and 2003 and 2001? |
| 01:52:34 | 6 | A.   Yes. |
| 01:52:36 | 7 | Q.   Okay.   And I'm sorry, do you have any other |
| 01:52:38 | 8 | children besides Melissa Enguita? |
| 01:52:44 | 9 | A.   No. |
| 01:52:46 | 10 | Q.   And I'm sorry, how old is she? |
| 01:52:48 | 11 | A.   22.   21. |
| 01:52:54 | 12 | Q.   When -- when you were living in the United |
| 01:52:58 | 13 | States, did your wife and daughter live with you, |
| 01:53:00 | 14 | also? |
| 01:53:00 | 15 | A.   Of course. |
| 01:53:06 | 16 | Q.   Okay.   And then they moved back with you |
| 01:53:10 | 17 | when you moved back in 2002? |
| 01:53:14 | 18 | A.   Yes.   Well, my wife and I, and my daughter |
| 01:53:22 | 19 | remained back. |
| 01:53:24 | 20 | Q.   Is your wife -- does your daughter still go |
| 01:53:26 | 21 | to school in the United States? |
| 01:53:26 | 22 | A.   No.   She's now here in Spain. |
| 01:53:34 | 23 | Q.   Okay.   Okay.   If you look at your 2002 |
| 01:53:46 | 24 | income tax, page one, number 19; do you see that? |
| 1:54:00 | 25 | A.   Yes. |

| | | |
|---|---|---|
| 01:54:08 | 1 | Q.     That indicates that you had unemployment |
| 01:54:10 | 2 | compensation of ▮▮▮ dollars in 2002, right? |
| 01:54:14 | 3 | A.     Yes. |
| 01:54:24 | 4 | Q.     And then if you look at your 2003 income tax |
| 01:54:32 | 5 | return; you see that? |
| 01:54:32 | 6 | A.     One moment.  Yes. |
| 01:54:48 | 7 | Q.     Look at line 20 of the first page.  It |
| 01:54:58 | 8 | indicates that you have unemployment compensation of |
| 01:55:00 | 9 | 4,481 dollars; isn't that right? |
| 01:55:04 | 10 | A.     Correct. |
| 01:55:12 | 11 | Q.     Okay.  Can I ask you to look at Exhibit I? |
| 01:55:58 | 12 | Did you find that? |
| 01:56:00 | 13 | A.     Yes. |
| 01:56:00 | 14 | Q.     Okay.  I want you to look at page four. |
| 01:56:24 | 15 | Well, actually, you probably need to go back to page |
| 01:56:28 | 16 | three.  If you look at the line that's -- if you start |
| 01:56:34 | 17 | up there, it shows that you had -- it shows your hours |
| 01:56:38 | 18 | of 48 hours, your pay's ▮▮▮ dollars, right? |
| 01:56:48 | 19 | A.     Correct. |
| 01:56:48 | 20 | Q.     Okay.  And then you go to the next pay |
| 01:56:52 | 21 | period, which is for 6/16 to 6/29.  The pay period we |
| 01:56:56 | 22 | were just talking was about 6/16 to 6/29, right? |
| 01:57:00 | 23 | A.     Yeah. |
| 01:57:08 | 24 | Q.     Okay.  So the next pay period is on page |
| 1:57:18 | 25 | four.  This does not -- and this is for 6/30/02 to |

| 01:57:24 | 1 | 7/13/02, right? |
| 01:57:32 | 2 | A. Yes. |
| 01:57:34 | 3 | Q. And that doesn't -- that reflects that you |
| 01:57:36 | 4 | didn't work any hours for that pay period, right? |
| 01:57:38 | 5 | A. No. |
| 01:57:46 | 6 | Q. Is that right? |
| 01:57:46 | 7 | A. Yes. |
| 01:57:50 | 8 | Q. Okay. So after the pay period of 6/24/02, |
| 01:57:54 | 9 | you were no longer working at the plant. You were |
| 01:57:56 | 10 | still getting vacation pay, but you weren't getting |
| 01:58:00 | 11 | any pay for work at the plant, correct? |
| 01:58:04 | 12 | A. Yes. |
| 01:58:12 | 13 | Q. Okay. Let me ask you to look at what's been |
| 01:58:18 | 14 | marked Exhibit J. Have you ever seen this document |
| 01:58:30 | 15 | before? |
| 01:58:32 | 16 | A. Is this J? Yes, J. I got it. |
| 01:58:52 | 17 | Q. Have you ever seen this document before? |
| 01:58:54 | 18 | A. Two or three weeks ago. |
| 01:59:06 | 19 | Q. Okay. I'll represent to you this is the |
| 01:59:08 | 20 | people -- this is a tally of the people that were |
| 01:59:10 | 21 | working at the Brownsville plant when it closed. |
| 01:59:14 | 22 | A. Yes. |
| 01:59:28 | 23 | Q. Okay. What was the position you held that's |
| 01:59:32 | 24 | marked here? |
| 01:59:34 | 25 | A. Plant Manager. Plant Manager. |

| | | |
|---|---|---|
| 01:59:48 | 1 | Q.    You're representing to me that you were the |
| 01:59:50 | 2 | Plant Manager?  Isn't it true you were the Special |
| 01:59:52 | 3 | Project Manager? |
| 01:59:54 | 4 | A.    Also. |
| 02:00:02 | 5 | Q.    Okay.  So you were the Plant Manager and the |
| 02:00:06 | 6 | Special Project Manager.  Were you also the Production |
| 02:00:10 | 7 | Supervisor? |
| 02:00:10 | 8 | A.    Also. |
| 02:00:20 | 9 | Q.    Sir, I'm going to represent to you that you |
| 02:00:22 | 10 | can only hold one of these positions.  Do you know |
| 02:00:24 | 11 | which one that they had you titled as? |
| 02:00:26 | 12 | A.    Well -- well, I was a Plant Manager, but |
| 02:00:52 | 13 | then I went to the other position, and then I went on |
| 02:00:54 | 14 | to the other. |
| 02:00:56 | 15 | Q.    Okay.  What position did Robert Tatum have |
| 02:01:00 | 16 | at the plant? |
| 02:01:00 | 17 | A.    Project Manager II. |
| 02:01:10 | 18 | Q.    Project Manager II.  But that's not listed |
| 02:01:14 | 19 | here, is it? |
| 02:01:16 | 20 | A.    No. |
| 02:01:20 | 21 | Q.    Okay.  I'd like you to look at what we've |
| 02:01:28 | 22 | labeled, for some unknown reason, J-1.  Did you ever |
| 02:01:42 | 23 | see a copy of this document? |
| 02:01:44 | 24 | A.    Oh, yes.  Yes. |
| 2:01:52 | 25 | Q.    Okay.  This is dated November 4th, 2003, |

| | |
|---|---|
| 02:02:00 | 1 |
| 02:02:02 | 2 |
| 02:02:04 | 3 |
| 02:02:16 | 4 |
| 02:02:20 | 5 |
| 02:02:24 | 6 |
| 02:02:32 | 7 |
| 02:02:34 | 8 |
| 02:02:40 | 9 |
| 02:02:42 | 10 |
| 02:03:00 | 11 |
| 02:03:02 | 12 |
| 02:03:10 | 13 |
| 02:03:12 | 14 |
| 02:03:14 | 15 |
| 02:03:20 | 16 |
| 02:03:22 | 17 |
| 02:03:24 | 18 |
| 02:03:32 | 19 |
| 02:03:46 | 20 |
| 02:03:52 | 21 |
| 02:03:54 | 22 |
| 02:04:32 | 23 |
| 02:04:34 | 24 |
| 04:36 | 25 |

1 right?

2     A.    Correct.

3     Q.    And then J-2 is dated April 21st, 2003.  Did

4 you receive a copy of that document, too?

5     A.    Correct.  Yes.

6     Q.    Okay.  Go on to Exhibit K.  And I'm going

7 to -- this is the same as the document you've already

8 seen, which was labeled Exhibit C, right?

9     A.    Yes.

10     Q.    Okay.  Exhibit L-1 concerns an accident you

11 had in 1987, right?

12     A.    Yes.

13     Q.    Did you ever have any other accident while

14 you were working at Neoplan?

15     A.    No.

16     Q.    And you recovered fully from this accident,

17 right, where you tripped over a welding hose?

18     A.    Yes.

19     Q.    Look at L-3.  This -- this was something

20 that your attorneys provided to us.  And can you just

21 tell me what it is?

22     A.    L-3?  This is from my boss, my German boss,

23 Albrecht Auwaerter.  That's my boss at Neoplan.

24     Q.    Okay.  What -- what's the document about,

25 though?  Something about a house.  This -- this

| | |
|---|---|
| 02:04:42 | 1 |
| 02:04:44 | 2 |
| 02:04:44 | 3 |
| 02:04:50 | 4 |
| 02:04:56 | 5 |
| 02:04:58 | 6 |
| 02:05:00 | 7 |
| 02:05:12 | 8 |
| 02:05:12 | 9 |
| 02:05:18 | 10 |
| 02:05:26 | 11 |
| 02:05:30 | 12 |
| 02:05:30 | 13 |
| 02:05:58 | 14 |
| 02:05:58 | 15 |
| 02:05:58 | 16 |
| 02:06:02 | 17 |
| 02:06:02 | 18 |
| 02:06:18 | 19 |
| 02:06:20 | 20 |
| 02:06:26 | 21 |
| 02:06:28 | 22 |
| 02:06:34 | 23 |
| 02:06:44 | 24 |
| 2:06:46 | 25 |

document that you have was with Neoplan Germany,
right?

    A.    Yes.

    Q.    This does not concern Neoplan U.S.A., right?
Your employer that you had when you -- when you -- the
plant closed, right?

    A.    Well, when the company closed down, it's
because it was sold.

    Q.    Okay.  No.  My -- you mean the German plant?

    A.    Wait.  Wait.  Wait.  Tell him to wait.  Can
we stop for a minute?  They're going to change the
tape.

    Q.    Okay.  Go ahead.

         (Recess).

    Q.    (By Ms. Neally)  When you said the plant
closed because it was sold, you're talking about the
Neoplan German plant, right?

    A.    Well, it was sold -- U.S. was sold.

    Q.    Okay.  I'm just trying to find out about --

    A.    And then, two years after the owner died,
the -- the one in Germany was sold.

    Q.    Okay.  This document right here that's
labeled L-3, this has nothing to do with your lawsuit
against Neoplan U.S.A., correct?

    A.    Correct.

| | | |
|---|---|---|
| 02:06:52 | 1 | Q.    And then you also have a document |
| 02:06:58 | 2 | that's -- that -- L-5 that's from Annemarie Chenoweth. |
| 02:07:12 | 3 | And that's dated 1989.  This document has nothing to |
| 02:07:18 | 4 | do with the -- the lawsuit that you have against |
| 02:07:20 | 5 | Neoplan U.S.A.; is that right? |
| 02:07:22 | 6 | A.    Correct. |
| 02:07:30 | 7 | Q.    Okay.  And then another document that was |
| 02:07:46 | 8 | provided to me that's labeled M, Exhibit M.  This |
| 02:07:56 | 9 | document has nothing to do with the lawsuit that you |
| 02:08:00 | 10 | filed against Neoplan U.S.A., correct? |
| 02:08:04 | 11 | A.    Correct. |
| 02:08:12 | 12 | Q.    The house that you purchased, you purchased |
| 02:08:22 | 13 | in your name, right? |
| 02:08:22 | 14 | A.    Yes. |
| 02:08:28 | 15 | Q.    Okay.  And -- but Neoplan -- the Neoplan in |
| 02:08:32 | 16 | Germany was helping you out with that; is that right? |
| 02:08:34 | 17 | A.    Okay.  I was made to buy the house.  Well, |
| 02:08:52 | 18 | to make some money, of course, by -- I couldn't get |
| 02:08:56 | 19 | the name. |
| 02:09:00 | 20 | Q.    Okay.  I'm sorry, let me show you -- can you |
| 02:09:04 | 21 | look at number M-6. |
| 02:09:24 | 22 | A.    Annemarie Chenoweth.  Yes. |
| 02:09:26 | 23 | Q.    Okay.  Is she the person you're saying is |
| 02:09:32 | 24 | the President of Neoplan U.S.A. or was the President |
| 02:09:34 | 25 | of Neoplan U.S.A. before Mr. Russell? |

| | | |
|---|---|---|
| 02:09:36 | 1 | A.    Correct. |
| 02:09:44 | 2 | Q.    Okay.  So at least by 1998 -- May 27, 1998, |
| 02:09:48 | 3 | you just had agreement to get your salary, and you |
| 02:09:56 | 4 | were on your own to do your travel and your house and |
| 02:09:58 | 5 | all that, right? |
| 02:10:00 | 6 | A.    That's right. |
| 02:10:06 | 7 | Q.    Let me ask you to look at M-4. |
| 02:10:28 | 8 | A.    M-4.  M-4. |
| 02:10:50 | 9 | Q.    Okay.  Do you remember getting a copy of |
| 02:10:56 | 10 | this letter? |
| 02:10:58 | 11 | A.    I don't remember, but I remember now. |
| 02:11:04 | 12 | Q.    Okay.  Why were you wishing to leave Lamar |
| 02:11:08 | 13 | in -- on -- in May of 1997? |
| 02:11:12 | 14 | A.    May '97? |
| 02:11:24 | 15 | Q.    Right.  If you look at the first sentence. |
| 02:11:56 | 16 | A.    I want to leave Germany. |
| 02:11:58 | 17 | Q.    You wanted to leave Germany? |
| 02:12:00 | 18 | A.    From the U.S. to Germany, right. |
| 02:12:06 | 19 | Q.    Oh, you wanted to move back to Germany? |
| 02:12:08 | 20 | A.    Exactly. |
| 02:12:12 | 21 | Q.    Okay.  But you decided not to? |
| 02:12:14 | 22 | A.    No. |
| 02:12:18 | 23 | Q.    Why did you decide not to? |
| 02:12:22 | 24 | A.    Because they needed me here in the U.S. |
| 02:12:28 | 25 | Q.    Okay.  You also would've lost your Visa if |

| | |
|---|---|
| 02:12:34 | 1 |
| 02:12:36 | 2 |
| 02:12:48 | 3 |
| 02:12:48 | 4 |
| 02:12:52 | 5 |
| 02:12:56 | 6 |
| 02:12:58 | 7 |
| 02:13:06 | 8 |
| 02:13:18 | 9 |
| 02:13:18 | 10 |
| 02:13:26 | 11 |
| 02:13:32 | 12 |
| 02:13:36 | 13 |
| 02:13:36 | 14 |
| 02:13:52 | 15 |
| 02:14:10 | 16 |
| 02:14:10 | 17 |
| 02:14:18 | 18 |
| 02:14:18 | 19 |
| 02:14:22 | 20 |
| 02:14:24 | 21 |
| 02:14:28 | 22 |
| 02:14:30 | 23 |
| 02:14:34 | 24 |
| 2:14:40 | 25 |

1  you had left, right?

2      A.    Yes.  What was that?  No.  What did you just

3  say?

4      Q.    You would also lose your Visa if you left,

5  according to the letter?  Or you might.  I should say,

6  you might.

7      A.    Well, yes.

8      Q.    Okay.  Let me refer you to Exhibit N.

9      A.    Yes.

10      Q.    This document released you to return to work

11  in -- in 2000 -- actually, it says April 1st, 2002,

12  but you didn't go back to work until May 1st, 2002,

13  right?

14      A.    Correct.  Yes.

15      Q.    Okay.  Let me refer you to Exhibit O.

16      A.    All right.

17      Q.    Can you read this?

18      A.    No.

19      Q.    Okay.  It's a really bad copy.  But it

20  was something that was provided to us, and it

21  indicated -- this is a Statement of Insured, and I

22  think it was for a short-term disability claim.  You

23  did claim a short-term disability when you were -- in

24  February 13, 2002, right?

25      A.    Yes.

| | | |
|---|---|---|
| 02:14:46 | 1 | Q.    And your doctor for this was Dr. Pisharodi |
| 02:14:48 | 2 | out of Brownsville, right? |
| 02:14:50 | 3 | A.    Yes. |
| 02:14:56 | 4 | Q.    Do you recall any other doctors who treated |
| 02:14:58 | 5 | you for your spinal stenosis? |
| 02:15:08 | 6 | A.    No more. |
| 02:15:08 | 7 | Q.    Okay.  Let me ask you to turn to Exhibit P. |
| 02:15:18 | 8 | A.    Yes. |
| 02:15:20 | 9 | Q.    And actually -- actually, let me ask you to |
| 02:15:24 | 10 | look at Exhibit Q first.  Do you see that? |
| 02:15:40 | 11 | A.    Yes. |
| 02:15:40 | 12 | Q.    Did you write this letter? |
| 02:15:42 | 13 | A.    My wife did. |
| 02:15:46 | 14 | Q.    Okay.  And you asked Pat Robinette and |
| 02:15:50 | 15 | numerous resources to provide you with the German |
| 02:15:52 | 16 | pension agency form, right?  Right? |
| 02:16:06 | 17 | A.    Correct. |
| 02:16:08 | 18 | Q.    And that goes with -- if you look at it, it |
| 02:16:10 | 19 | goes with the next four documents that are attached, |
| 02:16:16 | 20 | right, K-2, 3, 4, and 5-K.  And these are the |
| 02:16:36 | 21 | documents you asked -- you asked Pat Robinette to fill |
| 02:16:44 | 22 | out for you, right? |
| 02:16:46 | 23 | A.    Yes. |
| 02:16:50 | 24 | Q.    Okay.  And then as a result of your request, |
| ?:16:52 | 25 | she prepared the exhibit that's marked P, right? |

02:17:14  1   Exhibit P.

02:17:16  2       A.    Exhibit P?  Yes.

02:17:18  3       Q.    Okay.  And so Exhibit P is the -- a document

02:17:24  4   that somebody at Neoplan prepared, and it indicates

02:17:28  5   that you were off medical leave from -- well, it

02:17:32  6   states, This letter is to verify that Daniel

02:17:36  7   Enguita-Lazaro was off on medical leave from 6/15/1998

02:17:42  8   through 12/15/1998.  Daniel took sick leave and

02:17:46  9   vacation time from 6/5/1998 through 8/31/1998, right?

02:18:12 10   And this was for your first hip replacement, right?

02:18:16 11       A.    Yes.

02:18:18 12       Q.    Okay.  And after August 31st, 1998 when you

02:18:24 13   went back to work, you -- you stayed employed until

02:18:26 14   they closed the plant in Brownsville, right?

02:18:36 15                 MS. NEALLY:  I didn't say a year

02:18:42 16   (sic).

02:18:42 17       A.    Yes.

02:18:42 18       Q.    (By Ms. Neally)  Okay.  And then you were

02:18:50 19   out again on disability, according to this letter, in

02:18:52 20   2002 -- from 2/22/2002 through 3/31/2002, right?

02:18:58 21       A.    Yes.

02:19:08 22       Q.    And then you remained employed with Neoplan

02:19:12 23   until the plant closed down on June 24th, 2002?

02:19:24 24       A.    Yes.

02:19:24 25       Q.    Okay.  Let me ask you to look at Exhibit R.

| | | |
|---|---|---|
| 02:19:40 | 1 | A.    Yes. |
| 02:19:42 | 2 | Q.    You got it? |
| 02:19:44 | 3 | A.    Yes. |
| 02:19:46 | 4 | Q.    Okay.   This is a Promissory Note dated May |
| 02:19:50 | 5 | 29th, 1984 from you to Neoplan U.S.A.   Does -- did you |
| 02:20:00 | 6 | ever pay this Promissory Note? |
| 02:20:04 | 7 | A.    Yes. |
| 02:20:08 | 8 | Q.    This document has nothing to do with this |
| 02:20:12 | 9 | lawsuit, right? |
| 02:20:12 | 10 | A.    No. |
| 02:20:18 | 11 | Q.    Do you remember receiving a copy of Exhibit |
| 02:20:44 | 12 | S? |
| 02:20:44 | 13 | A.    S?  S?  Yes. |
| 02:21:02 | 14 | Q.    Okay.   Let me ask you to look at Exhibit T. |
| 02:21:20 | 15 | MS. ROBINSON:   Tomato.   Tomatillo. |
| 02:21:20 | 16 | Taco. |
| 02:21:22 | 17 | A.    Yes. |
| 02:21:22 | 18 | Q.    (By Ms. Neally)  Do you know who -- who is |
| 02:21:28 | 19 | Dr. Stocke? |
| 02:21:34 | 20 | A.    Dr. Stocke? |
| 02:21:36 | 21 | Q.    Right.   He -- |
| 02:21:38 | 22 | A.    In. |
| 02:21:38 | 23 | Q.    Colorado Springs. |
| 02:21:42 | 24 | A.    Yes. |
| 02:21:44 | 25 | Q.    Who is he? |

| | | |
|---|---|---|
| 02:21:46 | 1 | A.    He's the -- what do you call it?  The -- for |
| 02:22:00 | 2 | the hip.  For the hip. |
| 02:22:02 | 3 | Q.    For your first hip surgery? |
| 02:22:04 | 4 | A.    The first one?  It was both.  Both hips. |
| 02:22:18 | 5 | Q.    He did both hips? |
| 02:22:20 | 6 | A.    Yes.  And at the same time. |
| 02:22:28 | 7 | Q.    Oh, okay.  So that was the 1998 surgery? |
| 02:22:30 | 8 | A.    Yes. |
| 02:22:34 | 9 | Q.    What did Dr. Pisharodi operate on? |
| 02:22:36 | 10 | A.    The back. |
| 02:22:40 | 11 | Q.    Oh, okay.  What did he do to your back? |
| 02:22:42 | 12 | A.    Well, they did a bone graph.  They did bone |
| 02:22:54 | 13 | graph. |
| 02:22:54 | 14 | MS. ROBINSON:  Fusion. |
| 02:22:56 | 15 | Q.    (By Ms. Neally)  Did they do a spinal |
| 02:22:58 | 16 | fusion?  A disc fusion? |
| 02:23:02 | 17 | A.    Yes.  On the discs. |
| 02:23:02 | 18 | Q.    Okay.  Is your back better? |
| 02:23:04 | 19 | A.    That, yes. |
| 02:23:10 | 20 | Q.    How about your hips?  How are they? |
| 02:23:12 | 21 | A.    Better also. |
| 02:23:16 | 22 | Q.    Do you remember when you first saw an |
| 02:23:18 | 23 | attorney? |
| 02:23:18 | 24 | A.    I don't remember. |
| 2:23:32 | 25 | Q.    And it was in 2002 before you went back to |

02:23:36   1    Spain?

02:23:36   2         A.    Of course.

02:23:42   3         Q.    Okay.  Have you ever filed any other

02:23:46   4    lawsuits?

02:23:46   5         A.    No.

02:23:50   6         Q.    Do you remember ever having any

02:24:06   7    conversations with anyone at Neoplan about -- like Pat

02:24:16   8    Robinette about relocating after the plant closed?

02:24:34   9         A.    No.

02:24:34   10        Q.    How about before the plant closed?

02:24:36   11        A.    No.  Neither.  No.

02:24:44   12        Q.    Now, you said that the -- that there

02:24:48   13   were -- there was discussion about the plant closing

02:24:50   14   about a year before it actually closed; is that right?

02:24:52   15        A.    No.

02:25:02   16        Q.    Oh, okay.  You never had any conversations

02:25:04   17   with anybody about whether or not the plant was going

02:25:06   18   to close?

02:25:06   19        A.    No.

02:25:14   20        Q.    Just let me look at my notes.  I think I'm

02:25:20   21   almost finished.

02:25:26   22        A.    All right.

02:25:28   23        Q.    What happened to Annemarie Chenoworth -- or

02:25:46   24   Chenoweth?

02:25:46   25        A.    Well, she was fired, too.

| | | |
|---|---|---|
| 02:25:56 | 1 | Q.    Do you know when she was fired? |
| 02:25:58 | 2 | A.    No. |
| 02:26:04 | 3 | Q.    Do you know why the plant was closed in |
| 02:26:06 | 4 | Brownsville? |
| 02:26:06 | 5 | A.    Well, they closed, because there was no |
| 02:26:14 | 6 | production. |
| 02:26:14 | 7 | Q.    Sir, that's all the questions I have. |
| 02:26:34 | 8 | MS. ROBINSON:  We'll reserve |
| 02:26:36 | 9 | our questions till time of trial.  Thank you. |
| 02:26:48 | 10 | I'll -- tell him I'll E-mail him tomorrow.  I know |
| 02:26:50 | 11 | it's late in Spain. |
| 02:27:02 | 12 | THE WITNESS:  Oh, yes. |
| 02:27:04 | 13 | MS. NEALLY:  Thank you, sir. |
| 02:27:04 | 14 | THE WITNESS:  Tomorrow we'll talk. |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

```
1                    CHANGES AND SIGNATURE

2    WITNESS NAME:  DANIEL ENGUITA

3    DATE OF DEPOSITION:  JULY 27, 2005

4    PAGE    LINE      CHANGE      REASON

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____
```

1       I, DANIEL ENGUITA, have read the foregoing

2   deposition and hereby affix my signature that same is

3   true and correct, except as noted above.

4

5                              _____

6                              DANIEL ENGUITA

7   THE STATE OF TEXAS      )

8   COUNTY OF _____   )

9       Before me, _____, on this day

10  personally appeared DANIEL ENGUITA known to me (or

11  proved to me under oath of through _____)

12  (description of identity card or other document) to be

13  the person whose name is subscribed to the foregoing

14  instrument and acknowledged to me that they executed the

15  same for the purposes and consideration therein

16  expressed.

17      Given under my hand and seal of office this

18  _____ day of _____, _____.

19

20

21

22                             _____
                               NOTARY PUBLIC IN AND FOR
23                             THE STATE OF _____

24

25

Page 70

1                IN THE UNITED STATES DISTRICT COURT

2               FOR THE SOUTHERN DISTRICT OF TEXAS

3                     BROWNSVILLE DIVISION

4    DANIEL ENGUITA              )(

                                 )( CIVIL ACTION NO. B-04-121

5    VS.                         )(              JURY

                                 )(

6    NEOPLAN USA CORP.           )(

7

8

9                    REPORTER'S CERTIFICATION

10         VIDEOTAPED DEPOSITION OF DANIEL ENGUITA

11                      JULY 27, 2005

12

13

14

15         I, JOHN W. FELLOWS, Certified Shorthand Reporter

16   in and for the State of Texas, hereby certify to the

17   following:

18         That the witness, DANIEL ENGUITA, was duly sworn

19   by the officer and that the transcript of the oral

20   deposition is a true record of the testimony given by

21   the witness;

22         That the deposition transcript was submitted on

23   ___AUGUST 2___, 2005 to the witness or to the attorney

24   for the witness for examination, signature and return to

25   me by ___AUGUST 31___ + 30 days or whatever, _____;

1    That pursuant to information given to the

2    deposition officer at the time said testimony was taken,

3    the following includes counsel for all parties of

4    record:

5

6    APPEARING FOR THE PLAINTIFF:

7    MS. SAVANNAH ROBINSON
     Attorney at Law
8    1822 Main
     Danbury, Texas   78534
9
     APPEARING FOR THE DEFENDANT:
10
     MS. ELIZABETH NEALLY
11   Roerig, Oliveira & Fisher, L.L.P.
     10225 North Tenth Street
12   McAllen, Texas   78504

13

14   I further certify that I am neither counsel for,

15   related to, nor employed by any of the parties or

16   attorneys in the action in which this proceeding was

17   taken, and further that I am not financially or

18   otherwise interested in the outcome of the action.

19   Further certification requirements pursuant to

20   Rule 203 of TRCP will be certified to after they have

21   occurred.

22

23

24

25



1    Certified to by me this _2ND_____ day

2    ____AUGUST_____, 2005.

3

4

5              _John W. Fellows_____

6    JOHN WESLEY FELLOWS, Texas CSR #3335
     Expiration Date: 12/31/06

7    Firm Registration No.: 313
     10225 North 10th Street

8    Suite B
     McAllen, Texas  78504

9    (956) 287-8898

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT L-1

COLORADO DEPARTMENT OF LABOR A.  EMPLOYMENT
DIVISION OF LABOR
WORKER'S COMPENSATION SECTION
## EMPLOYER'S FIRST REPORT OF INJURY

This form contains all items requested on OSHA Form No. 101, "Supplementary Record of Occupational Injuries & Illnesses".
PLEASE READ INSTRUCTIONS ON REVERSE SIDE BEFORE COMPLETING THIS FORM.

1. Name of Employer  NEOPLAN USA CORPORATION                    Phone  336-3256
   (Give name under which concern operates)

2. Mailing Address  700 Gottlob Auwaerter Drive, Lamar, Prowers,  CO 81052
   (No. & Street)          (City or Town)        (County)        (State)      (Zip)

3. Location if different from mailing address  N/A

4. Nature of business  Bus Manufacturing          5. Number of employees  550+

6. Name of injured  Daniel            Enguita        Soc. Sec. No.
   (First)         (Middle)        (Last)

7. Home Address _____  Phone
   (No. & Street)       (City)        (State)        (Zip)

8. Age 46  9. Birth date _____ 10. Sex M  11. Marital Status M  12. No. of dependents 2

13. No. of hours worked per day 10  Days worked per week 5 1/2  Hourly wage $ ____  Weekly wage $ ____

14. Value of meals received weekly as wages $  N/A    Value of rent received $  N/A    Tips $  N/A
    Insurance $ ____  Commissions $  N/A  Piece Work $ ____  Overtime $ ____

15. (a) How long employed by company? 4 yrs.        (b) employee occupation  Supervisor
    (c) Job assigned when injured/exposed  Walking around frame

16. Place of accident/exposure  SAA
    (See Instructions on reverse side)  (No. & Street)   (City or Town)   (County)   (State)   (Zip)

17. What was employee doing when injured?  Walking around frame

Be specific. If using tools or equipment, name them and tell how they were being used.

18. How did the accident occur?  The employee claims he was walking around frame when he tripped over welding hose and hit (L) chest on front bumper.

Describe the events which resulted in the injury/occupational illness. Tell what happened and how it happened. Give full details on all factors which led or contributed to the accident/exposure. Use separate sheet if additional space is needed.

19. Name the object or substance which directly affected the employee  Welding Hose

For example, the machine or thing he struck against or which struck him; the vapor or poisons he inhaled or swallowed; the chemical or radiation which irritated his skin; or in the case of strains, hernia, etc., the thing he was lifting, pulling, etc.

20. Describe the injury/illness in detail and indicate the part of the body affected  Bruised (L) 5th rib

For example, amputation of right index finger at second joint; fracture of ribs; lead poisoning; dermatitis of left hand, etc. (Medical description)

21. (a) Date of injury  4-11-87  (b) Time  11:00 Am  (c) Working shift: From  7:00 a.m.  to  2:00 a.m.

22. When did employer or his representative first know of injury or illness?  4-14-87

23. (a) Was employee able to continue to work after the injury? Yes  X   No ____  If no, date left work  N/A
    (b) Has employee returned to work?  N/A  (c) If so, give date  N/A  (d) If not, probable length of disability  None
    (e) ____ Did injury/illness force employee to transfer to a different assignment?  No

24. Did injury/illness result in death?  No  If so, give date of death  N/A

## PLEASE TURN TO OTHER SIDE

THE FOLLOWING INFORMATION IS TO BE COMPLETED BY THE INSURANCE CARRIER BEFORE THIS FORM IS FILED WITH THE DIVISION OF LABOR

EXHIBIT
L-1

Name of
Insurance Company _____  Address _____

Policy No. _____  Carrier's No. _____  Adjustor Code _____

# EXHIBIT N

**IMPORTANT**

Detach this portion if employee's disability has not terminated. Forward to the Insurance Company immediately upon employee's return to work.

*Enqula* NOTICE OF EMPLOYEE'S RETURN TO WORK

| 1. Name of Insured | 2. Social Security Number | 3. Date Returned to Work |
|---|---|---|
| *Manuel Engleton* | ███████████ | 4-1-02 |

| Group Number | Group Name |
|---|---|
| 6379-02 | |

| Date | Signature of Employer's Representative | Printed Name | Title |
|---|---|---|---|
| 3/8/02 | *Helen M Martinez* | | Hr Assistant |

*Told*
*by Lorraine on 5-2-0*



EXHIBIT
N

000097

EXHIBIT O

☑ Short Term Disability Claim    ☐ 3. Waiver of Life Premium    Claims Center, P.O. Box 10
☐ Dismemberment Cla.                ☐ 4. Extended Death Bene.       5740 North High Street, Suite 200
                                                                    Worthington, OH 43085-0010
                                                                    800-813-5682 · 614-433-8801 fa

The laws of some states require us to provide you with the following information: Any person knowingly, and with intent to injure, defraud or deceive any insurance company, files a state-ment or claim containing any false, incomplete or misleading information, is guilty of a felony, and may be subject to imprisonment, fines, and civil damages. California: For your protection California law requires the following to appear on this form. Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison. Colorado: It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the pur-pose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

Instructions to Insured:
(1) This form is to be filed as soon as it appears that you will qualify for benefits.
(2) Complete the Statement of Insured below and Part A on the reverse side. Have your physician complete Part B on the reverse side.
(3) Return form to the Group Policyholder. (Employer)

## STATEMENT OF INSURED

| 1. Insured's Name | 2. Occupation When Last Worked | 3. | 4. Social Security Number |
|---|---|---|---|
| ENGUITA | Construction Worker | ███████ | ███████ |

| 5. Height | 6. Weight | 7. Sex ☑ Male ☐ Female | 8. Date You Last Worked 2 13 2002 | 9. The Next Date You Were Scheduled to Work But Could Not Due to Disability 2 14 2002 |

| 10. Address | 11. Approximate Date of Return to Work UNKNOWN |

███████████████████

| 12. Have You Been Confined to a Hospital? ☐ YES ☑ NO   Treated in the Emergency Room? ☑ YES ☐ NO   If Yes, Give Name of Hospital _Valley Regional Hosp_ |

Admitted 2 13 2002   Discharged 2 13 2002

The statements are true and complete to the best of my knowledge. I authorize any of my former physicians or hospital to disclose any information regarding my insurance coverage or medical history to Rocky Mountain Life.

Date 9 18 2002        Signature of Insured _____

## STATEMENT OF GROUP POLICYHOLDER (EMPLOYER)

| 1. Name of Insured Daniel Enguita | 2. Effective Date of Insurance with Rocky Mountain Life |

| 4. Is Claim Being Made on Worker's Compensation? ☐ Yes ☑ No | 5. Date Insured Entered Employment | 6. Is Insured's Insurance Still in Force? ☑ Yes ☐ No |

| 7. Date Insured Last Physically Worked If Partial Day, Indicate Number of Hours Worked 2-13-02 | 8. The Next Date the Insured Was Scheduled to Work But Could Not Due to Disability | 9. Has Insured Returned to Work? ☐ Yes ☑ No |

**EXHIBIT**

| 10. Benefit Class | 11. Insured's Earnings ☐ Annual ☐ Weekly |

| 12. Type of Benefit And Amount ☑ Short Term Disability Amount $ _____ /wk. | ☐ Dismemberment Principal Amount $ | ☐ Waiver of Life Premium Basic Life $ Supp Life $ | ☐ Extended Death Benefit Basic Life $ Supp Life $ |

| FOR STD ONLY | 13. What Percentage of the Short Term Disability Premiums is Paid by the Employer? _____ |
| | 14. ☐ The Employee Contributes to the STD Premium. Are Contributions Made with Pre-Tax or After-Tax Dollars?  ☑ Pre-Tax   ☐ After-Tax |

15. Remarks                                                                    000098

| Group Number 6379-02 | Name of Employer Wingate USA Corp |
| Mailing Address 700 Auworth C Dr. Lamar Co 81052 | Phone (719) 336-3251   Fax (719) 336-3260 |
| Date 3/8/02 | Signature of Employer's Representative Helen Martinez | Printed Name Helen Martinez | Title HR Assistant |

TO BE COMPLETED BY PATIENT (INSURER)

AUTHORIZATION TO RELEASE INFORMATION I hereby authorize the undersigned Physician to release any information required in the course of my examination or treatment to Rocky Mountain Life.

Patient Name _David Enrotta_　　　　　Patient Social Security Number ▮▮▮▮▮

Signed (Patient) _David Enrotta_　　　　　Date _2/19/2_

## PART B — ATTENDING PHYSICIAN'S STATEMENT

| | | |
|---|---|---|
| 1. Date of Illness (First Symptoms) | | 2. Date First Consulted You for This Condition |
| Injury (Accident) | | 11-12-2001 |
| Pregnancy (LMP) | Estimated Delivery Date | |

3. Has Patient Ever Had Same or Similar Symptoms? ☐ Yes ☐ No　If Yes, When?　　4. Condition Related to Employment? ☐ Yes ☐ No

5. Diagnosis (Including Complications And Subjective Symptoms):
Lumbar degenerative disc disease; lumbar sacral radiculopathy
lumbagic

6. Nature of Treatment (Including Surgery and Medications):
2 level lumbar diskectomy with fusion
and instrumentation

| 7. Dates of Treatment | 8. How Often Is Patient Seen? | 9. Is Patient Still Under Your Care For This Condition? |
|---|---|---|
| 11-12-01　01-29-02　02-04-02 | once a month | ☐ Yes ☐ No |
| 11-?-01　01-15-02 | Next Appointment Date: 02-25-02 | |

10. Has Patient Been Hospital Confined? If Yes, Give Name of Hospital:
☐ Yes ☐ No　Admitted 02-11-02　Discharged 02-15-02

11. Date Patient Was Continuously Totally Disabled
Own Job From 02-11-02　To　undetermined
Other From 02-11-02　To　undetermined

12. CARDIAC (If Applicable)
(a) Functional capacity
Class 1 (No Limitation)　Class 2 (Slight Limitation)　Class 3 (Marked Limitation)　Class 4 (Complete Limitation)
(b) Blood Pressure (last visit)

13. PHYSICAL IMPAIRMENT (As defined in Federal Dictionary of Occupational Titles)
☐ Class 1 — No limitation of functional capacity; capable of heavy work (No restrictions)
☐ Class 2 — Medium manual activity (15-30%)
☐ Class 3 — Slight limitation of functional capacity; capable of light work (15-35%)
☐ Class 4 — Moderate limitation of functional capacity; capable of clerical/administrative (sedentary) activity (35-70%)
☐ Class 5 — Severe limitation of functional capacity; incapable of minimum (sedentary) activity (75-100%)
Remarks:

14. MENTAL/NERVOUS IMPAIRMENT (If applicable)
(a) Please define "stress" as it applies to this patient
(b) What stress and problems in interpersonal relations has patient had on job
☐ Class 1 — Patient is able to function under stress and engage in interpersonal relations (No limitations)
☐ Class 2 — Patient is able to function in most stress situations and engage in most interpersonal relations (Slight limitation)
☐ Class 3 — Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (Moderate limitation)
☐ Class 4 — Patient is unable to engage in stress situations or engage in interpersonal relations (Marked limitation)
☐ Class 5 — Patient has significant loss of psychological, physiological, personal and social adjustment (Severe limitations)
Remarks:

6-2

16. Remarks:

000099

Date _02-04-02_　Physician's Signature _[signature]_

Printed Name _Madhavan Pishavadi_　Degree _MD_　Specialty _Neurosurgeon_

Address _942 WildRose Ln._
_Brownsville, Tx 78520_
Telephone _(956)541-6725_
Fax Number _(956)541-2070_

# EXHIBIT P

 

700 Gottlob Auwaerter Drive
Lamar, Colorado 81052-2298
Telephone: (719) 336-3256
Telefax No. (719) 336-4201

February 17, 2003

RE: Daniel Enquita-Lazaro

▓▓▓▓▓▓▓▓

To Whom It May Concern:

This letter is to verify that Daniel Enquita-Lazaro was off on medical leave from 6/5/1998 through 12/15/1998. Daniel took sick leave and vacation time from 6/5/1998 through 8/31/1998. His income for that time off was $13,749.99. Daniel was on Disability from 9/1/1998 through 12/15/1998. His income from Disability was $3,900.00.

In 2002 Daniel was out on Disability from 2/22/2002 through 3/31/2002. His income from disability was $1,671.43.

Please feel free to call me at 719-336-3256, ext. 202 if you have any other questions.

Sincerely,
NEOPLAN USA CORPORATIN

*Helen Martinez*

Helen Martinez
HR Assistant

EXHIBIT

_P_

000100

TRANSIT BUSES          ∘ DOUBLE DECKER BUSES          ∘ LUXURY COACHES

# EXHIBIT Q

TO: PAT TOBINETTE (HUMAN RESOURCES)

FAX: 001 719 336 8163

FROM: DANIEL ENGUITA

FAX ████████████████████

Dear Pat:

I'M SENDING YOU FORM TO FILL OUT FOR THE GERMAN PENSION AGENCY. OR YOU CAN WRITE A LETTER "TO WHOM MAY CONCERN" ANSWERING THE QUESTIONS ON THE FORM.

PLEASE AS SOON AS POSSIBLE FAX IT BACK TO ME TO FAX# ████████████████████

THANK FOR YOUR ATTENTION

Daniel Enguita

DANIEL ENGUITA - LAZANO

1/14/3

EXHIBIT
Q

000101

1 OF 2

TO PAT ROBINETTE

FAX OO1 719 336 8163

FROM DANIEL ENGUITA

FAX: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

PAT:

PLEASE SEE ATTACHED SHEET. DANIEL HAVE

TWO PERIODS X DISSABILITY (1998 AND 2008)

WE NEED STATEMENT FROM NOOPLAN.

S: CORRECTION OF FAX N° = ▮▮▮▮▮▮▮▮▮▮▮▮▮

THANK

Mónica Enguita

Zuständiger deutscher Versicherungsträger
Competent German ... in insurance agency

Deutsche Versicherungsnummer

German Insurance Number

V.J6JJ

BKZ (nur BfA)

BKZ (BfA only)

| Erklärung über die Aufgabe der Beschäftigung oder Tätigkeit im Ausland | Declaration concerning resignation from employment or cessation of an activity abroad |

Personalien des Versicherten

Information about the worker

| | | |
|---|---|---|
| Name | ENGUITA - LAZARO | Last name ENGUITA-LAZARO |
| Vorname | DANIEL | First name DANIEL |
| Geburtsname | | Name at birth |

Erklärung des ... antragstellers oder Rentenberechtigten

Declaration by the applicant or beneficiary

| | nein no ☐ | ja yes ☐ | I hereby declare that |
|---|---|---|---|
| 1 Hiermit erkläre ich, dass ich ... Beschäftigung gegen Entgelt | | | – my employment for remuneration |
| ... Erwerbstätigkeit | nein no ☐ | ja yes ☐ | – my self employment |
| aufgegeben habe | ☑ | | – ended X |
| ... | ☐ | | – will end |
| ... am | day 24 | month 06 | year 02 | | on (date) 24/6/02 |

2 Bei Beschäftigten
Name und ... des letzten Arbeitgebers

NEOPLAN U.S.A. CORP
700 G. AVENTERTA
DRIVE
LAMAR, CO 81052
U.S.A.

For an employed person
Name and address of last employer:
NEOPLAN

Die auf der Rückseite dieser Erklärung befindliche Bescheinigung ist durch den Arbeitgeber auszustellen.

The section on the reverse side of this declaration must be completed by the employer.

3 Bei Selbständigen
... Abmeldebestätigung

| | ☐ | For a self-employed person An official notification of cessation of activity |
|---|---|---|
| ist beigefügt | ☐ | – is enclosed |
| wird nachgereicht | ☐ | will be submitted later |

| | nein no ☑ | ja yes ☐ | I intend to continue my |
|---|---|---|---|
| 4 Ich beabsichtige weiterhin eine Beschäftigung auszuüben; | | | – employment |
| ... Erwerbstätigkeit auszuüben; | nein no ☐ | ja yes ☐ | – self-employment; |
| und zwar in der Zeit vom / bis | Betrag: | Amount: | for the period from/to with monthly gross earnings/gross income |
| mit einem ... Bruttoverdienst / Bruttoeinkommen von | | | from employment or self-employment of |

000103  K3

Alle Fragen genau beantworten
Zutreffendes ankreuzen ☒
Bitte Beweismittel beifügen

Answer all questions accurately
Mark everything applicable with ☒
Please submit all required proofs

2 of 2

X DANIEL ENOUTA

| 45 | Wurde für die letzte Beschäftigung ein Arbeitsentgelt für Zeiten gezahlt, in denen die Beschäftigung tatsächlich nicht ausgeübt wurde (z. B. Lohnfortzahlung bei Krankheit)? | ☐ nein no   ☒ ja yes | During that last period of employment, was any payment received for a period of time when no work was actually performed (e. g. sick leave payments)? |
| | Falls „ja" ist anzugeben: | | If "yes", indicate: |
| | – Art der Zahlung/Grund der Zahlung | DISABILITY FOR SURGORY | – The type and reason for payment |
| | – der Zeitraum, für den die Zahlung erfolgt ist (Bescheinigung des Arbeitgebers über Dauer und Höhe der Zahlung ist beizufügen) | FEBRUARY, 4 2002 THRU MAY 1st, 2002 | – The period for which payment was made (An employer's statement describing the duration and amount of payment is required) |
| 46 | Ärztliche Behandlung | | Medical treatment |
| | a) Lag in der letzten Zeit eine ärztliche Behandlung vor? | ☐ nein no   ☒ ja yes | a) Have you been under medical treatment recently? |
| | Falls „ja" ist anzugeben: | | If "yes", indicate: |
| | – wegen welcher Leiden | SPINAL STENOSIS | – Type of illness |
| | – Beginn und Ende der Behandlung | MAY 2001 | – Dates of treatment |
| | – Name und Anschrift des Arztes | MADOYAN DISHAROPI 842 WILD ROSE LN. BROWNSVILLE, TEXAS 78520 U.S.A. | – Name and full address of physician |
| | b) Wurde der Rentenbewerber in den letzten 3 Jahren in einer Krankenanstalt stationär behandelt? | ☐ nein no   ☒ ja yes | b) Have you been treated as an in-patient in a hospital in the last 3 years? |
| | Falls „ja" ist anzugeben: | | If "yes", indicate: |
| | – wegen welcher Leiden | SPINAL STENOSIS SURGERY | – Type of illness |
| | – Beginn und Ende der Behandlung | 14/2/2002 – 08/8/2 | – Dates of treatment |
| | – Name und Anschrift der Krankenanstalt(en) | VALLEY REGIONAL MEDICAL HOSPITAL 100A ALTON GLOOR, BROWNSVILLE TX 78586 U.S.A. | – Name and full address of hospital(s) |
| 47 | Ist die Erwerbsminderung durch andere Personen, einen Unfall oder eine Berufskrankheit verursacht worden? | ☒ nein no   ☐ ja yes | Was the reduction in earnings capacity caused by other persons, by an accident, or by an occupational disease? |
| | Falls „ja" sind anzugeben: | | If "yes", state: |
| | – die Ursache | | – The cause |
| | – Tag des Unfalls | | – The date of accident |
| | Falls der Unfall durch andere Personen verursacht worden ist, sind Name und Anschrift des Schädigers anzugeben: | | If the disabling accident was caused by other persons, give the name and address of the responsible person(s): |
| | Wurden Schadenersatzansprüche geltend gemacht? | ☐ nein no   ☐ ja yes | Have you filed a claim for compensation of damages? |
| | Falls „ja" – gegen wen? | | If "yes", indicate: Against whom? |

000104

| 5 | Ich verpflichte mich, dem zuständigen deutschen Rentenversicherungsträger unverzüglich mitzuteilen, wenn ich beabsichtige, eine Beschäftigung gegen Entgelt oder eine Erwerbstätigkeit aufzunehmen, oder wenn mir bekannt ist, dass diese den in Ziff. 4 angegebenen Umfang überschreiten wird. | | I obligate myself to immediately notify the competent German pension insurance agency if I intend to begin employment for remuneration or become self-employed, or if I know that I will work beyond the dates or exceed the amounts indicated in number 4. |
|---|---|---|---|
| 6 | Ort, Datum | | Place, date |
| 7 | Unterschrift | | Signature |

## Bescheinigung des Arbeitgebers — Certification by the employer

| 1 | Name und Vorname des Arbeitnehmers | DANIEL ENGUITA-LAZARO | Enter full name of employee Daniel Enguita-Lazaro |
|---|---|---|---|
| 2 | Ende der Beschäftigung am | day month year | The initial employment relationship – ended on: June 24, 2002 |
|   | Änderung der Beschäftigung zum | | – changed on: |

Bitte beantworten Sie die folgenden Fragen, damit wir entscheiden können, ob der Arbeitnehmer in den Ruhestand getreten ist oder ob eine Änderung in der Art der Beschäftigung, in der Arbeitszeit oder in der Höhe des Arbeitsentgelts erfolgt ist.

Please answer the following questions so that we may determine if the employee has been retired or if there has been a change in the type or frequency of work or the amount of remuneration.

| 4 | Wurde im Anschluss an das bisherige Arbeitsverhältnis ein neuer Arbeitsvertrag geschlossen oder wurde vereinbart, dass der Genannte weiterarbeitet? | nein no [X]    ja yes [ ] | Has a new employment contract been negotiated or an agreement been made so that the employee continues to work? |
|---|---|---|---|
|   | Falls Frage 3 mit »ja« beantwortet wurde: Das neue Arbeitsverhältnis ist a) befristet auf die Zeit vom / bis | | If question 3 was answered "yes": a) If the new employment relationship is limited to a specific length of time, give dates (from/to) |
|   | b) unbefristet. | [ ] | b) Is the new employment for an unlimited period of time? |
| 5 | Unterscheidet sich das neue Arbeitsverhältnis inhaltlich von dem bisherigen Arbeitsverhältnis? | nein no [ ]    ja yes [ ] | Is the new employment different from the previous employment? |
| 6 | Falls Frage 5 mit »ja« beantwortet wurde: Wodurch unterscheidet sich das neue Arbeitsverhältnis inhaltlich von dem bisherigen Arbeitsverhältnis? Hier sind Angaben zur Arbeitszeit, zur Höhe des Arbeitsentgelts und zur Art der neuen Beschäftigung zu machen. | | If question 5 was answered "yes": Explain how the new period of employment differs from the previous period of employment. (Give information regarding differences in working hours, remuneration, and type of work) |
| 7 | Ort, Datum | | Place, date February 14, 2003 |
| 8 | Unterschrift und Firmenstempel | | Signature and stamp of employer Pat Robinette |