IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § | |
| | § | CIVIL ACTION NO. B-04-121 |
| VS. | § | JURY |
| | § | |
| NEOPLAN USA CORP. | § | |

## ORDER STRIKING EXHIBITS

On this day came on to be considered Defendant's Motion for Summary Judgment and Objections to Plaintiff's Exhibits to Response, and the Court, after reviewing the file and hearing the argument of counsel, is of the opinion that said Order Striking Exhibits 1 and Exhibits J, K, L, M, N, O, and P should be GRANTED and is as to all respects final.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Defendant's Order Striking Exhibits 1 and Exhibits J, K, L, M, N, O, and P is hereby GRANTED;

**SIGNED** this _____ day of _____, 2005.

_____
PRESIDING JUDGE

Copy to:

Savannah Robinson, Attorney at Law, 1822 Main Street, Danbury, Texas 77534
Carlos E. Hernandez, Jr., The Law Office of Carlos E. Hernandez, Jr., P.C., 101 North Tenth Avenue, Edinburg, TX 78541
Elizabeth G. Neally, Roerig, Oliveira & Fisher, 855 West Price Road, Suite 9, Brownsville, Texas 78520