IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DANIEL ENGUITA | § § § | |
| v. | § | CIVIL ACTION NO. B-04-121 |
| NEOPLAN USA CORPORATION | § § | |

## ORDER

BE IT REMEMBERED that on November 2, 2005, the Court **ORDERED** the Court Clerk to seal Dkt. No. 42, Exhibit 2.

Furthermore, the Court **ORDERS** the Defendant to submit a redacted version of this exhibit, in accordance with this Court's General Order No. 2004-11, by November 9, 2005, at 5:00 p.m. Defendant may obtain a copy of this standing order from the Clerk's office.

The Court also **ORDERS** the Plaintiff to submit a status report regarding compliance with the Court's order of October 12, 2005, particularly as it applies to the order to produce (1) a notarized, English translation of Document 43 (part 9) and (2) a legible version of Document 43, Exhibit O (part 6).

Finally, the Court **ORDERS** both parties to conduct a careful review of *all* of the documents in this proceeding, to inform the Court of any documents not currently under seal that should properly be under seal pursuant to General Order No. 2004-11, and to submit redacted versions of any document that should be so sealed. The parties must notify this Court of the results of their reviews and submit any redacted filings no later than 5:00 p.m. on November 10, 2005.

DONE at Brownsville, Texas, this 2nd day of November, 2005.

Hilda G. Tagle
United States District Judge