IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § | CIVIL ACTION NO. B-04-121 |
| | § | |
| vs. | § | |
| | § | |
| Neoplan USA Corporation | § | JURY REQUESTED |

NOTICE OF COMPLETED COMPLIANCE WITH ORDER

TO THE HONORABLE JUDGE OF SAID COURT;

COMES NOW, Daniel Enguita, Plaintiff herein, and notifies the parties and the Court that the Court's Order, and General Order No. 2004-11, have been complied with as follows:

Attached hereto are the translated doctor's note, Exhibit to the response to the motion for summary judgment..

Respectfully Submitted,

_/s/ Savannah Robinson___
Savannah Robinson
ATTORNEY IN CHARGE
FOR PLAINTIFF
SBN: 17108150
Fed. ID: 5922
1822 Main
Danbury, TX 77534
(979) 922-8825
fax: 979-922-8857

EXHIBITS

Exhibit 1 - Translated Doctor's note

CERTIFICATE OF SERVICE

I hereby certify that a true, complete and correct copy of the attached and foregoing was this day served by certified mail, return receipt requested, pursuant

to the Federal Rules of Civil Procedure, on the following persons, on this the _04__ day of __November_, 2005.

Elizabeth Neally
Jeffy Roerig
Roerig, Oliveira & Fisher
855 West Price Rd., Suite 9
Brownsville, TX 78550
FAX: 956-542-0016

            __/s/ Savannah Robinson_____
            Savannah Robinson