Centro de Salud de Ariza
C/La Paz s/n
50220 Ariza (ZA)

Javier Martin de San Baldomero, Medico de Alconchel de Ariza (C.Salud de Ariza) N° de Colegiado 9938, Zaragoza.

INFORME:

**Daniel Enguita Lazaro**, con D.N.I 17.410.501F, vecino de Alconchel de Ariza, presenta un proceso vertiginoso desde hace 15 días, en tratamiento por el Especialista de O.R.L del Hospital de Calatayud, por lo que durante unos 50-60 días se le recomienda reposo y no viajar.

Atentamente le saluda.

Ariza , 17 de Mayo de 2005.

CENTRO DE SALUD "ARIZA"

Fdo.:JAVIER MARTÍN DE SAN BALDOMERO

Health Center of Ariza
Care of/ La Paz   without number
50220 Ariza (ZA)

Javier Martin de San Baldomero, Physician from Alconchel de Ariza ( Health Center of Ariza) License Number 9938, Zaragoza.

REPORT:

Daniel Enguita Lazaro, with D.N.I. 17.410.501F, resident of Alonchel de Ariza, has been suffering from vertigo for the last 15 days, he is currently being treated by the Specialist in Otorhinolaryngology from the Calatayud Hospital, for this reason, he has been recommended to rest and not to travel for approximately 50-60 days.

Yours truly.

Ariza, May 17, 2005.
[Stamp reading: "ARIZA" Health Center]
[Illegible signature.]
Signed by: Javier Martin de San Baldomero



# CERTIFICATION

I, ELENA T. MEDRANO, Interpreter and Translator certified by the Administrative Office of the U.S. Courts, hereby certify: That the foregoing document, i.e., medical report about Mr. Daniel Enguita Lazaro, has been faithfully translated from Spanish to English, to the best of my knowledge and ability, on this date, October 21, 2005.



ELENA T. MEDRANO
FEDERALLY CERTIFIED TRANSLATOR
95-049

===============================================================================
P.O. BOX 3851                                          PHONE: (956) 393-2226
McALLEN, TX 78502                                      CELLULAR: (956) 279-8196