Health Center of Ariza
Care of/ La Paz   without number
50220 Ariza (ZA)

Javier Martin de San Baldomero, Physician from Alconchel de Ariza ( Health Center of Ariza) License Number 9938, Zaragoza.

REPORT:

Daniel Enguita Lazaro, with D.N.I. 17.410.501F, resident of Alonchel de Ariza, has been suffering from vertigo for the last 15 days, he is currently being treated by the Specialist in Otorhinolaryngology from the Calatayud Hospital, for this reason, he has been recommended to rest and not to travel for approximately 50-60 days.

Yours truly.

Ariza, May 17, 2005.
[Stamp reading: "ARIZA" Health Center]
[Illegible signature.]
Signed by: Javier Martin de San Baldomero