IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § | CIVIL ACTION NO. B-04-121 |
| | § | |
| vs. | § | |
| | § | |
| Neoplan USA Corporation | § | JURY REQUESTED |

NOTICE OF COMPLIANCE WITH ORDER

TO THE HONORABLE JUDGE OF SAID COURT;

COMES NOW, Daniel Enguita, Plaintiff herein, and notifies the parties and the Court that the Court's Order of November 02, and General Order No. 2004-11, have been complied with as follows:

Plaintiff previously filed redacted deposition and notes.

Plaintiff filed a translated version of the doctor's note on November 04. There was a slight delay because the translation was mailed, and Danbury mail is incomprehensibly slow (delays as long as *nine* days have been experienced with mail to San Antonio).

Plaintiff received the document that is Exhibit O to the deposition of Mr. Enguita from Defendant. The first copy is as illegible as the copy attached to the response. Digital enhancement was tried, which made the copy lighter, but left the copy equally illegible. Plaintiff will welcome any further suggestion to make the exhibit more legible. At this point, all efforts have proven futile.

Respectfully Submitted,

_/s/ Savannah Robinson___

        Savannah Robinson
        ATTORNEY IN CHARGE
        FOR PLAINTIFF
        SBN: 17108150
        Fed. ID: 5922
        1822 Main
        Danbury, TX 77534
        (979) 922-8825
        fax: 979-922-8857

## CERTIFICATE OF SERVICE

I hereby certify that a true, complete and correct copy of the attached and foregoing was this day served by certified mail, return receipt requested, pursuant to the Federal Rules of Civil Procedure, on the following persons, on this the _07_ day of __November_, 2005.

Elizabeth Neally
Jeffy Roerig
Roerig, Oliveira & Fisher
855 West Price Rd., Suite 9
Brownsville, TX 78550
FAX: 956-542-0016

        __/s/ Savannah Robinson_____
        Savannah Robinson