United States District Court
Southern District of Texas
FILED

NOV 0 7 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § | |
| | § | CIVIL ACTION NO. B-04-121 |
| VS. | § | JURY |
| | § | |
| NEOPLAN USA CORP. | § | |

NOTICE OF COMPLIANCE WITH ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Defendant, NEOPLAN USA CORP. in the above-styled and numbered cause and notified the Court that the Court's Order, and General Order No. 2041-11, has been complied with as follows:

Attached hereto is the redacted Docket Entry #42 Exhibit 2, deposition of Daniel Enguita.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, LLP
855 West Price Road, Suite 9
Brownsville, Texas 78550
Telephone: (956) 542-5666
Facsimile: (956) 542-0016
Counsel for Defendant,

Attorneys for Defendant NEOPLAN USA CORP.

By: _____
Elizabeth G. Neally
State Bar No. 14840400
Federal Adm. No. 8044

Jeffrey D. Roerig
State Bar No. 17161700
Federal Adm. No. 1503

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been served to the Counsel of Record, as follows:

Savannah Robinson
Law Office of Savannah Robinson
1822 Main
Danbury, Texas 77534

Carlos E. Hernandez, Jr.
The Law Offices of Carlos E. Hernandez, Jr., P.C.
101 North Tenth Avenue
Edinburg, Texas 78541

on this 4 day of November, 2005.

_____
ELIZABETH G. NEALLY
JEFFREY D. ROERIG