DEPOSITION OF DANIEL ENGUITA TAKEN JULY 27, 2005

1

```
                                              1

1          IN THE UNITED STATES DISTRICT COURT
2           FOR THE SOUTHERN DISTRICT OF TEXAS
3                   BROWNSVILLE DIVISION
4    DANIEL ENGUITA        )(
                           )( CIVIL ACTION NO. B-04-121
5    VS.                   )(           JURY
                           )(
6    NEOPLAN USA CORP.     )(
7
8    ************************************************
9           ORAL AND VIDEOTAPED DEPOSITION OF
10                    DANIEL ENGUITA
11                     JULY 27, 2005
12   ************************************************
13
14
15       ORAL AND VIDEOTAPED DEPOSITION OF DANIEL ENGUITA,
16   produced as a witness at the instance of the DEFENDANT,
17   and duly sworn, was taken in the above-styled and
18   numbered cause on the 27TH of JULY, 2005, from 8:46 A.M.
19   to 11:14 A.M., via telephone, before JOHN W. FELLOWS,
20   CSR in and for the State of Texas, reported by machine
21   shorthand, at the offices of ROERIG, OLIVEIRA & FISHER,
22   L.L.P., 10225 North Tenth Street, McAllen, Hidalgo
23   County, Texas, pursuant to the Federal Rules of Civil
24   Procedure and the provisions stated on the record or
25   attached hereto.

                    Hill & Romero
                 Certified Court Reporters
```

---

## Page 3

```
1                      INDEX
2                                    PAGE
3    Appearances ................ 2
4    DANIEL ENGUITA
5      Examination by Ms. Neally ........ 5
6    Signature and Changes ........... 69
7    Reporter's Certificate ........... 70
8
9
10                   EXHIBITS
11   NO.        DESCRIPTION            PAGE
12   A     Intake Questionnaire          5
13   B     Charge of Discrimination      5
14   C     Letter dated April 24, 2002   5
15   D     Insurance Form                5
16   E     W-2 2000                     5
17   F-1   W-2 2001                     5
18   F-2   W-2 2002                     5
19   G     Employee Handbook            5
20   H     Income Tax 2001              5
21   H     Income Tax 2002              5
22   H     Income Tax 2003              5
23   I-1   Posted payroll Transactions  5
24   J     Brownsville Personnel        5
25   J-1   Texas Commission on Human Rights  5
                  Hill & Romero
                Certified Court Reporters
```

---

## Page 2

```
           A P P E A R A N C E S
APPEARING FOR THE PLAINTIFF:
MS. SAVANNAH ROBINSON
Attorney at Law
1822 Main
Danbury, Texas  78534

APPEARING FOR THE DEFENDANT:

MS. ELIZABETH NEALLY
Roerig, Oliveira & Fisher, L.L.P.
10225 North Tenth Street
McAllen, Texas  78504

ALSO PRESENT:
MR. JUAN ROKU, VIDEOGRAPHER (via telephone)
MR. GEORGE DE VILLIERS, INTERPRETER
```

---

## Page 4

```
1    EXHIBITS/CONTINUED:
2    NO.        DESCRIPTION            PAGE
3    K     Letter dated April 24, 2002       5
4    L-1   Employer's First Report of Injury  5
5    M-1   Letter dated February 2, 1994      5
6    N     Notice of Employee's Return to    5
           Work
7
     O     Statement of Insured               5
8
     P     Letter dated February 17, 2003     5
9
     Q     Letter dated January 14, 2003      5
10
     R     Promissory Note                    5
11
     S     Dismissal/Referral Notice          5
12
     T     Plaintiffs' Fifth Supplemental     5
13         Rule 26 Initial Disclosures
```

EXHIBIT 2

**5**

1 (Exhibits A - T were marked).
2 DANIEL ENGUITA,
3 Having been first duly sworn, then testified through the
4 duly sworn interpreter as follows:
5 EXAMINATION
6 BY MS. NEALLY:
7 Q. Mr. Enguita, my name is Elizabeth Neally.
8 I'm the attorney for Neoplan; do you understand that?
9 Do you understand me, or do we need to use the
10 interpreter?
11 A. (Interpreter) Just one at a time. That's
12 all.
13 Q. Okay. Would you prefer to be in
14 English -- this to be in English or in Spanish, sir?
15 A. (Witness) Spanish speaker.
16 Q. Okay. All right. Mr. Enguita, my name is
17 Elizabeth Neally. I'm the attorney for Neoplan; do
18 you understand that?
19 A. I understand. Yes.
20 Q. Okay. Have you ever given a deposition
21 before?
22 A. Never.
23 Q. Okay. You understand --
24 A. Never had any problems.
25 Q. You understand that even though that you are

**6**

1 in Madrid, this is -- your testimony is the same as if
2 you were here in McAllen?
3 A. Yes, sir -- yes, ma'am.
4 Q. Okay. If I don't understand -- I mean, if
5 you don't understand a question, you need to tell me
6 so that we can try to rephrase it. Otherwise, I'm
7 going to assume -- I'm sorry?
8 A. Yes.
9 Q. Otherwise, I'm going to assume that you're
10 understanding all my questions, okay?
11 A. All right.
12 Q. Are you taking any medication today that
13 would impair your ability to answer my questions?
14 A. The medications I take are others. I don't
15 think I have any problems with them.
16 Q. What type of medications are you taking
17 today, sir?
18 A. Altrose for the pain in the legs. For pain
19 in the legs and the hip.
20 Q. Any other types of medication, sir?
21 A. No, nothing else.
22 Q. Okay. Sir, what's your date of birth?
23 A.
24 Q. Sir, what's your -- I'm sorry?
25 A. (Spanish).

**7**

1 Q. Okay, sir. And what's your Social Security
2 number?
3 A. That, I don't remember. If you give me a
4 moment, because I don't have it.
5 Q. Okay. Where do you live?
6 THE INTERPRETER: He wanted a moment.
7 MS. NEALLY: Oh, okay.
8 Q. (By Ms. Neally) Are you getting your Social
9 Security number?
10 A. Yes, I can get it.
11 Q. Okay.
12 MS. ROBINSON: I think it's in the
13 records.
14 MS. NEALLY: Huh?
15 MS. ROBINSON: I think it's in the
16 records.
17 MS. NEALLY: I was trying to get some
18 way to identify himself. But he if he doesn't have it
19 handy, I was going to move on.
20 A. I have it. I have it.
21 Q. (By Ms. Neally) And where do you live right
22 now, sir?
23 A. I live in a town of
24 Q. How far is that from Madrid, sir?
25 A. Two hours.

**8**

1 Q. How long have you lived at that -- in that
2 city at that address?
3 A. I was born there.
4 Q. Okay. Do you still live in the same place
5 that you were born? The same address?
6 A. Exactly. Well, the house is another one.
7 Q. Okay.
8 A. And the street.
9 Q. Okay. What's the street that you live on
10 right now?
11 A.
12 Q. Okay.
13 A.
14 Q. And how long have you lived at
15
16 A. Two years. Ever since I left the U.S.
17 Q. And when did you leave the U.S.?
18 A. September. And I don't remember. I don't
19 remember.
20 Q. In September 2002?
21 A. Exactly. That's when they sent me home.
22 Q. Okay. Who lives with you at the -- at the
23 address on
24 A. My wife.
25 Q. Anyone else?

DEPOSITION OF DANIEL ENGUITA TAKEN JULY 27, 2005

**9**

1   A.   Well, my daughter just came, and she's with
2   me, too.
3   Q.   Okay.  Does your wife work?
4   A.   No.
5   Q.   Has she ever worked?
6        MS. NEALLY:  She worked for Neoplan.
7   A.   She worked for Neoplan.
8   Q.   (By Ms. Neally)  When did she work for
9   Neoplan?
10   A.   How long ago?
11   Q.   Yes, sir.
12   A.   How many years has it been?  Ten years?
13   Eight years?  I don't remember for sure.
14   Q.   Okay.
15   A.   Let's just say eight years or so.
16   Q.   Are you working right now?
17   A.   No, I don't.
18   Q.   When was the last time you worked?  Two
19   years ago when -- when you left the United States?
20   A.   Yes.  When they kicked me out, and I didn't
21   work any more.
22        MS. NEALLY:  Objection, responsiveness
23   of the answer.
24   Q.   (By Ms. Neally)  Have you tried to get a job
25   since leaving the United States?

Hill & Romero
Certified Court Reporters

**10**

1   A.   Yes.  In the United States and in Germany,
2   also.  But since they closed down in Germany, they
3   didn't want me anymore, so they didn't give me work
4   anymore.
5   Q.   Okay.  Sir, I understand --
6   A.   Because they changed the company, you see.
7        MS. NEALLY:  Object to the
8   responsiveness of the answer.
9   Q.   (By Ms. Neally)  Sir, my question was, have
10   you tried to find a job since leaving the United
11   States?
12   A.   Yes, of course.  But I can't find one.
13   Q.   When was -- where have you tried to find a
14   job at?
15   A.   Here in Spain.
16   Q.   With what companies?
17   A.   And -- and Argentina.
18   Q.   With what companies, sir?
19   A.   The company's Neobus.
20   Q.   Okay.  Other than Neoplan or Neobus,
21   who else have you tried to get a job with?
22   A.   Here in the town I live at now, but they
23   don't give me any job.  I've been trying to do any
24   type of work, but there's nothing for me to do.
25   Q.   Where have you applied, sir?  For what kind

Hill & Romero
Certified Court Reporters

**11**

1   of jobs?
2   A.   I can do anything.
3        MS. NEALLY:  Object to the
4   responsiveness of the answer.
5   Q.   (By Ms. Neally)  Name the companies that
6   you've tried to get a job at.  I'm interested in
7   specifics here, sir, not just generalities.
8   A.   Well, in Spain, that doesn't work.  The town
9   I live in, there is no companies.
10   Q.   So you don't have the names of any employers
11   or people that you've tried to work -- work for?
12   A.   No.  Because over here, there's no
13   companies.  Nothing.  There's people who own land
14   and...
15   Q.   Do you have any evidence to support your
16   claims that you've tried to seek jobs?
17   A.   I can try it in writing and send it to you
18   if it's needed, and then send it to you.
19   Q.   No, I'm not asking you to create anything,
20   sir.  I'm asking you if you have any documents to
21   support your claims that you've tried to get jobs
22   elsewhere?
23   A.   Well, in Spain, that doesn't work.  You just
24   go to a place, ask for a job, there isn't any, they
25   don't give you any.  That's it.

Hill & Romero
Certified Court Reporters

**12**

1   Q.   So you have no document, correct, sir?
2   A.   No.  None.
3   Q.   You have none, correct?
4   A.   None.
5   Q.   Okay.  Did you receive a settlement from
6   Neoplan in Germany?
7        MS. ROBINSON:  Object to the question
8   as being irrelevant.
9   A.   What do you mean?  I don't understand.
10   Q.   (By Ms. Neally)  Did you file a claim in
11   Germany with Neoplan --
12        MS. ROBINSON:  Object --
13   Q.   (By Ms. Neally)  -- or one of its
14   subsidiaries?
15        MS. ROBINSON:  Object.  Irrelevant.
16   Violates the Collateral Source Rule.
17   A.   The German company gave me money, too.
18   Q.   (By Ms. Neally)  What did they give you
19   money for?
20        MS. ROBINSON:  Objection -- I'm sorry.
21   I need to interpose an objection.  Objection.
22   Irrelevant.  Violates the Collateral Source Rule.
23   A.   Well, I went with my problems to all the
24   plants that Neoplan has in Africa and other places.
25   And when I talked to this one person, I was helped,

Hill & Romero
Certified Court Reporters

DEPOSITION OF DANIEL ENGUITA TAKEN JULY 27, 2005

---

13

1  because of my good work and experience that I put into

2  the company.

3      Q.    (By Ms. Neally) Okay. What -- how were you

4  helped?

5              MS. ROBINSON: Object -- I need to

6  interpose an objection. Irrelevant. Collateral

7  Source Rule.

8      A.    Because they appreciated me a lot, and they

9  found out that Neoplan is --

10             MS. NEALLY: Sir, I'm going to object

11  to the responsiveness of the answer. What?

12     Q.    (By Ms. Neally) I'm just asking you how you

13  were helped, not why you were helped.

14             MS. ROBINSON: Objection. Irrelevant.

15  Collateral Source Rule.

16     Q.    (By Ms. Neally) You said they paid you --

17     A.    The family.

18     Q.    Okay. And how did they help the family?

19  Did they pay them money or what?

20             MS. ROBINSON: Same objection.

21     A.    My family gave me money so I could live

22  until I settled in town.

23     Q.    (By Ms. Neally) No. I'm not talking about

24  your family. I'm talking about the German equivalent

25  of Neoplan?

Hill & Romero
Certified Court Reporters

---

14

1              MS. ROBINSON: Same objection.

2      Q.    (By Ms. Neally) How did they help you?

3  They paid you money?

4              MS. ROBINSON: Same objection.

5      A.    No. No.

6      Q.    (By Ms. Neally) They didn't pay --

7      A.    You're asking -- I was given money, because

8  I was a good person.

9      Q.    How much money did they give you, sir?

10             MS. ROBINSON: Same objection.

11     A.    Eighty.

12     Q.    (By Ms. Neally) Eighty what? Eighty --

13     A.    80,000 Euros.

14             MS. ROBINSON: Euro dollars.

15             MS. NEALLY: Euros.

16     Q.    (By Ms. Neally) 80,000 Euro dollars; is

17  that correct?

18             MS. ROBINSON: Objection. Same

19  objection.

20     Q.    (By Ms. Neally) And when did they give you

21  this money?

22             MS. ROBINSON: Same objection.

23     A.    As soon as I got to Spain.

24     Q.    (By Ms. Neally) In September of 2002?

25             MS. ROBINSON: Same objection.

Hill & Romero

---

15

1      A.    Well, the date, I don't remember.

2      Q.    (By Ms. Neally) Some time in 2002; is that

3  correct?

4              MS. ROBINSON: Same objection.

5      A.    2002?

6      Q.    (By Ms. Neally) Yes. Some time in 2002;

7  isn't that what -- you said as soon as you got to

8  Spain, correct?

9      A.    2003 or so.

10     Q.    Okay. Do you have any documents regarding

11  this?

12             MS. ROBINSON: Objection. Irrelevant.

13  Collateral Source Rule.

14     A.    No. At the bank maybe I have something.

15     Q.    (By Ms. Neally) Do you receive a pension?

16     A.    Yes.

17     Q.    From where?

18     A.    From -- from the U.S. and from Germany and

19  Spain.

20     Q.    And what is your pension per either year or

21  month?

22     A.    From the U.S., 600 Euros a month. Euros.

23     Q.    Okay. How about from Germany?

24             MS. ROBINSON: Objection. Irrelevant.

25  The Collateral Source Rule.

Hill & Romero
Certified Court Reporters

---

16

1      A.    500. 500 or 600, around there.

2      Q.    (By Ms. Neally) And how about from Spain?

3              MS. ROBINSON: Objection. Irrelevant.

4  Collateral Source Rule.

5      A.    From Spain, a hundred and 90. Ha. Ha.

6      Q.    (By Ms. Neally) Is that from -- is that a

7  month or -- or per year?

8      A.    That's per month.

9      Q.    Okay. And did you receive unemployment

10  after you left Neoplan?

11     A.    Well, no. Well, I was helped as soon as I

12  was let go, without any work, by the family help me

13  (sic), and they've been doing that even up to date.

14     Sir, no. My question was, from the Texas

15  Workforce Commission, did you receive -- or from any

16  Workforce Commission in the United States, did you

17  receive unemployment benefits after the plant closed?

18     A.    No.

19     Q.    When did you first find out that the plant

20  in Brownsville was going to close?

21     A.    Well, that's a whole history. They sent a

22  memo to Texas. Then we work for a year. They told me

23  then that -- that it was going to close, and the other

24  employees were sent to Colorado, but I was not.

25             MS. NEALLY: Object to responsiveness

Hill & Romero
Certified Court Reporters

17

1  of the answer.
2      Q.    (By Ms. Neally)  Sir, it's going to be a lot
3  quicker if you just kind of answer the question I'm
4  asking you instead of telling me all the information
5  you want me to be told.  Let's back up a little bit.
6  What's your education?  Did you go to a university?
7      A.    No.
8      Q.    Okay.  What was the last year of school that
9  you attended?
10     A.    I don't remember.
11     Q.    You don't remember what school you attended?
12     A.    No.  It was my town, and it's a very small
13  town.
14     Q.    Okay.  What was the first job you held after
15  you quit going to school?
16     A.    I set up a whole industry in my own town.
17     Q.    I like that.  What was the industry?
18     A.    Agricultural.
19     Q.    And how long did you do that?
20     A.    Fifteen years.
21     Q.    Okay.  After the 15 years, where did you go
22  to work?
23     A.    To Germany.
24     Q.    Okay.  How old were you when you quit going
25  to school?

Hill & Romero
Certified Court Reporters

18

1      A.    Nineteen.
2      Q.    Okay.  So you were 34 when you went to
3  Germany, more or less, right?
4      A.    No.
5      Q.    That's why I love interpreted depositions on
6  video.  No?  Then what year was it when you went to
7  Germany?
8      A.    Well, I don't remember.
9      Q.    Well, that's what I'm trying to figure out
10  here, sir, because it's not me that's filed a lawsuit.
11  And so what I'm trying to do is, to establish what
12  year or how old or some point of reference when you
13  went to Germany.  So can you help me out here?  Can
14  you -- how old were you or what year was it when you
15  first went to Germany to go to work?
16     A.    Twenty, 22.
17     Q.    You were 20 or 22 when you went to Germany?
18     A.    Yes.
19     Q.    Okay.  Didn't you just tell the interpreter
20  a few minutes ago that you started an industry in
21  your -- your hometown that you worked at for 15 years?
22     A.    Well, I set it up.  I left it in my
23  brother's hands.  I took off.
24     Q.    Okay.  All right.  So 20 or 22 you went to
25  Germany.  What was the first job you held?

Hill & Romero

19

1      A.    Welding.
2      Q.    Okay.  When did you first start working for
3  Neoplan?
4      A.    I don't remember.  It's been 45 years.  I
5  worked 45 years for Neoplan.
6      Q.    Okay.  Now, you didn't work for the same
7  part of Neoplan the entire time, correct?
8      A.    Yes.  All the time.
9      Q.    No.  Because they're not owned by the same
10  people, right?
11     A.    I do not understand.
12     Q.    Well, you -- you know, from the information
13  that I've been provided, Neoplan U.S.A. is separate
14  and apart from the Neoplan Germany?
15     A.    Well, now it is.  Before, no.
16     Q.    Okay.  How long has it been separated?
17     A.    Four or five years or so.
18     Q.    Okay.  When you first started working for
19  Neoplan 45 years ago, what did you do for them?
20     A.    Me?  Welding chassis.
21     Q.    Okay.  When did you first get transferred to
22  another country?
23     A.    Ten years in Germany, and then I was sent to
24  Africa.  I'm not sure about the years.
25     Q.    Okay.  How long were you in Africa?

Hill & Romero
Certified Court Reporters

20

1      A.    In Ghana, six years.
2      Q.    Okay.  Then where did you get transferred?
3      A.    To the United States.
4      Q.    Okay.  So how long were you -- when did you
5  first come to the United States?
6      A.    I don't know, but I spent 22 -- 22 years
7  there since --
8      Q.    So since about 1983?
9      A.    Yes.  Around there.
10     Q.    Okay.  And where did you first go when you
11  came to the United States?
12     A.    To Colorado.
13     Q.    Okay.  And how long were you in Colorado?
14     A.    Twenty years.
15     Q.    Okay.  How long were you in Brownsville?
16     A.    In Brownsville, a year-and-a-half.
17     Q.    Were -- were you anywhere else in the United
18  States?  Any other -- pardon?
19     A.    In Philadelphia where I helped them to set
20  up another plant for Neoplan.
21     Q.    How long were you in Philadelphia?
22     A.    Six months or so, just to set it up and make
23  sure production started up.
24     Q.    Okay.  Anywhere else besides Colorado,
25  Brownsville, and Philadelphia?

Hill & Romero
Certified Court Reporters

DEPOSITION OF DANIEL ENGUITA TAKEN JULY 27, 2005

**21**

1  A.    I was in California, also.

2  Q.    For how long?

3  A.    Six months.

4  Q.    Where did you own property in the United

5  States?

6  A.    In Colorado.

7  Q.    Okay. Did you buy a house, or did Neoplan

8  buy a house for you?

9  A.    Yes. No. I bought it.

10  Q.    And they just lent you the money for the

11  house?

12  A.    No. My boss told me to buy on my own so

13  that in the future I could sell it.

14  Q.    Okay. Do you still own the house?

15  A.    No. I had to sell it.

16  Q.    When did you sell it?

17  A.    Well, the one in Colorado, it's been about

18  five -- five, six years. Five.

19  Q.    Okay. Did you own any property in

20  Brownsville?

21  A.    Of course. I had to buy another house in

22  Brownsville.

23  Q.    Okay. Do you still own that house?

24  A.    No. No. I sold it.

25  Q.    When did you sell it?

**22**

1  A.    Couple of years.

2  Q.    Did you sell it before you moved to Spain?

3  A.    Of course.

4  Q.    So you sold it in the Summer of 2002?

5  A.    Yes.

6  Q.    Did you make any money off of it when you

7  sold it?

8  A.    I lost money.

9  Q.    How much did you lose?

10  A.    Oh, 30, 40,000 dollars.

11  Q.    Do you have any documents to support that?

12  A.    No. Because all -- when I sold it, all the

13  papers I gave it to -- to the person who bought the

14  house from me.

15  Q.    Okay. So you don't have any documents to

16  support that you lost money when you sold the house?

17  A.    No.

18       MS. NEALLY: Did he say "no"?

19       THE INTERPRETER: No.

20  Q.    (By Ms. Neally) That's correct?

21  A.    Yes.

22  Q.    Any other properties that you owned in the

23  United States?

24  A.    No.

25  Q.    Okay. When you first came to the United

**23**

1  States, what was your position with Neoplan?

2  A.    Production Manager.

3  Q.    And is that the position you held throughout

4  your employment at Neoplan in the United States?

5  A.    No. Later on, I changed from Production

6  to...

7  Q.    To what?

8  A.    For example, when I left Production, so I

9  would go to everywhere in the many different places in

10  the world to start up Neoplan plants.

11  Q.    No. I'm talking about in the United States,

12  sir. When you were in the United States --

13  A.    In the United States, I was in Production

14  Management, and the Coordinator of New -- New

15  Projects.

16  Q.    Okay. And those were the two positions you

17  held, correct?

18  A.    Yes.

19  Q.    Okay. Other than the plant in California,

20  Philadelphia, Brownsville, where else did you go and

21  open and -- and -- and do -- coordinate new projects?

22  A.    In Colorado.

23  Q.    Okay. How long had the Brownsville plant

24  been open before you went down there?

25  A.    A year-and-a-half we opened it.

**24**

1  Q.    You opened it yourself?

2  A.    Yes.

3  Q.    The entire plant closed, right?

4  A.    Everything.

5  Q.    Okay. And it's never reopened, correct?

6  A.    No.

7  Q.    Okay. How many people were employed there?

8  A.    We started with 80 or 90 workers.

9  Q.    Okay. And when you closed, how many

10  employees did you have?

11  A.    Well, the same. There were no others.

12  Q.    How many people stayed on with Neoplan after

13  the plant closed in Brownsville that you know for a

14  fact?

15  A.    One.

16  Q.    Who is the one that you know that stayed on?

17  A.    One by the name of --

18  Q.    I'm sorry? Say it again?

19  A.    Bob --

20  Q.    Hold on. Hold on. I got some names. Bob

21  Tatum?

22  A.    Yes.

23  Q.    What was his position?

24  A.    Production Manager, also.

25  Q.    What was the position that he went to after

DEPOSITION OF DANIEL ENGUITA TAKEN JULY 27, 2005

---

**25**

1  he left?

2  A.  I don't know.

3  Q.  Do you know how old Mr. Tatum was?  Was he

4  over 40?

5  A.  45, 50, around there.

6  Q.  Okay.  Sir, have you ever filed a worker's

7  compensation claim while you were employed at Neoplan?

8  A.  Never.

9  Q.  Okay.  How is your health right now, sir?

10  Are you still disabled?

11  A.  Well, more or less, I would say.

12  Q.  Okay.  What are your disabilities that you

13  have right now?

14  A.  What's wrong with me?  Arthrosis, and the

15  feet.

16  Q.  What's wrong with your feet, sir?

17  A.  They get swollen and they hurt a lot and I

18  can't walk.

19  Q.  Do you have to use a wheelchair?

20  A.  No, not yet.

21  Q.  Okay.  And -- and then when you said

22  arthrosis, you mean arthritis?

23  A.  Whatever you call it in English.

24  Q.  Okay.

25  MS. ROBINSON:  Spinal stenosis.

Hill & Romero
Certified Court Reporters

---

**26**

1  MS. NEALLY:  Right.

2  Q.  (By Ms. Neally)  Did you ever make any

3  requests for accommodation to Neoplan?

4  A.  No.  There was no need for that.

5  Q.  Your problems that you have with your

6  arthritis, is that with your back and your hip?

7  A.  Yes.

8  Q.  Okay.  You were provided with -- let me

9  do this first.  You're aware -- you're aware that

10  your -- your attorney has filed a lawsuit on your

11  behalf, correct?

12  A.  Yes.  One moment, please.  Five minutes.

13  THE INTERPRETER:  He needs five

14  minutes.  Okay.  He's ready.

15  A.  Can you repeat the question?

16  Q.  (By Ms. Neally)  Okay.  You're aware that

17  your attorney filed a lawsuit on your behalf, correct?

18  A.  Yes.

19  Q.  Do you recall responding to some

20  interrogatories?

21  A.  No.  No.

22  Q.  Okay.  Do you recall telling your attorney

23  that you have been unable to seek work because of your

24  disabilities?

25  A.  Well, I don't remember.

Hill & Romero
Certified Court Reporters

---

**27**

1  Q.  Okay.  You were earning 65,000 dollars a

2  year at -- at Neoplan when you left; is that right?

3  A.  Yes.

4  Q.  Okay.  You have sought no psychiatric

5  treatment as a result of your claims in this case; is

6  that right?

7  A.  I do not understand that.

8  Q.  As a result of this -- of your -- of

9  your -- the plant closing, your leaving, you have not

10  sought any type of treatment for mental anguish or

11  mental problems, correct?

12  A.  No.

13  Q.  That's not correct?  You have sought it?

14  A.  No.  No.  No.  I haven't looked for any of

15  that.

16  Q.  Okay.  You haven't seen any therapist, any

17  counselors or psychiatrist, psychologist?

18  A.  Correct.

19  Q.  Okay.  You had no contract with Neoplan,

20  correct?  No -- no contract with Neoplan U.S.A.,

21  correct?

22  A.  Correct.

23  Q.  In fact, they quit paying for your

24  round-trip ticket to go see your family, correct?

25  THE INTERPRETER:  Would you repeat

Hill & Romero
Certified Court Reporters

---

**28**

1  that for my benefit?

2  MS. NEALLY:  Quit paying for the

3  round-trip ticket to go see your family.

4  THE INTERPRETER:  The company, right?

5  MS. NEALLY:  Right.

6  A.  Yes.

7  Q.  (By Ms. Neally)  In your answers,

8  you indicate that you did receive insurance

9  benefits -- unemployment insurance benefits; is

10  that correct?

11  A.  I think so.

12  Q.  Okay.  Neoplan Stuttgart is who you received

13  the 80,000 Euros from, right?

14  MS. ROBINSON:  Objection, irrelevant.

15  Collateral Source Rule.

16  A.  Yes.

17  Q.  (By Ms. Neally)  Now, were you still

18  employed by them while you were still employed with

19  Neoplan U.S.A.?

20  A.  No.  No.

21  Q.  Okay.  Now, I'm going to talk to you a

22  little bit about the -- the Petition that's been

23  filed on your behalf, sir.  What other

24  individuals -- you're -- you're claiming that you

25  were discriminated against, correct?

Hill & Romero
Certified Court Reporters

DEPOSITION OF DANIEL ENGUITA TAKEN JULY 27, 2005

29

1    A.    Yes, ma'am.

2    Q.    And what were you -- why were you -- do you

3    believe that you were discriminated against?

4    A.    Perhaps because I was a Spaniard. I don't

5    know. I handled the entire company, you see.

6         THE INTERPRETER: We're not getting

7    everything. The phone is not -- is cutting in and

8    out.

9    Q.    (By Ms. Neally) Sir, in the nature of the

10   speaker phone, you got to be real careful that you

11   answer very clearly. And, I'm sorry, but we're not

12   getting everything that you're saying. You think it

13   was because you were Spanish?

14   A.    Well, I would say.

15   Q.    What other -- what other employees were

16   there at Neoplan U.S.A. who were of Spanish descent

17   like you?

18   A.    None.

19   Q.    Okay. So you don't know of anyone else at

20   Neoplan who was of Spanish descent who was treated the

21   same way you were, correct?

22   A.    Correct.

23   Q.    Okay. How about you -- you also had a

24   disability, correct? You -- you had spinal stenosis,

25   correct?

Hill & Romero
Certified Court Reporters

30

1    A.    Yes.

2    Q.    Do you know anyone else who was -- who had

3    that same condition besides you?

4    A.    Well, no.

5    Q.    Besides yourself, do you know anyone else

6    that was -- that you believed was discriminated

7    against because they had spinal stenosis or some other

8    type of disability?

9    A.    Well, no. I don't know.

10   Q.    You've also claimed that you were

11   discriminated against because of your age. Do you

12   know anybody else who was discriminated against

13   because of their age?

14   A.    No. I don't believe so.

15   Q.    Okay. You have no evidence that the -- this

16   mistreatment that you're claiming that was received by

17   you was part of a pattern and practice engaged in by

18   the Defendant towards the Plaintiff and others

19   similarly situated, correct?

20        THE INTERPRETER: Let me see that.

21        MS. NEALLY: No evidence of

22   mistreatment.

23   A.    No.

24   Q.    (By Ms. Neally) That's correct, right?

25   A.    Yes.

Hill & Romero
Certified Court Reporters

31

1    Q.    You're not aware of any unwritten plan or

2    scheme by the Defendants to discriminate against

3    injured, older Hispanic employees, are you?

4    A.    No.

5    Q.    Did you ever file any type of discrimination

6    claim with your employer while you were still -- or

7    with -- yeah. With your employer while you were still

8    employed by them?

9    A.    No.

10   Q.    And you didn't file anything with the EEOC

11   or the TCHR -- I'm sorry. The Equal Employment

12   Opportunity Commission or the Texas Commission on

13   Human Rights -- while you were still employed by

14   Neoplan, correct?

15   A.    No.

16   Q.    That's correct, right?

17   A.    Yes.

18   Q.    Did you ever oppose a

19   discriminary -- discriminatory practice with your

20   employer while you were still employed?

21   A.    No.

22   Q.    Did you ever make or file a charge with your

23   employer while you were still employed by them?

24   A.    No.

25   Q.    Did you ever testify, assist, participate in

Hill & Romero
Certified Court Reporters

32

1    any manner in an investigation, proceeding or hearing

2    regarding discrimination while you were still

3    employed?

4    A.    No. No. Never.

5    Q.    What was your last day of employment with

6    Neoplan U.S.A.? And what I really mean is, what was

7    your -- the last day that you actually worked at

8    Neoplan U.S.A.?

9    A.    I was out by September.

10   Q.    Well, I know you were out by September. But

11   that's not -- at that point, you were only receiving

12   vacation pay, correct? Your -- your last day of

13   employment was actually June 24th, 2002, correct?

14   A.    Well, precisely, precisely, I don't know

15   that.

16   Q.    So you don't know the exact date, right?

17   A.    No. Precisely, I don't.

18   Q.    But by September 2002, you'd already moved

19   to Spain, right?

20   A.    2002, 2003, around there.

21   Q.    You don't even know when you moved to

22   the -- back to Spain?

23   A.    Not the day.

24   Q.    What work do you think was available that

25   you still could've done at Neoplan U.S.A.?

Hill & Romero
Certified Court Reporters

DEPOSITION OF DANIEL ENGUITA TAKEN JULY 27, 200

33

10:51:34 1      A.   Everything.

10:51:44 2      Q.   Okay.  You transferred from Colorado to

10:51:50 3  Brownsville, right?

:59 4      A.   Yes.

:54 5      Q.   And when you moved to Brownsville, you

10:51:56 6  thought it was a permanent thing, because you went and

10:51:58 7  bought a house, right?

00:52:00 8      A.   I was forced to buy it.

00:52:08 9      Q.   Well, you -- but you did.  You went and you

00:52:12 10  moved over to Brownsville, and you bought a house,

00:52:14 11  right?

00:52:14 12      A.   Yes.  I bought it.

00:52:20 13      Q.   Did they hire somebody to fill the slot that

00:52:22 14  you'd been doing in Colorado?

00:52:24 15      A.   I don't know.

00:52:26 16      Q.   So you don't know what the situation was

00:52:30 17  over at -- in Colorado, because you were no longer

00:52:40 18  there, right?

00:52:42 19      A.   Yes.  I was not there anymore.

00:52:50 20      Q.   Okay.  What extreme and

00:53:14 21  outrageous -- outrageous conduct was committed

00:53:18 22  intentionally or recklessly to cause you emotional

00:53:22 23  distress?

00:53:24 24      A.   Well, I don't know.

00:53:46 25      Q.   Well, you're the only one that would know

Hill & Romero
Certified Court Reporters

34

00:53:50 1  that, sir.  Can you think of anything that was done by

00:53:54 2  Neoplan U.S.A. to you that was -- that was -- that you

00:54:00 3  regard as extreme or outrageous conduct committed

00:54:02 4  intentionally or recklessly to cause you emotional

00:54:08 5  distress?

00:54:08 6      A.   Somebody in the company?

00:54:22 7      Q.   Right.  Conducted by somebody in the

00:54:26 8  company.  Besides the fact that they weren't kept on by

00:54:32 9  Neoplan U.S.A. when they closed down the Brownsville

00:54:34 10  plant, can you think of any other conduct that was

00:54:36 11  done by anybody else in the company that you regard as

00:54:40 12  extreme and outrageous that was done intentionally to

00:54:44 13  cause you emotional distress?

00:54:48 14      A.   Well, I don't know.

00:55:10 15      Q.   So you don't know of any, right?

00:55:12 16      A.   No.

00:55:14 17      Q.   What mental or physical pain and suffering

00:55:20 18  can you tell us about that you had after the plant

00:55:24 19  closed at Neoplan in Brownsville?

00:55:30 20      A.   Well, they left me -- well, they left me for

00:55:50 21  dead.

00:55:52 22          MS. NEALLY:  Object to the

:23 23  responsiveness of the answer.

00:55:54 24      Q.   (By Ms. Neally)  I just want to know how did

00:55:56 25  that manifest with you?  What was the mental or

Hill & Romero
Certified Court Reporters

35

00:56:56 1  physical pain that you had?  I understand you were

00:56:58 2  upset, okay?  But how else did it exhibit itself?

00:56:58 3      A.   Well, just the arthritis or arthrosis, you

00:56:58 4  see.  And perhaps other things.

00:56:58 5      Q.   Okay.  But the arthritis, you're not blaming

00:56:58 6  on Neoplan, sir, are you?  You already had that,

00:56:58 7  right?

00:56:58 8      A.   No.  No.  Three years, four years, but not

00:56:58 9  as much as now.

00:56:58 10      Q.   Okay.  So you're blaming your arthritis on

00:56:58 11  Neoplan; is that right?

00:56:58 12      A.   No.  It's because I was working.

00:57:04 13      Q.   I'm sorry?

00:57:10 14      A.   I don't think that Neoplan is at fault for

00:57:16 15  that, you see.

00:57:16 16      Q.   Okay.  All right.  But I'm just trying to

00:57:20 17  see what you are blaming on Neoplan, sir.

00:57:28 18      A.   That they fired me.

00:57:34 19      Q.   Anything else?

00:57:36 20      A.   No.

00:57:38 21      Q.   Okay.  Your lost income is 65,000 dollars;

00:57:42 22  is that right?

00:57:48 23      A.   Correct.

00:57:50 24      Q.   And then did you have any retirement

00:57:52 25  benefits?

Hill & Romero
Certified Court Reporters

36

00:57:54 1      A.   No.  Now, I do.

00:58:04 2      Q.   Okay.  What about fringe benefits?  Did you

00:58:08 3  have any fringe benefits that you're claiming you

00:58:10 4  lost?

00:58:10 5      A.   No.

00:58:14 6      Q.   Did you get health -- health insurance?

00:58:20 7      A.   Yes.  Insurance, yes.

00:58:30 8      Q.   Anything else that you can think of?

00:58:34 9      A.   No.

00:58:36 10      Q.   How much longer did you plan on working with

00:58:40 11  Neoplan U.S.A.?

00:58:42 12      A.   Up to 65 years of age.

00:58:52 13      Q.   Okay.  How --

00:58:54 14      A.   And then --

00:58:56 15      Q.   How --

00:58:56 16      A.   -- with the family, also.

00:58:56 17      Q.   What do you mean "with the family"?  Then

00:59:02 18  you were going to go work with your family?

00:59:02 19      A.   With the family of Neoplan.

00:59:02 20      Q.   Okay.  Pardon?

00:59:14 21      A.   To help.  Helping.

00:59:18 22      Q.   Okay.  You had missed how much work in 2002

00:59:24 23  because of your arthritis?  You were out from what?

00:59:30 24  February till May?

00:59:34 25      A.   Oh, yes.

Hill & Romero
Certified Court Reporters

DEPOSITION OF DANIEL ENGUITA TAKEN JULY 27, 200

37

| | | |
|---|---|---|
| 00:59:42 1 | Q. | Okay. And then there was another year, I |
| 00:59:46 2 | | think it was 1999, where you were also out for awhile. |
| 00:59:48 3 | | Why was that? |
| :50 4 | A. | An operation. |
| :56 5 | Q. | What kind of an operation, sir? |
| 00:59:58 6 | A. | What do you call it? On the hip. At the |
| 01:00:18 7 | | hip. The hip. |
| 01:00:18 8 | Q. | You had to have a hip operation, sir? |
| 01:00:20 9 | A. | Yes. |
| 01:00:24 10 | Q. | Okay. And then what was the operation you |
| 01:00:28 11 | | had in 2002? |
| 01:00:30 12 | A. | The hip. |
| 01:00:38 13 | Q. | Is this the same hip or different hips? |
| 01:00:40 14 | A. | No. The other one. |
| 01:00:44 15 | Q. | So have you had both hips replaced? |
| 01:00:48 16 | A. | Both. Yes. |
| 01:00:54 17 | Q. | I'm sorry, sir. That must be very painful, |
| 01:00:56 18 | | right? |
| 01:01:02 19 | A. | Yes. Quite a bit. |
| 01:01:04 20 | Q. | Have you ever been treated for depression? |
| 01:01:08 21 | A. | No. |
| 01:01:12 22 | Q. | Okay. This is -- you're going to want to |
| 01:01:16 23 | | look at that. What acts of spite or ill will or |
| 01:01:18 24 | | maliciousness or -- or fraudulent intent by the |
| 01:01:22 25 | | Defendant are you aware of against you? |

Hill & Romero
Certified Court Reporters

38

| | | |
|---|---|---|
| 01:01:24 1 | A. | I don't know. |
| 01:01:54 2 | Q. | You don't know of any, right? |
| 01:01:56 3 | A. | No. |
| 01:02:02 4 | Q. | That's correct? |
| 01:02:06 5 | A. | Yes. I believe so. |
| 01:02:06 6 | Q. | What documents did you look at to prepare |
| 01:02:16 7 | | for your deposition today? And I don't want to know |
| 01:02:28 8 | | about correspondence from your attorney. I want to |
| 01:02:38 9 | | know about documents. |
| 01:02:42 10 | A. | Quite a bit of them, but I don't know. |
| 01:02:44 11 | Q. | Are those the exhibits that I sent over? |
| 01:02:48 12 | A. | Yes. |
| 01:02:50 13 | Q. | Okay. Well, we'll go over those in a few |
| 01:02:54 14 | | minutes. But anything besides those exhibits? |
| 01:02:58 15 | A. | No. |
| 01:03:02 16 | Q. | I'm sorry, but who is present with you |
| 01:03:04 17 | | today? Is it your wife? |
| 01:03:04 18 | A. | Yes. My wife is here. Yes. |
| 01:03:16 19 | Q. | Who else? |
| 01:03:16 20 | A. | Two young men, and one young lady, whom I |
| 01:03:26 21 | | don't know. And he's taping me. |
| 01:03:22 22 | Q. | Okay. I'm talking about who you brought |
| :23 | | with you, sir. |
| 01:03:30 24 | A. | My wife only. |
| 01:03:36 25 | Q. | Okay. You are aware -- you said earlier |

Hill & Romero
Certified Court Reporters

39

| | | |
|---|---|---|
| 01:03:40 1 | | that you're aware of only one person from the -- out |
| 01:03:44 2 | | of the 80 people at the Brownsville plant who Neoplan |
| 01:03:46 3 | | kept on; is that right? And that's Bob Tatum; is that |
| 01:04:02 4 | | right? |
| 01:04:06 5 | A. | Yes. That -- that's it. |
| 01:04:08 6 | Q. | You don't know of anybody else that -- I'm |
| 01:04:10 7 | | sorry. Do you know of anyone else that Neoplan kept |
| 01:04:12 8 | | on? |
| 01:04:12 9 | A. | I think so, but I -- I don't know anyone. |
| 01:04:34 10 | Q. | I'm going to name some people and see if you |
| 01:04:42 11 | | know where they're working. These are people that |
| 01:04:42 12 | | you've identified in your responses to discovery. |
| 01:04:50 13 | | Juan Maichan. Do you know -- do you know who he is? |
| 01:04:58 14 | A. | I think so. |
| 01:04:52 15 | Q. | Who is he? |
| 01:05:02 16 | A. | He's my attorney. |
| 01:05:12 17 | Q. | In Colorado? Pardon? |
| 01:05:18 18 | A. | I don't know. I don't remember the name of |
| 01:05:24 19 | | that person either. |
| 01:05:24 20 | Q. | Okay. Patricia Robina. Is it -- Pat |
| 01:05:44 21 | | Robinette, I don't know. I'm trying to -- |
| 01:05:50 22 | A. | Colorado. |
| 01:05:50 23 | Q. | Okay. Dorothy Elliott? |
| 01:05:52 24 | A. | Dorothy, also. |
| 01:05:56 25 | Q. | Is also in Colorado? |

Hill & Romero
Certified Court Reporters

40

| | | |
|---|---|---|
| 01:05:58 1 | A. | Well, not anymore, I don't believe. I don't |
| 01:06:04 2 | | think so. |
| 01:06:04 3 | Q. | Why -- you don't think that she works for |
| 01:06:06 4 | | the plant -- for the Neoplan anymore? |
| 01:06:14 5 | A. | I don't believe so. |
| 01:06:14 6 | Q. | Ivan Rogers. |
| 01:06:18 7 | A. | Yes. |
| 01:06:20 8 | Q. | Where does he work? |
| 01:06:22 9 | A. | Now, in Colorado. |
| 01:06:28 10 | Q. | And -- and you don't know who Juan Maichan |
| 01:06:32 11 | | is? |
| 01:06:32 12 | A. | Maichan, no. |
| 01:06:44 13 | Q. | Okay. Were any of these people working with |
| 01:06:44 14 | | you in the Brownsville plant? |
| 01:06:50 15 | A. | I believe so. I just don't remember. |
| 01:06:56 16 | Q. | You don't remember? As we sit here today, |
| 01:07:52 17 | | you can't testify that any of these people were |
| 01:07:06 18 | | working with you and they stayed on with Neoplan |
| 01:07:06 19 | | U.S.A. except for Mr. Tatum, correct? |
| 01:07:10 20 | A. | I believe that they kept on. |
| 01:07:26 21 | Q. | But -- well, Patricia Robinette never worked |
| 01:07:26 22 | | in Brownsville; would you agree with that? |
| 01:07:34 23 | A. | No. She always worked in Colorado. |
| 01:07:42 24 | Q. | Okay. Dorothy Elliott you don't remember, |
| 01:07:44 25 | | right? |

Hill & Romero
Certified Court Reporters

DEPOSITION OF DANIEL ENGUITA TAKEN JULY 27, 200

**41**

1    A.    Yes. But she doesn't work anymore.

2    Q.    Okay. And you said you don't know who Juan

3    Malchan is. And Ivan Rogers, who is Ivan Rogers?

4    What? I'm sorry, what?

5    A.    I remember some names, but I don't remember

6    very well anymore.

7    Q.    Okay. Are you taking any medicine that's

8    keeping you from remembering?

9    A.    No.

10    Q.    Okay. Sir, I need to take a really quick

11    break. I'll be back in about five minutes. So if you

12    want to go to the rest room or something right now,

13    now would be a good time. But we're going -- we're

14    going to keep the line open, because we don't want to

15    lose you, okay?

16    A.    All right.

17        (Recess).

18    Q.    (By Ms. Neally) Okay. Mr. Enguita, can you

19    please get the documents that your attorney sent to

20    you that are labeled on the bottom starting with

21    Exhibit A?

22    A.    One moment. One moment.

23        MS. NEALLY: Did he have them?

24        THE INTERPRETER: He's got them.

25    A.    I got them right here.

Hill & Romero
Certified Court Reporters

**42**

1    Q.    (By Ms. Neally) Okay. Okay. On Exhibit A,

2    and if you'll turn to page three -- first of all, do

3    you recognize this document, this Exhibit A? Starting

4    on A-3, it's an Intake Questionnaire. This is

5    something that's sent to the EEOC or the Texas

6    Commission of Human Rights. Is this your writing?

7    A.    No.

8    Q.    That's not your writing?

9    A.    No.

10    Q.    Is the information on it correct?

11    A.    The information, yes.

12    Q.    Okay. You were first hired by Neoplan in

13    February 1982, right?

14    A.    True.

15    Q.    Okay. And then Neoplan U.S.A., you said

16    that just came into existence in about 2000; is that

17    right? More or less?

18    A.    I think so.

19    Q.    Okay. Do you see on the section that says,

20    Employer? It says, Number of employees, 715. Is

21    that -- that's the total for all of Neoplan U.S.A.; is

22    that right? Yes? Or is that the total for the

23    Brownsville plant?

24    A.    No. Colorado.

25    Q.    Okay. Because in Brownsville, you said

Hill & Romero
Certified Court Reporters

**43**

1    there were only 80, right?

2    A.    Yes. (Spanish) or around there.

3    Q.    Okay. And on the next page, number four,

4    you indicated that you were terminated, correct?

5    Okay. And you were -- you were advised that the plant

6    closed in -- in April of 2002, that January (sic) 24th

7    was going to be your last day, right?

8    A.    Yes.

9    Q.    Okay. And on "B," it says, Provide the

10    reasons the employer gave you for each action taken

11    against you. And you wrote, None Given, right? Or

12    you or your attorney, or whoever, wrote this, None

13    Given, right?

14    A.    Yes.

15    Q.    You were told that the plant closed, right?

16    A.    Yes.

17    Q.    What conversations did you have with anybody

18    at Neoplan about the plant closing and about your not

19    staying on with the company?

20    A.    No. With no one.

21    Q.    You didn't talk to anybody about the letter

22    that you got in April telling you that the plant was

23    going to close?

24    A.    No.

25    Q.    You didn't talk to anyone in -- you know,

Hill & Romero
Certified Court Reporters

**44**

1    about June 24th being your last day of work?

2    A.    Well, no.

3    Q.    Did anyone tell you that you weren't going

4    to be kept on, because you were Spanish?

5    A.    No. Exactly, precisely as that, no.

6    Q.    Well, what did they tell you?

7    A.    The president and the other one, they just

8    fired me and that's it.

9    Q.    Who is the president and the other one?

10    A.    The one in personnel, Robinette.

11    Q.    What's the president's name? Pardon?

12    A.    Annemarie Hinowith (sic).

13    Q.    Can you spell that? Pardon?

14    A.    Chenowith. Chenoweth.

15    Q.    I don't know. I'm sorry, but we're not

16    understanding the name you're giving to this man or

17    woman. Is it a man or woman?

18    A.    A woman.

19    Q.    And what's -- what's the president's name?

20    Que?

21    A.    One moment. She was the president. The

22    female president.

23    Q.    And -- and, I'm sorry, can you say her name

24    again very slowly?

25    A.    Annemarie.

Hill & Romero
Certified Court Reporters

DEPOSITION OF DANIEL ENGUITA TAKEN JULY 27, 20

45

```
01:33:08  1    Q.    Okay. Okay. And when did you --
01:33:12  2    A.    Henowith. Genowith.
01:33:14  3    Q.    Oh, that's what you had over here. It's
       4  Anna Chenoweth?
       5    A.    Yes.
01:33:34  6    Q.    Okay. And when you spoke to the president
01:33:36  7  and -- and the Human Resources lady, Pat Robinette,
01:33:42  8  when was that? Was that before June 24th, 2003?
01:33:48  9    A.    Well, exactly, I don't know when.
01:33:54 10    Q.    And what do you remember them telling you
01:34:08 11  exactly?
01:34:08 12    A.    That the company was closing, and that I was
01:34:18 13  left without a job.
01:34:18 14    Q.    Okay. Did they offer you any other
01:34:20 15  positions with the company?
01:34:28 16    A.    No. No. I wanted to go back to Colorado,
01:34:28 17  but no, they gave me nothing.
01:34:30 18    Q.    How about to go and work at other plants?
01:34:32 19  Did you talk to them about that?
01:34:34 20    A.    For Neoplan, yes.
01:34:42 21    Q.    Okay. Did they offer you a traveling
01:34:44 22  position, where you have to travel from plant to
01:34:48 23  plant?
01:34:48 24    A.    No. Nothing.
01:34:54 25    Q.    Okay. And did they tell you that you
```

Hill & Romero
Certified Court Reporters

46

```
01:35:02  1  weren't going to be offered a position because of your
01:35:04  2  age?
01:35:14  3    A.    No. Why?
01:35:14  4    Q.    They didn't give you any reasons, correct?
01:35:16  5    A.    No.
01:35:36  6    Q.    How do you know that Robert Tatum kept a job
01:35:36  7  with Neoplan?
01:35:36  8    A.    Because he told me that he was being
01:35:52  9  transferred to Colorado.
01:35:54 10    Q.    And when did he tell you this?
01:36:00 11    A.    When the company closed, he told me that he
01:36:08 12  was leaving for Colorado.
01:36:10 13    Q.    But that's the only person that told you
01:36:10 14  this, correct?
01:36:10 15    A.    Yes. That is.
01:36:16 16    Q.    Okay. I'd like you to turn to what's been
01:36:28 17  marked as Exhibit B.
01:36:36 18    A.    Yes.
01:36:42 19    Q.    Okay. This is a document that you
01:36:46 20  signed -- I think it's cut off, but I think it wasn't
01:36:48 21  signed until July of 2003, right?
01:36:50 22    A.    Yes.
       23    Q.    Okay. And you indicate in here that Dorothy
01:37:08 24  Elliott, Ivan Rogers, and Robert Taton (sic) were
01:37:12 25  allowed to relocate to other parts of the country,
```

Hill & Romero
Certified Court Reporters

47

```
01:27:16  1  right?
01:27:16  2    A.    Of course.
01:27:16  3    Q.    But you don't remember who Dorothy Elliott
01:27:30  4  or Ivan Rogers are, right?
01:27:30  5    A.    No. No. I don't.
01:27:36  6    Q.    You also claim that you were retaliated in
01:27:42  7  this. Do you see in the boxes where you checked Age,
01:27:48  8  Disability, National Origin for causes of
01:27:48  9  discrimination?
01:37:50 10    A.    Yes. Yes. I see it.
01:38:26 11    Q.    Okay. What were you
01:38:26 12  retaliated -- how -- how were you retaliated
01:38:32 13  against? Can you explain why that -- that box
01:38:38 14  is checked?
01:38:38 15    A.    Yes. I marked it down. I don't remember
01:38:36 16  anymore.
01:38:36 17    Q.    Okay. Let's look at what's been marked as
01:38:16 18  Exhibit C.
01:38:42 19    A.    Yes. Got it. Yes.
01:38:46 20    Q.    This is a letter dated April 24th, 2002 from
01:38:52 21  Neoplan U.S.A. President John Russell, correct?
01:38:54 22    A.    Yes.
01:40:06 23    Q.    Do you remember when you received this
01:40:08 24  document?
01:40:08 25    A.    Well, yes.
```

Hill & Romero
Certified Court Reporters

48

```
01:40:14  1    Q.    And that was some time in April of 2002?
01:40:16  2    A.    Yes.
01:40:20  3    Q.    And it indicates that your last day of work
01:40:24  4  was to be June 24th, 2002? Right? That was your
01:40:32  5  first notice that the entire plant in Brownsville was
01:40:36  6  closing, and your last day of work would be June 24th,
01:40:36  7  2002, right?
01:40:38  8    A.    Correct.
01:40:42  9    Q.    Do you recall what the severance benefit was
01:40:52 10  for you that's referenced in the last paragraph?
01:40:56 11    A.    No.
01:41:16 12    Q.    Okay. This indicates the president was John
01:41:24 13  Russell, and you indicated that it was a woman. Did
01:41:30 14  you ever talk to Mr. Russell about this?
01:41:22 15    A.    The president is not this person, but
01:41:54 16  Hillary.
01:41:56 17         MS. ROBINSON: Annemarie.
01:41:58 18         THE INTERPRETER: Annemarie. Thank
01:41:58 19  you.
01:41:58 20    Q.    (By Ms. Neally) Okay.
01:42:00 21    A.    Annemarie was the president.
01:42:02 22    Q.    Okay. Did Annemarie become the president
01:42:04 23  after Mr. Russell?
01:42:06 24    A.    No. No. Before.
01:42:06 25    Q.    Okay. So, first, it was Annemarie, then it
```

Hill & Romero
Certified Court Reporters

DEPOSITION OF DANIEL ENGUITA TAKEN JULY 27, 200

49

1  was John Russell, right?

2  A.  Correct.

3  Q.  Did you ever talk to John Russell about the

4  plant closing and then you losing your job?

5  A.  No.

6  Q.  Okay.  Let's look at Exhibit D.  And before

7  we start on this document, let me just ask you one

8  quick question before I forget.  Have you ever talked

9  to anyone -- any of the employees at Neoplan that

10  claimed that they were discriminated against by

11  Neoplan?

12  A.  No.

13  Q.  Okay.  What -- what is Exhibit D?  Is this

14  in your writing?

15  A.  My wife's.

16  Q.  Oh, your wife wrote this; is that right?

17  A.  Well, my secretary, the one who had handled

18  the paper.

19  Q.  Okay.  Is the information contained,

20  correct?

21  A.  Yes.

22  Q.  And why was this prepared?

23  What -- what -- what's the purpose of this document?

24  A.  Well, I don't know.

25  Q.  (Spanish).

Hill & Romero
Certified Court Reporters

50

1  A.  In Bacar (ph), Germany.

2  Q.  I'm sorry?

3  A.  Bacar, Germany.

4  Q.  The document was prepared for the

5  company -- the company in Germany; is that right?

6  A.  No.  Social Security.

7  Q.  Oh, okay.

8  A.  But it did --

9  Q.  Okay.  You indicate, though, on this

10  document, page D-1, I hereby declare that my -- that

11  my employment for remuneration ended on June 24th,

12  2002, correct?

13  THE INTERPRETER:  Where you reading

14  at?

15  MS. NEALLY:  I'm sorry.

16  A.  Yes.

17  Q.  (By Ms. Neally)  And then in that last box

18  you say, I intend to continue my employment, you

19  checked "no"; right?

20  A.  Yes.

21  Q.  Okay.  And -- and then on page two, on the

22  first box, you indicate that, During the last period

23  of employment, was any payment received for a period

24  of time when no work was actually performed?  And you

25  put, "yes."  You had disability for insurance from

Hill & Romero
Certified Court Reporters

51

1  February 2002 through May 1st, 2002; is that right?

2  A.  Yes.

3  Q.  Okay.  Now, if I could ask you to look at

4  Exhibit E.  This -- this was your earnings in 2000

5  from Neoplan U.S.A. you earned 47,429 dollars and 23

6  cents; is that right?

7  A.  Yes.

8  Q.  Okay.  And then in 2001, looking at

9  F-1 -- Exhibit F-1, this shows that in 2001 you earned

10  36,669 dollars and 52 cents; is that right?  By this

11  time, you're living in Brownsville, right?  Pardon?

12  Yes?

13  A.  Yes.  Yes.

14  Q.  Why were you earning less in 2001 than you

15  were in 2002 -- than in 2000?  I'm sorry.

16  A.  I don't know.

17  Q.  Okay.  And then F-2 is your earnings for

18  2002, right?  You earned 48,082 and 78 cents?

19  A.  Yes.  Correct.

20  Q.  Okay.  Looking at Exhibit G, have you seen

21  this document before?

22  A.  Yes.

23  Q.  Did you have a copy of -- did you have a

24  copy?

25  A.  Yes.  Yes, I do have a copy.

Hill & Romero
Certified Court Reporters

52

1  Q.  You're aware that Neoplan has a policy not

2  to discriminate against people based on their age,

3  national origin, because they have a disability?

4  THE INTERPRETER:  Origin and what

5  else?

6  MS. NEALLY:  Disability.  National

7  origin, age, disability.

8  A.  Yes.

9  Q.  (By Ms. Neally)  What evidence do you have

10  that you were discriminated because of your age, your

11  disability or your national origin?  Pardon?  You're

12  going to have to say that again.

13  A.  Two times.

14  Q.  Two times.  What do you mean?

15  A.  How come they fired me, and then the other

16  ones are taken to Colorado?

17  Q.  Okay.  And that's -- the only evidence that

18  you have is, that -- that one other employee, and

19  perhaps some other ones, were allowed to continue

20  working with Neoplan and you weren't; is that right?

21  A.  Correct.

22  Q.  You're not aware of any other evidence?

23  A.  No.

24  Q.  Okay.  And are you -- are you claiming that

25  they closed the -- the Brownsville plant just so they

Hill & Romero
Certified Court Reporters

DEPOSITION OF DANIEL ENGUITA TAKEN JULY 27, 200

53

11:51:22 1 could discriminate against you?

11:51:26 2    A.    No.

11:51:32 3    Q.    Okay.  Okay.  Let me ask you to turn to

12 4 Exhibit H.  Are these true and correct copies of your

:2:16 5 income tax returns for 2002 and 2003 and 2001?

11:52:34 6    A.    Yes.

11:52:36 7    Q.    Okay.  And I'm sorry, do you have any other

11:52:38 8 children besides Melissa Enguita?

11:52:44 9    A.    No.

11:52:46 10    Q.    And I'm sorry, how old is she?

11:52:48 11    A.    22.  21.

11:52:54 12    Q.    When -- when you were living in the United

11:52:58 13 States, did your wife and daughter live with you,

01:53:00 14 also?

01:53:08 15    A.    Of course.

01:53:08 16    Q.    Okay.  And then they moved back with you

01:53:10 17 when you moved back in 2002?

01:53:14 18    A.    Yes.  Well, my wife and I, and my daughter

01:53:22 19 remained back.

01:53:24 20    Q.    Is your wife -- does your daughter still go

01:53:28 21 to school in the United States?

01:53:28 22    A.    No.  She's now here in Spain.

01:53:34 23    Q.    Okay.  Okay.  If you look at your 2002

01:53:48 24 income tax, page one, number 19; do you see that?

01:54:00 25    A.    Yes.

Hill & Romero
Certified Court Reporters

54

01:54:08 1    Q.    That indicates that you had unemployment

01:54:10 2 compensation of 7,954 dollars in 2002, right?

01:54:14 3    A.    Yes.

01:54:14 4    Q.    And then if you look at your 2003 income tax

01:54:32 5 return; you see that?

01:54:32 6    A.    One moment.  Yes.

01:54:48 7    Q.    Look at line 20 of the first page.  It

01:54:48 8 indicates that you have unemployment compensation of

01:55:00 9 4,481 dollars; isn't that right?

01:55:04 10    A.    Correct.

01:55:12 11    Q.    Okay.  Can I ask you to look at Exhibit I?

01:55:58 12 Did you find that?

01:55:58 13    A.    Yes.

01:56:00 14    Q.    Okay.  I want you to look at page four.

01:56:28 15 Well, actually, you probably need to go back to page

01:56:28 16 three.  If you look at the line that's -- if you start

01:56:34 17 up there, it shows that you had -- it shows your hours

01:56:36 18 of 48 hours, your pay's 1500 dollars, right?

01:56:48 19    A.    Correct.

01:56:48 20    Q.    Okay.  And then you go to the next pay

01:56:52 21 period, which is for 6/16 to 6/29.  The pay period we

01:56:56 22 were just talking was about 6/16 to 6/29, right?

30 23    A.    Yeah.

01:57:06 24    Q.    Okay.  So the next pay period is on page

01:57:18 25 four.  This does not -- and this is for 6/30/02 to

Hill & Romero
Certified Court Reporters

55

01:57:24 1 7/13/02, right?

01:57:22 2    A.    Yes.

01:57:34 3    Q.    And that doesn't -- that reflects that you

01:57:38 4 didn't work any hours for that pay period, right?

01:57:48 5    A.    No.

01:57:48 6    Q.    Is that right?

01:57:48 7    A.    Yes.

01:57:50 8    Q.    Okay.  So after the pay period of 6/24/02,

01:57:54 9 you were no longer working at the plant.  You were

01:57:58 10 still getting vacation pay, but you weren't getting

01:58:00 11 any pay for work at the plant, correct?

01:58:04 12    A.    Yes.

01:58:12 13    Q.    Okay.  Let me ask you to look at what's been

01:58:18 14 marked Exhibit J.  Have you ever seen this document

01:58:18 15 before?

01:58:32 16    A.    Is this J?  Yes, J.  I got it.

01:58:36 17    Q.    Have you ever seen this document before?

01:58:38 18    A.    Two or three weeks ago.

01:59:06 19    Q.    Okay.  I'll represent to you this is the

01:59:08 20 people -- this is a tally of the people that were

01:59:10 21 working at the Brownsville plant when it closed.

01:59:14 22    A.    Yes.

01:59:28 23    Q.    Okay.  What was the position you held that's

01:59:34 24 marked here?

01:59:34 25    A.    Plant Manager.  Plant Manager.

Hill & Romero
Certified Court Reporters

56

01:59:48 1    Q.    You're representing to me that you were the

01:59:50 2 Plant Manager?  Isn't it true you were the Special

01:59:52 3 Project Manager?

01:59:54 4    A.    Also.

02:00:02 5    Q.    Okay.  So you were the Plant Manager and the

02:00:08 6 Special Project Manager.  Were you also the Production

02:00:10 7 Supervisor?

02:00:16 8    A.    Also.

02:00:20 9    Q.    Sir, I'm going to represent to you that you

02:00:22 10 can only hold one of these positions.  Do you know

02:00:24 11 which one that they had you titled as?

02:00:28 12    A.    Well -- well, I was a Plant Manager, but

02:00:52 13 then I went to the other position, and then I went on

02:00:52 14 to the other.

02:00:56 15    Q.    Okay.  What position did Robert Tatum have

02:01:00 16 at the plant?

02:01:00 17    A.    Project Manager II.

02:01:10 18    Q.    Project Manager II.  But that's not listed

02:01:14 19 here, is it?

02:01:16 20    A.    No.

02:01:20 21    Q.    Okay.  I'd like you to look at what we've

02:01:22 22 labeled, for some unknown reason, J-1.  Did you ever

02:01:42 23 see a copy of this document?

02:01:44 24    A.    Oh, yes.  Yes.

02:01:52 25    Q.    Okay.  This is dated November 4th, 2003,

Hill & Romero
Certified Court Reporters

**57**

1  right?

2  A.  **Correct.**

3  Q.  And then J-2 is dated April 21st, 2003. Did

4  you receive a copy of that document, too?

5  A.  **Correct. Yes.**

6  Q.  Okay. Go on to Exhibit K. And I'm going

7  to -- this is the same as the document you've already

8  seen, which was labeled Exhibit C, right?

9  A.  **Yes.**

10  Q.  Okay. Exhibit L-1 concerns an accident you

11  had in 1987, right?

12  A.  **Yes.**

13  Q.  Did you ever have any other accident while

14  you were working at Neoplan?

15  A.  **No.**

16  Q.  And you recovered fully from this accident,

17  right, where you tripped over a welding hose?

18  A.  **Yes.**

19  Q.  Look at L-3. This -- this was something

20  that your attorneys provided to us. And can you just

21  tell me what it is?

22  A.  **L-3? This is from my boss, my German boss,**

23  **Albrecht Auwaerter. That's my boss at Neoplan.**

24  Q.  Okay. What -- what's the document about,

25  though? Something about a house. This -- this

Hill & Romero
Certified Court Reporters

**58**

1  document that you have was with Neoplan Germany,

2  right?

3  A.  **Yes.**

4  Q.  This does not concern Neoplan U.S.A., right?

5  Your employer that you had when you -- when you -- the

6  plant closed, right?

7  A.  **Well, when the company closed down, it's**

8  **because it was sold.**

9  Q.  Okay. No. My -- you mean the German plant?

10  A.  **Wait. Wait. Wait. Tell him to wait. Can**

11  **we stop for a minute? They're going to change the**

12  **tape.**

13  Q.  Okay. Go ahead.

14  (Recess).

15  Q.  (By Ms. Neally)  When you said the plant

16  closed because it was sold, you're talking about the

17  Neoplan German plant, right?

18  A.  **Well, it was sold -- U.S. was sold.**

19  Q.  Okay. I'm just trying to find out about --

20  A.  **And then, two years after the owner died,**

21  **the -- the one in Germany was sold.**

22  Q.  Okay. This document right here that's

23  labeled L-3, this has nothing to do with your lawsuit

24  against Neoplan U.S.A., correct?

25  A.  **Correct.**

Hill & Romero
Certified Court Reporters

**59**

1  Q.  And then you also have a document

2  that's -- that -- L-5 that's from Annemarie Chenoweth.

3  And that's dated 1989. This document has nothing to

4  do with the -- the lawsuit that you have against

5  Neoplan U.S.A.; is that right?

6  A.  **Correct.**

7  Q.  Okay. And then another document that was

8  provided to me that's labeled M, Exhibit M. This

9  document has nothing to do with the lawsuit that you

10  filed against Neoplan U.S.A., correct?

11  A.  **Correct.**

12  Q.  The house that you purchased, you purchased

13  in your name, right?

14  A.  **Yes.**

15  Q.  Okay. And -- but Neoplan -- the Neoplan in

16  Germany was helping you out with that; is that right?

17  A.  **Okay. I was made to buy the house. Well,**

18  **to make some money, of course, by -- I couldn't get**

19  **the name.**

20  Q.  Okay. I'm sorry, let me show you -- can you

21  look at number M-6.

22  A.  **Annemarie Chenoweth. Yes.**

23  Q.  Okay. Is she the person you're saying is

24  the President of Neoplan U.S.A. or was the President

25  of Neoplan U.S.A. before Mr. Russell?

Hill & Romero
Certified Court Reporters

**60**

1  A.  **Correct.**

2  Q.  Okay. So at least by 1998 -- May 27, 1998,

3  you just had agreement to get your salary, and you

4  were on your own to do your travel and your house and

5  all that, right?

6  A.  **That's right.**

7  Q.  Let me ask you to look at M-4.

8  A.  **M-4. M-4.**

9  Q.  Okay. Do you remember getting a copy of

10  this letter?

11  A.  **I don't remember, but I remember now.**

12  Q.  Okay. Why were you wishing to leave Lamar

13  in -- on -- in May of 1997?

14  A.  **May '97?**

15  Q.  Right. If you look at the first sentence.

16  A.  **I want to leave Germany.**

17  Q.  You wanted to leave Germany?

18  A.  **From the U.S. to Germany, right.**

19  Q.  Oh, you wanted to move back to Germany?

20  A.  **Exactly.**

21  Q.  Okay. But you decided not to?

22  A.  **No.**

23  Q.  Why did you decide not to?

24  A.  **Because they needed me here in the U.S.**

25  Q.  Okay. You also would've lost your Visa if

Hill & Romero
Certified Court Reporters

DEPOSITION OF DANIEL ENGUITA TAKEN JULY 27, 2005

**61**

1  you had left, right?
2    A.  Yes.  What was that?  No.  What did you just
3  say?
4    Q.  You would also lose your Visa if you left,
5  according to the letter?  Or you might.  I should say,
6  you might.
7    A.  Well, yes.
8    Q.  Okay.  Let me refer you to Exhibit N.
9    A.  Yes.
10   Q.  This document released you to return to work
11  in -- in 2000 -- actually, it says April 1st, 2002,
12  but you didn't go back to work until May 1st, 2002,
13  right?
14   A.  Correct.  Yes.
15   Q.  Okay.  Let me refer you to Exhibit O.
16   A.  All right.
17   Q.  Can you read this?
18   A.  No.
19   Q.  Okay.  It's a really bad copy.  But it
20  was something that was provided to us, and it
21  indicated -- this is a Statement of Insured, and I
22  think it was for a short-term disability claim.  You
23  did claim a short-term disability when you were -- in
24  February 13, 2002, right?
25   A.  Yes.

Hill & Romero
Certified Court Reporters

**62**

1    Q.  And your doctor for this was Dr. Pisharodi
2  out of Brownsville, right?
3    A.  Yes.
4    Q.  Do you recall any other doctors who treated
5  you for your spinal stenosis?
6    A.  No more.
7    Q.  Okay.  Let me ask you to turn to Exhibit P.
8    A.  Yes.
9    Q.  And actually -- actually, let me ask you to
10  look at Exhibit Q first.  Do you see that?
11   A.  Yes.
12   Q.  Did you write this letter?
13   A.  My wife did.
14   Q.  Okay.  And you asked Pat Robinette and
15  numerous resources to provide you with the German
16  pension agency form, right?  Right?
17   A.  Correct.
18   Q.  And that goes with -- if you look at it, it
19  goes with the next four documents that are attached,
20  right, K-2, 3, 4, and 5-K.  And these are the
21  documents you asked -- you asked Pat Robinette to fill
22  out for you, right?
23   A.  Yes.
24   Q.  Okay.  And then as a result of your request,
25  she prepared the exhibit that's marked P, right?

Hill & Romero
Certified Court Reporters

**63**

1  Exhibit P.
2    A.  Exhibit P?  Yes.
3    Q.  Okay.  And so Exhibit P is the -- a document
4  that somebody at Neoplan prepared, and it indicates
5  that you were off medical leave from -- well, it
6  states, This letter is to verify that Daniel
7  Enguita-Lazaro was off on medical leave from 6/15/1998
8  through 12/15/1998.  Daniel took sick leave and
9  vacation time from 6/5/1998 through 8/31/1998, right?
10  And this was for your first hip replacement, right?
11   A.  Yes.
12   Q.  Okay.  And after August 31st, 1998 when you
13  went back to work, you -- you stayed employed until
14  they closed the plant in Brownsville, right?
15          MS. NEALLY:  I didn't say a year
16  (sic).
17   A.  Yes.
18   Q.  (By Ms. Neally) Okay.  And then you were
19  out again on disability, according to this letter, in
20  2002 -- from 2/22/2002 through 3/31/2002, right?
21   A.  Yes.
22   Q.  And then you remained employed with Neoplan
23  until the plant closed down on June 24th, 2002?
24   A.  Yes.
25   Q.  Okay.  Let me ask you to look at Exhibit R.

Hill & Romero
Certified Court Reporters

**64**

1    A.  Yes.
2    Q.  You got it?
3    A.  Yes.
4    Q.  Okay.  This is a Promissory Note dated May
5  29th, 1984 from you to Neoplan U.S.A.  Does -- did you
6  ever pay this Promissory Note?
7    A.  Yes.
8    Q.  This document has nothing to do with this
9  lawsuit, right?
10   A.  No.
11   Q.  Do you remember receiving a copy of Exhibit
12  S?
13   A.  S?  S?  Yes.
14   Q.  Okay.  Let me ask you to look at Exhibit T.
15          MS. ROBINSON:  Tomato.  Tomatillo.
16  Taco.
17   A.  Yes.
18   Q.  (By Ms. Neally) Do you know who -- who is
19  Dr. Stocke?
20   A.  Dr. Stocke?
21   Q.  Right.  He --
22   A.  In.
23   Q.  Colorado Springs.
24   A.  Yes.
25   Q.  Who is he?

Hill & Romero
Certified Court Reporters

DEPOSITION OF DANIEL ENGUITA TAKEN JULY 27, 2005

---

65

1    A.   He's the -- what do you call it? The -- for
2 the hip. For the hip.
3    Q.   For your first hip surgery?
4    A.   The first one? It was both. Both hips.
5    Q.   He did both hips?
6    A.   Yes. And at the same time.
7    Q.   Oh, okay. So that was the 1998 surgery?
8    A.   Yes.
9    Q.   What did Dr. Pisharodi operate on?
10    A.   The back.
11    Q.   Oh, okay. What did he do to your back?
12    A.   Well, they did a bone graph. They did bone
13 graph.
14       MS. ROBINSON: Fusion.
15    Q.   (By Ms. Neally) Did they do a spinal
16 fusion? A disc fusion?
17    A.   Yes. On the discs.
18    Q.   Okay. Is your back better?
19    A.   That, yes.
20    Q.   How about your hips? How are they?
21    A.   Better also.
22    Q.   Do you remember when you first saw an
23 attorney?
24    A.   I don't remember.
25    Q.   And it was in 2002 before you went back to

Hill & Romero
Certified Court Reporters

---

66

1 Spain?
2    A.   Of course.
3    Q.   Okay. Have you ever filed any other
4 lawsuits?
5    A.   No.
6    Q.   Do you remember ever having any
7 conversations with anyone at Neoplan about -- like Pat
8 Robinette about relocating after the plant closed?
9    A.   No.
10    Q.   How about before the plant closed?
11    A.   No. Neither. No.
12    Q.   Now, you said that the -- that there
13 were -- there was discussion about the plant closing
14 about a year before it actually closed; is that right?
15    A.   No.
16    Q.   Oh, okay. You never had any conversations
17 with anybody about whether or not the plant was going
18 to close?
19    A.   No.
20    Q.   Just let me look at my notes. I think I'm
21 almost finished.
22    A.   All right.
23    Q.   What happened to Annemarie Chenoworth -- or
24 Chenoweth?
25    A.   Well, she was fired, too.

Hill & Romero
Certified Court Reporters

---

67

1    Q.   Do you know when she was fired?
2    A.   No.
3    Q.   Do you know why the plant was closed in
4 Brownsville?
5    A.   Well, they closed, because there was no
6 production.
7    Q.   Sir, that's all the questions I have.
8       MS. ROBINSON: We'll reserve
9 our questions till time of trial. Thank you.
10 I'll -- tell him I'll E-mail him tomorrow. I know
11 it's late in Spain.
12       THE WITNESS: Oh, yes.
13       MS. NEALLY: Thank you, sir.
14       THE WITNESS: Tomorrow we'll talk.
15
16
17
18
19
20
21
22
23
24
25

Hill & Romero
Certified Court Reporters

---

68

1       CHANGES AND SIGNATURE
2 WITNESS NAME: DANIEL ENGUITA
3 DATE OF DEPOSITION: JULY 27, 2005
4 PAGE   LINE   CHANGE   REASON
5 _____
6 _____
7 _____
8 _____
9 _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____

Hill & Romero
Certified Court Reporters

DEPOSITION OF DANIEL ENGUITA TAKEN JULY 27, 2005

---

69

1    I, DANIEL ENGUITA, have read the foregoing
2    deposition and hereby affix my signature that same is
3    true and correct, except as noted above.
4
5    _____
            DANIEL ENGUITA
6
7    THE STATE OF TEXAS    )
8    COUNTY OF _____    )
9        Before me, _____, on this day
10   personally appeared DANIEL ENGUITA known to me (or
11   proved to me under oath of through _____)
12   (description of identity card or other document) to be
13   the person whose name is subscribed to the foregoing
14   instrument and acknowledged to me that they executed the
15   same for the purposes and consideration therein
16   expressed.
17       Given under my hand and seal of office this
18   _____ day of _____, _____.
19
20
21
22   _____
            NOTARY PUBLIC IN AND FOR
23          THE STATE OF _____
24
25

            Hill & Romero
          Certified Court Reporters

---

70

1           IN THE UNITED STATES DISTRICT COURT
2           FOR THE SOUTHERN DISTRICT OF TEXAS
3                 BROWNSVILLE DIVISION
4    DANIEL ENGUITA        )(
                           )( CIVIL ACTION NO. B-04-121
5    VS.                   )(      JURY
                           )(
6    NEOPLAN USA CORP.     )(
7
8
9           REPORTER'S CERTIFICATION
10    VIDEOTAPED DEPOSITION OF DANIEL ENGUITA
11                JULY 27, 2005
12
13
14
15       I, JOHN W. FELLOWS, Certified Shorthand Reporter
16   in and for the State of Texas, hereby certify to the
17   following:
18       That the witness, DANIEL ENGUITA, was duly sworn
19   by the officer and that the transcript of the oral
20   deposition is a true record of the testimony given by
21   the witness;
22       That the deposition transcript was submitted on
23   _____, 2005 to the witness or to the attorney
24   for the witness for examination, signature and return to
25   me by _____ + 30 days or whatever, _____;

            Hill & Romero
          Certified Court Reporters

---

71

1        That pursuant to information given to the
2    deposition officer at the time said testimony was taken,
3    the following includes counsel for all parties of
4    record:
5
6    APPEARING FOR THE PLAINTIFF:
7    MS. SAVANNAH ROBINSON
     Attorney at Law
8    1822 Main
     Danbury, Texas 78534
9
     APPEARING FOR THE DEFENDANT:
10
     MS. ELIZABETH NEALLY
11   Roerig, Oliveira & Fisher, L.L.P.
     10225 North Tenth Street
12   McAllen, Texas 78504
13
14       I further certify that I am neither counsel for,
15   related to, nor employed by any of the parties or
16   attorneys in the action in which this proceeding was
17   taken, and further that I am not financially or
18   otherwise interested in the outcome of the action.
19       Further certification requirements pursuant to
20   Rule 203 of TRCP will be certified to after they have
21   occurred.
22
23
24
25

            Hill & Romero
          Certified Court Reporters

---

72

1    Certified to by me this _____ day
2    _____, 2005.
3
4
5    _____
     JOHN WESLEY FELLOWS, Texas CSR #3335
6    Expiration Date: 12/31/06
     Firm Registration No.: 313
7    10225 North 10th Street
     Suite B
8    McAllen, Texas 78504
     (956) 287-8898
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

            Hill & Romero
          Certified Court Reporters