IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL ENGUITA | § § | |
| v. | § § § | CIVIL ACTION NO. B-04-121 |
| NEOPLAN USA CORPORATION | § | |

## ORDER

BE IT REMEMBERED that on December 15, 2005, the Court **DISMISSED** this case with prejudice. The Court granted summary judgment in this case on December 2, 2005. Dkt. No. 51. Therefore, the Court hereby **ORDERS** the Clerk to close this case.

DONE at Brownsville, Texas, this 15th day of December, 2005.

Hilda G. Tagle
United States District Judge